# EXHIBIT A

7/24/2021          Gmail - Order #1042 confirmed

 Gmail        Karl Forsell <fforcc@gmail.com>

## Order #1042 confirmed
1 message

**FPGA Land** <noreply@fpga.land>        7 June 2018 at 14:59
To: frsl@ftml.net

# FPGA Land      ORDER #1042

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order     or Visit our store

### Order summary



| | | |
|---|---|---|
| | VCU1525 - Blockchain Edition (With Mods) × 4  16GB | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |

| | |
|---|---|
| Total | **$14,530.64 USD** |

### Customer information

Shipping address        Billing address

Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

Shipping method
Worldwide

Payment method
Paypal — $14,530.64

If you have any questions, reply to this email or contact us at noreply@fpga.land