# EXHIBIT B


Gmail

Karl Forsell <fforcc@gmail.com>

---

### Order #1076 confirmed
1 message

---

**FPGA Land** <noreply@fpga.land>               7 June 2018 at 15:25
To: frsl@ftml.net

# FPGA Land

ORDER #1076

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

View your order     or Visit our store

### Order summary



| | | |
|---|---|---|
| | VCU1525 - Blockchain Edition (With Mods) × 4<br>16GB | $14,400.00 |

|  |  |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |

| Total | **$14,530.64 USD** |
|---|---|

| Paypal | $14,530.64 |
|---|---|

7/24/2021                                                          Gmail - Order #1076 confirmed

## Customer information

Shipping address              Billing address
Carl Forsell                  Carl Forsell
8 St Martin's Dr              8 St Martin's Dr
#03-21 St Martin Residence    #03-21 St Martin Residence
Singapore 258005              Singapore 258005
Singapore                     Singapore

Shipping method               Payment method
Worldwide                     Paypal — $14,530.64

If you have any questions, reply to this email or contact us at noreply@fpga.land