# EXHIBIT C



Karl Forsell <fforcc@gmail.com>

---

**Order #1121 confirmed**
1 message

FPGA Land <noreply@fpga.land>                                              7 June 2018 at 18:12
To: frsl@ftml.net

# FPGA Land            ORDER #1121

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

### Order summary

 VCU1525 - Blockchain Edition (With Mods) × 4     $14,400.00
16GB

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |

### Customer information

**Shipping address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Coinbase commerce — **$14,530.64**

If you have any questions, reply to this email or contact us at noreply@fpga.land

7/24/2021  Gmail - You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62

 Gmail

Karl Forsell <fforcc@gmail.com>

**You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62**
1 message

Coinbase <no-reply@coinbase.com>  7 June 2018 at 18:11
To: frsl@ftml.net

