# EXHIBIT D

7/24/2021          Gmail - Order #1174 confirmed

 Gmail          Karl Forsell <fforcc@gmail.com>

## Order #1174 confirmed
1 message

**FPGA Land** <sales@fpga.land>          8 June 2018 at 14:00
To: frsl@ftml.net

# FPGA Land          ORDER #1174

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 View your order    or Visit our store

## Order summary

| | | |
|---|---|---|
|  | VCU1525 - Blockchain Edition (With Mods) × 4<br>16GB | $14,400.00 |
| | Subtotal | $14,400.00 |
| | Shipping | $130.64 |
| | **Total** | **$14,530.64 USD** |

## Customer information

**Shipping address**  
Carl Forsell  
8 St Martin's Dr  
#03-21 St Martin Residence  
Singapore 258005  
Singapore

**Billing address**  
Carl Forsell  
8 St Martin's Dr  
#03-21 St Martin Residence  
Singapore 258005  
Singapore

**Shipping method**  
Worldwide

**Payment method**  
Manual — $14,530.64