# EXHIBIT E

7/24/2021                                          Gmail - Order #1247 confirmed

 Gmail                                      Karl Forsell <fforcc@gmail.com>

---

**Order #1247 confirmed**
1 message

FPGA Land <sales@fpga.land>                                    9 June 2018 at 16:33
To: frsl@ftml.net

# FPGA Land                                            ORDER #1247

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

  or Visit our store

### Order summary

| | | |
|---|---|---|
| | VCU1525 - Blockchain Edition (With Mods & RAM) × 10<br>16GB | $36,000.00 |

| | |
|---|---|
| Subtotal | $36,000.00 |
| Shipping | $224.06 |

| | |
|---|---|
| Total | **$36,224.06 USD** |

| | |
|---|---|
| Coinbase commerce | $36,224.06 |

### Customer information

**Shipping address**           **Billing address**
Carl Forsell                   Carl Forsell
Nonce Pte Ltd                  Nonce Pte Ltd
8 St Martin's Dr               8 St Martin's Dr
#03-21 St Martin Residence     #03-21 St Martin Residence
Singapore 258005               Singapore 258005
Singapore                      Singapore

**Shipping method**            **Payment method**

7/24/2021 Gmail - Order #1247 confirmed

Worldwide    Coinbase commerce — **$36,224.06**    

If you have any questions, reply to this email or contact us at sales@fpga.land

7/24/2021          Gmail - You just sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28

 Gmail          Karl Forsell <fforcc@gmail.com>

**You just sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28**
1 message

Coinbase <no-reply@coinbase.com>          9 June 2018 at 16:32
To: frsl@ftml.net



You just sent
60.46133625 ETH ($36,225.11 USD)

Congratulations! You have successfully sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28. You can view transaction details in your Coinbase account. To facilitate this transaction, you paid 0.000105 ETH ($0.06 USD) in network fees.

This withdrawal is being sent to an address ("0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28") that you haven't previously used.

**View Transaction**

We're committed to keeping your funds secure. If you believe your account activity is unauthorized, you can disable sign-in for your account.

I wish to disable sign-in for my Coinbase account

Get the latest Coinbase App for your phone

Download on the App Store      GET IT ON Google Play

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018