# EXHIBIT F

7/24/2021 — Gmail - Order #1395 confirmed

 Gmail

Karl Forsell <fforcc@gmail.com>

---

**Order #1395 confirmed**
1 message

FPGA Land <sales@fpga.land>
To: frsl@ftml.net

13 June 2018 at 02:03

# FPGA Land

ORDER #1395

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

### Order summary



BCU1525 - Blockchain Edition (With Mods & RAM) × 10
16GB
$36,000.00

| | |
|---|---|
| Subtotal | $36,000.00 |
| Shipping | $224.06 |
| Total | **$36,224.06 USD** |

### Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Coinbase commerce — **$36,224.06**