# EXHIBIT G

7/24/2021                                    Gmail - Order #1405 confirmed

 Gmail                                            Karl Forsell <fforce@gmail.com>

**Order #1405 confirmed**
1 message

**FPGA Land <sales@fpga.land>**                                    13 June 2018 at 10:48
To: frsl@ftml.net

# FPGA Land                  ORDER #1405

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

### Order summary

| | | |
|---|---|---|
|  | BCU1525 - Blockchain Edition (With Mods & RAM) × 52<br>16GB | $187,200.00 |
| | Subtotal | $187,200.00 |
| | Shipping | $773.09 |
| | **Total** | **$187,973.09 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Bank deposit — **$187,973.09** |

If you have any questions, reply to this email or contact us at sales@fpga.land

```
DBSSSGSG   SWIFT SYSTEM                                    PROCESSING DATE :   28/06/2018
SWSENT     OUTGOING SWIFT MESSAGES SENT                                 PAGE   851


UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX1030016OT3353192
SUFFIX=180614134383311
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016OT3353192
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : 14 June 2018
     Currency    : USD (US DOLLAR)
     Amount      :              #187,973,09#
 50K: Ordering Customer-Name & Address
     /1200768586
     FORSELL CARL LENG
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258005
 57A: Account With Institution - FI BIC
     //FW044000037
     CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
     /291615919
     ALLMINE INC
 70: Remittance Information
     PYT FOR ORDER 1405
 71A: Details of Charges
     OUR
```