# EXHIBIT H

7/24/2021            Gmail - Order #1406 confirmed

 Gmail          Karl Forsell <fforcc@gmail.com>

## Order #1406 confirmed
1 message

**FPGA Land** <sales@fpga.land>        13 June 2018 at 11:09
To: frsl@ftml.net

# FPGA Land      ORDER #1406

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

### Order summary



BCU1525 - Blockchain Edition (With Mods & RAM) × 30
16GB
$108,000.00

| | |
|---|---|
| Subtotal | $108,000.00 |
| Shipping | $410.80 |
| Total | **$108,410.80 USD** |

### Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Bank deposit — **$108,410.80**

If you have any questions, reply to this email or contact us at **sales@fpga.land**

```
DBSSSGSG   SWIFT SYSTEM                                          PROCESSING DATE :   28/06/2018
SWSENT     OUTGOING SWIFT MESSAGES SENT                                      PAGE22,124


UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX103001GOT3340719
SUFFIX=180614134293724
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016OT3340719
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date         : 14 June 2018
     Currency     : USD (US DOLLAR)
     Amount       :                #108,410,#
 33B: Currency/Instructed Amount
     Currency     : USD (US DOLLAR)
     Amount       :                #108,410,#
 50K: Ordering Customer-Name & Address
     /1200768586
     FORSELL CARL LENG
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258005
 57A: Account With Institution - FI BIC
     //FW044000037
     CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
     /291615919
     ALLMINE INC.
     9900 CORPORATE CAMPUS DRIVE, SUITE
     LOUISVILLE, KY 40223 USA
 70: Remittance Information
     PAYMENT FOR FPGA LAND ORDER 1406
     DBSIBNCB
 71A: Details of Charges
     OUR
```