# EXHIBIT I

7/24/2021            Gmail - Order #1505 confirmed

 Gmail

Karl Forsell <fforcc@gmail.com>

**Order #1505 confirmed**
1 message

FPGA Land <sales@fpga.land>       18 June 2018 at 06:22
To: frsl@ftml.net



ORDER #1505

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.



or Visit our store

### Order summary

| | | |
|---|---|---|
| BCU1525 - Blockchain Edition (With Mods & No RAM) × 19 <br> 0GB | | $63,650.00 |

| | |
|---|---|
| Subtotal | $63,650.00 |
| Shipping | $299.58 |
| **Total** | **$63,949.58 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Bank deposit — **$63,949.58** |