# EXHIBIT K



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

Invoice

00002865

| Bill To Name | Nonce Pte Ltd | Issue Date | 6/17/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/17/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 19.00 | USD 63,650.00 |
| | Subtotal | USD 63,650.00 | |
| | Grand Total | USD 63,650.00 | |

Terms and Conditions  Stock is not reserved until payment has been received.

Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer  JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
Routing: 044000037
Account: 233220217
Swift Code: CHASUS33

```
DBSSSGSO   SWIFT SYSTEM                                              PROCESSING DATE :   02/07/2018
SWSENT     OUTGOING SWIFT MESSAGES SENT                                                  PAGE11,889


UNIT=DBSSSGSOXXXPY00
G-UMID=ICHASUS33XXX1030016OT3394457
SUFFIX=180618134571036
MESSAGE_CREATION_DATE=18/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
NUR=
Pin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016OT3394457
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date        : 18 June 2018
     Currency    : USD (US DOLLAR)
     Amount      :              #63,650,#
 33B: Currency/Instructed Amount
     Currency    : USD (US DOLLAR)
     Amount      :              #63,650,#
 50K: Ordering Customer-Name & Address
     /1200768586
     FORSELL CARL LENG
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258005
 57A: Account With Institution - FI BIC
     //FW044000037
     CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
     /291615919
     ALIMINE INC.
     9900 CORPORATE CAMPUS DRIVE, SUITE
     LOUISVILLE, KY 40223 USA
 70: Remittance Information
     INVOICE 00002865
     NONCE PTE LTD
     19 X BCU1525 NO DIMMS
 71A: Details of Charges
     OUR
```