# EXHIBIT L



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

| | | | |
|---|---|---|---|
| Bill To Name | Nonce Pte Ltd | Issue Date | 6/27/2018 |
| Bill To | 8 St Martin's Dr<br>#03-21 St Martin Residence<br>Singapore 258005<br>SG | Due Date | 6/27/2018 |

Invoice

00002981

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 50.00 | USD 167,500.00 |

Subtotal USD 167,500.00
Grand Total USD 167,500.00

Wire Transfer    JPMorgan Chase Bank, N.A.
                 219 North Main St.
                 North Canton, OH 44720
                 Routing: 044000037
                 Account: 233220217
                 Swift Code: CHASUS33

**TELEGRAPHIC TRANSFER APPLICATION**
电汇申请

 DBS

Please type or write in block letters 填写时请用大写字体

| Applicant's Particulars 申请人资料 | Payment Mode 付款方式 |
|---|---|
| Name 姓名: Forsell Carl Leng | ☑ Debit DBS/POSB Account No. 120-076858-6 |
| NRIC/PP No. 身份证/护照号码: S7611157Z | |

**Telegraphic Transfer (TT) Details** 电汇资料

Remitting Currency & Amount 汇款货币及金额

Please tick only ONE box

☑ Foreign Currency    ☐ SGD

Currency: USD  E.g. U S D  Amount:

Amount: 167500.00

(Remitting currency in SGD only if beneficiary has SGD Account or for commercial payments)

**Instructions for DBS Bank (if any)** 给予星展银行的指示 (若有)

If the price of 1 USD is less than 1.35 SGD, convert from SGD; otherwise please draw from my USD sub-account.

**Charge Details (For Bank Use)** 收费资料 (银行专用)

| | |
|---|---|
| Principal 本金 | |
| Handling Commission 佣金 | |
| Commission in Lieu 大法佣金 | |
| Telex 电报费 | |
| Agent Bank Charge 代理银行收费 | |
| Country Related Charge 国家有关收费 | |
| Total Principal and Charges 合计 | |

FX Contract No. (if any) 合同号码 (若有)

FX rate 汇率   Time (if appl) 时间 (若有)

Processing Date 办理日期

1) Charges of DBS Bank Singapore 星国内星展银行的费用支付人是:
☑ Applicant 申请人    ☐ Beneficiary 收款人

2) Charges of Agent Banks 代理银行的费用支付人是:
☑ Applicant 申请人    ☐ Beneficiary 收款人

**Beneficiary Bank's Details** 收款人银行资料

Name 银行名称: JPMorgan Chase Bank, N.A.
Address in Full 完整的地址: 219 North Main St.
North Canton, OH 44720
Country 国家: USA
SWIFT Address (if available) SWIFT 的地址 (若有): CHASUS33
Clearing Code (if available)* 清算密码 (若有)*: 044000037

**Beneficiary's Details** 收款人资料

Name 姓名: Squirrels LLC
Account No. / IBAN*: 233220217
Address 地址: 121 Wilbur Dr NE
North Canton, OH 44720
USA

For IDR transfers
☐ Resident
☐ Non Resident

*Please refer to the required codes overleaf. 请查阅背面附表的代码.

Payment Details / Purpose of Payment (Mandatory for KRW, TWD, INR, THB, IDR and MYR Telegraphic Transfers)
付款细节/目的 (名为韩元、台币、印尼卢比、泰铢、印尼卢比及马币的电汇, 是强制性)

1. I represent and warrant that the contents of this Application (including but not limited to any and all supporting documents that are submitted together with this Application) are true, complete and accurate in all respects, and that the Bank may rely on this Application form and any supporting documents.
2. I/We have read and accept the terms overleaf.

Authorised Signature(s) With Company Stamp (if applicable) 授权签名式印盖公司印 (若有)

Date 日期: 28/6/18

**For Bank Use** 银行专用

| Attended & Verified By (Name/Signature/Date) (SV) | Approved By (Name/Signature/Date) (SV) | Processed By | Checked By | Authorised By |
|---|---|---|---|---|
| IDS: | IDS: | | | |

BANK'S COPY 银行存根
DBS BANK LTD

Co. Reg No. 196800306E
06-02-072 (11/2016) AW