# EXHIBIT M

7/25/2021                                      Gmail - BCU 1525 Refund Request

 Gmail                                                Karl Forsell <fforcc@gmail.com>

## BCU 1525 Refund Request

15 messages

**Karl-Leng Forsell <frsl@ftml.net>**                                  14 August 2018 at 11:27
To: FPGA Land <sales@fpga.land>

Dear Tom,

I hope this email finds you well.

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 180 of the 192 BCU1525 (No RAM) boards I have on order with FPGA Land via the fully paid and confirmed orders 1505, 1462, 1406, 1405, 1395, 1247, 1174, 1121, 1119, 1099, 1098, 1097, 1094, 1087, 1084, 1080, 1076 and 1042.

Please could you provide me with the soonest time-frame as to when I could expect to receive the refund money in my account(s).

Best,

Carl


**FPGA Land <sales@fpga.land>**                                          14 August 2018 at 11:27
Reply-To: FPGA Land <sales@fpga.land>
To: Karl-Leng Forsell <frsl@ftml.net>

## Please type your reply above this line ##

Your request (577) has been received and is being reviewed by our support staff.

To add additional comments, reply to this email.

**Karl-Leng Forsell**
Aug 14, 09:27 PDT

[Quoted text hidden]


This email is a service from FPGA Land. Delivered by **Zendesk**


**Thomas Sensel (FPGA Land) <sales@fpga.land>**                         17 August 2018 at 22:04
Reply-To: FPGA Land <sales@fpga.land>
To: Karl-Leng Forsell <frsl@ftml.net>

## Please type your reply above this line ##

Your request (577) has been updated. To add additional comments, reply to this email.

**Thomas Sensel (FPGA Land)**
Aug 17, 20:04 PDT

Karl,

That's not a problem. I'll need a crypto address to refund your crypto and bankwire orders to.

I'm placing your ticket on hold pending refund.