**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the [reverse] so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Squirrels, LLC
C/O Andrew Gould
121 Wilbur Dr. NE
North Canton, OH 44720

9590 9402 5056 9092 9450 24

2. Article Number (Transfer from service label)

7021 0950 0002 2767 0244

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by (Printed Name): Sachae Phillips
C. Date of Delivery: 8/23/22

☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

5:22CV1454

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ [Insured] Mail
☐ [Insured] Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**United States Postal Service**

Sender: Please print your name, address, and ZIP+4® in this box

Clerk, US District Court
Northern District of Ohio
2 South Main St.
Akron, OH 44308

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10