UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL,** | ) | CASE NO. 5:22-cv-01454-SL |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| v. | ) | MOTION OF DEFENDANT SQUIRRELS, LLC, FOR MORE DEFINITE STATEMENT |
| | ) | |
| **SQUIRRELS LLC , et al.** | ) | |
| | ) | |
| Defendants. | ) | |

Defendant, Squirrels LLC ("Squirrels"), herby moves pursuant to Civil Rule 12(e), for a more definite statement of Plaintiff's complaint, because the complaint is so vague and ambiguous that Defendant is unable to prepare a responsive pleading.  Specifically, it is unclear from the Complaint whether the party that allegedly contracted with Defendant an individual named Carl Forsell, an apparent entity named Nonce Pte. Ltd. ("Nonce Pte"),  or  some combination of the two.  As such, Defendant respectfully moves for an order requiring Plaintiff to make a more definite statement of his claim.

 

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email:  jcooper@milliganpusateri.com
Counsel for Defendant Squirrels LLC

## PROOF OF SERVICE

This will certify that a copy of the foregoing was served on the following by the method(s) indicated below, on September 6, 2022:

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
FAX: 614-824-1120
tsooy@schuergerlaw.com
Attorneys for Plaintiff

By electronic mail only

                                                                                  */s/ Jack B. Cooper*
                                                                                  Jack B. Cooper (#0069321)