Clerk, US District Court
Northern District of Ohio
2 South main Street
Akron, OH 44308


CERTIFIED MAIL
7021 0950 0002 2767 0367


NEOPOST
08/16/2022 $010.85
US POSTAGE
ZIP 43229
041M11291089

NEOPOST
08/19/2022 $000.00
US POSTAGE
ZIP 44308
041M11272324

WTF

Allmine, Inc.
c/o Legalinc. Corporate Services, Inc.
4965 US HWY 42, Ste. 100-34
Louisville, KY 40222

FILED
OCT 05 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

ALLM965   40222-RFS-1N        09/01/22
NO MATCHING COA


RFS

-R-T-S-   402225002-1N        09/29/22
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

5:22CV1454

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Allmine, Inc.<br>c/o Legalinc Cor Ponto Ser. Dx<br>4965 US HW 42 St. ldw4<br>Louisville, KY 40222<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5056 9092 9624 96 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>5:22CV1454<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☒ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☒ Return Receipt for Merchandise<br>☐ Collect on Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery Restricted Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery over $500 |
| 2. Article Number (Transfer from service label)<br>7021 0950 0002 2767 0367 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |