# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Carl Forsell

CIVIL CASE NO. 22-cv-01454

vs.

JUDGE Lioi

Squirrels, LLC

## PRAECIPE FOR ISSUANCE

- [ ] ORIGINAL SUMMONS
- [x] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 10/11/2022          By: /s/- Thomas L. Sooy

                          Attorney for Plaintiff

revised 02/2009