# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL**<br>d/b/a NONCE PTE., LTD, | : | Case No. 5:22-cv-01454-SL |
| **Plaintiff,** | : | |
| -v- | : | |
| **SQUIRRELS, LLC., et al.,** | : | **JOINT STIPULATION OF EXTENSION** |
| | : | **OF TIME FOR DEFENDANT** |
| **Defendants.** | : | **ALLMINE, INC., TO ANSWER, MOVE** |
| | : | **OR OTHERWISE PLEAD** |

Now come Defendant Allmine, Inc. and Plaintiff Carl Forsell d/b/a Nonce PTE., LTD, by and through counsel, and do hereby agree that Defendant, Allmine, Inc., shall have additional time up to and including December 23, 2022, to respond to the Complaint in this matter. No prior extensions have been granted.

HAVE SEEN AND AGREE:

| | |
|---|---|
| /s/ *Christopher P. Finney* | /s/ *Thomas L. Sooy per email auth 11/22/22* |
| Christopher P. Finney (0038998) | Thomas L. Sooy, Esq.(0087865) |
| Finney Law Firm, LLC | Schuerger Law Group |
| 4270 Ivy Pointe Blvd., Suite 225 | 1001 Kingsmill Parkway |
| Cincinnati, Ohio 45245 | Columbus, OH 43229 |
| (513) 943-6655 | PH: 614-674-6902 |
| (513) 943-6669 (fax) | FAX: 614-824-1120 |
| chris@finneylawfirm.com | tsooy@schuergerlaw.com |
| *Counsel for Defendant Allmine, Inc.* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

    A copy of the foregoing has been served via electronic mail this 22nd day of November 2022 to all parties via the Courts Electronic Filing System.

                                              */s/ Christopher P. Finney*
                                              Christopher P. Finney (0038998)