# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** <br> **d/b/a NONCE PTE., LTD,** : <br> : <br> **Plaintiff,** : <br> : <br> -v- : <br> : <br> **SQUIRRELS, LLC., et al.,** : <br> : <br> **Defendants.** : <br> : | Case No. 5:22-cv-01454-SL <br><br> **JUDGE SARA LIOI** <br><br><br> **ORDER GRANTING DEFENDANT** <br> **ALLMINE, INC.'S FED. R. CIV. P.** <br> **12(B)(6) MOTION TO DISMISS** |

This matter having come before the Court on Defendant Allmine, Inc.'s Fed. R. Civ. P. 12(b)(6) Motion to Dismiss (the "Motion") and the Court being fully advised, does hereby grant the same.

It is ORDERED that Plaintiff Carl Forsell d/b/a Nonce PTE., LTD's counts against Defendant Allmine, Inc. are hereby dismissed WITH PREJUDICE. This is a final appealable order. There is no just reason for delay.

                                                    **IT IS SO ORDERED.**

                                                    _____

                                                    **JUDGE SARA LIOI**
                                                    **UNITED STATES DISTRICT JUDGE**

**PREPARED BY:**
*/s/ Christopher P. Finney*
Christopher P. Finney (0038998)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
(513) 943-6669 (fax)
Chris@finneylawfirm.com
*Attorney for Defendant Allmine, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via electronic mail this 23rd day of December 2022 to all parties via the Courts Electronic Filing System.

*/s/ Christopher P. Finney*
Christopher P. Finney (0038998)