**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **CARL FORSELL** | ) | |
| | ) | |
| | ) | **Case No: 22-cv-01454** |
| | ) | |
| | ) | **Judge: Lioi** |
| **Plaintiff,** | ) | |
| vs. | ) | |
| **SQUIRRELS, LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | | |

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION TO DISMISS**

---

NOW COMES Plaintiff, Carl Forsell, by and through undersigned, hereby respectfully

requests a brief fourteen (14) day extension of time to submit a response to Defendant Allmine,

Inc.'s Motion to Dismiss, filed on December 23, 2022. Plaintiff's response shall be filed on or

before January 20, 2023. This is Plaintiff's first request for an extension of time and the request

is not sought for the purpose of causing delay and will not be prejudicial to the parties or this

court.

Respectfully submitted,

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 6th day of January 2023, the forgoing Motion

was served via ordinary US mail and/or the Court's electronic filing system upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

Christopher P. Finney
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorney for Defendant Allmine, Inc.*

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (OBN 0087865)