# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

CARL FORSELL                               )

                                        )

                                        )     **Case No: 22-cv-01454**

                                        )

                                        )     **Judge: Lioi**

                       **Plaintiff,**    )

vs.                                  )

SQUIRRELS, LLC, et al.               )

                                        )

                       **Defendants.**

---

### REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)(3)

---

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on July 27, 2023 and was attended by:

   Thomas L. Sooy, Esq.

   James E. P. Sisto, Esq.

   Jack B. Cooper, Esq.

   Christopher F. Finney, Esq.

   Jessica D. Gibson, Esq.

2. Lead counsel for Plaintiff: **Thomas L. Sooy, Esq.**

   Lead counsel for Defendant Squirrels, LLC: **Jack B. Cooper, Esq**.

   Lead counsel for Defendant Allmine, Inc.: **Christopher F. Finney, Esq.**

3. The parties **have** exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's prior order(s).

4.  The parties recommend the following track: **Standard**.

5.  This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms: **Mediation**.

6.  The parties **do** consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7.  Briefly describe the subject of the litigation:

    Plaintiff brings causes of action against the co-defendants for breach of contract and unjust enrichment based upon a series of transactions between the parties. Plaintiff allegedly ordered and paid for a product that was not delivered. Additionally, Plaintiff allegedly was not provided a refund of the funds paid to the co-defendants in an amount allegedly totaling $774,373.60.

8.  Recommended cut-off date for amending pleadings and/or adding additional parties: **June 30, 2024**

9.  Recommended Discovery Plan:

    a.  Keeping in mind the proportionality requirements of Fed. R. Civ. P. 26(b)(1), describe the subjects on which discovery is to be sought and the nature and extent of discovery:

        Business relationship between co-defendants

        Plaintiff's overall dealings with co-defendants regarding the transactions subject to the Complaint

        Plaintiff's dealing with Squirrels Research Labs, LLC, an entity that is currently involved in a bankruptcy proceeding

        Potential individual liability of the owner of Squirrels, LLC

    b.  Non-Expert discovery cutoff date: **May 31, 2024**

c.  Electronic discovery:

**The parties have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to N.D. Ohio Local Rules)**

d.  Expert report due for the party with burden: **April 1, 2024**

e.  Rebuttal expert report due date: **April 30, 2024**

f.  Expert discovery cut-off date: **May 31, 2024**

10. Recommended Dispositive Motion Plan:
   a.  Dispositive motion due date: **July 1, 2024**

   b.  Opposition to dispositive motion due date: **July 29, 2024**

   c.  Replies in support of dispositive motion due date: **August 5, 2024**

11.  Recommended date for a status hearing: **February 1, 2024**

12. Recommended date for a final pre-trial conference: **October 1, 2024**

13. Recommended trial date: **November 4, 2024**

14. Other matters for the attention of the Court: N/A

Respectfully submitted,

/s/- Thomas L. Sooy
Thomas L. Sooy,
James E. P. Sisto, Esq.
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 824-5731
Fax: (614) 824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

/s/- Jack B. Cooper
Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

/s/- Christopher P. Finney
Christopher P. Finney, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorney for Defendant Allmine, Inc.*