UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARL FORSELL, | CASE NO. 5:22-cv-1454 |
| PLAINTIFF, | JUDGE SARA LIOI |
| vs. | ORDER |
| SQUIRRELS, LLC, et al., | |
| DEFENDANTS. | |

The above-captioned matter is scheduled for the Case Management Conference on August 9, 2023, at 10:30 a.m. Upon the representation of counsel, the parties have consented to the jurisdiction of Magistrate Judge Carmen E. Henderson. Therefore, the Case Management Conference is canceled and shall be rescheduled and conducted in the Chambers of Magistrate Judge Henderson.

IT IS ORDERED that this action is hereby transferred to the docket of Magistrate Judge Carmen E. Henderson for the conduct of all further proceedings and the entry of judgment in accordance with Title 28, Section 636(c).

**IT IS SO ORDERED**.

Dated: July 28, 2023

**HONORABLE SARA LIOI
UNITED STATES DISTRICT COURT
CHIEF JUDGE**