**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **CARL FORSELL** **Plaintiff,** | ) | **Case No: 22-cv-01454** |
| **vs.** | ) | **Judge: Carmen Henderson** |
| **SQUIRRELS, LLC, et al.** **Defendants.** | ) | |

**JOINT STATUS REPORT**

The parties, by and through respective undersigned counsel and pursuant to the Court's Case Management Order entered on August 22, 2023, hereby respectfully submit the following Joint Status Report:

1. Status of Discovery: With the discovery deadline not until May 31, 2024, the parties have yet to commence fact discovery beyond the initial disclosures exchanged in accordance with Fed. R. Civ. P. 26(a)(1).

2. Outstanding Motions: There are no outstanding motions before the Court.

3. Case Schedule: At this time the parties believe that there is no reason to deviate from the case schedule as set forth in the Case Management Order.

4. Mediation: Plaintiff is ready and willing to work towards achieving amicable resolution to this dispute through the mediation process. Defendant Allmine does not want to mediate this dispute at this time.

5. Settlement: As of the date of this document's filing, there have not been any offers exchanged to resolve this matter. Plaintiff's demand remains what he is allegedly due and owing based upon the transactions underlying this action as prayed for in the Complaint. The balance totals $774,373.60.

Respectfully submitted,

/s/- Thomas L. Sooy
Thomas L. Sooy,
James E. P. Sisto, Esq.
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 824-5731
Fax: (614) 824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

/s/- Christopher P. Finney, per email consent on 11/22/23
Christopher P. Finney, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorney for Defendant Allmine, Inc.*

Submitted for review on 11/21/23

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 22, 2023, I electronically filed the Joint Status Report with the Clerk of the Court using the ECF system, which notified the following participants:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

Christopher P. Finney, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorney for Defendant Allmine, Inc.*

/s/- Thomas L. Sooy, Esq.