# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** <br> d/b/a NONCE PTE., LTD, <br><br> Plaintiff, <br><br> -v- <br><br> **SQUIRRELS, LLC., et al.,** <br><br> Defendants. | Case No. 5:22-cv-01454-SL <br><br> JUDGE SARA LIOI <br><br> MAGISTRATE JUDGE HENDERSON <br><br> MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA D. GIBSON |

Pursuant to Local Civil Rule 83.5(h), Christopher P. Finney moves for the admission and appearance of Jessica D. Gibson, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Jessica D. Gibson, filed herewith. As set forth in Ms. Gibson's Declaration and supported by the Certificate of Good Standing attached hereto, she is a member in good standing with the bar of the State of Ohio. This Motion is accompanied by the required $120.00 fee.

WHEREFORE, the undersigned counsel respectfully requests this Court enter an order of admission *pro hac vice* for purposes of this cause only, permitting Jessica D. Gibson, Esq. to serve as counsel for Defendant Allmine Inc. in this matter.

*/s/ Christopher P. Finney*
Christopher P. Finney (0038998)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
(513) 943-6669 (fax)
Chris@finneylawfirm.com
*Attorney for Defendant Allmine, Inc.*

## CERTIFICATE OF SERVICE

    A copy of the foregoing has been served via electronic mail this 2nd day of February 2024 to all parties via the Courts Electronic Filing System.

                                                           */s/ Christopher P. Finney*
                                                           Christopher P. Finney (0038998)