UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CARL FORSELL<br>d/b/a NONCE PTE., LTD, | : <br> : <br> : | Case No. 5:22-cv-01454-SL |
| Plaintiff, | : <br> : | JUDGE SARA LIOI |
| -v- | : <br> : | MAGISTRATE JUDGE HENDERSON |
| SQUIRRELS, LLC., et al., | : <br> : | |
| Defendants. | : <br> : <br> : | DECLARATION OF JESSICA D.<br>GIBSON IN SUPPORT OF MOTION<br>FOR ADMISSION *PRO HAC VICE* |

I, Jessica D. Gibson, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

1. I am an attorney practicing with the law firm of FINNEY LAW FIRM, LLC. My office address, telephone number, facsimile number, and email address are as follows: 4270 Ivy Pointe Boulevard, Suite 225, Cincinnati, Ohio 45245, 513-943-5677, 513-943-6669, jdg@finneylawfirm.com.

2. I was admitted to the Supreme Court of Ohio on November 8, 2021. My Ohio bar registration number is 0101403.

3. I certify that I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or United States, nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar. I am currently in good standing with all states, courts, and bars in which I am admitted.

Executed on February 2nd 2024.

*[signature]*
Jessica D. Gibson