# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL** <br> d/b/a NONCE PTE., LTD, | : <br> : <br> : | Case No. 5:22-cv-01454-SL |
| **Plaintiff,** | : <br> : | **JUDGE SARA LIOI** |
| -v- | : <br> : | **MAGISTRATE JUDGE HENDERSON** |
| **SQUIRRELS, LLC., et al.,** | : <br> : <br> : | **ORDER GRANTING MOTION FOR** |
| **Defendants.** | : <br> : | **ADMISSION *PRO HAC VICE* OF** <br> **JESSICA D. GIBSON** |

The Court has reviewed the Motion for Admission *Pro Hac Vice* of attorney Jessica D. Gibson. Upon consideration of that motion, the Court grants attorney Jessica D. Gibson pro hac vice Admission to this Court for this matter.

**IT IS SO ORDERED.**


DATED: _____            _____

United States District Judge