# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** <br> d/b/a NONCE PTE., LTD, <br><br> Plaintiff, <br><br> -v- <br><br> **SQUIRRELS, LLC., et al.,** <br><br> Defendants. | Case No. 5:22-cv-01454 <br><br> MAGISTRATE JUDGE HENDERSON <br><br> **ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF JESSICA D. GIBSON** |

The Court has reviewed the Motion for Admission *Pro Hac Vice* of attorney Jessica D. Gibson. Upon consideration of that motion, the Court grants attorney Jessica D. Gibson pro hac vice Admission to this Court for this matter.

**IT IS SO ORDERED.**

DATED:  March 29, 2024

*Carmen Henderson*
United States Magistrate Judge