UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARL FORSELL | )<br>)<br>) |
| Plaintiff, | ) Case No: 22-cv-01454<br>)<br>) Judge: Lioi<br>)<br>) |
| vs.<br>SQUIRRELS, LLC, et al. | ) Magistrate Judge: Henderson<br>)<br>) |
| Defendants. | |

**ENTRY GRANTING PLAINTIFF'S MOTION TO ADD PARTY AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Upon review of Plaintiff Carl Forsell's Motion to Add Party and Motion for Leave to file Amended Complaint, the Court finds the request well taken and GRANTS the same. Plaintiff's Amended Complaint, filed in conjunction with this Motion, shall be accepted as filed.

**IT IS SO ORDERED**

_____
Judge

SUBMITTED BY:

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (0087865)
Robert A. Schuerger II, Esq. (0082020)
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

COPIES TO ALL PARTIES