# EXHIBIT A

7/24/2021     Gmail - Order #1121 confirmed

 Gmail     Karl Forsell <fforcc@gmail.com>

## Order #1121 confirmed
1 message

FPGA Land <noreply@fpga.land>     7 June 2018 at 10:12
To: frsl@ftml.net

# FPGA Land     ORDER #1121

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

**View your order** or Visit our store

### Order summary

 VCU1525 - Blockchain Edition (With Mods) × 4     $14,400.00
1GG6

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| Total | **$14,530.64 USD** |

### Customer information

**Shipping address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Coinbase commerce — $14,530.64

If you have any questions, reply to this email or contact us at noreply@fpga.land

7/24/2021 — Gmail - You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62

Karl Forsell <fforce@gmail.com>

 Gmail

## You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62

1 message

Coinbase <no-reply@coinbase.com>
To: frsl@ftml.net

7 June 2018 at 18:11

### You just sent
24.14776111 ETH ($14,531.04 USD)

Congratulations! You have successfully sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62. You can view transaction details in your Coinbase account. To facilitate this transaction, you paid 0.00021 ETH ($0.13 USD) in network fees.

This withdrawal is being sent to an address ("0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62") that you haven't previously used.



We're committed to keeping your funds secure. If you believe your account activity is unauthorized, you can disable sign-in for your account.

I wish to disable sign-in for my Coinbase account

Get the latest Coinbase App for your phone

 

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

https://mail.google.com/mail/u/0?ik=8208656d18&view=pt&search=all&permthid=thread-f%3A1602657262439789861&simpl=msg-f%3A1602657262439789861    1/1