# EXHIBIT B

# M Gmail

**Order #1174 confirmed**
1 message

8 June 2018 at 14:00

FPGA Land <sales@fpga.land>
To: frsl@ftml.net

ORDER #1174

## FPGA Land

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

[View your order] or Visit our store

### Order summary



| | | |
|---|---|---|
| VCU1525 - Blockchain Edition (With Mods) × 4 | | $14,400.00 |
| 16GB | | |
| | Subtotal | $14,400.00 |
| | Shipping | $130.64 |
| | **Total** | **$14,530.64 USD** |

### Customer information

**Shipping address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Manual — $14,530.64