# EXHIBIT D

7/24/2021                              Gmail - Order #1395 confirmed

 Gmail                                    Karl Forsell <fforcc@gmail.com>

**Order #1395 confirmed**
1 message

FPGA Land <sales@fpga.land>                              13 June 2018 at 02:03
To: frsl@flml.net

## FPGA Land                                    ORDER #1395

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

   or Visit our store

### Order summary

 BCU1525 – Blockchain Edition (With Mods &
RAM) × 10                                      $36,000.00
16GB

|            | Subtotal | $36,000.00 |
|            | Shipping | $224.06 |
|            | Total | **$36,224.06 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Coinbase commerce — $36,224.06 |