# EXHIBIT E

7/24/2021           Gmail - Order #1405 confirmed

 Gmail         Karl Forsell &lt;fforce@gmail.com&gt;

## Order #1405 confirmed
1 message         13 June 2018 at 10:48

FPGA Land &lt;sales@fpga.land&gt;
To: frsl@ftml.net

ORDER #1405

# FPGA Land

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

### Order summary

| | | |
|---|---|---|
| [img] | BCU1525 - Blockchain Edition (With Mods & RAM) × 52<br>16GB | $187,200.00 |
| | Subtotal | $187,200.00 |
| | Shipping | $773.09 |
| | **Total** | **$187,973.09 USD** |

### Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Bank deposit — $187,973.09

If you have any questions, reply to this email or contact us at sales@fpga.land

```
DBSSSGSU   SWIFT SYSTEM                                           PROCESSING DATE :    28/06/2018
SMSENT     OUTGOING SWIFT MESSAGES SENT                                         PAGE   851


UNIT=DBSSSGSGXXXOY00
U-UMID=ICHASUS33XXX10300160T3353192
SUFFIX=180614136383311
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016OT3353192
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date         : 14 June 2018
     Currency     : USD (US DOLLAR)
     Amount       :             #187,973.09#
 50K: Ordering Customer-Name & Address
     /1200760586
     FORBELL CARL LENG
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258005
 57A: Account With Institution - FI BIC
     //FW044000037
     CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
     /291615919
     ALLMINE INC
 70: Remittance Information
     PYT FOR ORDER 1405
 71A: Details of Charges
     OUR
```