# EXHIBIT F

7/24/2021      Gmail - Order #1406 confirmed

Karl Forsell <fforce@gmail.com>

# Gmail

**Order #1406 confirmed**
1 message

13 June 2018 at 11:09

FPGA Land <sales@fpga.land>
To: frel@flml.net

ORDER #1406

## FPGA Land

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

[View your order] or Visit our store

### Order summary

 BCU1525 - Blockchain Edition (With Mods & RAM) × 30     $108,000.00
16GB

| | |
|---|---|
| Subtotal | $108,000.00 |
| Shipping | $410.80 |
| Total | **$108,410.80 USD** |

### Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Bank deposit — $108,410.80

If you have any questions, reply to this email or contact us at sales@fpga.land

```
DBSSSGSO   SWIFT SYSTEM                                    PROCESSING DATE :   28/06/2018
SWSENT     OUTGOING SWIFT MESSAGES SENT                                PAGE22,124


UNIT=DBSRSGSOXXXPY00
U-UNID=ICHASUS33XXXI0300160T3340719
SUFFIX=180614134293724
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
NUR=
Win-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016OT3340719
 23B: Bank Operation Code
     CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
     Date      : 14 June 2018
     Currency  : USD (US DOLLAR)
     Amount    :              #108,410,#
 33B: Currency/Instructed Amount
     Currency  : USD (US DOLLAR)
     Amount    :              #108,410,#
 50K: Ordering Customer-Name & Address
     /1200760586
     FORSELL CARL LENO
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258005
 57A: Account With Institution - FI DIC
     //FW044000037
     CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
     /291615919
     ALLMINE INC.
     9900 CORPORATE CAMPUS DRIVE, SUITE
     LOUISVILLE, KY 40223 USA
 70: Remittance Information
     PAYMENT FOR FPGA LAND ORDER 1406
     DBSIBHCB
 71A: Details of Charges
     OUR
```