# EXHIBIT G

7/24/2021             Gmail - Order #1505 confirmed

Karl Forsell <fforcc@gmail.com>

# M Gmail

**Order #1505 confirmed**
1 message
                                                                              18 June 2018 at 06:22

FPGA Land <sales@fpga.land>
To: frsl@ftml.net

ORDER #1505

## FPGA Land

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 View your order    or Visit our store

**Order summary**

| | | |
|---|---|---|
| | BCU1525 - Blockchain Edition (With Mods & No RAM) × 19<br>0GB | $63,650.00 |
| | Subtotal | $63,650.00 |
| | Shipping | $299.58 |
| | **Total** | **$63,949.58 USD** |

**Customer Information**

Shipping address
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

Billing address
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

Shipping method
Worldwide

Payment method
Bank deposit — $63,949.58