# EXHIBIT H



Squirrels, LLC                                          Invoice

121 Wilbur Dr NE                                        00002860
North Canton, OH 44720
US

| | | | |
|---|---|---|---|
| Bill To Name | Nonce Pte Ltd | Issue Date | 6/16/2018 |
| Bill To | 8 St Martin's Dr<br>#03-21 St Martin Residence<br>Singapore 258005<br>SG | Due Date | 6/16/2018 |

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 20.00 | USD 67,000.00 |
| | Subtotal | USD 67,000.00 | |
| | Grand Total | USD 67,000.00 | |

Terms and Conditions
Stock is not reserved until payment has been received.

Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer
JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
Routing: 044000037
Account: 233220217
Swift Code: CHASUS33

```
DBSDSOSG   SWIFT SYSTEM                                    PROCESSING DATE :   02/07/2010
SWSENT     OUTGOING SWIFT MESSAGES SENT                                        PAGE41,908


UNIT=DBSSSGSGXXXPY00
U-UMID=ICHASUS33XXX10300160T3376764
SUFFIX=180610134521126
MESSAGE_CREATION_DATE=10/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
  20: Sender's Reference
      00160T3376764
  23B: Bank Operation Code
      CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 10 June 2018
      Currency   : USD (US DOLLAR)
      Amount     :              $67,000,#
  33B: Currency/Instructed Amount
      Currency   : USD (US DOLLAR)
      Amount     :              $67,000,#
  50K: Ordering Customer-Name & Address
      /1200768586
      FORSELL CARL LENG
      8 ST. MARTIN'S DRIVE ST. MARTIN
      RESIDENCE 03-21 SINGAPORE 256006
  57A: Account With Institution - FI BIC
      //FW044000037
      CHASUS33XXX
  59: Beneficiary Customer-Name & Addr
      /291615919
      ALLMINE INC.
      9900 CORPORATE CAMPUS DRIVE, SUITE
      LOUISVILLE, KY 40223 USA
  70: Remittance Information
      INVOICE 00002060
      HONCE PTE LTD
  71A: Details of Charges
      OUR
```