# EXHIBIT I



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

Invoice

00002865

| Bill To Name | Nonce Pte Ltd | Issue Date | 6/17/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/17/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 19.00 | USD 63,650.00 |
| | Subtotal | USD 63,650.00 | |
| | Grand Total | USD 63,650.00 | |

Terms and Conditions

Stock is not reserved until payment has been received.

Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer

JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
Routing: 044000037
Account: 233220217
Swift Code: CHASUS33

```
DBSSSGSG  SHIFT SYSTEM                                      PROCESSING DATE :   02/07/2018
SWSERT    OUTGOING SHIFT MESSAGES SENT                                    PAGE11,889


UNIT=DBSSSOSGXXXPY00
U-UNID=ICHASUS33XXX1030016013394457
SUFFIX=180618134571036
MESSAGE_CREATION_DATE=18/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
HUB=
Fin-Copy=
Sender=DBSSSGSGAXXX
Receiver=CHASUS33XXXX
Message Text:
 20: Sender's Reference
     0016013394457
 23B: Bank Operation Code
      CRED
 32A: Val Dte/Curr/Interbnk Settld Amt
      Date       : 18 June 2018
      Currency   : USD (US DOLLAR)
      Amount     :            163,650,4
 33B: Currency/Instructed Amount
      Currency   : USD (US DOLLAR)
      Amount     :            163,650,4
 50K: Ordering Customer-Name & Address
      /1200768586
      FORSELL CARL LENG
      8 ST. MARTIN'S DRIVE ST. MARTIN
      RESIDENCE  03-21 SINGAPORE 200005
 57A: Account With Institution - FI BIC
      //FW044000037
      CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
      /291615919
      ALLMINE INC.
      9900 CORPORATE CAMPUS DRIVE, SUITE
      LOUISVILLE, KY 40223 USA
 70: Remittance Information
      INVOICE 00002865
      HONEE PTE LTD
      19 X BCU1525 NO DIMMS
 71A: Details of Charges
      OUR
```