# EXHIBIT J



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

| | | | |
|---|---|---|---|
| Bill To Name | Nonce Pte Ltd | Issue Date | 6/27/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/27/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

Invoice

00002981

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 50.00 | USD 167,500.00 |
| | Subtotal | USD 167,500.00 | |
| | Grand Total | USD 167,500.00 | |

Wire Transfer    JPMorgan Chase Bank, N.A.
                 219 North Main St.
                 North Canton, OH 44720
                 Routing: 044000037
                 Account: 233220217
                 Swift Code: CHASUS33

**TELEGRAPHIC TRANSFER APPLICATION**
电汇申请

 DBS

Please type or write in block letters 请用印刷体大写字母

### Applicant's Particulars 申请人资料

Name: Forsell Carl Leng
NRIC/PP No.: S7611157Z

### Payment Mode 付款方式

☒ Debit DBS/POSB Account No. 120-076858-6

### Telegraphic Transfer (TT) Details 电汇资料

Remitting Currency & Amount
Please tick only ONE box

☒ Foreign Currency    ☐ SGD
Currency: USD
Amount: 167500.00

### Instructions for DBS Bank (if any)

If the price of 1 USD is less than 1.35 SGD, convert from SGD; otherwise please draw from my USD sub-account.

### Charge Details (For Bank Use)

1) Charges of DBS Bank Singapore
☒ Applicant    ☐ Beneficiary

2) Charges of Agent Banks
☒ Applicant    ☐ Beneficiary

### Beneficiary Bank's Details 收款人银行资料

Name: JPMorgan Chase Bank, N.A.
Address in Full: 219 North Main St.
North Canton, OH 44720
Country: USA
SWIFT Address: CHASUS33
Clearing Code: 044000037

### Beneficiary's Details 收款人资料

Name: Squirrels LLC
Account No. / IBAN: 233220217
Address: 121 Wilbur Dr NE
North Canton, OH 44720
USA

For IDR transfers
☐ Resident
☐ Non Resident

Date: 28/6/18

Authorised Signature(s) With Company Stamp (if applicable)

### For Bank Use 银行专用

| Attended & Verified By | Approved By | Processed By | Checked By | Authorised By |
|---|---|---|---|---|
| IDS: | IDS: | | | |

BANK'S COPY
DBS BANK LTD

Co. Reg No. 196800306E
06-02-072 (11/2016) AW