# EXHIBIT L

Thomas Sooy

**Subject:** FW: BCU1525 Refund Request
**Attachments:** karl-leng-forsell.xlsx

---------- Forwarded message ----------
From: Jessica Gritzan <jessica@airsquirrels.com>
Date: Wed, 3 Apr 2019 at 21:07
Subject: Re: BCU1525 Refund Request
To: Karl-Leng Forsell <frsl@ftml.net>

HI Karl,

Sorry for my delay. I didn't have the record of the 2 smaller transfers on orders for SQRL. This is because the money was actually sent to Allmine. Tom was able to confirm receipt though. There's a slight difference in the two values. You show $774,523.51 and our records indicated $744,373. I've attached the reconciled spreadsheet.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

From: Karl-Leng Forsell <frsl@ftml.net>
Date: Wednesday, March 27, 2019 at 9:43 AM
To: Jessica Gritzan <jessica@airsquirrels.com>
Subject: Re: BCU1525 Refund Request

Hi Jessica,

Were you able to do the audit on your end?

I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.

1

| increment_id | status | _Day | sku | qty_ordered | customer_e | base_price | grand_total | method | Previous order number | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3302 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1042 | #N/A |
| 3305 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1076 | #N/A |
| 3307 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1084 | 14530.64 |
| 3308 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1087 | 14530.64 |
| 3309 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1090 | 14530.64 |
| 3312 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1094 | 14530.64 |
| 3313 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1097 | 14530.64 |
| 3314 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1098 | 14530.64 |
| 3315 | refunded | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1099 | 14530.64 |
| | | | | | | | $ 130,775.40 | | | |
| 2751 | refund_requ | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1119 | 14530.64 |
| 2785 | refund_requ | 6/8/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1121 | 14530.64 |
| 2817 | refund_requ | 6/9/2018 | bcu1525-dim | 10 | frsl@ftml.net | 3600 | $ 36,224.10 | fpgaland | 1247 | 36224.06 |
| 2896 | refund_requ | 6/13/2018 | bcu1525-dim | 10 | frsl@ftml.net | 3600 | $ 36,224.10 | fpgaland | 1395 | 36224.06 |
| 2901 | refund_requ | 6/13/2018 | bcu1525-dim | 52 | frsl@ftml.net | 3600 | $ 187,973.00 | fpgaland | 1405 | 187973.09 |
| 2902 | refund_requ | 6/13/2018 | bcu1525-dim | 30 | frsl@ftml.net | 3600 | $ 108,411.00 | fpgaland | 1406 | 108410.8 |
| 2958 | refund_requ | 6/18/2018 | bcu1525-mo | 19 | frsl@ftml.net | 3350 | $ 63,949.60 | fpgaland | 1505 | 63949.58 |
| 3281 | refund_requ | 6/29/2018 | bcu1525-mo | 50 | frsl@ftml.net | 3350 | $ 167,500.00 | SQRL | 2981 | 167500 |
| 3688 | refund_requ | 6/7/2018 | bcu1525-dim | 4 | frsl@ftml.net | 3600 | $ 14,530.60 | fpgaland | 1174 | 14530.64 |
| | | | | | | | $ 67,000.00 | | | |
| | | | | | | | $ 63,500.00 | | | |
| | | | | | | | $ 774,373.60 | | | |

| | Date | Order No. | Amount | Method | Refunded on | |
|---|---|---|---|---|---|---|
| Refunded | 8/6/2018 | 1084 | $14,530.64 | PayPal | 19/08/2018 | 1084 |
| Refunded | 8/6/2018 | 1087 | $14,530.64 | PayPal | 19/08/2018 | 1087 |
| Refunded | 8/6/2018 | 1090 | $14,530.64 | PayPal | 19/08/2018 | 1090 |
| Refunded | 8/6/2018 | 1094 | $14,530.64 | PayPal | 19/08/2018 | 1094 |
| Refunded | 8/6/2018 | 1097 | $14,530.64 | PayPal | 19/08/2018 | 1097 |
| Refunded | 8/6/2018 | 1098 | $14,530.64 | PayPal | 19/08/2018 | 1098 |
| Refunded | 8/6/2018 | 1099 | $14,530.64 | PayPal | 19/08/2018 | 1099 |
| | | | $101,714.48 | | | |

| | Date | Order No. | Amount | Method | | |
|---|---|---|---|---|---|---|
| FPGALNAD | 8/6/2018 | 1119 | $ 14,530.64 | Coinbase | | 1119 |
| FPGALNAD | 8/6/2018 | 1121 | $ 14,530.64 | Coinbase | | 1121 |
| FPGALNAD | 9/6/2018 | 1174 | $ 14,530.64 | Manual | | 1174 |
| FPGALNAD | 10/6/2018 | 1247 | $ 36,224.06 | Coinbase | | 1247 |
| FPGALNAD | 3/6/2018 | 1395 | $ 36,224.06 | Coinbase | | 1395 |
| FPGALNAD | 13/06/2018 | 1405 | $ 187,973.09 | Bank deposit | | 1405 |
| FPGALNAD | 14/06/2018 | 1406 | $ 108,410.80 | Bank deposit | | 1406 |
| FPGALNAD | 18/06/2018 | 1505 | $ 63,949.58 | Bank deposit | | 1505 |
| SQRL | 17/06/2018 | 2860 | $ 67,000.00 | SQRL | | #N/A |
| SQRL | 18/06/2018 | 2865 | $ 63,650.00 | SQRL | | #N/A |
| SQRL | 26/06/2018 | 2981 | $ 167,500.00 | SQRL | | 2981 |
| | | | $774,523.51 | | | |