# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CARL FORSELL, | ) CASE NO. 5:22-CV-01454-CEH |
| | ) |
| Plaintiff, | ) |
| | ) CARMEN E. HENDERSON |
| v. | ) UNITED STATES MAGISTRATE JUDGE |
| | ) |
| SQUIRRELS, LLC, ALLMINE, INC., | ) |
| DAVID STANFILL, | ) **ORDER** |
| | ) |
| Defendants, | ) |

Pursuant to Local Rule 16.4 Alternative Dispute Resolution (ADR) of the Local Rules of the United States District Court for the Northern District of Ohio, the above-captioned case is referred to mediation pursuant to Local Rule 16.6, et seq.

Mediation shall be completed in June 2024.

This order is to be forwarded forthwith by electronic transmission to the attention of the ADR Administrator for implementation.

IT IS SO ORDERED.

Dated: April 3, 2024

_____*s/Carmen E. Henderson*_____
Carmen E. Henderson
United States Magistrate Judge