IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Carl Forsell | Case No. 5:22-cv-01454 |
| Plaintiff(s), | |
| -vs- | Magistrate Judge Carmen E. Henderson |
| Squirrels, LLC, et al. | |
| Defendant(s) | AGREED MEDIATION RANKING SHEET |

Pursuant to Section 16.6, et. seq., of the Local Rules of the United States District Court for the Northern District of Ohio, the following is a list in order of preference, of at least three but no more than six, mediators from the Federal Court Panel agreed upon by all parties:

1.    4.

2.    5.

3.    6.

If parties are unable to agree on any mediators, please check here ☐

The Agreed Mediation Ranking Sheet must be filed electronically not later than _____. If the Agreed Mediation Ranking Sheet is not an agreed selection by all parties or if the Agreed Mediation Ranking Sheet is not filed electronically by the date specified herein, counsel is here by advised that the ADR Administrator will select and designate a mediator from the panel members appointed to the Federal Court Panel, pursuant to Local Rule 16.6 (c)(1).

Attorney(s) for Plaintiff(s)                                   Attorney(s) for Defendant(s)

_____          _____

_____          _____

_____          _____