# ADR Panel

**EFFECTIVE: 1/1/2024**  
**LAST UPDATE: 4/2/2024**

| LAST NAME | FIRST NAME | FIRM | WORK PHONE | EMAIL | EXPERTISE | CITY/ZIP |
|---|---|---|---|---|---|---|
| Appelbaum | Jeffrey | Thompson Hine LLP | 216.566.5548 | jeff.appelbaum@thompsonhine.com | Construction | Cleveland, OH 44114 |
| Ashmus | Keith | Dispute-Away | 216.401.0853 | kashmus@dispute-away.com | Age Discrimination, Americans with Disabilities Act, Civil Rights, Contract, Employment Discrimination, ERISA, General Civil, Labor Relations, Health Law, Entrepreneur Issues, Non-Profits | Bay Village, OH 44140 |
| Bash | Brian | Baker & Hostetler LLP | 216.861.7581 | bbash@bakerlaw.com | **Bankruptcy**, Secured Party Rights, Creditor/Debtor, Consumer Banking | Cleveland, OH  44114 |
| Belazis | Paul | Malone Ault & Farrell | 419.843.1333 | belazis@maf-law.com | Civil Rights, Commercial, Employment, Personal Injury | Toledo, OH 43617 |
| Bell (N) | Neema |  | 419.509.7359 | neemabell906@gmail.com | Contract, Commercial, Foreclosure, Real Property, Landlord & Tenant, Foreclosure, Torts, Medical Malpractice, Defamation, Libel & Slander, Civil Rights, Title VII, FMLA, EMTLA, ADA, First Amendment, Media Law, Employment | Maumee, Ohio 43537 |
| Bell (S) | Steven | Administrative Law Judge/U.S. Dept of Labor | 330.618.2351 | bell.steven.d@dol.gov | Police Use of Force, Police Misconduct, Police Training, Religious Land Use and Institutionalized Persons Act, Local Government Zoning and Land Use Regulation, Toxic Tort | Akron, OH 44333 |
| Besser | Matthew | Bolek Besser Glesius LLC | 216.464.3004 | mbesser@bolekbesser.com | Employment Law, Civil Rights, and Contract/Business Disputes | Cleveland, OH 44124 |
| Bixenstine | Barton | Bixentstine Resolutions LLC | 800.410.1339 | bbixenstine@bixres.com | Employment Discrimination, Non-competition, Breach of Ohio public sector employee statutory rights, Breach of settlement agreement, Common law wrongful discharge/promissory estoppel, FLSA, Fair Housing Act, FMLA, ERISA, Commercial, Cruel and Unusual Punishment | Shaker Heights, OH 44120 |
| Borden | Michael | Borden Dispute Resolution, LLC | 216.225.0500 | michael@bordenadr.com | Corporation/Partnership Disputes, Commercial, Contract, Fiduciary Duty, Personal Injury, Product Liability, Securities, Class Action/Complex Litigation | Beachwood, OH 44122 |
| Callas | Gust | Black, McCuskey, Souers & Arbaugh LPA | 330.456.8341 | gcallas@bmsa.com | Contract, Real Property, Torts (Personal Property), Civil Rights, Labor, Labor and Employment | Canton, OH 44718 |
| Cooper | Cary | Marshall & Melhorn LLC | 419.249.7100 | ccooper@marshall-melhorn.com | Contracts, Healthcare, Business Torts | Toledo, OH 43604 |
| Cupar | David | McDonald Hopkins LLC | 216.430.2036 | dcupar@mcdonaldhopkins.com | Patent, Trademark, Trade Secret, Copyright | Cleveland, OH 44114 |
| Dawson | Jennifer | Marshall & Melhorn LLC | 419.249.7139 | dawson@marshall-melhorn.com | Age Discrimination, Americans with Disabilities Act, Contracts, Employment Discrimination, General Civil | Toledo, OH 43604 |
| Diamant | Michael | Taft Stettinius & Hollister LLP | 216.706.3949 | mdiamant@taftlaw.com | Computer Law, Contract, Engineering Issues, Software Disputes, Technology Law, Trade Secrets, Trademark, Patent, Unfair Competition, Commercial and Business | Cleveland, OH 44114 |
