Sandy Opacich,
Clerk of Court

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

216-357-7077

4/16/24

Richard Hardy

Re: Forsell v. Squirrels, LLC, et al.

Case No: 5:22-cv-01454

Greetings,

In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

Please return the Neutral Response Form to the ADR Office using the contact information below by Apr 23, 2024. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

Sincerely,

s/Kathaleen McGrew
ADR Administrator
(P) 216-357-7077
(F) 216-357-7086
(E) OHND_ADR@ohnd.uscourts.gov

John F. Seiberling Federal Building and US Courthouse
2 South Main Street
Akron, Ohio 44308
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse
125 Market Street
Youngstown, Ohio 44503
330-884-7400

| | |
|---|---|
| Sandy Opacich, Clerk of Court | 216-357-7077 |

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

4/16/24

Michael Tucker

Re: Forsell v. Squirrels, LLC, et al.

Case No: 5:22-cv-01454

Greetings,

In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

Please return the Neutral Response Form to the ADR Office using the contact information below by Apr 23, 2024. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

Sincerely,

s/Kathaleen McGrew

ADR Administrator
(P) 216-357-7077
(F) 216-357-7086
(E) OHND_ADR@ohnd.uscourts.gov

John F. Seiberling Federal Building and US Courthouse
2 South Main Street
Akron, Ohio 44308
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse
125 Market Street
Youngstown, Ohio 44503
330-884-7400

Sandy Opacich,
Clerk of Court

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

216-357-7077

4/16/24

Brian Bash

Re: Forsell v. Squirrels, LLC, et al.

Case No: 5:22-cv-01454

Greetings,

In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

Please return the Neutral Response Form to the ADR Office using the contact information below by Apr 23, 2024. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

Sincerely,

s/Kathaleen McGrew
ADR Administrator
(P) 216-357-7077
(F) 216-357-7086
(E) OHND_ADR@ohnd.uscourts.gov

John F. Seiberling Federal Building and US Courthouse
2 South Main Street
Akron, Ohio 44308
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse
125 Market Street
Youngstown, Ohio 44503
330-884-7400

Sandy Opacich,
Clerk of Court

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

216-357-7077

4/16/24

Alan Kopit

Re: Forsell v. Squirrels, LLC, et al.

Case No: 5:22-cv-01454

Greetings,

In accordance with Local Rule 16.6, you have been selected as a potential Mediator in the above referenced case. It is requested that you perform a conflict check to determine whether you can serve as Mediator. Enclosed, please find a copy of the docket which discloses the names of parties and attorney of record, which will enable you to check for potential conflicts of interest. Also enclosed is a copy of the Order of Referral to Mediation for your reference.

Please return the Neutral Response Form to the ADR Office using the contact information below by Apr 23, 2024. Even if you must decline this assignment, you must still submit the Neutral Response Form by the date requested. If you are appointed as the neutral in this case, you will receive a notice of electronic filing from CM/ECF with the Notice of Designation of Mediator. Should you have any questions concerning this potential assignment, please do not hesitate to contact the ADR office. Thank you for your attention to this request.

Sincerely,

s/Kathaleen McGrew

ADR Administrator
(P) 216-357-7077
(F) 216-357-7086
(E) OHND_ADR@ohnd.uscourts.gov

| John F. Seiberling Federal Building and US Courthouse<br>2 South Main Street<br>Akron, Ohio 44308<br>330-252-6000 | James M. Ashley and Thomas W.L. Ashley US Courthouse<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604<br>419-213-5500 | Thomas D. Lambros Federal Building and US Courthouse<br>125 Market Street<br>Youngstown, Ohio 44503<br>330-884-7400 |