Sandy Opacich
Clerk of Court

United States District Court
Northern District of Ohio
Carl B. Stokes US Courthouse
Office of the Clerk
801 West Superior Avenue
Cleveland, Ohio 44113-1830

216-357-7077

4/16/24

ADR Department
801 West Superior Avenue
Cleveland, Ohio 44113

Re: Forsell v. Squirrels, LLC, et al.

Case No: 5:22-cv-01454

Response Due: Apr 23, 2024

**Please return this response form by e-mail at OHND_ADR@ohnd.uscourts.gov or by facsimile at 216-357-7086.**

Upon completion of the required conflict check, the undersigned

_____X_____ Accepts Assignment

_____ Declines Assignment

to serve as mediator in the above referenced case. Federal Court Panelists are required to file electronically. The Court expects all Federal Court Panel members to comply with electronic court filing requirements. The undersigned hereby agrees to electronically file all required notices scheduling the within matter for mediation should they be designated as the mediator in this case.

_____
Signature

ALAN S. KOPIT
Print Name

4/17/2024
Date

John F. Seiberling Federal Building and US Courthouse
2 South Main Street
Akron, Ohio 44308
330-252-6000

James M. Ashley and Thomas W.L. Ashley US Courthouse
1716 Spielbusch Avenue
Toledo, Ohio 43604
419-213-5500

Thomas D. Lambros Federal Building and US Courthouse
125 Market Street
Youngstown, Ohio 44503
330-884-7400