# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARL FORSELL, | CASE NO. 5:22-CV-01454-CEH |
| Plaintiff, | CARMEN E. HENDERSON<br>UNITED STATES MAGISTRATE JUDGE |
| v. | |
| SQUIRRELS, LLC, ALLMINE, INC.,<br>DAVID STANFILL, | **ORDER** |
| Defendants, | |

Due to an unforeseen conflict, Alan Kopit shall be removed as the designated mediator. (*See* ECF No. 42).

On its own motion, the Court hereby refers this matter to Magistrate Judge Darrell A. Clay pursuant to L.R. 16.6, to conduct a mediation. The parties shall coordinate with Magistrate Judge Clay to schedule the mediation.

**IT IS SO ORDERED.**

Dated: May 10, 2024

*s/Carmen E. Henderson*
Carmen E. Henderson
United States Magistrate Judge