UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL,** | ) | CASE NO. 5:22-cv-01454-CEH |
| | ) | JUDGE LIOI |
| **Plaintiff,** | ) | |
| | ) | MAGISTRATE JUDGE HENDERSON |
| v. | ) | |
| | ) | JOINT STATUS REPORT |
| **SQUIRRELS LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Section 11 of the Court's August 14, 2023 trial order the parties submit their 90-day status report.

The parties are scheduled for a settlement conference on June 24, 2024 with Magistrate Darrell A. Clay. The parties have taken no depositions and are in the process of exchanging paper discovery responses. Plaintiff filed an amended complaint, adding a new party, David Stanfill, as defendant. Mr. Stanfill has moved to dismiss the amended complaint. The Court has given Plaintiff leave to respond until July 5, 2024.

If the settlement conference is unsuccessful, the parties suggest a status conference to discuss whether a new case management schedule is needed.

*/s/ Thomas L. Sooy*
Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
Attorneys for Plaintiff
By electronic mail only

*/s/ Jessica Gibson*
Christopher P. Finney (0038998)
Jessica Gibson (101403)
admitted pro hac vice
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
(513) 943-6669 (fax)
chris@finneylawfirm.com
jdg@finneylawfirm.com
Counsel for Defendant Allmine, Inc.
By electronic mail only

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email:  jcooper@milliganpusateri.com
Counsel for Defendant Squirrels LLC