UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARL FORSELL | ) |
| | ) |
| | ) Case No: 22-cv-01454 |
| | ) |
| | ) Judge: Lioi |
| Plaintiff, | ) |
| vs. | ) Magistrate Judge: Henderson |
| SQUIRRELS, LLC, et al. | ) |
| | ) |
| Defendants. | |

**PLAINTIFF'S MOTION TO CONTINUE MEDIATION**

NOW COMES Plaintiff, by and through undersigned, hereby respectfully requests this Court continue the Mediation currently scheduled for June 24, 2024. For cause, Plaintiff contends he will be unable to participate in the mediation process during this time. This is Plaintiff's first request for a continuance of the Mediation and this request is not sought for the purpose of causing delay and will not be prejudicial to the parties or the Court. All parties have consented to the continuance and agreed on a new date of **September 3, 2024** for the Mediation.

Respectfully submitted,

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq.
James E. P. Sisto, Esq.
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 824-5731
Fax: (614) 824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2024, the forgoing was served via electronic mail and/or the Court's electronic filing system upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

Christopher P. Finney, Esq.
Jessica D. Gibson, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorneys for Defendant Allmine, Inc.*

/s/- Thomas L. Sooy, Esq.