## <u>APPENDIX B</u>

A Witness List following the format shown below must be prepared and submitted by counsel **seven (7) calendar days** prior to the trial. Specific reference is made here to the terms of the Trial Order that shall be read and applied in conjunction with the format below.

_____    CASE NO.  _____

               PLAINTIFF(S),

               vs.                   MAGISTRATE JUDGE
                                  CARMEN E. HENDERSON

_____
               DEFENDANT(S).

| PLAINTIFF/DEFENDANT WITNESSES | |
|---|---|
| **NAME** | **SYNOPSIS OF TESTIMONY** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |