**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **CARL FORSELL** | : | **Case No. 5:22-cv-01454-SL** |
| **d/b/a NONCE PTE., LTD,** | : | |
| | : | |
| **Plaintiff,** | : | **JUDGE SARA LIOI** |
| | : | |
| **-v-** | : | |
| | : | |
| **SQUIRRELS, LLC, et al.,** | : | |
| | : | **JOINT STATUS REPORT OF** |
| **Defendants.** | : | **PLAINTIFF FORSELL AND** |
| | : | **DEFENDANT ALLMINE INC.** |
| | : | **REGARDING MEDIATION** |

Now comes Plaintiff Carl Forsell d/b/a Nonce PTE., LTD ("Plaintiff") and Defendant Allmine, Inc. ("Allmine") by and through the undersigned counsel, for hereby respectfully submit the following Joint Status Report:

Plaintiff and Allmine met with Magistrate Judge Darrell Clay for a second mediation session September 18, 2024 at 9:30 a.m. for approximately ninety minutes.  The settlement negotiations between Plaintiff and Allmine are ongoing and a third mediation session is scheduled for October 2, 2024 at 9:15 a.m.  Plaintiff and Allmine expect to reach a settlement resolution on or before October 2, 2024.

Respectfully submitted,

*/s/ Jessica D. Gibson*
Christopher P. Finney (0038998)
Jessica D. Gibson (0101403)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-5677
(513) 943-6669 (fax)
jdg@finneylawfirm.com
*Attorneys for Defendant Allmine, Inc.*

/s/ *Thomas L. Sooy* **\*per email**
**authorization dated 9/18/24**
Thomas L. Sooy, Esq.
James E. P. Sisto, Esq.
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
Tel: (614) 824-5731
Fax: (614) 824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via electronic mail this 18th day of September, 2024 to all parties via the Courts Electronic Filing System.

/s/ *Jessica D. Gibson*
Jessica D. Gibson (0101403)