# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** ) | |
| ) | |
| ) | Case No: 22-cv-01454 |
| ) | |
| ) | Judge: Lioi |
| Plaintiff, ) | |
| vs. ) | Magistrate Judge: Henderson |
| **SQUIRRELS, LLC, et al.** ) | |
| ) | |
| Defendants. | |

### AGREED MOTION TO CONTINUE FINAL PRETRIAL AND TRIAL

NOW COME Plaintiff, Carl Forsell (hereinafter 'Mr. Forsell'), and Defendant, Allmine, Inc. (hereinafter 'Allmine') by and through undersigned counsel, hereby respectfully submit an Agreed Motion to Continue the Trial scheduled for July 11, 2025. For cause, Mr. Forsell contends that he will be unable to appear in person at trial until November 2025 pursuant to a travel restriction that he is currently under which prohibits him from traveling to the United States from Singapore, where he currently resides. Defendant Allmine, Inc. agrees with Plaintiff's continuance request.

As a result of this travel restriction, Mr. Forsell offered to keep the trial date as scheduled and appear remotely in July 2025. However, Defendants Squirrels, LLC and David Stanfill objected to Mr. Forsell's remote appearance. Mr. Forsell remains willing to appear at trial remotely.

This agreed continuance request is not sought for the purpose of causing delay and will not be prejudicial to the Court or any of the parties in this case.

Respectfully submitted

| | |
|---|---|
| /s/-Thomas L. Sooy | /s/ Jessica D. Gibson, per email consent on 9/18/25 |
| Thomas L. Sooy, Esq. | Christopher P. Finney, Esq. |
| James E. P. Sisto, Esq. | |
| Schuerger Law Group | Jessica D. Gibson, Esq. |
| 1001 Kingsmill Parkway | Finney Law Firm, LLC |
| Columbus, OH 43229 | 4270 Ivy Pointe Blvd., Ste. 225 |
| Tel: (614) 824-5731 | Cincinnati, OH 45245 |
| Fax: (614) 824-1120 | Tel: (513) 943-5677 |
| | Fax: (513) 943-6669 |
| tsooy@schuergerlaw.com | jdg@finneylawfirm.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of September 2021, the forgoing Agreed Motion to Continue was served via ordinary US mail and/or electronic mail upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendants Squirrels, LLC
And David Stanfill*

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (0087865)