# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL** | ) | |
| | ) | |
| | ) | Case No: 22-cv-01454 |
| | ) | |
| | ) | **Judge: Lioi** |
| **Plaintiff,** | ) | |
| vs. | ) | **Magistrate Judge: Henderson** |
| **SQUIRRELS, LLC, et al.** | ) | |
| | ) | |
| **Defendants.** | | |

**ENTRY GRANTING AGREED MOTION TO CONTINUE FINAL PRETRIAL AND TRIAL**

Upon review of Plaintiff Carl Forsell and Defendant Allmine, Inc.'s Agreed Motion to Continue, the Court finds the request well taken and GRANTS the same. The Final Pretrial and Trial are hereby rescheduled as follows:

Final Pretrial: _____

Trial: _____

**IT IS SO ORDERED**

_____

Judge

SUBMITTED BY:

/s/- Thomas L. Sooy

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*


COPIES TO ALL PARTIES: