UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CARL FORSELL, | ) | CASE NO. 5:22-cv-01454-CEH |
| | ) | JUDGE LIOI |
| **Plaintiff,** | ) | |
| | ) | MAGISTRATE JUDGE HENDERSON |
| v. | ) | |
| | ) | JOINT STATUS REPORT |
| SQUIRRELS LLC , et al. | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to the Section 11 of the Court's August 14, 2023 trial order the parties submit their 90-day status report.

1. <u>Outstanding Motions</u>: There are no outstanding motions before the Court.

2. <u>Case Schedule</u>: At this time the parties believe that there is no reason to deviate from the case schedule as set forth in the Amended Case Management Order entered on September 10, 2024.

3. <u>Mediation and Settlement</u>: A Settlement Conference was conducted on September 3, 2024 with a follow up conference conducted on September 18, 2024. An agreement was ultimately reached between Plaintiff and Defendant Allmine, Inc. that will result in Allmine's dismissal from this case. Plaintiff and Defendant Squirrels, LLC did not resolve their dispute. Plaintiff's demand remains what he is allegedly due and owing based upon the transactions underlying this action as prayed for in the Complaint. The balance totals $774,373.60.

<u>/s/ Thomas L. Sooy</u>
Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
The Law Offices of Robert A. Schuerger Co., LPA

1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
Attorneys for Plaintiff
By electronic mail only


*/s/ Christopher P. Finney*
Christopher P. Finney (0038998)
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Suite 225
Cincinnati, Ohio 45245
(513) 943-6655
(513) 943-6669 (fax)
chris@finneylawfirm.com
jdg@finneylawfirm.com
Counsel for Defendant Allmine, Inc.
By electronic mail only

*/s/ Jack B. Cooper*
Jack B. Cooper (#0069321)
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
Email:  jcooper@milliganpusateri.com
Counsel for Defendant Squirrels LLC