UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** | ) |
| | ) |
| | ) Case No: 22-cv-01454 |
| | ) |
| | ) Judge: Lioi |
| Plaintiff, | ) |
| vs. | ) Magistrate Judge: Henderson |
| SQUIRRELS, LLC, et al. | ) |
| | ) |
| Defendants. | |

### MOTION FOR PARTIAL DISMISSAL

NOW COMES Plaintiff Carl Forsell, by and through undersigned counsel and in accordance with Rule 41 (A) (2) of the Federal Rules of Civil Procedure, hereby respectfully requests this Court dismiss Plaintiff's claims against Defendant Allmine, Inc. **without prejudice**.

For cause, Plaintiff contends that he came to terms resolving his dispute with Allmine, Inc. in the context of the mediation proceedings conducted in this case. Therefore, Plaintiff does not wish to pursue his claims against Allmine, Inc. in the context of this action. Allmine, Inc. did not assert a counterclaim in this case.

Mr. Forsell's claims shall remain pending against Defendant Squirrels, LLC. This request is not sought for the purpose of causing delay and will not be prejudicial to the parties or this Court.

Respectfully submitted,

*/s/- Thomas L. Sooy*

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group
1101 Kingsmill Parkway

Columbus, OH 43229<br>
PH: 614-824-5731<br>
FAX: 614-824-1120<br>
tsooy@schuergerlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2025, the forgoing Motion was served via electronic mail and/or the Court's electronic filing system upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*


Christopher P. Finney, Esq.
Ashley Duckworth, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorneys for Defendant Allmine, Inc.*

*/s/- Thomas L. Sooy, Esq.*