# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** | ) |
| | ) |
| | )    **Case No: 22-cv-01454** |
| | ) |
| | )    **Judge: Lioi** |
|      **Plaintiff,** | ) |
| **vs.** | )    **Magistrate Judge: Henderson** |
| **SQUIRRELS, LLC, et al.** | ) |
| | ) |
|      **Defendants.** | ) |

| **AFFIDAVIT** |
|---|

STATE OF_____
COUNTY OF _____ SS:

     On the_____day of <u>March 2025</u> the undersigned <u>Carl Forsell</u> personally appeared before the undersigned notary public and identified herself and being duly sworn upon her oath stated:

     <u>Carl Forsell</u>, the Affiant, having been duly cautioned asserts the following statements are true:

1. I, Carl Forsell, am over the age of 18 and am competent to testify as to the matters contained herein. I have personal knowledge of the facts contained in this Affidavit.

2. Through my DBA, Nonce PTE, Ltd., I in entered into a series of transactions directly with Squirrels, LLC and its agent, Allmine, Inc., in which I ordered and paid for a product used in the mining of cryptocurrencies. The product is known as 'BCU 1525'.

3. The 'BCU 1525' was ordered through email communications. Payment was made for each order upon confirmation that the order would be fulfilled. True and accurate copies

Docusign Envelope ID: 3021B78F-272F-4086-85C8-4DC999FBC468

4.  In August 2018, following submission of the payment for all orders, I was informed that shipment of the 'BCU 1525' would be delayed. A true and accurate copy of a press release announcing the delay is attached as an Exhibit.

5.  The delay was unsatisfactory to me, and I responded with a written cancelation of the orders. The cancelation was acknowledged and accepted by Squirrels. A true and accurate copy of the email chain evidencing the cancelation of the orders is attached as an Exhibit.

6.  Squirrels agreed to refund me for the transactions in an amount totaling $774,373.60. I was offered a monthly payment arrangement on the balance of the refund. A true and accurate copy of an email chain evidencing the agreement to refund the money along with a spreadsheet created by Squirrels breaking down the refund is attached as an Exhibit.

7.  I have not received a full refund of the amount that I paid for the transactions subject to this lawsuit, despite being informed that I was entitled to the same in the amount of $774,373.60, and despite being offered a monthly payment arrangement for the refund.

FURTHER AFFIANT SAYETH NAUGHT

Docusign Envelope ID: 3021B78F-272F-4086-85C8-4DC999FBC468

*Carl leng Forsell*

Carl Forsell

CARL LENG FORSELL personally appeared before me, swore to, acknowledged, and subscribed to

the statements made in this Affidavit in my presence on the 3rd day of March ,

2025.



Ariel Leigh Grimaldi
Notary Public - State of New York
No. 01GR0026438
Qualified In Suffolk County
My Commission Expires Jul. 02, 2028

Notary Public

This electronic notarial act involved a
remote online appearance involving the use
of communication technology.