# EXHIBIT A

7/24/2021                 Gmail - Order #1121 confirmed

 Gmail                           Karl Forsell <lforcc@gmail.com>

**Order #1121 confirmed**
1 message

FPGA Land <noreply@fpga.land>                    7 June 2018 at 10:12
To: frsl@frml.net

## FPGA Land                       ORDER #1121

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

    or Visit our store

### Order summary

| | | |
|---|---|---|
| VCU1525 – Blockchain Edition (With Mods) × 4<br>16G0 | | $14,400.00 |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer Information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |
| | |
| **Shipping method** | **Payment method** |
| Worldwide | Coinbase commerce — $14,530.64 |

Gmail - Order #1121 confirmed

7/24/2021

If you have any questions, reply to this email or contact us at noreply@fpga.land

Gmail - You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62

7/24/2021

Karl Forsell <fforce@gmail.com>

 **Gmail**

**You just sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62**

1 message

7 June 2018 at 18:11

Coinbase <no-reply@coinbase.com>
To: frel@ltml.net



You just sent

24.14776111 ETH ($14,531.04 USD)

Congratulations! You have successfully sent 24.14776111 ETH to 0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62. You can view transaction details in your Coinbase account. To facilitate this transaction, you paid 0.00021 ETH ($0.13 USD) in network fees.

This withdrawal is being sent to an address ("0x775fAB1EFB3cc6F79CdC85c02CD018CfbaD74f62") that you haven't previously used.

View Transaction

We're committed to keeping your funds secure. If you notice your account activity is unauthorized, you can disable sign-in for your account.

I wish to disable sign-in for my Coinbase account

Get the latest Coinbase App for your phone

Download on the App Store    GET IT ON Google Play

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

1/1

https://mail.google.com/mail/u/0?ik=820265d018&view=pt&search=all&permthid=thread-f%3A1602657262493780861&simpl=msg-f%3A1602657262493780861



Gmail - Order #1174 confirmed

7/24/2021

Karl Forsell <lforcc@gmail.com>

M Gmail

**Order #1174 confirmed**
1 message

8 June 2018 at 14:00

FPGA Land <sales@fpga.land>
To: frsl@frml.net

ORDER #1174

# FPGA Land

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.



View your order    or Visit our store

### Order summary

| | | |
|---|---|---|
| VCU1525 - Blockchain Edition (With Mods) × 4 | | $14,400.00 |
| 16GB | | |

| | |
|---|---|
| Subtotal | $14,400.00 |
| Shipping | $130.64 |
| **Total** | **$14,530.64 USD** |

### Customer information

**Shipping address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Manual — $14,530.64

7/21/2021 — Gmail - Order #1247 confirmed

 **Gmail**

Karl Forsell <fforcc@gmail.com>

**Order #1247 confirmed**
1 message

FPGA Land <sales@fpga.land>
To: frsk@flmi.net

9 June 2018 at 16:33

## FPGA Land

ORDER #1247

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.



| View your order | or Visit our store |

### Order summary



VCU1525 – Blockchain Edition (With Mods & RAM) × 10
16GB                                                          $36,000.00

| | Subtotal | $36,000.00 |
| | Shipping | $224.06 |
| | **Total** | **$36,224.06 USD** |
| | Coinbase commerce | $36,224.06 |

### Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**

**Payment method**

7/24/2021

Worldwide

Gmail - Order #1247 confirmed

Coinbase commerce — $36,224.06

If you have any questions, reply to this email or contact us at sales@fpga.land

7/24/2021 Gmail - You just sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28

 Gmail

Karl Forseli <fforce@gmail.com>

## You just sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28

1 message

Coinbase <no-reply@coinbase.com>
To: frsl@flml.net

9 June 2018 at 16:32



**You just sent**

60.46133625 ETH ($38,225.11 USD)

Congratulations! You have successfully sent 60.46133625 ETH to 0xd0ef870d238aA4B78cEc64Cdd0610B2275734B28. You can view transaction details in your Coinbase account. To facilitate this transaction, you paid 0.000105 ETH ($0.06 USD) in network fees.

This withdrawal is being sent to an address ("0xd0ef870d238aA4B78cEc64Cdd061 0B2275734B28") that you haven't previously used.

