# EXHIBIT B

**Wire Transfer Outgoing Request**  

## Wire Transfer Sender Information

| Sender Name: THOMAS A SENSEL | | | | |
|---|---|---|---|---|
| Account Name: ALLMINE INC, | | Street Address: 9121 WASHINGTON TRACE RD | | |

| City: CALIFORNIA | State: KY | Zip: 41007-9093 | Country: USA | Daytime Phone: 310-430-8567 |
|---|---|---|---|---|
| Primary ID Type: Passport w/Photo | ID Issuer: USA | ID Number: ▆▆▆▆ | ID Issue Date: 03/27/2015 | ID Exp: 03/23/2025 |
| Secondary ID Type: Chase or Bank Issued Credit/Debit Card | ID Issuer: Chase | ID Number: XXXXXXXXXXXX7107 | ID Issue Date: | ID Exp: 06/30/2021 |

| Comments: |
|---|
| |

## Wire Transfer Information

| Request Date: 06/13/2018 | Request time: 02:38:12PM Eastern time | Effective date: 06/13/2018 | Wire Type: Domestic |
|---|---|---|---|
| Debit Account #: ▆▆▆▆ | Debit Account Type: PLAT BUS CHECKING | Available balance: $215,672.02 | Wire Amount (US dollars): $215,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds: Checking | Wire Fee: Fee assessed by Analysis. |
| Currency type to be sent: US Dollars | Exchange rate: N/A | Foreign currency amount: N/A | Amount to Collect (USD): $215,000.00 |

| FX Contract Number: |
|---|
| |

## Recipient Account Information

| Account Name: Squirrels LLC | | | | |
|---|---|---|---|---|
| Street Address: | | Account Number: ▆▆▆▆ | | |
| | City: | State: | Zip: | Country: |

| Text to Recipient: vendor payment |
|---|

## Receiving Bank Information

| Bank Name: JPMorgan Chase Bank, National Association | | | | |
|---|---|---|---|---|
| Street Address: 100 E MAIN ST | | Bank ABA/SWIFT Code: 044000037 | | |
| | City: CIRCLEVILLE | State: OH | Zip: 43113 | Country: USA |
| Intermediary Bank Name: | | | | |
| Street Address: | | Intermediary Bank ABA: | | |
| | City: | State: | Zip: | Country: |

| Text to Receiving Bank: |
|---|





BB&T Wire Transfer Operations



ALLMINE INC
9900 CORPORATE CAMPUS DR STE 3000
LOUISVILLE            KY 40223-4060

We have completed this wire transfer request.  Your BB&T account
has been debited for the net amount shown below.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRN DATE                20180613        TRN NUM  00008979
AMOUNT                  98,000.00       ACCOUNT # DDA - ▇▇▇▇▇▇7242
REFERENCE #             VENDOR PAYMENT
DATE                    06/13/2018
TIME                    14:33:43
ORIGINATOR              THOMAS SENSEL
                        9121 WASHINGTON TRACE RD
                        CALIFORNIA  KY  41007-9093  US
BENEFICIARY BANK        JPMORGAN CHASE BANK, NA
BENEFICIARY BANK #      044000037
BENEFICIARY NAME        SQUIRRELS LLC
BENEFICIARY ACCOUNT     ▇▇▇▇▇▇▇▇▇
ORIGINATING BANK INFORMATION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

   Thank you for banking with BB&T. Please contact your local BB&T
   financial center or call 1-800-BANK BBT (1-800-226-5228) for
   questions regarding this wire transfer.

BB&T, Member FDIC.