| Douglas (S) | Sue |  | 216.402.4691 | sdouglas@johnson-douglas.com | Employment Issues, Discrimination and Harassment, Non-Competes, Trade Secrets, Contracts | Akron, OH 44303 |
| Drushal | J. Douglas | Critchfield Critchfield & Johnston | 330.264.4444 | ddrushal@ccj.com | Commercial Litigation, Contract Disputes, ERISA, Labor and Employment, Real Estate, Taxation, Corporate, Class Actions, Estate and | Wooster, OH 44691 |
| Ernst | Christopher |  | 440.306.3063 | Christopher@OhioADR.org | Business Litigation, Tort Law, Construction | Cleveland, OH 44124 |
| Funk | Stephen | Roetzel & Andress-Akron | 330.849.6602 | sfunk@ralaw.com | Business Torts, Business Litigation, Civil Rights, Constitutional Litigation, Contract, Environmental Law, General Civil, Land Use and Zoning, Property, Public Law Litigation, Real Estate Litigation | Akron, OH 44308 |
| Gibbons | M. Colette |  | 216.798.6940 | colette@mcgibbonslaw.com | General Civil | Westlake, OH 44145 |
| Godshall | Douglas | Douglas Godshall ADR LLC | 330.603.5942 | dngodshall@gmail.com | Personal Injury, Professional Negligence, Business, Commercial | Medina, OH 44256 |
| Goldberg | Stuart | Eastman & Smith Ltd | 419.247.1623 | sjgoldberg@eastmansmith.com | **Bankruptcy** (Business), Commercial | Toledo, OH 43699 |

| LAST NAME | FIRST NAME | FIRM | WORK PHONE | EMAIL | EXPERTISE | CITY/ZIP |
|---|---|---|---|---|---|---|
| Gross | Joseph | Benesch, Friedlander, Coplan & Aronoff LLP | 216.363.4163 | JGross@Beneschlaw.com | Employment Discrimination, Labor Relations | Cleveland, OH 44114 |
| Hardy | Richard | Ulmer & Berne LLP | 216.583.7108 | rhardy@ulmer.com | **Bankruptcy**, Insolvencies, General Commercial, UCC, Contract, Business Law | Avon Lake, OH 44012 |
| Havens | Hunter | Seeley, Savidge, Ebert & Gourash | 216.566.8200 | hhavens@sseg-law.com | Trucking, transportation, product liability, premises liability, contruction, employment, general liability, enviormental geology | Westlake, OH 44145 |
| Haymond | Daniel | Thompson Hine LLP | 216.566.5896 | dan.haymond@ThompsonHine.com | Construction, Real Estate litigation, and business litigation | Cleveland, OH 44114 |
| Hilow | Henry | Hilow & Spellacy Co. LLC | 216.344.9220 | hhilow@mghslaw.com | General civil | Cleveland, OH 44113 |
| Hlavaty | Joel | Frantz Ward LLP | 216.515.1614 | jhlavaty@frantzward.com | ADA, ADEA, Civil Rights, Contract, Employment, ERISA, FLSA, FMLA, General Civil, Labor, NLRA, OSHA, Sexual Harassment, Trade Secrets, Unfair Competition, WARN, Wrongful Discharge | Cleveland, OH 44113 |
| Icove | Edward | Icove Legal Group | 216.802.0000 | ed@icovelegal.com | Consumer Law, Civil Rights, Employment | Cleveland, OH 44113 |
| Kopit | Alan | MediLogix, LLC | 216.470.7567 | askopit@gmail.com | Commercial Law, Complex Litigation, **Bankruptcy**, Securities Fraud | Pepper Pike, OH 44124 |
| Krantz | Brett S. | | 216.736.7238 | bk@KJK.com | Commercial litigation, consumer protection litigation, contractual disputes, securities litigation, partnership disputes, merger and acquisition disputes, alcohol distributorship disputes and agreements, FLSA matters, non-compete matters, and trade secret litigation | Cleveland, OH 44114 |
| Lawniczak | James | Calfee Halter & Griswold | 216.622.8364 | jlawniczak@calfee.com | **Bankruptcy**, Commercial Law, Antitrust, Trade Secrets, Asset Trusts, Cognovit Judgements | Cleveland, OH 44114 |