**View Transaction**

We're committed to keeping your funds secure. If you believe your account activity is unauthorized, you can disable sign-in for your account

**I wish to disable sign-in for my Coinbase account**

Get the latest Coinbase App for your phone

**App Store**   **Google Play**

To stop receiving these emails, unsubscribe from this list.

© Coinbase 2018

 **Gmail**

Karl Forsell <fforcc@gmail.com>

**Order #1395 confirmed**
1 message

FPGA Land <sales@fpga.land>         13 June 2018 at 02:03
To: frel@frml.net

# FPGA Land

ORDER #1395

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it has been sent.

 or Visit our store

## Order summary

 BCU1525 – Blockchain Edition (With Mods & RAM) × 10        $36,000.00
16GB

| | | |
|---|---|---|
| Subtotal | | $36,000.00 |
| Shipping | | $224.06 |
| **Total** | | **$36,224.06 USD** |

## Customer Information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |
| | |
| **Shipping method** | **Payment method** |
| Worldwide | Coinbase commerce — $36,224.06 |

Gmail - Order #1405 confirmed

Karl Forsell <fforce@gmail.com>

## M Gmail

**Order #1405 confirmed**
1 message

13 June 2018 at 10:46

FPGA Land <sales@fpga.land>
To: frsl@html.net

## FPGA Land

ORDER #1405

### Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

[ View your order ]   or Visit our store

## Order summary

 BCU1525 – Blockchain Edition (With Mods & RAM) × 52
16GB

$187,200.00

| | |
|---|---|
| Subtotal | $187,200.00 |
| Shipping | $773.09 |
| **Total** | **$187,973.09 USD** |

## Customer information

**Shipping address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Billing address**
Carl Forsell
Nonce Pte Ltd
8 St Martin's Dr
#03-21 St Martin Residence
Singapore 258005
Singapore

**Shipping method**
Worldwide

**Payment method**
Bank deposit — $187,973.09

Gmail - Order #1405 confirmed

7/24/2021

If you have any questions, reply to this email or contact us at sales@fpga.land

```
D99SRGSU  SHIFT SYSTEM                                    PROCESSING DATE :    28/06/2018
SUSENT    OUTGOING SWIFT MESSAGES SENT                           PAGE    851


UNIT=DB8880ROXXXKPY00
U-UNID=1OHA8U853XKX1B3001G0T3J53192
GUFFTX=180614134383311
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-Format=Input
Identifier=fin.103
tUN=
Fin-Copy=
Sender=DBSSSGSGOAXXX
Receiver=CHASUD33XXXX
Message Text:
   20: Sender's Reference
       00160T3J53192
   23B: Bank Operation Code
        URED
   32A: Val Dte/Curr/Interbnk Settld Amt
        Date        : 14 June 2018
        Currency    : USD (US DOLLAR)
        Amount      :      $187,973,091
   50K: Ordering Customer-Name & Address
        /1200768586
        FORRELL CARL DENO
        B ST, MARTIN'S DRIVE ST, MARTIN
        RESIDENCE  03-21 SINGAPORE 250005
   57A: Account With Institution - FI BIC
        //FW044000037
        CHASUD33XXX
   59: Beneficiary Customer-Name & Addr
        /291615919
        ALLMINE INC
   70: Remittance Information
        PYT FOR ORDER 1408
   71A: Details of Charges
        OUR
```

7/24/2021                          Gmail - Order #1406 confirmed

Karl Forsell <lforce@gmail.com>

# M Gmail

**Order #1406 confirmed**                          13 June 2018 at 11:09
1 message

FPGA Land <sales@fpga.land>
To: frel@liml.net

## FPGA Land                                    ORDER #1406

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.