3810

# BB&T

## Outgoing Wire Transfer Request Agreement

| | | | |
|---|---|---|---|
| Date 13-JUN-2018 | Branch NORTHERN KENTUCKY-2773112 | | Phone # (859)814-2383 |
| Client type C | Wire Transfer Amount $ 98000.00 | | Repetitive # |
| C = Client Acct Charged F = Financial | | | Case ID D-20180613-748 |

| **Application** | CHECKING | **Debit Account** ▓▓▓▓▓▓ |
|---|---|---|

**Originator**

Name  THOMAS SENSEL

Address  9121 WASHINGTON TRACE RD

CALIFORNIA  KY  41007-9093  US

ID Proof  ▓▓▓▓▓▓

**Intermediary Bank**

Name

Address

Country

ABA / Routing

**Beneficiary Bank**

Name  JPMCHASE OHIO

Address  JPMORGAN CHASE BANK, NA

COLUMBUS  OH

Country  US

ABA / Routing  044000037

**Beneficiary**

Name  SQUIRRELS LLC

Address  219 NORTH MAIN ST

NORTH CANTON OH 44720

Account  ▓▓▓▓▓▓

Country  UNITED STATES

Originator Reference  VENDOR PAYMENT

Originator to Beneficiary Info [Purpose]

Bank to Bank Info

**Note:** *The Bank Secrecy Act requires proper identification and complete information from the wire transfer originator and beneficiaries. BB&T clients who present funds from an outside source are requested to deposit funds to their account and send the wire via debit of said account.*

SEE FOLLOWING PAGES FOR ADDITIONAL CONTRACTUAL WIRE INFORMATION

I certify that the information concerning this wire transfer is correct and agree to be bound to the Terms and Conditions on the following pages of this agreement.

| **Client Acknowledgement:** | | | |
|---|---|---|---|
| Did you receive wire instructions via email/fax? | [ ] YES | [✓] NO | |
| If YES, have you validated the wire instructions? | [ ] YES | [ ] NO | |

THOMAS SENSEL
Client / Authorized Company Representative

KYLE J BROWN / C17061
Bank Associate

Requested By (if applicable)

Client / Authorized Company Representative Signature

13-JUN-2018
Date

Date

8116 (1111)

Revision Date: August 2016

Page 1 of 2



BB&T Wire Transfer Operations



ALLMINE INC
9900 CORPORATE CAMPUS DR STE 3000
LOUISVILLE                KY 40223-4060

We have completed this wire transfer request.  Your BB&T account
has been debited for the net amount shown below.

```
****************************************************************
TRN DATE              20180615      TRN NUM   00011054
AMOUNT                60,000.00     ACCOUNT # DDA - ████████7242
REFERENCE #
DATE                  06/15/2018
TIME                  13:44:14
ORIGINATOR            THOMAS SENSEL
                      9121 WASHINGTON TRACE RD
                      CALIFORNIA  KY  41007-9093   US
BENEFICIARY BANK      JPMORGAN CHASE BANK, NA
BENEFICIARY BANK #    044000037
BENEFICIARY NAME      SQUIRRELS LLC
BENEFICIARY ACCOUNT   ███████
ORIGINATOR TO BENE INFO   VENDOR PAYMENT
ORIGINATING BANK INFORMATION



****************************************************************
```

Thank you for banking with BB&T. Please contact your local BB&T
financial center or call 1-800-BANK BBT (1-800-226-5228) for
questions regarding this wire transfer.

BB&T, Member FDIC.