| Lesny-Fleming | Jennifer | Matasar Jacobs | 216.453.8180 | Jfleming@matasarjacobs.com | Business Torts, Shareholder Litigation, Corporate Governance, Fiduciary Disputes, Employment Issues, Real Estate Leasing and Development, Complex Contract Disputes | Cleveland, OH 44114 |
| Malone | Sean | Malone Law, LLC | 216.513.5309 | smalone@malonelawllc.com | Breach of contract, breach of fiduciary duty, fraud, business torts, non-compete clauses, patent and trademark disputes, securities laws and FINRA regulations, the False Claims Act, government enforcement, consumer protection laws, and landlord-tenant disputes | Cleveland, OH 44113 |
| Margolius | Andrew | Margolius Margolius & Associates | 216.621.2034 | andrew@margoliuslaw.com | Age Discrimination, Civil Rights, Employment Discrimination, Housing Discrimination, Labor Relations, Personal Injury | Cleveland, OH 44113 |
| Marvinney | Craig | | 216.406.5918 | camarvinney@gmail.com | Commercial/Business Litigation, General Tort, Insurance Coverage Disputes including Bad Faith/Extra contractual Liability Issues, Intellectual Property, Product Liability | Cleveland, OH 44114 |
| McCrystal, Jr. | James | Sutter O'Connell | 216.928.3553 | jmccrystal@sutter-law.com | Business Litigation, Commercial, Construction, Contract, Environment, General Civil, Insurance, Medical Liability, Personal Injury, Products Liability, Professional Liability, Tort, Trade Secrets, Unfair Competition | Cleveland, OH 44114 |
| McLandrich | John | Mazanec, Raskin & Ryder Co., LPA | 440.248.7906 | jmclandrich@mrrlaw.com | Civil Rights, Employment, Municipal, Class Action, FLSA | Solon, OH 44139 |
| McMullen | Daniel | Calfee Halter & Griswold | 216.622.8656 | dmcmullen@calfee.com | Commercial, Copyright, Cybersecurity, Data Rights, Information Technology, Intellectual Property, Patent, Software, Trademark, Trade Secret | Cleveland, OH 44114 |
| McQueen | Karen | Krugliak, Wilkins, Griffiths & Dougherty Co., LPA | 330.497.0700 | kmcqueen@kwgd.com | Employment and Labor, Employment Litigation, Business Litigation | Canton, OH 44718 |
| Mercer | Kathryn | Case Western Reserve University/School of Law | 216.368.2173 | klm7@case.edu | Employment, Labor, Civil Rights, Disability, Gender Discrimination, Contract, Family Law, Child Welfare | Cleveland, OH 44120 |
| Okun | Jill | Porter Wright Morris & Arthur LLP | 216.443.2508 | JOkun@porterwright.com | Product Liability and General Commerical Litigation | Cleveland, OH 44113 |
| Petrov | Daniel | Thorman Petrov Group Co., LPA | 216.621.3500 | dpetrov@tpgfirm.com | Employment Law, Civil Rights, Wrongful Death, Civil Litigation, Torts, Contracts | Shaker Heights, OH 44122 |
| Repicky | Thomas | | 440.247.3898 | TomRepicky@sbcglobal.net | Tort, Malpractice, Commercial, Insurance, Employment | Chagrin Falls, OH 44022 |

| LAST NAME | FIRST NAME | FIRM | WORK PHONE | EMAIL | EXPERTISE | CITY/ZIP |
|---|---|---|---|---|---|---|
| Roosa | James | Roosa Co., LPA | 216.635.0636 | jkr@roosalaw.com | Business, Commercial, Corporate Law, Real Estate, Intellectual Property | Cleveland, OH 44109 |
| Rose | Dennis | Hahn Loeser & Parks LLP | 216.274.2357 | drrose@hahnlaw.com | Commercial, Fiduciary Litigation, Shareholder Disputes, Real Estate, Products Liability | Cleveland, OH 44114 |