View your order    or Visit our store

### Order summary



BCU1625 - Blockchain Edition (With Mods &     $108,000.00
RAM) × 30
16GB

Subtotal                                         $108,000.00
Shipping                                             $410.80

Total                          **$108,410.80 USD**

### Customer Information

Shipping address              Billing address
Carl Forsell                  Carl Forsell
Nonce Pte Ltd                 Nonce Pte Ltd
8 St Martin's Dr              8 St Martin's Dr
#03-21 St Martin Residence    #03-21 St Martin Residence
Singapore 258005              Singapore 258005
Singapore                     Singapore

Shipping method               Payment method
Worldwide                     Bank deposit — $108,410.80

7/24/2021                                    Gmail - Order #1406 confirmed

If you have any questions, reply to this email or contact us at sales@fpga.land

```
DD3S3030  SWIFT SYSTEM                          PROCESSING DATE :    28/06/2018
SMSENY    OUTGOING SWIFT MESSAGES SCHY                         PAGE22,124


UNIT=DBSSKGSGXXXPY00
U-UHID=1CHASUS33XXX1030016OYJ340719
SUFFIX=180611134293724
MESSAGE_CREATION_DATE=14/06/2018
Format=Swift
Sub-format=Input
Identifier=fin,103
MUR=
Win-Copy=
Sender=DBSS6080AXXX
Receiver=CHASUB33XXXX
Message Text:
 20: Sender's Reference
     0016OYJ340719
 23D: Bank Operation Code
      CRED
 32A: Val Dte/Cucr/Interbnk Settld Amt
      Date        : 14 June 2018
      Currency    : USD (US DOLLAR)
      Amount      :          $108,410,$
 33B: Currency/Instructed Amount
      Currency    : USD (US DOLLAR)
      Amount      :          $108,410,$
 50K: Ordering Customer-Name & Address
      /1200768586
      FORSELL CARL ENNO
      8 ST. MARTIN'S DRIVE ST. MARTIN
      RESIDENCE  03-21 SINGAPORE 258006
 57A: Account With Institution - FI BIC
      //FW044000037
      CHASUS33XXX
 59: Beneficiary Customer-Name & Addr
      /291615919
      ALPINE INC.
      9900 CORPORATE CAMPUS DRIVE, SUITE
      LOUISVILLE, KY 40223 USA
 70: Remittance Information
      PAYMENT FOR FFOA LAND ORDER 1406
      DDSJSMCB
 71A: Details of Charges
      OUR
```



| | | | | |
|---|---|---|---|---|
| Squirrels, LLC | | Invoice | | |
| 121 Wilbur Dr NE | | 00002860 | | |
| North Canton, OH 44720 | | | | |
| US | | | | |

| | | | |
|---|---|---|---|
| Bill To Name | Nonce Pte Ltd | Issue Date | 6/16/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/16/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 20.00 | USD 67,000.00 |

| | |
|---|---|
| Subtotal | USD 67,000.00 |
| Grand Total | USD 67,000.00 |

Terms and Conditions

Stock is not reserved until payment has been received.

Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer

JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
Routing: 044000037
Account: 233220217
Swift Code: CHASUS33

```
DBSBSGSG  SHIFT SYSTEM                          PROCESSING DATE :   02/07/2018
SMSENT    OUTGOING SHIFT MESSAGES SENT                       PAGE41,908


UNIT=DBSBSGSGXXXPYDO
U-UMID=ICUA8G33XXKK102001GOY3376764
SUFFIX=180618134621126
MESSAGE_CREATION_DATE=18/06/2018
Format=Swift
Sub-format=Input
Identifier=fin.103
MUR=
Fin-Copy=
Sender=DBSBSGSGXXXX
Receiver=CHASUS33XXXX
Message Text:
  20: Sender's Reference
      0016OY3376764
  23B: Bank Operation Code
       CRED
  32A: Val Dte/Curr/Interbnk Settld Amt
       Date        : 18 June 2018
       Currency    : USD (US DOLLAR)
       Amount      :            $67,000,#
  33B: Currency/Instructed Amount
       Currency    : USD (US DOLLAR)
       Amount      :            $67,000,#
  50K: Ordering Customer-Name & Address
       /1200768586
       FORSELL CARL LENG
       8 ST, MARTIN's DRIVE ST, MARTIN
       RESIDENCE  03-21 SINGAPORE 256006
  57A: Account With Institution - FI BIC
       //FW044000037
       CHASUS33XXX
  59: Beneficiary Customer-Name & Addr
      /291615919
      ALIGHEN INC,
      9900 CORPORATE CAMPUS DRIVE, SUITE
      LOUISVILLE, KY 40223 USA
  70: Remittance Information
      INVOICE 00002060
      HONCE PTE LTD
  71A: Details of Charges
       OUR
```



Squirrels, LLC                                    Invoice

121 Wilbur Dr NE                                  00002865
North Canton, OH 44720
US

Bill To Name    Nonce Pte Ltd                    Issue Date    6/17/2018
Bill To         8 St Martin's Dr                 Due Date      6/17/2018
                #03-21 St Martin Residence
                Singapore 258005
                SG

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 19.00 | USD 63,650.00 |

                                Subtotal      USD 63,650.00
                                Grand Total   USD 63,650.00

Terms and       Stock is not reserved until payment has been received.
Conditions
                Taxes, import fees and duties, and shipping costs to be collected at time of shipment.