# BB&T

## Outgoing Wire Transfer Request Agreement

Date  15-JUN-2018    Branch  NORTHERN KENTUCKY-2773112

Client type  C    Wire Transfer Amount $  60000.00

C = Client Acct Charged    F = Financial

Phone #  (859)814-2383

Repetitive # _____

Case ID  D-20180615-784

**Application**  CHECKING    **Debit Account**  ▓▓▓▓▓▓▓

**Originator**    Name  THOMAS SENSEL

Address  9121 WASHINGTON TRACE RD

CALIFORNIA  KY  41007-9093  US

**ID Proof**  ▓▓▓▓▓▓▓

**Intermediary Bank**

Name  _____

Address  _____

Country  _____

ABA / Routing  _____

**Beneficiary Bank**

Name  JPMCHASE OHIO

Address  JPMORGAN CHASE BANK, NA

COLUMBUS  OH

Country  US

ABA / Routing  044000037

**Beneficiary**    Name  SQUIRRELS LLC

Address  219 NORTH MAIN ST

NORTH CANTON OH 44720

Account  ▓▓▓▓▓▓

Country  UNITED STATES

**Originator Reference**

**Originator to Beneficiary Info [Purpose]**  VENDOR PAYMENT

**Bank to Bank Info**  _____

**Note:**  *The Bank Secrecy Act requires proper identification and complete information from the wire transfer originator and beneficiaries. BB&T clients who present funds from an outside source are requested to deposit funds to their account and send the wire via debit of said account.*

SEE FOLLOWING PAGES FOR ADDITIONAL CONTRACTUAL WIRE INFORMATION

I certify that the information concerning this wire transfer is correct and agree to be bound to the Terms and Conditions on the following pages of this agreement.

**Client Acknowledgement:**

Did you receive wire instructions via email/fax?    ☐ YES    ☑ NO

If YES, have you validated the wire Instructions?    ☐ YES    ☐ NO

THOMAS SENSEL

Client / Authorized Company Representative

KYLE J BROWN / C17061

Bank Associate

_____
Requested By (if applicable)

Client / Authorized Company Representative Signature

15-JUN-2018
Date

_____
Date

8115 (1111)    Revision Date: August 2016    Page 1 of 2

**Wire Transfer Outgoing Request**



## Wire Transfer Sender Information

| | | |
|---|---|---|
| Sender Name:<br>THOMAS A SENSEL | | |
| Account Name:<br>ALLMINE INC. | Street Address:<br>9121 WASHINGTON TRACE RD | |

| City:<br>CALIFORNIA | State:<br>KY | Zip:<br>41007-9093 | Country:<br>USA | Daytime Phone:<br>310-430-8567 |
|---|---|---|---|---|
| Primary ID Type:<br>Driver's License | ID Issuer:<br>KY | ID Number: | ID Issue Date:<br>06/18/2014 | ID Exp:<br>09/05/2018 |
| Secondary ID Type:<br>Chase or Bank Issued ATM Card | ID Issuer:<br>Chase | ID Number:<br>XXXXXXXXXXXX7107 | ID Issue Date: | ID Exp:<br>06/30/2021 |

Comments:

## Wire Transfer Information

| Request Date:<br>06/20/2018 | Request time:<br>04:31:31PM Eastern time | Effective date:<br>06/20/2018 | Wire Type:<br>Domestic |
|---|---|---|---|
| Debit Account #: | Debit Account Type:<br>PLAT BUS CHECKING | Available balance:<br>$472,726.13 | Wire Amount (US dollars):<br>$350,000.00 |
| Qualifying Account #: | Qualifying Account Type: | Source of funds:<br>Checking | Wire Fee:<br>Fee assessed by Analysis. |
| Currency type to be sent:<br>US Dollars | Exchange rate:<br>N/A | Foreign currency amount:<br>N/A | Amount to Collect (USD):<br>$350,000.00 |

FX Contract Number:

## Recipient Account Information

| Account Name:<br>Sqirrels LLC | | | |
|---|---|---|---|
| Street Address: | Account Number:<br>233220217 | | |
| | City: | State: | Zip: | Country: |

Text to Recipient:

## Receiving Bank Information

| Bank Name:<br>JPMorgan Chase Bank, National Association | | | |
|---|---|---|---|
| Street Address:<br>100 E MAIN ST | Bank ABA/SWIFT Code:<br>044000037 | | |
| | City:<br>CIRCLEVILLE | State:<br>OH | Zip:<br>43113 | Country:<br>USA |

Intermediary Bank Name:

| Street Address: | Intermediary Bank ABA: | | |
|---|---|---|---|
| | City: | State: | Zip: | Country: |

Text to Receiving Bank:



N15220-CS W1A (05/18)                    Page 1 of 4