| Sandrock | Scott | Brennan Manna & Diamond LLC | 330.253.4367 | spsandrock@bmdllc.com | Antitrust, Contract, Franchising, Healthcare Compliance, Trade Secrets, Trademark, Unfair Competition, Shareholder and Corporate Disputes | Akron, OH 44308 |
| Sandy | James | McGlinchey Stafford PLLC | 216.378.9911 | jsandy@mcglinchey.com | Financial Services Litigation, Consumer and Commercial Litigation, Class Action Litigation, and Appeals | Cleveland, OH 44122 |
| Silverman | Peter | Shumaker Loop & Kendrick | 419.321.1307 | psilverman@shumaker.com | Commercial Law, Securities, Antitrust, Franchise, Trademark | Toledo, OH 43604 |
| Snow | Randolph | Black McCuskey Souers & Arbaugh | 330.456.8341 | rsnow@bmsa.com | Civil Rights, Contract, Employment Discrimination, General Civil, Personal Injury | Canton, OH 44718 |
| Sokell | James | MedicoLegal Resource | 440.591.9751 | medresources15@gmail.com | General Civil, Medical Malpractice, Medicare/Medicaid, Occupational Safety and Health (OSHA), Personal Injury, Products Liability | Powell, OH 43065 |
| Stevens | Natalie | Zashin & Rich, Ernst & Young Tower | 216.696.4441 | nms@zrlaw.com | Employment-related matters | Cleveland, OH 44113 |
| Stewart | Scott | Stewart Dechant LLC | 216.781.2258 | scott@stewartdechant.com | Admiralty, FELA, Personal Injury | Bay Village, Ohio 44140 |
| Szuter | Gregory | | 440.628.8380 | gpszuter@gmail.com | Labor and Employment Law, ERISA, Executive Compensation, Healthcare claims, Non-Competition, Pension, Trade Secrets, Whistleblower | Cleveland, OH 44133 |
| Tucker | Michael | Ulmer & Berne LLP | 216.583.7120 | mtucker@ulmer.com | **Bankruptcy**, Debtor/Creditor Rights | Cleveland, OH 44113 |
| Vail | James | Schneider Smeltz Spieth Bell LLP | 216.696.4200 | jvail@sssb-law.com | Business Litigation (excluding Securities, ERISA, Patent), Employment, Trusts and Estates | Cleveland, OH 44114 |
| Warner | Timothy | Warner Law | 440.387.4321 | Twarner@warnerlawyer.com | Fraud/Misrepresentation, Real Estate, Commercial Leasing, Product Liability, Commercial Eviction, Employment, Noncompetition, Trade Secrets/Unfair Competition, Employment Discrimination, Wrongful Termination, Employee Benefits & Executive Compensation, Wage and Hour, Class Actions, MDL Actions, Probate, Trust and Estate , ERISA, Health Care, Insurance, Franchise, Conservation Easements | Westlake, OH 44145 |
| Weisensell | John | Weisensell, Mastrantonio & Orlando LLP | 330.434.1000 | jack@nwm-law.com | Civil Litigation, Personal Injury, Professional Malpractice, Employment Contract Litigation, Shareholder Disputes, Wrongful Death, Probate Court Litigation, Insurance Coverage Disputes | Akron, OH 44308 |
| Weiss | Jerome | Mediation Inc. | 216.589.9993 | mediator@mediationresolve.com | Age Discrimination, Americans with Disabilities Act, Anti-Trust, Breach of Fiduciary Duty, Class Actions, Commercial, Civil Rights, Construction, Employment, ERISA, Environmental, Estate, Fair Labor, FMLA, Insurance, International Commercial, Malpractice, Product Liability, Race Discrimination, Securities Fraud, Title VII, Trade Secret, Wage and Hour Disputes, Wrongful Death | Shaker Heights, OH 44122 |
| Wilson | Bruce | | 330.253.8300 | brucewilsonesq@aol.com | Patent, Trademark, Trade Secrets, Trademark, Copyright | Akron, OH 44308 |