Wire Transfer   JPMorgan Chase Bank, N.A.
                219 North Main St.
                North Canton, OH 44720
                Routing: 044000037
                Account: 233220217
                Swift Code: CHASUS33

```
DB868QSQ  SWIFT SYSTEM                                    PROCESSING DATE :  02/07/2018
SMSEHY   OUTGOING SWIFT MESSAGES SENT                              PAGE11,889


UNIT=DB868QSQXXXPY00
U-QHID=ICHASUB33XXX1030016OI3394457
SUFFIX=180618134571036
MESSAGE_CREATION_DATE=18/06/2018
Format=Swift
Sub-format=input
Identifier=fin.103
UMR=
Pin-Copy=
Sender=DB868QSQAXXX
Receiver=CHASUB33XXXX
Message Text:
201 Sender's Reference
     001EOI3394457
23B: Bank Operation Code
     CRED
32A: Val Dte/Curr/Interbnk Settld Amt
     Date         : 18 June 2018
     Currency     : USD (US DOLLAR)
     Amount       :             #63,650,#
33B: Currency/Instructed Amount
     Currency     : USD (US DOLLAR)
     Amount       :             #63,650,#
50K: Ordering Customer-Name & Address
     /1200768586
     TONSELL CARL LENG
     8 ST. MARTIN'S DRIVE ST. MARTIN
     RESIDENCE  03-21 SINGAPORE 258006
57A: Account With Institution – FI BIC
     //FW044000037
     CHASUB33XXX
591 Beneficiary Customer-Name & Addr
     /291615959
     ALLMINE INC.
     9900 CORPORATE CAMPUS DRIVE, SUITE
     LOUISVILLE, KY 40223 USA
701 Remittance Information
     INVOICE 00002865
     HONGE PTE LTD
     12 X BCU1625 NO DIMMS
71A: Details of Charges
     OUR
```

Gmail - Order #1605 confirmed

7/24/2021

Karl Forsell <fforce@gmail.com>

## M Gmail

**Order #1605 confirmed**
1 message

18 June 2018 at 06:22

FPGA Land <sales@fpga.land>
To: frsl@frml.net

# FPGA Land

ORDER #1605

## Thank you for your purchase!

Hi Carl, we're getting your order ready to be shipped. We will notify you when it
has been sent.


View your order    or Visit our store

### Order summary

| | BCU1525 – Blockchain Edition (With Mods & No RAM) × 19 | $63,650.00 |
|---|---|---|
| | 0GB | |

| | | |
|---|---|---|
| Subtotal | | $63,650.00 |
| Shipping | | $299.58 |
| **Total** | | **$63,949.58 USD** |

### Customer information

| Shipping address | Billing address |
|---|---|
| Carl Forsell | Carl Forsell |
| Nonce Pte Ltd | Nonce Pte Ltd |
| 8 St Martin's Dr | 8 St Martin's Dr |
| #03-21 St Martin Residence | #03-21 St Martin Residence |
| Singapore 258005 | Singapore 258005 |
| Singapore | Singapore |

| Shipping method | Payment method |
|---|---|
| Worldwide | Bank deposit — $63,949.58 |



Squirrels, LLC

121 Wilbur Dr NE
North Canton, OH 44720
US

| | | | |
|---|---|---|---|
| Bill To Name | Nonce Pte Ltd | Issue Date | 6/27/2018 |
| Bill To | 8 St Martin's Dr | Due Date | 6/27/2018 |
| | #03-21 St Martin Residence | | |
| | Singapore 258005 | | |
| | SG | | |

Invoice

00002981

| Product | Sales Price | Quantity | Total Price |
|---|---|---|---|
| BCU1525 with mods no DIMMS | USD 3,350.00 | 50.00 | USD 167,500.00 |

| | |
|---|---|
| Subtotal | USD 167,500.00 |
| Grand Total | USD 167,500.00 |

Wire Transfer    JPMorgan Chase Bank, N.A.
219 North Main St.
North Canton, OH 44720
044000037
CHASUS33

## TELEGRAPHIC TRANSFER APPLICATION
电汇申请


**DBS**

Please type or write in block letters 请以打印机或正楷填写

| Applicant's Particulars 申请人资料 | Payment Mode 付款方式 |
|---|---|
| Name 姓名  Forsell Carl Leng | ☑ Debit DBS/POSB Account No. |
| NRIC/PP No. 身份证/护照号码  S7611157Z | |

### Telegraphic Transfer (TT) Details 电汇资料
Remitting Currency & Amount 汇款货币及款项

**Instructions for DBS Bank (if any)** 给予星展银行的指示（若有）

Please tick ONE box

If the price of 1 USD is less than 1.35 SGD, convert from SGD; otherwise please draw from my USD sub-account.

| ☑ Foreign Currency | ☐ SGD |
|---|---|
| Currency: USD  E.g. U S D  Amount: | |
| Amount: 167500.00 | (Remitting currency in SGD only if beneficiary has SGD Account or for commercial payments) 限汇款货币只有当收款人户口有新币或作商业用途时 |

Charge Details (For Bank Use) 收费详情（银行专用）

| | Principal 本金 |
|---|---|
| FX Contract No. (if any) 货币合约号（若有） | Handling Commission 佣金 |
| FX rate 货币汇率 | Time (if appl) 时间（若有） | Commission in Lieu 无佣代收费用 |
| Processing Date 办理日期 | | Telex 电报费 |
| 1) Charges of DBS Bank Singapore 本地星展银行收取的相关费用入账 | Agent Bank Charge 代理银行费用 |
| ☑ Applicant 申请人   ☐ Beneficiary 受益人 | Country Related Charge 国家有关费用 |
| 2) Charges of Agent Banks 代理银行收取的相关费用入账 | Total Principal and Charges 合计 |
| ☑ Applicant 申请人   ☐ Beneficiary 受益人 | |

### Beneficiary Bank's Details 收款人银行资料

| Name 银行名称  JPMorgan Chase Bank, N.A. | |
|---|---|
| Address in Full 完整的地址  219 North Main St. North Canton, OH 44720 | |
| | Country 国家  USA |
| SWIFT Address (if available) SWIFT 地址（若有）  CHASUS33 | Clearing Code (if available) 清算码（若有）  044000037 |

### Beneficiary's Details 收款人资料

| Name 姓名  Squirrels LLC | For IDR transfers ☐ Resident ☐ Non Resident |
|---|---|
| Account No. / IBAN 户口号码/国际银行户口号码 | |
| Address 地址  121 Wilbur Dr NE North Canton, OH 44720 USA | |

*Please refer to the required codes overleaf. *请参阅背页所需的代码。

**Payment Details / Purpose of Payment (Mandatory for KRW, TWD, INR, THB, IDR and MYR Telegraphic Transfers)**
付款详情/付款用途（若汇款货币为韩元、新台币、印度卢比、泰铢、印尼盾及马币则必须填写）

1. I represent and warrant that the contents of this Application (including but not limited to any and all supporting documents that are submitted together with this Application) are true, complete and accurate in all respects, and that the Bank may rely on this Application form and any supporting documents.
2. I/We have read and accept the terms overleaf.
1. 本人兹声明本申请内容（包括但不限于所有随附于本申请的支持文件）在各方面均属真实、完整及准确，并且银行可依据本申请表格及任何支持文件行事。
2. 本人/我们已阅读并接受背页的条款。

Authorised Signature(s) With Company Stamp (if applicable) 授权签名及公司印章（若有）

Date 日期  **28/6/18**

| For Bank Use 银行专用 | | | | |
|---|---|---|---|---|
| Attended & Verified (By) (Name/Signature/Date) 办理及核实 | Approved By (Name/Signature/Date) 批准 | Processed By | Checked By | Authorised By |
| (DBS) | (DBS) | | | |

BANK'S COPY 银行存联
DBS BANK LTD

Co. Reg. No. 196800306E
06-02-072 (11/2016) AW