# EXHIBIT C

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA



# KENTUCKIANA
## —— COURT REPORTERS ——

## CASE NO. 21-61491

## IN RE: SQUIRRELS RESEARCH LABS, LLC, ET AL.

## CONFIDENTIAL

## DEPONENT:

## DAVID STANFILL

## DATE:

## April 13, 2022



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          UNITED STATES BANKRUPTCY COURT

2            NORTHERN DISTRICT OF OHIO

3              CASE NO. 21-61491

4                 CHAPTER 11

5             JOINTLY ADMINISTERED

6              JUDGE RUSS KENDIG

7

8                   IN RE:

9        SQUIRRELS RESEARCH LABS, LLC, ET

10                   AL.,

11                 Debtors

12

13

14

15

16

17

18               CONFIDENTIAL

19

20

21

22

23   DEPONENT:   DAVID STANFILL

24   DATE:      APRIL 13, 2022

25   REPORTER:   TAYLOR VENEMAN



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          APPEARANCES

 2

 3   ON BEHALF OF THE CREDITOR, CARL FORSELL:

 4   Bryan J. Sisto, Esquire

 5   Frost Brown Todd LLC

 6   400 West Market Street

 7   Suite 3200

 8   Louisville, Kentucky 40202

 9   Telephone No.: (502) 589-5400

10   E-mail: bsisto@fbtlaw.com

11   (Appeared via Videoconference}

12

13   ON BEHALF OF THE DEBTORS, SQUIRRELS RESEARCH LABS AND

14   MIDWEST DATA CENTERS LLC:

15   Marc Merklin, Esquire

16   Brouse McDowell LPA

17   388 South Main Street

18   Suite 500

19   Akron, Ohio 44311

20   Telephone No.: (330) 535-5711

21   E-mail: mmerklin@brouse.com

22   (Appeared via Videoconference)

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

APPEARANCES (CONTINUED)


SUB CHAPTER 5 TRUSTEE:

Frederic P. Schwieg, Esquire

Frederic P. Schwieg, Attorney at Law

19885 Detroit Road

Suite 239

Rocky River, Ohio 44116

Telephone No.: (440) 499-4506

E-mail: fschwieg@schwieglaw.com

(Appeared via Videoconference)


Also Present: Carl Forsell, Creditor



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          4

| | | |
|---|---|---|
| 1 | INDEX | |
| 2 | | Page |
| 3 | PROCEEDINGS | 6 |
| 4 | DIRECT EXAMINATION BY MR. SISTO | 7 |
| 5 | | |
| 6 | EXHIBITS | |
| 7 | Exhibit | Page |
| 8 | 1 - Discord Statements | 42 |
| 9 | 14 - Reconciliation Report **UNDER PROTECTIVE ORDER | 51 |
| 10 | 11 - SQRL Assets 8-31-2021 Bid Final | 61 |
| 11 | 2 - Invoice from Creditor (1 Page) | 102 |
| 12 | 24 - Profit and Loss Statement 2018 | 102 |
| 13 | 25 - Profit and Loss Statement 2019 | 113 |
| 14 | 26 - Profit and Loss Statement 2020 | 123 |
| 15 | 40 - CHASE Bank Statement 1770 | 141 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | [ Will forward exhibits upon receipt ] | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    STIPULATION

2

3    The Rule 2004 examination of DAVID STANFILL was taken at

4    KENTUCKIANA COURT REPORTERS, LLC, 730 WEST MAIN STREET,

5    SUITE 101, LOUISVILLE, KENTUCKY 40202, via

6    videoconference in which all participants attended

7    remotely, on WEDNESDAY the 13th day of APRIL 2022 at

8    approximately 9:35 a.m.; said deposition was taken

9    pursuant to the OHIO Rules of Civil Procedure. The oath

10   in this matter was administered remotely pursuant to

11   7/31/2020 administrative actions, 2020-OHIO-3861.

12

13   It is agreed that TAYLOR VENEMAN, being a Notary Public

14   and Court Reporter for the State of OHIO, may swear the

15   witness and that the reading and signing of the

16   completed transcript by the witness is not waived.

17

18

19

20

21

22

23

24

25
```



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              PROCEEDINGS
2         COURT REPORTER:  Okay.  We are on record. Will
3    all parties, except for the witness, please state
4    your appearance, how you're attending, and the
5    location you're attending from?
6         MR. MERKLIN:  Sure.  This is Marc Merklin with
7    the firm of Brouse McDowell.  We're counsel for the
8    debtors in the chapter 11 proceedings.  And I am
9    present in my office in Akron, Ohio.
10        MR. SISTO:  Bryan Sisto here for Carl Forsell,
11   the creditor, in the case.  I am in my office in
12   Louisville, Kentucky.
13        MR. SCHWIEG:  Fred Schwieg.  I'm the sub
14   chapter five trustee.  I'm in my office in Rocky
15   River, Ohio.
16        COURT REPORTER:  All right, thank you.
17   Mr. Stanfill, will you please state your name for
18   the record?
19        THE WITNESS:  Yes.  David Andrew Stanfill.
20        COURT REPORTER:  Thank you.  And then like we
21   talked about off record, are all attorneys okay with
22   stipulating he is who he says he is?
23        MR. SISTO:  Yes, ma'am.
24        MR. MERKLIN:  Yes.
25        COURT REPORTER:  All right.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MR. SCHWIEG:  Yes.

2        COURT REPORTER:  Thank you.  Mr. Stanfill, will

3    you please raise your right hand?  Do you solemnly

4    swear or affirm testimony you're about to give will

5    be the truth, the whole truth, and nothing but the

6    truth?

7        THE WITNESS:  Yes.

8        COURT REPORTER:  Thank you.  Mr. Sisto, you may

9    begin.

10                    DIRECT EXAMINATION

11   BY MR. SISTO:

12       Q    I just wanted to mention briefly that

13   Mr. Forsell is also, I think, in kind of listen only

14   mode on the line but will not be participating in the

15   2004 claim.  All right.  Mr. Stanfill, my name is Bryan

16   Sisto.  As you probably already know, I represent Carl

17   Forsell in the Squirrels Research Labs bankruptcy case.

18   You understand that?

19       A    Yes.

20       Q    And you are here today in your capacity as the

21   representative of the -- of the debtor, Squirrels

22   Research Labs.  Is that right?

23       A    That is correct.

24       Q    Just -- just upfront, I think that it is -- it

25   might be tedious, because I think we'd rather use -- we



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  like to use quicker language when we speak.  But because

2  there is a Squirrels LLC we'll be talking about, as well

3  as Squirrels Research Labs, let's just use the full

4  names of both when we discuss them to keep the record

5  clear.  Because if we say, "Squirrels," it could get

6  confusing.  You know, or I guess you could say SQRL or -

7  - as long as it's clear that it's one or the other,

8  because -- and I need to remind myself this as much as

9  I'm asking you to remember it, too.  Because obviously

10  if we just say, "Squirrels," that could be confusing.

11  Does that -- does that make sense?

12        A    Yes.  And if I accidentally forget that my

13  nomenclature will by default be that SQ refers to

14  Squirrels LLC and SQRL refers to Squirrels Research

15  Labs, but I will attempt to use the full names.

16        Q    That's fine with me.  I know I'm -- because

17  you put that on the record, that's fine with me.  And --

18  and, you know, if I slip into just saying, "Squirrels,"

19  or something like that, you know, remind me as well so

20  that, you know, that goes in both directions.  We just

21  want to keep the record clear, because it could actually

22  get a little confusing.  Mr. Stanfill, where do you

23  live?

24        A    I live in Tallmadge, Ohio.

25        Q    And how old are you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    36.

2      Q    And when were you born?

3      A    1986.

4      Q    So I know that you are the principal officer

5   at Squirrels Research Labs.  What -- what's your actual

6   title at the company?

7      A    At squirrel research labs, I was the president

8   and CEO.

9      Q    Any other titles?

10     A    No.

11     Q    How -- were -- did you have those titles since

12  Squirrels Research Lab was formed?

13     A    Yes.

14     Q    And no changes in title at all during the life

15  of the company?

16     A    No.

17     Q    Are you an officer or an owner of any other

18  companies?

19     A    Yes.

20     Q    Could we run through any other businesses

21  where you're an officer or an owner?

22          MR. MERKLIN:  Bryan, are you asking today?

23          MR. SISTO:  I'm sorry?  Yes.  At -- at --

24  present.  Yeah.

25  BY MR. SISTO:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    Yes.  As a -- an entrepreneur, I'm involved in

2  a good number of companies.  I'm going to attempt to

3  list them, and I -- if I -- if I neglect to list

4  anything, it isn't intentional.  I just haven't recalled

5  them all.

6    Q    Let me -- let me put it this way, because I do

7  know that you're involved -- you know, you're an

8  entrepreneur.  You're broadly involved.  I assume that

9  the vast majority are computer, cryptocurrency, you

10 know, just tech related.  I don't know the industry

11 terms, you know, as well as you do.  But I mean, is

12 there anything that you're involved in that has just

13 zero involvement with this kind of world of things?

14    A    I am involved in some real estate investment

15 and development.

16    Q    If it -- if it's wholly separate from anything

17 to do with cryptocurrency, with computer hardware,

18 computer software, I -- we don't need to discuss those.

19 But I'd like to know anything you're involved in that is

20 -- that -- you know, but if it's a real estate company

21 that is -- that does -- you know, is leasing space to a

22 cryptocurrency company, I'd be interested in that.  But

23 you know, I'm asking for --

24    A    Sure.

25    Q    -- anything that's involved with this, you



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  know.  It takes a little while to list.  I appreciate

2  your time.

3      A    Yeah.  Let me do my best to give a exhaustive

4  list, to make it clear.  I am -- I continue to be a

5  equity holder, despite circumstances in Squirrels

6  Research Labs LLC, as well as in the Midwest Data

7  Company LLC, both of which are co-administratored in the

8  bankruptcy case as debtors.  I am a owner and have a

9  position as advisory CTO in Squirrels LLC.  I am an

10  equity holder in -- actually, let me clarify.  My

11  ownership in Squirrels LLC flows down from my actual

12  direct ownership in Scurry Holdings Group.

13      Q    Can you spell scurry?

14      A    Scurry.  Yeah.  S-C-U-R-R-Y, I think.  Scurry

15  is a -- the group of Squirrels were Holdings Group.

16      Q    Okay.  Thank you.

17      A    So I -- there are subsidiaries that flow down

18  from that, and primarily Squirrels LLC.  I am an owner

19  in DAS Factory.  DAS is all capital and factory is a

20  separate word.  That is the top-level company of real

21  estate development involved in Bitcoin mining

22  facilities.  If you want me to list subsidiaries, I can.

23  But for the moment, I'm just going to list the companies

24  I have direct ownership in.

25      Q    That's fine.  We can circle back if we need



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   to.   I appreciate the way you're -- you're answering it.

2        A     Sure.  I am an owner in D2A Enterprises, which

3   is a pure real estate holdings company.  I am an owner

4   in Magni Holdings Group, which is a staffing company.

5        Q     Can you spell that?

6        A     M-A-G-N-I.

7        Q     Thank you.

8        A     I am an owner in Freedom Mining LLC, which is

9   my personal cryptocurrency mining company, for tax

10  purposes.  I believe those are the primary entities.

11            COURT REPORTER:  And Mr. Sisto, sorry to

12       interrupt.  You're kind of muffled when you talk, on

13       my end at least.  I don't -- maybe just -- if you

14       can try to just maybe speak up.  I don't know if

15       that'll help or not.

16            MR. SISTO:  I think it might be the position.

17       Is this any better?  I just moved my mic.

18            COURT REPORTER:  Yeah, that -- that's better.

19            MR. SISTO:  Okay.  Thank you for alerting me to

20       that.  I apologize.  I think my -- my mic was

21       covered up on my keyboard.

22            COURT REPORTER:  Oh, okay.  Yeah.  That's --

23            MR. SISTO:  That shows my level of tech

24       expertise here, so

25            COURT REPORTER:  No, you're fine.  That sounds

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        a lot better.  Thank you.

2                MR. SISTO:   Thank you.

3    BY MR. SISTO:

4        Q    So you're the company is Scurry, DAS, D2A,

5    Magni, Freedom Mining.  You -- you discuss being the

6    owner.  Are you the -- are you also an officer of any of

7    those companies?  I assume you're an officer at least of

8    your -- your personal company, if that's just for you,

9    but what about the other businesses?

10       A    Yes, I would be -- I would be an officer.  In

11   general, I hold the CEO role in all of those companies

12   except D2A, where I think I'm just a co-manager.

13       Q    Okay.  And --

14       A    Scurry Holdings Group, I am -- I am not

15   currently the CEO of that.

16       Q    You have been in the past?

17       A    I have been in the past.

18       Q    What -- what percent of squirrels LLC do you

19   own as -- in your holdings -- holdings group?

20       A    I don't know the exact percent offhand.  I'll

21   let you ask any follow up there.

22       Q    Do you have a general idea?

23       A    It would be somewhere in the -- between 25 and

24   30 percent.  I just don't know the decimals.

25       Q    That's fine.  Thank you.  Does -- what other

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Confidential                                                          14

1    holdings does Scurry Holdings Group have?

2         A    Scurry Holdings Group has a subsidiary of

3    Squirrels Nest Assets LLC, which is a real estate

4    holding company, and a -- the other wholly owned

5    subsidiary of Scurry Holdings Group is Squirrels

6    Incorporated.  Squirrels Incorporated is the full owner

7    of Squirrels LLC.

8         Q    So who, prior to the filing of the case, how

9    was Squirrels Research Labs fit into this?  Were they

10   also owned by Scurry Holdings Group or Squirrels Inc.?

11        A    No.  Prior to filing the case, Squirrels

12   Research Labs was owned directly by its shareholders.

13        Q    And that is -- that was when the petition was

14   filed?  It was owned directly by shareholders?

15        A    Correct.

16        Q    Was it always owned directly by shareholders?

17        A    In -- at the time of original formation,

18   Squirrels Research Labs LLC, one of the shareholders was

19   the Squirrels LLC entity.

20        Q    So -- so Squirrels LLC, what -- at one time.

21   And we'll cover that in more detail later, but at one

22   time owned part of Squirrels Research Labs?

23        A    To the best of my recollection, it was

24   Squirrels LLC.  I may be incorrect, and it might have

25   been Scurry Holdings Group.  I would need to review

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  records.

2      Q    Sure.  All right.  It's safe to say that at

3  some point Squirrels Research Labs, what -- was owned --

4  was within this kind of general Scurry's Holding Group's

5  umbrella, whether it was direct or under Squirrels LLC.

6  And then it eventually was only owned by its

7  shareholders.  Right?  And we'll get into more detail

8  later, but is that the general way of that?

9      A    Yeah.  I wouldn't say it was within that

10  umbrella, but it was -- it was owned in part, 25

11  percent, by that group.

12     Q    Okay.  I'm just going to, for now, it was

13  Scurry or Squirrels LLC.  And Squirrels LLC was part --

14  was owned by Scurry, so either way it was under Scurry.

15  Is that right?

16     A    Correct, as far as the beneficiary thing.

17     Q    You're -- you're represented by counsel in

18  this deposition.  Is that right?

19     A    I am not personally, no.

20     Q    I'm sorry.  I should say 2004.  I should say

21  2004 examination.  It's not technically a deposition,

22  although it's very similar.  Go ahead.  I'm sorry.

23     A    Yeah.  My understanding is, the debtor for

24  whom I am a representative in this 2004, is represented

25  by counsel.  I am not personally represented by counsel.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Thank you.  That's a good point.  If I refer

2    to you -- and you please always clarify, if I -- if you

3    need to.  We -- you know, we want a clean record.  I'm

4    probably referring to -- unless I specifically ask you a

5    question about yourself, David Stanfill, as a person,

6    when I say you, I'm referring to you and your capacity

7    as -- as the -- as the representative of Squirrels

8    Research Labs.

9    A    Understood.

10    Q    If there is any confusion from my question,

11    please follow up with me.  And we'll -- and we'll be --

12    both be clear of what we're talking about.  You have --

13    you have you previously sat for a 2004 examination in

14    this actual case.  Is that right?

15    A    Yes.

16    Q    Okay.  Have you ever sat for a deposition or

17    2004 examination previously, in this case or any other?

18    A    I have sat for the 341 meeting, which I've

19    been told qualifies as a deposition.  And I have sat for

20    depositions in a -- another personal matter.

21    Q    Okay.  So you have experience testifying under

22    oath?

23    A    Yes.

24    Q    So when -- when we're talking today, and this

25    is as much for me as it is for you -- I'm a hand talker,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   and we're here on video.  But you know, no -- don't say,

2   "Uh-huh," or "Uh-uh."  It's difficult for the record to

3   pick up.  Let's just try to stick to yes or no, or I

4   mean, there'll be a lot of questions that are not yes or

5   no questions.  But we need to kind try to keep the

6   record clear by giving precise answers and using precise

7   language.  Does that make sense?

8       A    Yes.

9       Q    If you need to take a break at any time, let

10  me know.  There's -- as long as you're not trying to

11  take a break every five minutes, I will have no problem

12  with that.  I may need to take a break.  We all have

13  needs as human beings.  I anticipate taking one like

14  longer break of half hour to 45 minutes, maybe around

15  noon or 1:00, in that timeframe.  But other than that,

16  you know, either of us, just take a break when -- when

17  you need it.  And don't hesitate to ask if you need one.

18  Okay?

19      A    Yes.

20      Q    If you don't understand a question -- we've

21  already talked about this a little bit in the context of

22  the you issue and the Squirrels issue.  But if you don't

23  understand a question, please ask me to clarify my

24  question.  Otherwise, it'll be assumed that you

25  understood the question when someone's reading the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    record.  And so please, do not hesitate to ask me to

2    clarify if there is anything confusing.  As the court

3    reporter already indicated to me, it's important that we

4    speak clearly, have our microphones clear.  I have tried

5    to resolve that here on my end.  But it's also important

6    that we take turn speaking, because it's difficult for

7    the reporter or someone reading a record if there is --

8    if there's inaudible.  Does that make sense?

9        A    Yes.

10       Q    Do you understand that you're -- that you've

11   been sworn in under oath, under penalty of perjury? This

12   is the same standard as if you were testifying in open

13   court?

14       A    Yes.

15       Q    Are you excessively tired, under the influence

16   of any substances that would -- anything that would make

17   it difficult for you to tell the truth today or to have

18   a clear mind?

19       A    No.

20       Q    Do you -- do you understand, generally, what a

21   2004 examination is?

22       A    Yes.

23       Q    What's your understanding of what we're

24   discussing here today?

25       A    My understanding is the 2004 examination is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   your opportunity to ask me questions about the

2   operations of the debtor's businesses and anything in

3   that realm, for the purpose of, I guess, general

4   discovery of anything that may affect creditor returns,

5   I would say.

6        Q    Thank you.  I don't have anything to add.  All

7   right -- or follow ups.  You -- did you prepare for -- I

8   don't want to -- please don't share anything that --

9   that would be attorney-client privilege, as in specific

10  legal advice you were given.  But did you prepare today

11  by discussing this with an attorney?

12       A    Yes.

13       Q    Who did you prepare for this 2004 exam with?

14       A    Only with Mr. Merklin here this morning.

15       Q    Did you review any documents prior to our --

16  to sitting down today in preparation for this -- this

17  examination?

18       A    No.  Not in preparation for this meeting.

19       Q    Did you bring any documents with you today?

20       A    No.

21       Q    Did you speak with anybody else about the 2004

22  examination?

23       A    Only to the extent of awareness that I was

24  going to be in the 2004, for scheduling purposes.

25       Q    So you didn't have any substantive

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   conversations about the 2004 examination with anyone

2   other than Mr. Merklin.  Is that right?

3        A    Correct.

4        Q    And -- and Brouse McDowell -- I've primarily

5   been communicating with Ms. Zurn, but obviously

6   Mr. Merklin is here today.  Brouse McDowell is the

7   representative of Squirrels Research Labs in this

8   bankruptcy case.  Is that right?

9        A    Yes.

10       Q    Has -- has Brouse McDowell ever represented

11  you in your personal capacity?

12       A    No.

13       Q    Has Brouse McDowell ever represented --

14  obviously, they -- they were also representing Midwest

15  Data Company.  Have they ever represented any of the

16  other businesses where you are a shareholder or a

17  officer, as we discussed at the beginning?

18       A    No.

19       Q    Has Brouse McDowell ever -- other than

20  Squirrels Research Labs and Midwest Data Company,

21  represented you or any business -- you in your personal

22  capacity or in your business capacity, you know,

23  anything that you've been related to, where they

24  would've been in a position to provide legal advice,

25  other than for this bankruptcy case?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    No.

2    Q    Where did you graduate from college, sir?

3    A    Kent State University.

4    Q    And when did you graduate?

5    A    2008.

6    Q    And what was your degree?

7    A    Bachelors in computer science.

8    Q    Do you have any post-secondary education?

9    A    No degrees.

10   Q    Did you -- did you attend school for some

11   time, post-secondary?

12   A    I did some work towards a master's degree.

13   Q    Where did you go for that?

14   A    This was also at Kent State.

15   Q    And what was the course of study there?

16   A    It was a furthering in the computer science

17   realm.  I don't remember the exact details.

18   Q    Sure.  Has any other business that you've

19   either been an officer or an owner of, filed for

20   bankruptcy besides Squirrels Research Labs and Midwest

21   Data Company?

22   A    No.

23   Q    Other than yourself -- let's -- to the extent

24   of your knowledge, and I'd like to both say, like, as of

25   the petition date and as of the formation -- actually,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    let me ask you, when was Squirrels Research Labs formed?

2       A    In late spring to early summer 2018.

3       Q    Does -- does late May 2018 sound correct?

4       A    It does.

5       Q    Who were the -- do you know who the owners --

6    owners were of Squirrels Research Labs when it was

7    formed?

8       A    Yes, I believe so.

9       Q    I know we -- I know we did touch on this

10   briefly earlier, but just, again, state who the owners

11   were when it was formed.

12      A    Yes, it was owned -- 25 percent of it was

13   owned by either Scurry Holdings Group or Squirrels LLC.

14   We've established that.  I owned -- I was an owner of

15   it.  Andrew Gould, G-O-U-L-D, was an owner.  Sidney,

16   Keith, S-I-D-N-E-Y, Keith, K-E-I-T-H, was an owner, and

17   Cory Shoaf, C-O-R-Y S-H-O-A-F, were owners.

18      COURT REPORTER:  And I'm sorry, Mr. Stanfill,

19     what was the company you said?

20      THE WITNESS:  Either -- either Scurry Holdings

21     Group --

22      COURT REPORTER:  Scurry Holdings, okay.

23      THE WITNESS:  -- or Squirrels LLC.

24      COURT REPORTER:  Okay.  Thank you.

25   BY MR. SISTO:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q     So when it was -- when Squirrels Research Labs

2   was formed, 25 percent either or under Scurry or

3   Squirrels LLC, and then yourself, Andrew Gould, Sidney

4   Keith, and Cory Shoaf.  Those were the only owners at

5   that time?

6      A     Yes, to the best of my recollection.

7      Q     Did other shareholders acquire ownership

8   interest in Squirrels Research Labs between when it was

9   formed and when the petition was filed?

10     A     You cut out at the end of that question.

11     Q     I'm sorry.  Between when the company was

12  formed and when the bankruptcy petition was filed?

13     A     Yes.

14     Q     Who else became a shareholder?

15     A     Jessica Chevalier, later married and became

16  Gritzan, became a shareholder in 2019.  David Jiminez

17  became a shareholder subsequent to that.  Eventually, I

18  believe he bought Cory Shoaf's interest.  And then in

19  2021, there was a private offering made where there were

20  a larger number of new minority shareholders that were

21  introduced.

22     Q     Is that a -- is that a -- quite a number of

23  folks?

24     A     I would not be able to recall them off -- off

25  of my memory.  It was a number of folks.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          24

1      Q     Okay.  And other than Cory Shoaf, the other

2   people who owned a share at the beginning, continued to

3   own shares by the time the bankruptcy case was filed. Is

4   that right?

5      A     Yes.  Their percentages may have changed over

6   time, but the only two parties that exited ownership

7   were Cory Shoaf and I'm just going to refer to it as the

8   Squirrels LLC ownership.

9      Q     Why was Squirrels Research Labs founded?

10     A     It was founded to create hardware, basically,

11  data center acceleration hardware.

12         COURT REPORTER:  Data -- I'm sorry, I didn't

13     catch that.

14         THE WITNESS:  Data center acceleration

15     hardware.

16         COURT REPORTER:  Thank you.

17  BY MR. SISTO:

18     Q     Were -- was squirrels LLC or any of your other

19  businesses already doing that type of work when

20  Squirrels Research Labs was formed?

21     A     Squirrels LLC was not involved in hardware. It

22  supported all significant amount of software IP. That

23  was its main business, was creating and sub- licensing

24  IP for video processing and conference room

25  technologies, similar to this meeting we're in right

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   now.  And its -- its clients have their own hardware.

2        Q     So none of your businesses and -- meaning --

3   meaning -- let me put it this way.  Any of the business

4   under the -- the Scurry Holdings umbrella or any other

5   business that you personally were involved in, did

6   hardware sales prior to the formation of Squirrels

7   Research Labs?

8        A     No, they did not.

9        Q     What was the -- you know, I talked about why

10  it was formed, and you -- and you discussed -- I'm going

11  to just refer to it as -- as to do hardware sales.  What

12  was the business opportunity that you saw that, you

13  know, as an entrepreneur, that made that sound like a

14  good oppor -- as a business?

15       A     I'll give you a little bit longer answer here

16  to make this clear.  I was personally working in

17  acceleration hardware in late 2017 and early 2018, at --

18  at a hobby level, and had identified that there was the

19  opportunity to create certain hardware that would be

20  best in class.  And we had the opportunity to build this

21  -- this purpose-built hardware that would be able to

22  improve on what was available in market at the time in

23  the cryptocurrency mining realm.  And by doing that, we

24  thought that we could amortize the creation of a company

25  that built dedicated hardware itself, which is something

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  I had always wanted to do.  And so we saw this crypto

2  currency hardware demand as an opportunity to amortize

3  the ramp up and supply chain to support a hardware

4  production design and sales organization.

5       Q     Have you ever -- have you worked -- I know

6  you're an entrepreneur.  You own -- you own and operate

7  in many businesses.  So if you -- I don't -- if you were

8  ever paid by any of them as a W-2 or 1099, I'm not

9  referring to those.  Have you worked as -- as -- since

10  college ever, as a -- as a W-2 or 1099, just worker or

11  employee for any other business?

12       A     Yes.

13       Q     Can we go through your just employment history

14  briefly, just post -- post college?

15       A     Yes.  I was employed during college and then

16  exiting college, as a W-2 employee of a company called

17  DRV Systems in Greene, Ohio, where I worked on software

18  and hardware systems associated with car care industry.

19  And following -- or during the term of that employment

20  is when we created our -- our initial company that later

21  became the Scurry Holdings Group companies.  This was

22  around 2008.  I was employed as a W-2 employee of the

23  initial company, which was called Napkin Studio, N-A-P-

24  K-I-N Studio.  That company was later merged into

25  Squirrels LLC.  So I was a W-2 employee of that company

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    27

1   and Squirrels LLC.  I may have been a W-2 employee of

2   Remedy Systems or Remedy Ventures.  I can't recall

3   whether that was the W-2 or 1099, in the 2009-10 range,

4   which was a company that we did contracting development

5   for in the medical software industry.  And then, I was a

6   W-2 employee of Squirrels Research Labs.  And I am

7   currently a W-2 employee of Alignment Engine.

8        Q    Alignment Engine?

9        A    Yes.

10       Q    And that is -- that wasn't a business that

11  we've discussed previously.  So you are -- you are not

12  an owner or a -- a officer of that company?  You're just

13  a normal employee?

14       A    Yes, that's -- that's normal employment.

15       Q    And what do you do for Alignment Engine?

16       A    I do FPGA development and strategy for

17  hardware design.

18       Q    I know that I know that this answer could

19  probably be with your intelligence and breadth of

20  experience, that you could probably do a day on this

21  answer, but can you give me the 30 second version of

22  what FPGA means?

23       A    Yes.  An FPGA is a reprogrammable chip.  I

24  guess, the short version would be, most people are at

25  least cursorily familiar with CPUs, such as that from

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Intel, or AMD, or GPUs, or graphics processing units

2  from NVIDIA.  All of those types of data center

3  accelerators are instruction processing based.  You

4  write code.  You are -- you have programmers who write

5  code, and you execute programs on those.  The code is

6  interpreted, you know, one instruction at a time by the

7  chip.  And then that action is taken.  And in context,

8  an FPGA is more like a custom definable circuit.

9          So you design an electrical circuit with

10 digital -- all the digital logic, with potentially

11 millions or billions of digital logic gates.  And when

12 you -- when you effectively program that onto an FPGA

13 chip, it acts as a blank slate on which that circuit can

14 be built and then reconfigured to a different circuit

15 later, as opposed to an ASIC chip, where that circuit is

16 built permanently with lithography processes in silicone

17 and can't be altered in the future.  So it's -- it sits

18 on the continuum between a microprocessor and a

19 dedicated piece of silicone that's being founded --

20 foundried for a very specific purpose.

21     Q    Thank you.  That was -- I did not -- I

22 followed a lot of it, but not all of it, but I

23 appreciate that kind of background.  And is it safe to -

24 - I think for our purposes -- and if -- if this

25 characterization and the answers to any of my question,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                29

1  you feel like you need to add to it, please do.  But can

2  we call it computer hardware for what we're -- I mean,

3  is that a safe reduction of what it is?

4       A    Yes.  We can refer to it as computer hardware.

5  I'll clarify if there's some reason why computer

6  hardware isn't an accurate description of it for a

7  specific question.

8       Q    I appreciate that.  The -- you said, "We." I'm

9  talking about back when your first job, your W-2 job

10 after college, and you said, "We had the idea, you know,

11 to kind of start our own business while we were working

12 there."  Who was -- who was the we you were referring

13 to?

14      A    The company -- there were four partners who

15 started the initial business.  Two of them are -- have

16 not been involved in the businesses for many years, but

17 Andrew Gould is the other business partner who was

18 involved in that and continues to be involved in several

19 of the businesses I'm tied to today.

20      Q    When you -- I'm kind of going back to when you

21 were discussing the -- getting Squirrels Research Labs

22 up and running, and the reason.  And you talked about

23 amortizing kind of the startup.  Can you explain to me

24 more what you meant by that, and how that worked?

25      A    Yeah.  So any time you are going to build

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   electronics hardware, your pricing, especially with FPG

2   chips, is heavily, heavily volume dependent.  If you

3   were to buy one ship, it may be $25,000.  If you buy

4   1,000 chips, they may be $1,000 a piece.  And so it

5   would be difficult to simply decide that you want to

6   build a small number of units of something for your own

7   purposes.  You basically need to ensure volume in order

8   to ensure favorable supply chain terms that actually

9   allow you to have a cost-effective product.

10        Q    So what was the funding source then to get

11  Squirrels Research Labs up and going?

12        A    We made some initial capital contributions,

13  the ownership group, to purchase electronic components

14  and place some early orders.  However, we were working

15  on a product that we were going to launch into market

16  broadly, and the opportunity came to make a sale of a

17  customized product that had been largely designed by one

18  of our vendors.  And so we had the opportunity to do a

19  built-to-order one-time sale of this product and

20  generate pass-through profits there that would continue

21  to fund the future growth of the business.

22        Q    Was that Avnet, Inc. was the supplier you're

23  referring to?

24        A    Yeah, Avnet was the distributor for Xilinx

25  incorporated, who is where the product originated from.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          31

1       Q      So this is prior to the formation of Squirrels

2    Research Labs that you were being supplied.  And so was

3    Squirrels LLC being supplied with Xilinx tips through

4    Avnet?

5       A      No.  Squirrels Research Labs was always -- it

6    was being provided through Xilinx.  If I can give a

7    short timeline here, it might help guide your questions

8    --

9       Q      Sure.  Sure.

10      A      -- or at least focus your questions.  We

11   originally formed Squirrels Research Labs in -- I

12   believe you've indicated, and I believe this is correct

13   -- May of 2018.  At that time, we had -- I had had

14   preliminary -- I'll be specifically, it was me

15   exclusively who had had preliminary conversations with

16   Avnet and filled out the supply chain and received

17   various quotes and made some cash orders for some

18   components with longer lead times to support the idea

19   for a hardware that I had.

20             And then we were planning to build some

21   prototypes of our ultimate project, which ultimately

22   became the Jungle Cap project and eventually bring them

23   to market. The ecosystem around the cryptocurrency world

24   in which we were looking to use as a sales channel for

25   the hardware we were building began discussing other



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   opportunities with FPGAs, which had not been in

2   prevalent discussion prior.  And so that forced our hand

3   to move a little bit quicker than we had initially

4   planned.

5          And in discussions with Xilinx, we determined

6   that they did not want any of these basically

7   fly-by-night groups, you know, individuals to be

8   reselling their -- or doing group buys of their

9   hardware.  And so they wanted to establish with us,

10  because we had a history of successful business and some

11  level of capital resources to support the operation,

12  that we would be the sales partner through which they

13  would sell their initial board.

14         We viewed this as if we act as the sales

15  partner for this group buy of this, you know,

16  built-to-order board for this initial volume, we'll

17  establish our business as the default name for providing

18  this type of hardware, the cryptocurrency market.  And

19  that will better support our internally designed

20  products in the future by having -- you know, build that

21  initial customer base.

22         Q    So thank you.  Pardon me if some of, you know,

23  my questions repeat a little bit of that, but that --

24  thank you for that explanation.  Just so when did -- was

25  Squirrels LLC or any of your other businesses a customer



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    of Avnet, or, you know, did business as far as buying

2    Xilinx chips, whether through Avnet or anyone else prior

3    to the formation of Squirrels Research Labs?

4         A    Squirrels LLC became a customer of Avnet --

5    the timeline is something I would need to review

6    carefully, but I don't believe it became a customer of

7    Avnet directly until after the formation of Squirrels

8    Research Labs.  But Squirrels LLC did open an account

9    with Avnet and did begin purchasing initial components

10   and placing initial orders.  And this was because of

11   Avnet's positive view of Squirrels LLC's existing

12   business, as we established the relationship.

13        Q    And those components purchased from Avnet were

14   components that would eventually be, you know, built

15   into your custom FPGAs that you were making and selling

16   from Squirrels Research Labs, but they were initially

17   purchased by Squirrels LLC.  Is that correct?

18        A    Yes.  They were ordered through Squirrels LLC,

19   and then Squirrels Research Labs paid Squirrels LLC for

20   those components.

21        Q    And that was in anticipation of getting

22   Squirrels Research Labs up and running to do the

23   business that you intended it to do?

24        A    Yes.  As I mentioned, we had not expected to

25   launch Squirrels Research Labs products into public

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   market as early as we needed to.  And so many of the

2   underlying, you know, basic business functions needed to

3   support volume customers sales, payment processing,

4   things of that nature were not in place when the market

5   dictated we had to begin offering the products.

6        Q    So -- and there had been -- you didn't open

7   Squirrels Research Labs with no idea of who you'd be

8   selling to, correct?  There were -- there had been a

9   building of customer base prior to the actual founding

10  of Squirrels Research Labs?

11       A    Yes, I had begun engaging with potential

12  customers on a personal basis and enthusiasts for the

13  type of hardware on some different online channels and

14  had gotten a pretty high degree of competence as a

15  businessperson, that there was demand for what we were

16  offering.  I had reached out to one of the parties who

17  was starting to make rumors about trying to do a group

18  buy from Xilinx directly and offered -- who is Tom

19  Sensel.

20       Q    How do you spell that?

21       A    S-E-N-S-E-L, I believe, who had created a

22  company called Allmine, Incorporated, which you may be

23  familiar with, and offered my help, and offered that we

24  could potentially partner to offer this type of hardware

25  to the industry.  Again, at the time, this was my



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    attempt to prevent someone else from taking a dominant

2    lead in the industry.

3         Q    Okay.  So there had been cultivation of a

4    customer base that would eventually be Squirrels

5    Research Labs' customer base prior to its formation?  I

6    mean --

7         A    Again, the timing is going to be very specific

8    here because it would not have been, you know, months or

9    potentially even weeks prior.  It would've all occurred

10   in that May -- you know, maybe late April to May, to

11   June timeframe would've been all the customer

12   cultivation.

13        Q    And so Squirrels LLC was -- I mean, as you've

14   said, held some -- you know, paid and held some of these

15   hard supply, you know, computer supplies that would

16   eventually be part of the product sold by Squirrels

17   Research Labs.  Did you personally also purchase and

18   hold some of these in your personal capacity?

19        A    It's pretty likely, but I don't recall

20   definitively.

21        Q    Okay.  And don't let me put words in your

22   mouth.  So please correct me if this character is -- but

23   you were doing what you could to get these, whether it

24   was some in your personal capacity or through Squirrels

25   LLC in order to be able to launch Squirrels Research

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Labs successfully, to get it -- to have it hit the

2    ground running.  Is that a fair characterization?

3         A    Yes.  Yes.

4         Q    How long had Squirrels LLC existed when

5    Squirrels Research Labs was founded?

6         A    Formally, Squirrels LLC under name had existed

7    since 2012.  So more than six years.

8         Q    I saw a -- I don't -- I could find it probably

9    fairly quickly.  I don't have it prepared as an exhibit,

10   but you're probably familiar with a press release that

11   Squirrels released in early 2019 talking about kind of

12   the separation of Squirrels Research Labs and Squirrels

13   LLC.

14        A    Yes.

15        Q    And it referenced that the businesses had been

16   sharing resources and would no longer be sharing

17   resources.  Can you describe what -- and maybe we can

18   follow up and get more specific.  I know this is a

19   general question, but what were -- what was the resource

20   sharing that was happening between Squirrels LLC and

21   Squirrels Research Labs?

22        A    Yes.  I can explain that.  I alluded to this a

23   little bit earlier.  At the time when we launched

24   Squirrels Research Labs, Squirrels Research Labs itself

25   had primarily an engineering team, a small engineering



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    team focused on the hardware design and products, as

2    well as some sales efforts.  It did not have all of the

3    support ecosystem that you would need to quickly to

4    launch a product into market.

5              And so we agreed that Squirrels LLC would

6    contract out web design resources, creative design

7    resources, customer support resources, some software

8    development resources, as well as accounting and HR

9    resources, while Squirrels Research Labs ramped its

10   business.  And so it provided those resources,

11   primarily, between June and August of 2018.  And then

12   there were some residual resources that were provided

13   after from, you know, September through, effectively,

14   January of 2019, when the businesses, you know,

15   completely separated their operations for a number of

16   reasons.

17        Q    And did Squirrels LLC charge Squirrels

18   Research Labs for those services?

19        A    It did.

20        Q    Was it at the ordinary rate that Squirrels LLC

21   would charge any customer for the same services, or -- I

22   guess some of those services were not services that

23   Squirrels LLC marketed broadly.  And so let me ask a

24   cleaner question.  I'm sorry.  So some of the services

25   that Squirrels LLC was providing Squirrels Research Labs

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   are services that would be provided to other customers,

2   is that correct?

3        A    Yes, to the best of my knowledge of Squirrels

4   LLC's operations.

5        Q    Some were not services that were necessarily

6   provided to other customers, is that also accurate?

7             COURT REPORTER:  Sorry, I missed --

8             THE WITNESS:  You broke up a little bit.

9             COURT REPORTER:  -- yeah, that question broke

10       up, and you're starting to muffle a little bit

11       again.

12            MR. SISTO:  All right.  I'm sorry.  Let me know

13       -- I don't know what's going on with my muffling but

14       thank you for letting me know.  Is that better?

15            COURT REPORTER:  Yeah.

16  BY MR. SISTO:

17       Q    Okay.  Some of the -- what Squirrels LLC was

18  providing to Squirrels Research Labs in the way of

19  support, but it was also being compensated, for some of

20  those were services that Squirrels LLC sold as part of

21  its business model.  And some were just -- were not

22  things that other customers would have access to.  Is

23  that a fair characterization?

24       A    Yes.

25       Q    So what are the things that -- services that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          39

1  Squirrels LLC provided that were things that were also

2  provided to other customers?

3       A     Squirrels LLC.  And again, I'm not here as a

4  representative Squirrels LLC, but I'll answer that

5  question with my personal knowledge.  Squirrels LLC

6  regularly did contract development for hire of a variety

7  of mechanisms.  In addition to licensing its IP

8  technology, it did integrations which included software

9  development, sometimes writing hardware, firmware

10 integrations, sometimes doing web development, sometimes

11 doing creative design, those pieces.

12            And then to a lesser degree, it provided

13 support services to third parties in its regular course

14 of business.  The functionalities that were not

15 regularly provided by Squirrels LLC to outside customers

16 were the procurement support, the accounting support,

17 and the --

18      Q     Payment?  Is that right?  Like, the payments

19 are --

20      A     -- yeah.  Payments, processing, bookkeeping,

21 those pieces.  And then the HR kind of level support.

22      Q     Did Squirrels Research Labs compensate

23 Squirrels LLC for those services, or only for the

24 services that it also provided to other customers?

25      A     It compensated Squirrels LLC, I believe, on a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  pass-through basis for all costs Squirrels LLC incurred

2  in supporting Squirrels Research Labs.

3        Q     So it was only at cost?

4        A     To my recollection, it was built directly at

5  cost.

6        Q     But the services that Squirrels LLC sold were

7  -- Squirrels LLC did make a profit on those services,

8  the ones that it also sold to other customers, is that

9  correct?

10       A     I don't leave Squirrels LLC sold any services

11 for profit to Squirrels Research Labs, based on my

12 recollection.

13       Q     So I understand that you're saying you can't

14 be a 100 percent certain, but right -- from your memory

15 right now, Squirrels LLC provided all services.  Whether

16 or not they were also marketed to other third parties,

17 they provided all services to Squirrels Research Labs at

18 cost; is that accurate?

19       A     Yes, that is accurate.  The nature of

20 providing those services was basically because the

21 ownership group of Squirrels Research Labs said, "Hey,

22 we have a stake in this other company.  Can we borrow

23 some of the staff to get this off the ground, and we'll

24 pay for the opportunity cost, basically?"

25       Q     And at that time, you were officers in both of



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   those companies, right?

2       A    I was.  At that time, I held the CEO role in

3   both companies.

4       Q    Was there anyone else during this time frame?

5   And what we're talking about is post-founding of

6   Squirrel -- you know, between May 2018 and March 2019.

7   You understand the timeframe I'm talking about?  After

8   the formation of Squirrels Research Labs and before they

9   split, were there any other officers of both other than

10  you?

11      A    No.

12      Q    You were the only one that was an officer of

13  both?

14      A    I was the only one that was an officer of

15  both.  That's correct.

16      Q    Okay.  And were there any other folks --

17      A    Actually, allow me to -- sorry, I didn't mean

18  to talk over you.  I wanted to --

19      Q    No, go ahead.  I'm sorry.

20      A    -- briefly finalize that answer, because I was

21  thinking of officers with ownership.  It is possible

22  that Jessica Gritzan would have held the COO role in

23  both companies.  However, she didn't have any ownership

24  stake at the time.

25      Q    Thank you.  And so now ownership -- and I know



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   we've covered ownership a couple times, but I just want
 2   to -- in this kind of context that we're discussing.
 3   During that time period, were there any -- other than
 4   you.  I know you had ownership interest in both.  Were
 5   there any other folks that had ownership interest in
 6   both, even if they weren't an officer, or another
 7   business had an ownership interest in both?
 8        A    Yes.  Andrew Gould, Sidney Keith, and Cory
 9   Shoaf had ownership both -- interest in both the Scurry
10   Holdings Group chain of companies and Squirrels Research
11   Labs directly.
12             MR. SISTO:  Ms. Veneman, I have a question for
13        you briefly.  I'm going to use some exhibit that
14        I've pre-marked and shared with Mr. Stanfill and
15        Mr. Merklin. Do you mind if I just use the numbers
16        that I've -- they're not going to be in order --
17        chronological order for you.  Is that okay if I --
18        or do you need me to do Exhibit 1, 2, 3 when I
19        introduce them here?
20             COURT REPORTER:  No.  Whatever numbers you guys
21        need to use, that's totally fine.
22             MR. SISTO:  Okay.  Thank you.
23             COURT REPORTER:  Yup.
24             MR. MERKLIN:  Bryan, I have no objection to any
25        numbering you want to use, but I will represent to
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    you -- I will represent on the record, as we

2    discussed yesterday, I received from you I think in

3    excess of 310 megabytes of documents.  I have not

4    printed them all. So if you refer to them, they'll

5    have to be put on the screen.

6          MR. SISTO:  Yes, sir.  I will do that right

7    now.  So I do want to say on the record, again, we

8    discussed this, I think briefly off the record, and

9    I think briefly, again, on the record.  This

10   document is subject to a protective order.  These

11   are the decking reconciliation reports for Squirrels

12   Research Labs.  So Ms. Veneman, when I send these to

13   you for submission into the record, will you please

14   make a notation that these -- that the exhibit is

15   subject to court order?

16         COURT REPORTER:  Yeah, I will.

17         MR. SISTO:  And Mr. Forsell, who is on the

18   line, has signed the protective order.  And we have

19   a statement on the record from Mr. Merklin that he

20   is fine with Mr. Schwag being on the call, even

21   though he did not actually sign the protective

22   order, just want to make sure we all are clear on

23   that.

24   BY MR. SISTO:

25        Q    Mr. Stanfill, do you recognize this document

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    44

1   as I described it?

2        A    I'm not personally familiar with the document,

3   but I recognize it as you describe it here, as far as

4   what it is.

5        Q    This is the checking account for Squirrels

6   Research Labs for the month ending -- and I'm putting my

7   cursor on it there -- July 31, 2018.  Is that correct?

8        A    That is correct.

9        Q    And we see here that the beginning balance was

10  $0.  Is that right?

11       A    That would match with my recollection.

12       Q    So Squirrels Research Labs did not -- and

13  let's look down at the deposits here.  The first deposit

14  we see is July 5, 2018; is that correct?

15       A    Yes.

16       Q    So Squirrels Research Labs did not hold any of

17  its own cash until July 2018.  Is that right?

18       A    Yeah.  I don't believe Squirrels Research Labs

19  bank accounts were opened, and in reference to my

20  previous answer.  It was pressed by market conditions to

21  start operating its business publicly earlier than it

22  had planned.  And so prior to this time, all of

23  Squirrels Research Labs capital activity was really

24  being -- purchases being made by founders that hadn't

25  been reconciled into a common bank account or anything

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   about it yet.

2        Q    Okay.  And there is not a -- this is the

3   checking account that Squirrels Research Labs used,

4   correct?  There was not another account at this time for

5   checking or for savings, or any other type of account?

6        A    Correct.

7        Q    So we see a total number of deposits into

8   Squirrels Research Labs during July 2018 of $834,000 and

9   change.  This is -- I know the document is not a

10  credible fidelity, but that is what it says, is that

11  right?

12       A    Yes, that's what's stated there.

13       Q    And I know you've described this.  We answered

14  kind of this generally earlier, but where were these

15  deposits coming from?

16       A    These were coming from initial sales

17  built-to-order hardware that SQRL was offering to

18  market.

19       Q    So none of these deposits are, at this point,

20  capital contributions?

21       A    I haven't individually reviewed these

22  deposits.  It's possible some capital contributions were

23  in there, but to my knowledge, those are sales

24  transactions.

25       Q    Squirrels Research Labs did sell product and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   collect payment on product prior to July 2018, correct?

2        A     Correct.

3        Q     So where did those payments go?

4        A     Squirrels Research Labs go-to market strategy

5   was primarily through channel partners.  And so we

6   utilized the minority company as it was called,

7   minority.io, I believe, if I recall correctly, as well

8   as Allmine Incorporated partnerships as sales channels.

9   Allmine operated a site portal called fpga.land, I

10  believe.

11          And then Squirrels LLC for wire transfers,

12  which we were not set up to receive -- even in July, we

13  weren't ideally set up to receive those.  Squirrels LLC

14  acted as the payment processor for anyone who wanted to

15  pay directly by a wire transfer.

16       Q     So if minority.io or Allmine collected the

17  funds, did they turn funds over -- I'm probably asking

18  that in elegantly, but what was the timing that they

19  would receive payment?  And when were they required to

20  turn the funds over to Squirrels Research Labs?

21       A     The initial payments -- the early payments

22  that occurred in June were basically cycled over

23  immediately due to the need to pay Avnet the initial

24  order to correspond with the order volume that we were

25  receiving.  The terms with Avnet were that 50 percent of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the total order volume price needed to be paid up front,

2  and the balance would be paid, you know, net 30 after

3  delivery.

4         And so, as the orders began coming in and we

5  were able to determine the order volume level, those

6  funds were gathered, and they were gathered by Squirrels

7  LLC's accounting staff.  They were gathered by the

8  Squirrels LLC, and then paid to Avnet to make that

9  initial substantial deposit to secure the hardware for

10  the built-to-order deliveries.

11        Q    So Squirrels LLC was taking payments from --

12  directly, in some cases, or indirectly through Allmine,

13  or minority and paying at net for the hardware?

14        A    Yes.  Yes.  There was -- in that I'll call it

15  mad dash initial period to go to market, Squirrels LLC

16  took substantial transfers directly in order to make

17  that substantial wire transfer to admin.

18        Q    So I'm looking at -- we looked at deposits,

19  which further down the page, there were, looks like 11

20  payments made by Squirrels Research Labs in July of

21  2018.  Do you see what I'm referring to here at the top

22  of the page that you should see on your screen?

23        A    Yes.

24        Q    There's just under -- well, I guess it's more

25  -- closer to 400 than five, about $440,000, just under

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   $440,000 of total disbursements from Squirrels LLC.  I'm

2   sorry.  From Squirrels Research Labs, LLC during July of

3   2018, correct?

4       A    That is correct.  Yes.

5       Q    So it appears there's a couple blanks, there's

6   a check for $20,000 that doesn't show the payee, but

7   about $400,000 of that 440,000 were paid to Squirrels

8   LLC, is that correct?

9       A    Yes, they were -- those funds were remitted to

10  Squirrels LLC.

11      Q    So in July of 2018, what was -- at that time,

12  what was Squirrels LLC being paid for?

13      A    Those would've been paying Squirrels LLC for

14  products that Squirrels LLC had procured for Squirrels

15  Research Labs, electronic components or built-to-order

16  hardware, substantially.

17      Q    And did Squirrels LLC send product directly to

18  end customers or was it routed through Squirrels

19  Research Labs somehow?  How did that part of it work?

20      A    All of the product was shipped directly to

21  Squirrels Research Labs warehouse, which was established

22  in August of 2018.  This product has significant lead

23  time.  And so at the time in which these product orders

24  were being placed, Squirrels Research Labs had not yet

25  stood up its warehousing and fulfillment operations.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  When those were put in place, which was in August of

2  2018, all of that product flowed into those fulfillment

3  warehouses, and then Squirrels Research Labs shipped all

4  of it out to customers from there.

5      Q    So no product was actually received by

6  Squirrels Research Labs prior to August 2018?

7      A    It would've been received by Squirrels

8  Research Labs at its -- I guess you would say that the

9  offices which were shared between Squirrels Research

10  Labs and Squirrels LLC, but my recollection is no

11  substantial product was actually shipped until the

12  Squirrels Research Labs warehouse was actually in place.

13  There may have been some components that were received

14  at the offices shared by Squirrels Research Labs and

15  Squirrels LLC for staff offices.

16      Q    So Squirrels Research Labs paid Squirrels LLC

17  back for product that had not actually been received, is

18  that accurate?

19      A    Yeah, the cash flow would've been such that

20  Squirrels Research Labs paid Squirrels LLC as soon as it

21  received the funds to purchase those products, and

22  Squirrels LLC remitted those payments to the vendors

23  that it had ordered from at the time.

24      Q    Do you see where all the one of the transfers

25  to Squirrels LLC are bill payment, and then one is an



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



1    expense, and one for $200,000?  Second from the bottom

2    is an expense.  Do you see that?

3        A    Yes.

4        Q    Do you know what the difference in the

5    notation there indicates?

6        A    I'm not the accountant.  I don't know why they

7    were categorizing things the way they were.

8        Q    Do you -- is that information type of

9    information recorded elsewhere?

10       A    I believe you've requested documents from --

11   or we have requested on your behalf documents from

12   Squirrels LLC, who had -- was keeping, you know, the

13   majority of the books at this time.  So I suspect that

14   they have all of those records forthcoming.

15       Q    So Squirrels -- so yeah, that would be

16   whenever they are coming.  We would appreciate that.  So

17   the accounting was being done on the Squirrels LLC side,

18   it wasn't being done on both sides; is that accurate?

19       A    Yeah.  At this time, Squirrels Research Labs

20   didn't have any of its own accounting staff.  And so the

21   Squirrels LLC accounting staff was keeping all of the

22   books and tracking all of the transfers at that time.  I

23   believe if you -- at the top of this document, it refers

24   to Amanda McConnell reconciling it in October.

25            That is -- Amanda McConnell was hired on to be

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   the bookkeeper for Squirrels Research Labs, and thus why

2   this reconciliation is happening so late in the year,

3   once Squirrels Research Labs had its own accountant.

4           Q    Did Amanda McConnell ever work for Squirrels

5   LLC?  Or did she only work for Squirrels Research Labs?

6           A    She was employed through Squirrels LLC during

7   her initial hire.  There were, I think, only two hires

8   that were -- maybe more -- where Squirrels LLC actually

9   hired the employee on behalf of Squirrels Research Labs,

10  because Squirrels Research Labs did not have any payroll

11  processing, or HR, or accounting set up at that time.

12  And so they were briefly employed by Squirrels LLC

13  before Squirrels Research Labs got all of those systems

14  in place.

15          COURT REPORTER:  And I'm sorry, Mr. Sisto,

16      before I forget, what exhibit number is this?

17          MR. SISTO:  I'm sorry.  Thank you.  This will

18      be Exhibit 14.

19          (EXHIBIT 14 MARKED FOR IDENTIFICATION)

20          COURT REPORTER:  14?  All right.  Thank you.

21  BY MR. SISTO:

22          Q    And just to make it clear for the parties,

23  they produced these checking account reconciliation

24  statements by month, and I have combined them into a

25  single PDF.  That's just to make it clear what we're

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   talking about.  It's their production, but it has been -
2   - no other alterations other than trying to clean up the
3   fidelity a little bit and combining it into a single
4   PDF.  So Mr. Stanfill, so thank you for indulging my
5   document rant there for the record.  We see payments.
6   This is the August 2018 pay -- the debits from the
7   account.  For the first time, there were none to Avnet.
8   In July, now there are payments to Avnet as well as
9   significant -- I mean, I'm going to eyeball it here, but
10  with the understanding that I'm not being totally
11  precise.  There are over half of a million in debits to
12  both Squirrels LLC and to Avnet over the course of
13  August 2018.  Does that sound like it's accurate?
14      A    Yes.  That would match with what I've laid out
15  before, which is by basically September, Squirrels
16  research labs was operating all of its own accounts and
17  had its kind of systems up and running and smoothly. And
18  so, the past three purchases that Squirrels LLC had
19  managed would mostly be items where delivery, you know,
20  orders had been placed prior, and delivery wasn't
21  received until August or September.  And thus, you know,
22  there was a balance due on delivery, things of that
23  nature.
24      Q    And so, there was a balance due on delivery.
25  That would be when Avnet would be paid.  We see a very

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  small -- I mean, relatively small, given the size of

2  some of the other payments, to Avnet on August 2, 2018.

3  That would -- the product would've been received by

4  Squirrels research labs.  And that's when now you're

5  doing business, you, meaning Squirrels research labs and

6  not Squirrels LLC are doing business with Avnet

7  directly.  So therefore, they would pay that bill to

8  Avnet at that time.

9       A    Yes.  Yes.  And it would vary based on the

10  backing vendor that Avnet was distributing for -- some

11  would require deposits upfront.  Some of them would

12  require fully paid upfront.  Some would require, you

13  know, would completely ship the product and bill net 30.

14  There was some variance in terms based on Avnet's

15  upstream vendors criteria.

16       Q    So you had -- you had -- you had some where

17  you were prepaying and somewhere you were expected to

18  pay immediately upon delivery and somewhere you had up

19  to a month and --

20       A    Correct.

21       Q    -- lifetime.  But those would still all be

22  reflected as Avnet here in the ledger.

23       A    Avnet would've been the vast majority.  There

24  were other vendors up for electronics components,

25  principally DigiKey Incorporated and Mouser were the



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   other two large vendors for electronics components that

2   we relied on.

3        Q    So we see these payments, being Avnet smaller

4   payments, but here in August 2018, there's still

5   payments for -- there's a payment for almost $400,000, a

6   payment for just over $200,000, to Squirrels LLC was

7   one.  And then, there's many, many smaller payments.

8   Were these all for product at this point still?

9        A    Yes.  And I can give you a ballpark piece here

10  that in total, I believe almost $9.5 million of product

11  was purchased where Squirrels LLC did the procurement.

12  And relative to that, the services and that Squirrels

13  LLC provided was -- I don't know the exact number, but

14  was in the order of magnitude of $500,000, relative.

15       Q    Okay.  Do you know why there'd be a $205,000

16  expense with, with no pay listed?

17       A    I do not.  I don't have the records --

18       Q    I'm sorry.  I interrupted you.  Just for the

19  record, I was referring to an entry on August 27, 2018,

20  with a $205,000 expense with, with no pay.  So we see

21  individuals receiving checks.  There's an individual

22  named Haokai Feng, a check for $36,000, Milo Rodriguez,

23  just under $11,000, several other names with smaller

24  checks.  Who were these individuals receiving checks

25  from Squirrel's Research Lab at this time?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A     So at that time, it looks like late August.

2   Those would've been refund requests that were being

3   processed.

4     Q     And what -- what -- what was the refund for?

5     A     There had been a delivery delay from our

6   upstream suppliers.  And despite the fact that we sold

7   all the product as built-to-order, non-cancelable,

8   non-returnable, again, we were trying to establish a

9   multi-year, much larger business.  We didn't want to

10  build the reputation of being difficult to deal with.

11  So as we've got some smaller refund requests when we

12  notified those customers that their product would not be

13  delivered on the original timeline, we did our best to

14  issue corresponding refunds.

15    Q     Did any refunds come from Allmine or minority

16  or any other kind of third-party relationship you had?

17  Were they always directly to Squirrel research labs?

18    A     I don't have direct knowledge of those

19  business operations, but I do recall that Tom Sensel,

20  the principal of All Mine incorporated had processed

21  some -- some refunds directly himself.  He was also very

22  concerned about the, you know, reputational hit from the

23  late deliveries.  I don't believe minority ever

24  processed, to my recollection, any refunds themselves.

25  They would've relied on us to do that.


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Did Squirrels LLC ever provide any refunds

2  directly?

3    A    I don't believe so, but I can't say

4  definitively.

5    Q    Mr. Stanfill, part of me, my mouth is getting

6  very dry and I'm already having muffle problems.  So I'm

7  going to grab a glass of water.  Can we reconvene at

8  11:00 a.m.?  Is that all right?

9         MR. MERKLIN:  Yeah.  Now, before we do that,

10        Bryan, can you give me roughly what time you

11        anticipate roughly taking a lunch break so I can

12        make sure I order something for us?

13        MR. SISTO:  I'm really able to do that at your

14        convenience.  I don't -- I don't mind.  I do think

15        that, again, it's hard to estimate, as you know,

16        Marc.  I don't think that this will last past the

17        late afternoon. I think we're -- Mr. Stanfill is --

18        anyway, I mean, it's proceeding.  Well, it's hard to

19        know until you sit down. Why don't we --

20        MR. MERKLIN:  Can we suggest that somewhere in

21        that range to noon, we'll take a break?

22        MR. SISTO:  Sure.  How about we come back for

23        another hour?  Let's say 11:05, if that's okay.  And

24        we'll go until 12:15.  Is that okay?

25        MR. MERKLIN:  That's fine.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           MR. SISTO:  And then, is 45 minutes enough?

2           MR. MERKLIN:  That -- that's plenty.

3           MR. SISTO:  Okay.  Or I can come back.  We can

4     come back earlier if you'd like.  45 is probably

5     good just to give everyone a little break, and then

6     -- so we'll reconvene here at five after 11.  We'll

7     talk for 70 minutes and then we'll take a 45-minute

8     break and then reconvene at 1:00.  Is that a good

9     kind of general plan?

10          MR. MERKLIN:  Works for me.

11          MR. SISTO:  Great.  Thank you.  All right.  I'll

12    see you folks in a few minutes here.

13              (OFF THE RECORD)

14          COURT REPORTER:  Okay.  We're back on record.

15    BY MR. SISTO:

16      Q    David, I'm going to apologize in advance.  This

17    next section of our discussion is going to be a little

18    bit tedious, but it's something that we need to do.  If

19    -- if a hearing yesterday had gone differently in case,

20    this might have been muted.  But as of now, it's

21    something that we need to discuss.  I'm going to show

22    you an exhibit here in a moment.  And I want to try to

23    do this efficiently because it will be a little bit

24    tedious, but I'm going to show the asset purchase

25    agreement from the case.  This is -- we're moving way

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   forward in time to where -- what we were discussing

2   previously to the -- to the assets of Squirrels research

3   labs that were sold to Instantiation as part of the sale

4   of the bankruptcy case.  And there are many pages.

5          I do think we can do this relatively quickly,

6   though.  So let -- I'm going to tell you what -- how I

7   think we can handle it.  Let me know what you think.  I'm

8   going to go through the assets that were sold and I

9   would just -- and all you need to do is look over the

10  page and then tell me when you're done with the page and

11  we'll move to the next page.  I would like you to

12  identify things that were not purchased from Avnet

13  originally to -- by Squirrels Research Labs.  Does that

14  make sense?

15          MR. MERKLIN:  Before you ask him that, I'm

16      going to generally object to the extent it requires

17      a legal conclusion as to what is or is not covered

18      by a purchase money security interest.  But if you

19      want to ask him based factually upon what components

20      there are, obviously I have no objection to those

21      questions.  But I'm going to object to the extent

22      you're requiring to get a legal answer.

23          MR. SISTO:  And Marc, and I appreciate that

24      objection.  I'd be making the same objection in your

25      place, but I did -- that's why I was very careful



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  not to say what was covered by a security agreement.

2  I'm just -- I'm asking us just was not purchased

3  from Avnet and this -- that's none of Mr. Stanfill's

4  issue whether or not it was covered by a security

5  agreement.  And I think that's an issue between

6  other parties, but I -- as part of this discovery of

7  the 2004 process, no one has yet provided detail on

8  what this stuff was purchased by Avnet or not.  And

9  that's the --

10       MR. MERKLIN:  I'm not -- Bryan, I'm not

11  objecting to the question.  You can ask him what

12  components or what portion of components for Avnet.

13  I'm simply making a record objection as to any legal

14  conclusions.  That's all.

15       MR. SISTO:  Thank you.

16  BY MR. SISTO:

17    Q    No.  And what I was trying to do was, was, was

18  buttress what you were saying by, I don't want him to

19  provide that and I hope I'm not asking for that.  And I

20  appreciate that your -- your objection.  So let me first

21  say, did -- as a more general statement, Mr. Stanfill,

22  did anything that -- any computer hardware that was sold

23  to Instantiation come from anywhere other than being

24  purchased from Avnet?

25    A    I find that question a little bit difficult to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   answer, so I'm going to give you --

2        Q    I can try to ask a better question.  Or if you

3   feel comfortable answering, go ahead.

4        A    Let me give you two answers.  No outside of

5   the context that much of the computer hardware that

6   Squirrels research labs sold was in fact built and

7   assembled by Squirrels research labs.  So it did not

8   come from Avnet in the form it was sold.

9        Q    Thank you.  That's -- so there were -- there

10  were no other vendors other than Avnet for which you

11  bought computer hardware?

12       A    There were small accessories that we sold that

13  were purchased directly from other vendors and resold.

14  So I do need to include those in this.

15       Q    Okay.  Again, let's try to do this quickly.  I

16  know it'll be a little bit tedious, but I think, you

17  know, I think we can get it done.  I would appreciate if

18  you identified things that were simply just not

19  something that had anything to do with Avnet.  All

20  right?  Just identify those items.  Or if there is

21  something that's sold, but it was -- if its only

22  components that Avnet -- you bought from Avnet, you

23  don't need to identify that.  But please identify

24  anything if it was combined with any component, if that

25  makes sense, that was not purchased from Avnet, even if

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    -- even if it was mostly purchased from Avnet.  Does

2    that make sense?

3           A     Yes, I understand what you're --

4           Q     All right.

5           A     -- you're attempting to -- a better word.

6           Q     Thank you.  Thank you.  So I'm representing to

7    you that this is the exhibit to the asset purchase

8    agreement that was filed in the bankruptcy case.  This

9    is the second version of it.  After some items were

10   removed, this is the version that was filed on -- this

11   may, I may have pulled the original version, but for

12   purposes of what I'm asking for you to do, I, you know,

13   Mr. Merklin's put his objection on the record as far as

14   no legal conclusions.  And I think that it, that we can

15   still go through it in this form.  So you understand

16   that this is the, that this is the asset purchase

17   agreement for, for the items that were sold to

18   Instantiation?

19          A     Yes.

20          Q     Okay.

21              COURT REPORTER:  And Mr. -- I'm sorry,

22       Mr. Sisto, is this -- what number is this?

23              MR. SISTO:  This is exhibit 11.  Thank you,

24       ma'am.  I appreciate that.  I need to remember that.

25                  (EXHIBIT 11 MARKED FOR IDENTIFICATION)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    62

1        COURT REPORTER:  No, you're fine.  And then I -

2    - for the last one, the protective order.  Is

3    everything you talked about under that protective

4    order?

5        MR. SISTO:  No, this exhibit is a public

6    document.  It is not part of the protective order.

7        COURT REPORTER:  Okay.

8        MR. SISTO:  Marc and -- I should ask actually,

9    now that I think about it.  To the extent that

10   testimony was offered on the detail in those

11   accounts, do you want the entire deposition

12   transcript to be subject to that protective order?

13   Are you only interested in the exhibit being subject

14   to the protective order?

15       MR. MERKLIN:  I'm only interested in the

16   exhibits for those questions.

17       MR. SISTO:  But you're fine that some

18   information was shared from those exhibits?  That

19   will be part of --

20       MR. MERKLIN:  Yeah.  I reserve the right,

21   Bryan, to invoke the confidentiality if we get into

22   things like account numbers or personal information.

23   No personal identifier information, but --

24       THE WITNESS:  You did name some specific

25   customers.  And I would generally view that as -- we

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    are not entitled to disclose the name of specific

2    customers.

3         MR. MERKLIN:  Yeah.  So that's a good point. We

4    should probably have those customer names subject to

5    the confidentiality provisions.

6         MR. SISTO:  Okay.  I don't really have a

7    problem for the -- because if anything like that

8    ever would need to be introduced, we'd obviously

9    have a conversation about that down the road.  But

10   to make it easy for right now because we'd have to

11   do that anyway, why don't we just mark this

12   deposition as subject to the protective order?

13        MR. MERKLIN:  That's fine.

14        MR. SISTO:  I mean, I'll -- and I assume that

15   we all work in good faith for things.  I clearly

16   wouldn't have a problem being introduced into the

17   record if they needed to be down the road.

18   BY MR. SISTO:

19        Q    So all right, Mr. Stanfill.  So let's -- let's

20   go through this.  And some pages are probably going to

21   have nothing and others, you might be just doing a lot

22   of tedious reading, but let's go through and say, again,

23   are the things that did not come involved with Avnet? In

24   other words, things that had nothing to do with Avnet,

25   or if a component was included that was not purchased

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  from Avnet.

2      A    Yeah.  And I'm -- I'm going to obviously go

3  along with this, although I will state that this is,

4  this is, a very tedious mechanism of accomplishing this

5  goal.  In general, you're going to hear answers, because

6  anything that we assembled includes the circuit board

7  and every circuit board did not come from Avnet.  So in

8  answering your question, I am -- for the vast majority

9  of items until we get to the electronic components,

10 everything on that page either didn't come from Avnet or

11 included something that didn't come from Avnet.

12     Q    And if -- if -- if -- if you see that in that

13 way, I'm fine if you make an answer like that if you're

14 comfortable making it, so that you don't have to

15 actually read off every item.  So to break a little bit

16 of the tedious, if possible.  Okay.  So however you want

17 to convey the information, as long as it's accurate, is

18 fine with me.  Is that okay?  All right.

19     A    Yeah.  I'm perfectly fine to just read through

20 this list and provide the answer on the -- after the

21 reading each item, if that accomplishes your goals.

22     Q    Yep.  Let's go -- let's go for it.  Thank you.

23 Thank you for working out that strategy with me.

24     A    Okay.  Acorn -- Acorn CLE101 is a combination

25 of parts from and not from Avnet.  Acorn fans are not

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   from Avnet.  QSFP are not from Avnet.  Nest fans are not

2   from Avnet.  Acorn CLE215 plus heat sync is not from

3   Avnet.  Acorn 101 ready to ship is a combination.

4   Thermal pads of four-millimeter, two-millimeter, and

5   three-millimeter size gray are not from Avnet.  Cooling

6   fins, BCU passives are not from Avnet.  PRM heat sinks

7   for acorns are not from Avnet.  Acorn CLE215 heat sinks

8   are not from Avnet.  BCU back plates are not from Avnet.

9           I'll clarify.  I am not directly familiar with

10  which version of the BCU backplate that is.  There is an

11  original BCU backplate, which was upgraded by Squirrels

12  research labs and the original version would've been

13  from Avnet, and the upgraded version was not.  So some

14  ambiguity on that one.  Heat sink, there's ambiguity as

15  to which heat sink that refers to without it in front of

16  me.  I'm going to say that's generally not from Avnet

17  except for heat sinks that would've been factory

18  originals on BCU accelerators that were upgraded.  Fan

19  plate BCU active, not from Avnet.  BCU duct, not from

20  Avnet.  Heat conduction adhesive, not from Avnet.  11

21  tubes of solder paste, I can't definitively say, but

22  which vendor we sourced those from.  Red toad of M2

23  thunder board adapters not from Avnet.  BCU water

24  blocks, not from Avnet.  800 ESD miscellaneous chip

25  trays, not from Avnet.  Solder paste, again, I can't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          66

1  definitively say which vendor they were sourced from.

2  Miscellaneous wired, not from Avnet.

3      Q    Thank you.  I am scrolling here.

4      A    5X64 Acorn 215s, those would be a combination

5  of parts.  Acorn 215 plus, ready to ship, a combination

6  of parts.  2TPS EBM evaluation kits, those would not be

7  from Avnet to my knowledge.  Scrap PDU internal parts,

8  not from Avnet.  Miscellaneous dev acorn nests, those

9  would be a combination of parts.  15 bit main power

10  supplies bad, not from Avnet.  11 HP power supplies,

11  bad, not from Avnet.  3X Acorn 101s, those would be a

12  combination of parts.  Box of camo spray paint,

13  approximately 30 cans, not from Avnet.  Acorn 215, ready

14  to ship, that would be a combination of parts.

15  Miscellaneous large wood pallets.  I can't definitively

16  say whether those were part of an Avnet shipment or not.

17  FF12 NF broken Juki feeder, not from Avnet.  I'm going

18  to a little bit abbreviate that all Juki feeders are not

19  from Avnet.  And so, I will skip those in the rest of

20  this.

21      Q    Thank you.

22      A    Acorn 215 plus, that's a combination of parts.

23  Six cans of Rustoleum spray paint, that is not from

24  Avnet.  Four cans of galvanized spray paint, not from

25  Avnet.  Four MTS 32 boxes, those would be from Avnet.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Acrylic from BCU water block, scrap, not from Avnet.

2  M2PCIE adapter, that is not from Avnet.  M2PCIE cable,

3  not from Avnet.  Thermal pads, 1.5-millimeter gray, not

4  from Avnet.  13 boxes, MX water blocks and back plates,

5  not from Avnet.  Thermal pads, half a millimeter, gray,

6  not from Avnet.  Unshielded ram ballistic four gigabyte

7  DDR four dims, I do not believe those were purchased

8  from Avnet, but I can't go be 100 percent sure that they

9  didn't route through Avnet.  Ten boxes FK passive heat

10  sinks, not from Avnet.  Shielded ram ballistic four

11  gigabyte DDR four dims, again, I do not believe that

12  they were from Avnet, but it's not impossible.  Those

13  were purchased from Avnet.

14          10X, 30 port manifolds, those are not from

15  Avnet. Lebert EPA 150CP use, quantity 13, not from

16  Avnet. Parmsco filter tank, not from Avnet.  All three

17  Generac generators, not from Avnet.  The KISS selective

18  solder machine is not from Avnet.  The used QSFT cables

19  are not from Avnet.  The Generac system controller and

20  GTS system panel is not from Avnet.  The DHA2E automated

21  rework system and toolkit is not from Avnet.  The

22  200-volt slay crypto PUs are not from Avnet.  The Brad -

23  - Brady I5-100 printer and two spools of labels, I do

24  not believe it's from Avnet, but you know, it's not

25  impossible.  We -- we ask them to be the provider for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 that.

2     Q    So let me interrupt our exercise here for --

3 there are some things that are just, I guess I would

4 call it -- I would say our office supplies are not

5 necessarily high end, FPGA or computer hardware, those

6 names.  I don't know.  There's not -- there's some non-

7 high-end stuff that is from Avnet.  Is that accurate on

8 -- clearly from what you're answering?

9     A    Yeah.  If I was doing this, I probably

10 would've sorted the original spreadsheet by price and

11 gone through the high value items first, but we're,

12 we're going the way we are and we can probably just burn

13 through it.

14     Q    There is -- there is price on some of the

15 schedules of some of these items, but the -- but there

16 are many, many items that were part of the asset

17 purchase agreement that are not on the schedule.  So I

18 apologize, you know, that I -- I know what you're

19 saying, but --

20     A    I'm happy to burn through it.

21     Q    And again, if you want to look down the list

22 and kind of provide -- I think this initial part is --

23 sounds like these are more not from Avnet than are, so

24 if you want to just go through and identify things that

25 are from Avnet or -- but however, if you're fine doing


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   it this way, I'm fine with that too.  I just -- you

2   know, I do appreciate that you're doing this.  I know

3   it's -- it is what it.

4        A    Yeah.  I'll -- as I go through these, I'll,

5   I'll go and just identify things that either are maybe

6   from Avnet.  On this page, nothing on this page is from

7   Avnet.  All the way through down, miscellaneous, damaged

8   PCIE tables.

9        Q    Yeah.  Thank you.  And -- and I would

10  appreciate in this kind of situation if you just put the

11  first and last items on the records so that the record's

12  clear, because we're looking at sections of pages.

13       A    Yeah.  50 horsepower red fire pump through

14  miscellaneous damage, PCIE cables are not from Avnet.

15  The Molex hand crimp applicator 200218220A is from

16  Avnet.  And otherwise, what's present on the screen

17  right now, everything from miscellaneous C13 cables

18  through LTR system tape rolls is not from Avnet.  11

19  Esther breakouts with PCIE cables, that's a combination.

20  Those are assembled from parts that may include Avnet.

21  Everything from rolling trash can -- through white

22  rolling 40-gallon trash can through -- through

23  approximately 732 common slot breakout boards is not

24  from an Avnet.  The Acorn Nest X2G ready to ship is a

25  combination.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q     Can you briefly describe when you -- when

2   something's a combination, what, what, what would be --

3   I mean, is that hardware purchase from other vendors or

4   --

5     A     Almost everything that I'm describing is a

6   combination is basically a copper and fiberglass circuit

7   board on which a number of electronics components are

8   soldered, potentially with a heat sink added to it.  In

9   that case, the copper and fiberglass circuit board is

10  not from Avnet.  The heat sink or thermal solution is

11  almost entirely not from Avnet, but all the electronic

12  components on it, it's not guaranteed that all of them

13  are, but the majority of them are likely from Avnet.

14    Q     Thank you.  I appreciate that.

15    A     Let me look through this.  The -- so

16  everything from three pallets ladder racking down

17  through the Libre 10 fan dry cooler would not be from

18  Avnet.  Thermal paste could be from variety of vendors,

19  including Avnet.  The Jungle Cat JCC 4PV2 partial serial

20  numbers listed; those partially constructed boards would

21  be a combination.  The pallet of miscellaneous single-

22  phase PUs is not from Avnet.  The boxes of used vinyl,

23  tubing, and brass barbs are not from Avnet.  The Juki

24  cart feeder is not from Avnet and the AMD epic server

25  blue light called Mushroom Hill is not from Avnet.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Looking at this, everything from 632 gigabyte better PC

2  microSD cards down through cooling fin/BCU passive-used,

3  which is right following the GKGG5, serial number

4  6L123067, that entire section here is not from Avnet.

5       Q    I appreciate how -- how you are making this

6  very clear for the record.  Thank you for doing that.

7       A    Yeah.  There are some items that are

8  ambiguously named and may appear in similar naming other

9  places.  So I'm trying to be --

10      Q    I really do appreciate that.  Thank you.  You

11  can go ahead with this page when you're ready.

12      A    Yeah.  Everything from 1X small dry cooler

13  through Intel back plate, which is right below fan QFR

14  1212, is not from Avnet.  Quantity 93 miscellaneous SMT

15  part trays, maybe from Avnet.  Active FK heat sync used,

16  parenthesis heat sync, is not from Avnet.  So on this

17  page, I'm going to point out a few items that are from

18  Avnet.  But for the record, this page is from FF24NS,

19  parentheses four.  Right above 120-millimeter fan

20  guards, black, down through screws steel -- excuse me.

21  Give me one moment here.  Down through screws, steel, M2

22  5x5, on this section, the items, the box of 319 USB

23  cables did come from Avnet, and all other items did not

24  come from Avnet.

25      Q    Thank you.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    Okay.  We are looking at the section from nest

2  risers used, followed by heat sink 4BCU, 22 millimeter

3  by 22 millimeter by 10 millimeter, down through Juki

4  nozzles, one blue bin, 15 cases.  In this section, there

5  are two Molex crimp applicators that are from Avnet. And

6  that is the only item that's from Avnet.

7    Q    I'm sorry.  I lost where we were on the --

8    A    Six box or -- sorry, Juki nozzles, one blue

9  bin, 15 cases was the end of the previous session.

10   Q    Thank you, sir.  I appreciate that.

11   A    So we are going from six boxes, a hundred-foot

12 vinyl tube unopened, followed by six PDUs on test

13 stations down through FF24FS feeder followed by 24-

14 millimeter PEM, P-E-M, feeder.  In that section, there

15 are approximately 100 SQRL breakouts taped that are a

16 combination.  There are ten ESD mats that I cannot be

17 sure were not ordered from Avnet.  Or to be more clear,

18 may have been ordered from Avnet, but I'm unclear on the

19 vendor.  There are RFM4M and JCC2N prototypes, which are

20 a combination.  And all other items are not from Avnet.

21   Q    I'm going to put here on the record that you

22 are, are -- have provided a significant sampling of

23 these items.  And what we're looking at now, I'm going

24 to call the -- I know there is some hardware items and

25 what we've looked at, but you -- I'm trying to think of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                        73

1  a way to characterize what we look at.

2      A    So what we are looking at is really --

3      Q    If you could characterize it for me -- because
4  I'd like to move past -- because I think we've looked at
5  a good representative sample and into the more hard, you
6  know -- but go ahead.  You were already doing it before
7  I started talking.

8      A    Yeah.  In the, in the creation of this list in
9  the first place, what we are looking at is the list of
10  production equipment.  So tools and accessories that go
11  along with the production equipment as well as the macro
12  bill of material parts that are associated with cooling
13  or cooling assembly, the majority of which is not
14  provided by Avnet.

15     Q    And Mr. -- I'm anticipating maybe an, an
16  objection for the record ahead of this question.  But I
17  know that you are not an expert on this, but is it -- is
18  it fair to say that there is, there is value in the
19  items that are not from Avnet that we've discussed so
20  far, that is not de minimis value?

21         MR. MERKLIN:  If you know.

22     A    That's very broad, so value, yes.  I'm
23  defining de minimus here.

24     Q    Let's say, are these things that are -- that
25  were important in the -- in SQRL's business that -- to



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  operate the business, even if they're not worth hundreds

2  of thousands of dollars?

3        A    Yes.

4        Q    Do you think that -- again recognizing that

5  you're not an expert, but also recognizing that you are

6  the principle for the business, that we've covered

7  $10,000 in aggregate value with these different items

8  that we've talked about?

9        A    I would say you've covered at least $10,000,

10 yes.

11       Q    And -- and I know that those are general

12 questions and if -- if more detail into that world is

13 required, I think that can be appropriately addressed by

14 other parties at the time.  But I do appreciate your,

15 you know, getting kind of a general understanding of

16 what's going on there.  I'm going to move to, I think,

17 the next section of the -- I think there's like a change

18 in the way that it looks.

19       A    It turned blue.

20       Q    Okay.  It turned blue.  So this is -- I think

21 that at this point it's going to be easier to identify

22 things that did not come from Avnet.  Because my

23 understanding is that the vast majority of these items

24 came from Avnet.  Could you provide us a general

25 understanding of what the change is -- we've skipped



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   about, for the record, 10 pages in the APA, probably

 2   another 100, 150 items that were part of the previous

 3   topic that we discussed.  So what are we looking at now,

 4   Mr. Stanfill?

 5        A    This is the list of items that were considered

 6   electronic components, that were used for the production

 7   of electronical circuit boards.  (Inaudible) --

 8        Q    And is it fair to say that these were the

 9   higher value portion of what would be, I know that's a

10   general question, but of all of all would be sold in the

11   sale?

12        A    Yes.  These represented the vast majority of

13   our cost of goods sold bill of materials.

14        COURT REPORTER:  And I'm sorry, Mr. Sisto,

15     you're muffling a lot.

16        MR. SISTO:  Sorry.  Thank you for letting me --

17     I don't know, what's going on with that.  I'll try

18     to --

19        COURT REPORTER:  It's more towards the end of

20     your question.

21        MR. SISTO:  I feel like I back away at the end

22     of my question.  As if we were in person, I was

23     trying - - I'm trying to give him space to answer.

24     So thank you. I'll just keep leaning -- leaning in.

25        COURT REPORTER:  Thank you.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   BY MR. SISTO:

2       Q    Mr. Stanfill, is there anything on this page

3   that did not come completely from Avnet?

4       A    I'm not going to be able to definitively

5   answer that without, you know, consulting our -- our

6   sourcing for every individual part number of which there

7   are hundreds, and I don't have in my memory.  I can aid

8   you in this by indicating that nothing on this page of

9   value to my knowledge is not from Avnet.  Of significant

10  value.

11      Q    Okay, let's define significant value as

12  something that would be over $1,000, all right?  Because

13  there's lots of items here, so they might aggregate to a

14  significant value even if --

15      A    Yeah, keep it -- sorry, I didn't mean to cut

16  you off.  Keep in mind that for electronics components,

17  you know, some of these reels of components might

18  contain 200,000 items the size of a grain of sand.  The

19  aggregate value of which is significant, but the

20  individual value is fractions of a cent.

21      Q    Exactly.  So I mean, I would be interested to

22  know if the aggregate value was significant, even if the

23  -- even if the grains were not significant in and of

24  themselves.  And if they were not something that you

25  purchased from Avnet, does that -- you understand what

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  I'm saying, right?

2      A     Yes.  Yes.

3      Q     So the last item for the record was A4 215+

4  revA4.  And the first item on the new display, and just

5  for the record this is page 66 of document 124 on the

6  record in the case, the new -- the first new items

7  A4215A4.  Are there any items on this page that were not

8  wholly provided by Avnet?

9      A     So there are three items that begin with

10 MT25QU.  They're slightly different, but they're the

11 only items on this page beginning with MT25QU.  Those

12 may have been provided by Avnet, but it was fairly

13 common that those would be provided by Arrow as a

14 vendor.

15     Q     Are those items of value?

16     A     Those are items of value on a individual and

17 aggregate basis and I think that's about it.

18     Q     Recognizing that you're not an expert

19 necessarily, whether you have, you know, industry

20 exposure, clearly.  Could you do a ballpark of just kind

21 of the at cost value of those items?

22     A     Let's say that they may be as high as $10 a

23 piece depending on market circumstances.

24     Q     So I'm looking at the one in light blue

25 shading fourth from the bottom, MT25QU512.  Do you see



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   the one I'm referring to?

2        A    Yes.

3        Q    It's 22,500 units?

4        A    Yes.  And depending on exactly when those were

5   purchased, they could have been worth, from my

6   recollection, anywhere from -- from $3 to $4 to about

7   $10 in range.  So that would be --

8        Q    A $100,000 to $250,000 it could be

9   potentially?

10       A    Potentially, yes.  Additionally --

11       Q    Go ahead.

12       A    -- additionally the LTC7150, all parts of

13  LTC7150 would've -- are not on Avnet's line card and

14  would've been from Arrow.  Those may be a couple dollars

15  each.  You have 6,782 of those, so for privative, that

16  may be $20,000 there.

17       Q    Okay.  Let's just like we did for the last --.

18  Let's go through -- I'm not going to go through every

19  single page, but let's -- and of course if this became

20  an issue in the case, we would have to do that in some

21  form, but let's just get a sample kind of like we did

22  and I won't make you go through everything.  But let's

23  do a couple more pages, thank you.

24       A    No problem.

25       Q    I'll read it is, beginning with LTC360,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  3636EUFD and then it ends with SI53340.  Go ahead. Thank

2  you.

3       A    Yes.  On this page, the LRC3636, the

4  MT25QU512, I'm using just the first few characters and

5  the SI53340, those parts may be -- either may be or are

6  highly likely not from Avnet.

7       Q    And would there be some value for those parts?

8       A    Yes, it would be, you know, it looks like

9  maybe $15,000 for the LTC3636.  And I -- these price

10  estimates are -- are, you know, ballpark recollections.

11  I could be off plus or minus --

12       Q    I understand, I appreciate that, but yeah.

13  I'll put that on the record myself, that I'm asking you

14  for ballpark estimates.  That's -- that's all I'm

15  asking.

16       A    Yeah, it might be $25,000 -- probably $20,000

17  of the MT25QU512.  And the SI5340-B might be $10,000.

18       Q    That's what I thought it was the last one we

19  looked at so.  All right we moved down to MCP9804 is the

20  first item, and then HTB0750 is the final item.  This is

21  page 57 of the asset purchase agreement.

22       A    So in this case the SI53305-B-GM would be the

23  only item I see on this page.

24       Q    Would that have any value?

25       A    That might be -- there's 1,325 of them, so



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    collectively that might be 6,000 or $7,000.

2         Q    Thank you.  I'm just going to the next page.

3    The first item will be 9774025151R, and the final item

4    is CM3440Z171R.

5         A    I'm reviewing this list.  I don't see any part

6    numbers on this list that would commonly have been

7    purchased from anyone but Avnet.

8         Q    Let's scroll down to an item that begins

9    ASDMPLV.  And the final item is CRCW0201249RFNED.

10        A    These all appear to be items that would come

11   from Avnet.

12        Q    Moving on to page 69 of the asset purchase

13   agreement.  First item L39050PUT5R, and the final item

14   is MAX34406TETG+.

15        A    On this page, the SI5345A-DGM, there's only 75

16   of them so it's de minimis value, but that would not be

17   from Avnet.  The GPU-AP-B and GPU-AP-RA might be

18   collectively $6,000, that's not from Avnet.  And the

19   LTC3636EUFT, 219 of those, so maybe $1,000.  That would

20   not be from Avnet.

21        Q    Let's do -- let's do two more pages and I

22   think we'll have had a nice sample.  And I appreciate

23   you -- you engaging in this exercise with me here.  I've

24   scrolled down to the first item.  C0402 are the first

25   five digits, and then LTC6908CS6 is the final item on



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the page.  This is page 69 of the asset purchase

2    agreement.

3         A    I believe only that final item, the LTC6908CS6

4    as a -- as a LT part that Avnet can't supply.  There's

5    476 of those that may be less than $1,000 value.

6         Q    Moving on to page 70 of the asset purchase

7    agreement, the first item begins 20021111.  The final

8    item on the screen currently is UCL1C102 are the

9    beginning digits.

10        A    The only item I see on this page is the

11   LTC4413, there's about 200 of them.  It's less than $500

12   value.

13        Q    I've scrolled down on the page to an item

14   BML31 is the first five digits.  The final item on this

15   page AON7400A.

16        A    These all appear to be part numbers we could

17   source from Avnet.

18        Q    So Mr. Stanfill, thank you for going through

19   it again, I think that's a good sample.  I won't -- we

20   would be here for a long time if we went through every

21   single one of these items.  It's fair to say that the

22   vast majority of the value -- let me -- let me be more

23   clear on what I'm saying, because vast majority could be

24   defined in different ways.  But clearly the majority of

25   the value of the things that were sold to Instantiation

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   in the bankruptcy case were originally sold too

2   Squirrels Research Labs by Avnet, correct?

3       A     Yes.  I would agree with that statement.

4       Q     And it is also true, based on what we've just

5   been through and recognizing it was a sample, that it's

6   likely that at least $100,000 and possibly up to a half

7   a million dollars maybe somewhere -- and I know it's a

8   broad range, but worth of value of things were -- were

9   things that you Squirrels Research Labs did not

10  originally purchase from Avnet, is that accurate?

11            MR. MERKLIN:  Objection.  You may answer.

12      A     I find that range plausibly accurate.

13      Q     Thank you.

14      A     You know, without definitively reviewing every

15  item.

16      Q     Okay.  Thank you.  Let's talk about the sale a

17  little bit then.  When did you first learn about

18  Instantiation as a company?

19      A     March of 2021.

20      Q     That's -- I believe that's when Instantiation

21  was formed.  Does that sound right?

22      A     I'm not intimately familiar with its

23  formation, but that's when I first learned of it.

24      Q     That's fine.  Did you -- do you have -- you do

25  -- you have no ownership interest in Instantiation,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   correct?

2       A    No.

3       Q    You -- and I should be clear.  Neither of you

4   personally, David Stanfill nor Squirrels Research Labs

5   as a company ?would have any kind of interest in

6   Instantiation?

7       A    No.

8       Q    What was the context where you learned, you

9   know, found I guess, Instantiation or Instantiation

10  found you, you meeting Squirrels Research Labs.

11      A    I was engaged by a gentleman on Discord who

12  was -- had first reached out to our customer support

13  representative and then wanted to talk to me about

14  potentially purchasing some hardware.  And I -- I'm

15  blanking on his full name, but his first name's Dan.  And

16  I ended up having some phone calls with Dan to hear

17  about why he was interested in purchasing the hardware

18  and his background.  And he introduced me to Sam Cassatt

19  who is the -- was the founder to my knowledge of

20  Instantiation.  And that was, you know, that was how the

21  introduction was -- was initially made.

22      Q    So Sam Cassatt is the person that you

23  primarily dealt with about Instantiation?

24      A    Yes, I -- I initially dealt through Dan and

25  then my understanding is they had a falling out and then



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  I dealt directly with Sam.

2      Q    Was -- to your knowledge, was Instantiation in

3  business prior to -- or, you know, prior to you being

4  involved with -- that's not the right way to put it.

5  Prior to your communications with Instantiation, did

6  they have -- did they have any business?

7      A    I'm not aware of -- intimately aware with

8  their business operations to answer that.

9      Q    You don't -- you do not know whether or not

10 they were -- they were formed.  That happens all the

11 time in bankruptcy.  I mean, you know, whether they were

12 formed to -- in order to purchase the assets of Squirrel

13 out of -- out of bankruptcy.

14     A    I don't -- I don't believe that that was the

15 case, no.

16     Q    You don't.  So you -- they -- you think they

17 did have other business other than that prior to their

18 formation?

19     A    Yes.  When I was -- when I was first in

20 contact with Sam Cassatt, they were interested in buying

21 hardware, potentially buying a lot more hardware in

22 starting a data center, crypto currency mining

23 operation.

24     Q    So initially your conversations were -- with

25 them were as a customer for Squirrels Research Labs?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    Yes.

2      Q    And obviously that changed because we, we as

3   we know, Squirrels Research Labs has sold the majority

4   of it -- that's to Instantiation in the bankruptcy case.

5   When did that -- when did that conversation begin?

6      A    So in the conversation about them becoming a

7   customer and purchasing an additional reasonably large

8   purchase of hardware.  At the same time Squirrels

9   Research Labs was doing its private offering and

10  potentially seeking investment or sale having just had a

11  sale that had failed to go through.  And it -- in those

12  conversations I introduced myself to Sam.  Became aware

13  of his background and potential, and frankly became

14  aware that he may have the capital to potentially be a

15  big investor or buy the company.  And so I shared with

16  him what we were trying to do and petitioned him for a

17  potential investment.  He took that under advisement at

18  the time, but didn't take any action towards it, just

19  made the initial hardware purchase and, you know,

20  basically kept the communications open to potentially

21  look into the company further for potential investment.

22     Q    And when -- what is the timeframe where he

23  made that?  I don't have the banking records from --

24  from this time period.  What is the timeframe that --

25  that Mr. Cassatt made the purchase of just hardware as a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  customer, it sounds like?

2      A    Yes.  His initial purchase of hardware as a

3  customer was made in, right at the end of March of 2021.

4      Q    And when I'm saying he, we're talking about

5  Mr. Cassatt, but that's in his role with Instantiation,

6  not him personally, right?

7      A    Yeah.  Instantiation made the purchase.  There

8  were -- there were other parties associated with

9  Instantiation involved in that.

10      Q    Did you -- did you ever know Mr. Cassatt prior

11  to March of 2021?

12      A    No, I did not.

13      Q    Did you maybe not know him personally, but

14  know of him as being someone else in kind of your --

15  your general industry?

16      A    I'm not really big on celebrities, so I really

17  didn't.

18      Q    Is he a celebrity?

19      A    He's one of the very early people who created

20  -- or was one of the three people who started the

21  company Consensus.  Consensus effectively created

22  Ethereum as it is today.

23      Q    Okay.  So it's fair to characterize him as a -

24  - as a niche celebrity within the world of folks who

25  know a lot about cryptocurrency.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    Yes.  In certain circles he -- I've learned,

2  you know, he speaks at certain conferences and has some

3  certain level of following, I guess you would say.

4    Q    And I'm sure that -- that provided him with

5  credibility with you as far as someone to do business

6  with?

7    A    Yes.

8    Q    Okay.  Is that -- is there -- is there an

9  issue in this industry generally?  I'm trying to say

10  that without casting aspersions, there certainly are in

11  my industry maybe.  But are there issues where you maybe

12  need to -- to do homework on someone you're going to be

13  doing business with due to the kind of the nature of the

14  business?

15    A    Hindsight is 2020.  Absolutely.  This is an

16  industry full of snakes.

17    Q    Thank you.  That's a -- that's one way of

18  putting it.  I wasn't going to put it exactly like that,

19  but I mean, lots of -- lots of industries are.  And do

20  you think that's due to kind of the nature of

21  cryptocurrency as maybe unregulated a place where people

22  are both making and losing a lot of money is -- might be

23  attracted to that, you know, is --

24    A    I've always attributed it to the, there's an

25  opportunity to potentially get rich quick that attracts



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  a certain character.  There's also a very short distance

2  between the activity you undertake and how much revenue

3  you make.  It tends to attract people that are very

4  focused on the bottom line, above all else, in operating

5  their businesses or so-called businesses.

6      Q    So -- and so we -- the initial hardware

7  purchase from Instantiation was in March 2021.  Do you

8  remember how much was sold to them?

9      A    It was 870 units.  I know just from -- from

10  having to go through a bunch of audit records.  I don't

11  recall the cash dollar amount, but it would've been in

12  the ballpark of 870,000.

13      Q    Is it -- is it a substantial sale?

14      A    Yeah, it was.  Yeah, it was a substantial

15  sale.

16      Q    And they were -- they received all the product

17  they purchased?

18      A    Yes.

19      Q    Okay.  And they fully paid you for -- for what

20  they -- for what you sold to them?

21      A    Yes.

22      Q    So when did -- and I'm sorry if any of these,

23  so already covered this, but I just -- we're kind of on

24  a timeline.  When did the conversations with them shift

25  to where they might actually purchase all of squirrel --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Squirrel Research Labs?  Pardon me.

2      A    So we have had some casual discussions about

3  potentially investments or acquisitions near the

4  beginning.  Those conversations basically went cold and

5  then I reached back out in, exact timeline I think

6  would've been probably in the August 2008 timeline.  As

7  the company was -- was hitting some financial struggles,

8  I reached back out to say, "Hey, is there something that

9  we can do here?"

10     Q    And just to be clear, you said August 2008, I

11 think you meant August 2021.

12     A    August 2021.  You are correct.

13     Q    That's all right.  That's all right.  I'm just

14 as capable of slips of the tongue, most people are.  So

15 I appreciate it when people help me out sometimes too.

16 Okay.  And when -- so obviously -- and you know, I think

17 as in the role, you're the president of this company.

18     A    Yes.

19     Q    And obviously you have to make the final

20 decisions.  Some of the territory I'm going to be asking

21 you about I think is fair game as far as you had to make

22 these decisions as the businessman yourself.  But I

23 don't want you to -- to divulge information that might

24 have been legal advice, okay?  But -- but to the extent

25 that you got business advice, not from an attorney, or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    had to make I think that's fair game.  I'm sure you will

2    -- you know, I'm trying to do this, be upfront about

3    when you made these decisions.  I'm sure some of it was

4    under advisement by attorneys.  But when did you decide

5    it was in the best interest for Squirrels Research Labs

6    to file for bankruptcy?

7         A    We became a -- from a business operation

8    standpoint, we began expecting that we may not have an

9    alternative.  I would phrase it that way.  Around July

10   1st, half of July of 2021, that is when we made

11   shareholder communication that we did not think that

12   based on the complete stalling of the supply chain on

13   the silicon and semiconductor side, that we were going

14   to be able to substantially continue operations and meet

15   our obligations to creditors, our debt obligations.  And

16   we are -- I solicited our ownership group for

17   authorization to pursue conversations around the sale of

18   the company or file a Chapter 7 or Chapter 11 bankruptcy

19   to support the -- basically handling of the

20   circumstances as they were.

21        Q    Why did you choose to use Chapter 11 as

22   opposed to Chapter 7?

23             MR. MERKLIN:  If you could answer that without

24        disclosing attorney-client privilege.

25        A    Yeah.  I would say I can't -- there are a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   multitude of factors, but I can't say that I can answer

2   that without disclosing professional conversations.

3        Q    So you had -- you had engaged Brouse McDowell

4   for advice by that -- by that point in time when you

5   were at that point of the decision-making process?

6        A    I'm going to -- if you don't mind, I'm going

7   to ask Marc a question on the record.  Is it -- is the

8   time point at which we began engaging legal

9   professionals considered privilege?

10        MR. MERKLIN:  No, you can -- you can indicate

11        when you began it.  It's fine.  I'm not going to

12        object to the dates.

13        A    We had, initially had a brief conversation

14   with Brouse McDowell in spring of 2021 prior to engaging

15   in our private round.  To analyze as to give context, we

16   had enacted a transaction which you're certainly aware

17   of in this case with FDLD to sell 51 percent of the

18   company in January.  Executed that.  They did not follow

19   through on that transaction.  Reliant -- business

20   reliance on that transaction being legitimate had left

21   us with limited time and options to come up with some

22   other alternatives.  We, in exploring those other

23   alternatives engaged briefly with Brouse McDowell for

24   consultation at that time.  Did not take any action or

25   formally move forward Brouse McDowell at that time.  And

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  re-engaged them once the circumstances had kind of

2  returned to that kind of dire condition.

3          Q      Thank you.  When you were -- so -- you --

4  instantiation you had some informal conversations with

5  them about, or they are for -- I don't mean I -- we

6  really need to characterize.  There have been some type

7  of preliminary conversations, maybe they want to do more

8  than just buy, you know, make a big hardware purchase.

9  And then -- then in August when, you know, you realized

10  the company was in dire straits, that's when the

11  conversation got serious with Instantiation about them

12  purchasing the assets.  Is that right?

13         A      Yes.  The initial conversation was, I would

14  say, more positive and upbeat in the spring of, "Hey,

15  maybe you want to invest us or purchase us for a lot of

16  money for all the equity holders and everybody's

17  benefit."  The conversation in August would -- was more

18  of, "Hey, we're in a tight -- we're in a tight spot.  Do

19  you still have interest in this company?"  Where --

20  where we need to engage with Avnet as our -- I'm

21  assuming you will get to that so I'm just going to say

22  Avnet in the position they were in, and we needed to

23  engage with them.  And I thought it best to have those

24  business conversations with at least a -- I'm going to

25  use stocking horse in a non-bankruptcy stance here.  At

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    93

1   least a stocking horse buyer and an investor, so that

2   Avnet didn't just immediately pull up to the truck and

3   try to take all our stuff.

4       Q    So was there -- was there ever thought of to

5   trying to proceed with Instantiation -- Instantiation

6   ended up being the -- and I'm using a bankruptcy term,

7   the Debtor-in-Possession lender. And you know, often in

8   bankruptcy you see the secure lender, or the secure

9   creditor actually does the -- not always. But was there

10   ever a thought that this could be done without Avnet's

11   consent or -- or direct participation?

12          MR. MERKLIN: Again, if you can answer without

13     disclosing attorney-client privilege.

14       A    I will say from my personal professional

15   business judgment, I never believed that we would be

16   able -- I always believed that having got business

17   circumstance, our first order was to call Avnet and get

18   them to the table. And everything else was secondary to

19   that.

20       Q    Avnet is a -- is a big player in this

21   industry; is that right?

22       A    Yes.

23       Q    Are they -- are they the biggest hardware

24   supplier for -- for FD -- it's FPGA right, or

25   cryptocurrency mining equipment generally (Inaudible)?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1          COURT REPORTER:  So your last -- last part of
 2     your question went out, Mr. Sisto.
 3          MR. SISTO:  Sorry.
 4  BY MR. SISTO:
 5     Q    Mr. Stanfill, if you -- I'd appreciate if you
 6  could kind of with your knowledge base of this industry,
 7  maybe just describe a little bit about Avnet's standing
 8  in this industry, if that makes sense.
 9     A    Yeah.  So Avnet is a -- a major, whether
10  they're the largest at this moment in time, you know, I
11  think it shifts and they're -- they compete on a
12  quarterly basis, Avnet and Arrow Electronics.  But they
13  are one of the largest and often the largest electronics
14  component distributor.  And also distributor for Xilinx,
15  which has recently been purchased by AMD.  But prior to
16  their purchase by AMD, Xilinx was the largest FPGA
17  vendor.  Neither Xilinx nor Avnet, at the time Xilinx
18  you could argue does a little bit more now, were
19  actually active in the cryptocurrency world directly
20  themselves as first parties.  They sold basically
21  general-purpose raw components.  But in order to be in
22  the business Squirrels Research Labs was in, you needed
23  to have a relationship with Avnet.
24     Q    It would've been very difficult to have a
25  successful business if there wasn't a -- at least a
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  working relationship with Avnet.  Is that a fair

2  characterization?

3       A    Yes.

4       Q    And not just for Squirrels Research Labs, but

5  if any -- if any -- if you had any competitors or

6  basically anyone else doing what -- what Squirrels

7  Research Labs did generally?

8       A    Yes.

9       Q    Okay.  When -- when you testified at the 341

10  meeting about my client, Carl Forsell -- I'm kind of

11  shifting gears a little bit here.  It was -- I'm -- I'm

12  not trying to get into the background of, the back and

13  forth with the refund request or that kind of thing but,

14  you were -- you acknowledged fairly directly that --

15  that yes, that that money was owed.  That the amount of

16  the claim we filed just under $750,000, but -- but he

17  wasn't listed as a creditor initially on -- on your --

18  on the bankruptcy petition.  I mean, can you explain the

19  discrepancy there?

20       A    Yes.  And allow me to clarify to the extent

21  that I can clarify.  Allow me to clarify the statements

22  I made in the 341 meeting, which may have been made too

23  off the cuff.  We did not dispute and -- and agree on

24  the dollar amount that Mr. Forsell -- the unrefunded

25  dollar amount that Mr. Forsell had paid to Squirrels

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Research Labs.  There was still a contest -- a basis of

2    the claim being contested.  And I suppose is, although I

3    don't think it's front and foremost at this point in

4    that while Mr. Forsell had paid this amount, he was,

5    from our perspective, never legally entitled to a

6    refund.  He was entitled to product that was non-

7    cancelable, non-returnable billed to order.  You know,

8    basically sold as no refunds.  He refused shipment on

9    the product and we did work with him to try to get him a

10   refund, but from a strictly legal basis, it was

11   contested because he wasn't entitled to that cash and a

12   refund.  He was entitled to product he refused shipment

13   on.

14       Q    Again, I don't want to dwell on this either,

15   but as you acknowledge that we've somewhat moved on from

16   it, but it is fair to say that some folks who purchased

17   product -- this was in the initial when Squirrels

18   Research Labs was first founded, payments, I believe

19   received in June prior to Squirrels Research Labs even

20   having its own account.  And there were folks who --

21   other folks who were displeased with the speed of their

22   shipments who were given refunds from that same

23   timeframe that Mr. Forsell made his substantial

24   purchase.  Is that correct?

25       A    Yes, I have acknowledged that.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Yeah, I thought.  And I know that's been

2    discussed before.  I just wanted to kind of clean that

3    up since we've been doing a little bit of back and forth

4    here on it.  And that I believe the vendor was for that

5    particular customer, you know, who is my client now in

6    the case was All Mine.  Is that right?

7         A    I believe your client made multiple purchases,

8    at least some of which were through Allmine.  I don't

9    know if all of them were through Allmine.

10        Q    I don't have it as -- it's been filed in the

11   case and I could pull it up probably after the break if

12   we needed to look at it, but there was a statement that

13   you made on Discord that you did say there would be a no

14   refunds policy moving forward, but that the initial

15   sale, that there would be refunds given for the initial

16   sales.  Right?  Did you make that statement on Discord?

17        A    I don't recall any details or context.

18        Q    Okay.  But we can circle back to that and I

19   don't think we'll need to dwell on it beyond that, but

20   I'll -- it'll be a simple -- it's a simple document and

21   in fact, we attached it to a pleading earlier in the

22   case so it won't be anything, I think, that should come

23   as a great surprise.  All right.  I've kind of come to

24   the end of this portion.  Do you folks mind if we break

25   early and Mr. Stanfill, I appreciate your -- I think

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   what I'm trying to say is I don't think we'll have to go

2   for too much longer after the break.   I appreciate --

3          MR. MERKLIN:   I'm fine to break now if you

4   want.   I'm fine, Bryan, if you want to take the

5   break right now.

6          MR. SISTO:   All right.   So we'll reconvene at

7   1:00.

8          COURT REPORTER:   Sounds good.

9          MR. MERKLIN:   Do you want to -- do you need all

10  50 minutes, or you want to convene -- whatever you

11  want.

12         MR. SISTO:   I could do ten till just to keep

13  things moving.

14         MR. MERKLIN:   That's fine with us.

15         MR. SISTO:   Okay, well let's break then.  Thank

16  you.

17            (OFF THE RECORD)

18         COURT REPORTER:   Okay.  We're back on record.

19         MR. SISTO:   Thanks.  We're just reconvening

20  after lunch here.

21  BY MR. SISTO:

22      Q    Mr. Stanfill, we were discussing a bit of the

23  process that my client, Carl Forsell, and kind of

24  similarly situated buyers of the FGPA, FPGA's hardware

25  back in mid-2018 and I had referenced a Discord.  I just

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                      99

1   wanted to -- there it is.  This is something that we

2   filed as part of a response to the objection to our 2004

3   requests.  And I'm looking at the -- this is again on

4   the docket in the case already.  We can call it -- let's

5   just call it exhibit one in the deposition.  Do you see

6   on the -- first of all, is this your handle on Discord?

7                (EXHIBIT 1 MARKED FOR IDENTIFICATION)

8        A    Yes.

9        Q    These are your statements?

10       A    Yes.  These appear to be, from what I can see,

11  statements that were made by me under my handle.

12       Q    So the initial round and that you kind of had

13  to get up and go in quickly, as we've discussed earlier,

14  were sold in, I think May, June, maybe of 2018.  And

15  those would be the ones under the August ship date.  That

16  was going to be kind of the first big shipment from

17  squirrel's research labs; is that correct?

18       A    Yes.  Our vendor had committed us an August

19  ship date and the sales took place in June and July.

20       Q    Do you see where on the third down -- another

21  here on your Discord when you're communicating -- I

22  mean, did you use this Discord to communicate with

23  customers of Squirrels Research Labs?

24       A    I did.  I would say that I used the Discord

25  the same way one might use their personal telephone,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  both called in for business purposes and for personal

2  discussions, but these posts do appear to be me speaking

3  on behalf of the debtor, Squirrels Research Labs.

4      Q    Of course, I'm not asking you to draw a legal

5  conclusion or I'm not asking -- you know, I'm not trying

6  to imply that you're providing a legal conclusion, but

7  you do acknowledge that you made a statement.  I'm

8  talking about the middle sentence of the third kind of

9  block of text down on this page.  If you purchase from

10  the stock sold under the August ship date, you have the

11  right to request a refund.  Is that accurate?

12      A    Yes.  Without having context around this

13  message of which specific products we're referring to, I

14  acknowledge that statement.

15      Q    Well, that's not the refund stock, is it?

16      A    No, no.  This appears to be referencing the

17  products due for August shipment.  However, I will

18  clarify for the record that there were multiple

19  different products that we were selling in the June and

20  July timeframe and the refund provisions for those were

21  different.

22      Q    Fair enough.  At this point, again, I'm just

23  asking you to confirm that's your statement and that's

24  fine.  Thank you.

25      A    Yes.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    The next exhibit is something that is part of

2    the docket.  It is not one of the ones I sent over

3    previously, but this is an attachment to the Carl

4    Forsell's proof of claim.  So we're looking at an

5    invoice that -- and just for the record, my client, Carl

6    Forsell, purchased hardware under the name Nunce Limited

7    there, the bill to name.  Does this look like the kind

8    of invoices that were sent out for the purchase of this

9    first round of equipment for Squirrels Research Labs?

10    A    I didn't personally send the invoices, but

11    from viewing this document, it looks like the type of

12    invoice that may have been sent out at that time.

13    Q    And you see that the date is June of 2018.

14    A    Yes.

15    Q    So that would've been part of the very early

16    business activity that we're discussing as far as

17    Squirrels Research Labs, correct?

18    A    Yes.

19    Q    And it's on Squirrels LLC letterhead with a

20    Squirrels LLC designation.  And what's the reasoning

21    behind that, or why is that the way it is?

22    A    I can't say that I have a definitive answer to

23    that, but as I mentioned prior, the Squirrels LLC

24    accounting staff was being contacted by Squirrels

25    Research Labs to handle this kind of invoicing and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  processing.

2      Q    And I'm sorry if I neglected to say this

3  prior, but this will be Exhibit 2 for this 2004 exam.

4  And I'm probably just going to submit the page that we

5  looked at as the exhibit.

6           MR. SISTO:  If that's fine with you, Marc.

7           (EXHIBIT 2 MARKED FOR IDENTIFICATION)

8           MR. MERKLIN:  Yep.

9  BY MR. SISTO:

10     Q    All right.  Let's move to -- this was an

11 exhibit that was sent over prior to the 2004 exam, so

12 I'll use its exhibit number under that designation. This

13 is going to be Exhibit 24.  It's a profit and loss

14 statement for 2018 by month for Squirrels Research Labs.

15 Mr. Stanfill, is this document accurate for what I've

16 just represented?

17          (EXHIBIT 24 MARKED FOR IDENTIFICATION)

18          MR. MERKLIN:  You're asking him if that's what

19    the document is?

20          MR. SISTO:  Yeah.  Thank you for clearing that

21    more elegantly than I did.

22 BY MR. SISTO:

23     A    Yes, it appears to be, and by all rights,

24 looks to be January through December of 2018 Squirrels

25 Research Labs profit and loss by month.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      So June 2018, we see a total income of

2   approximately for seven million against the total cost

3   of goods sold of over 13 million resulting in a gross

4   profit of negative 6.7 million.  Is that accurate?

5      A      This appears to be on an accrual basis, so on

6   an accrual basis, that would be accurate.

7      Q      And I know we've covered a little bit of this

8   before, but I'd appreciate it in this context if you

9   could describe generally what was going on that, you

10  know, is underlying these numbers at the time.

11     A      Yeah.  So based on order interest and volume

12  in June 2018, we placed the order for particularly the

13  BCU boards, which is representing the majority of the

14  activity here in June.  We placed the order for the BCU

15  boards to Avnet in the amount of effectively 13,342,000.

16  It might be a little bit less than that, but it's the

17  vast majority of that purchase order.  So you're seeing

18  the whole value of the order reflected here despite the

19  balance not actually being too -- until Net 30 after

20  shipment.  And then we took in and made -- we made that

21  order at that size based on having received at least 50

22  percent of the initial down payments for that.

23     Q      Obviously, when we looked at the bank

24  statements earlier, we didn't see anything near 6.7

25  million coming in to Squirrels Research Labs at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   time and that's because the Squirrels Research Labs

2   accounts were yet.

3        A    Yes.

4        Q    So would that money have then come into

5   Squirrels LLC at that time?

6        A    Yes.  It would've flowed in through channel

7   partners to Squirrels LLC, and there was effectively a

8   mad dash to reserve the inventory and get this initial

9   50 percent payment to Avnet, so all those funds were

10  gathered together as quickly as possible and wired to

11  Avnet to reserve the inventory.

12       Q    So obviously, Squirrels LLC was holding a

13  significant portion of Squirrels Research Labs funds.

14       A    Yes.  I believe I testified earlier that I

15  thought that in total, about 9.5 million transacted the

16  Squirrels4 LLC account.

17       Q    So we saw on the bank statements that

18  Squirrels LLC received payment from Squirrels Research

19  Labs over time.  There were amounts that were simply --

20  how do I put this?  So some of the funds that Squirrels

21  LLC held onto were just held onto by Squirrels LLC

22  because they would've been due regardless by Squirrels

23  Research Labs.

24       A    Not -- I don't --

25       Q    Let me clear it up.  All the cash didn't flow

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   through Squirrels Research Labs on its way back to

2   Squirrels LLC.  Some of it just simply remained with

3   Squirrels LLC; is that correct?

4        A    Yes.  For that time period, that is correct.

5        Q    Was there -- I mean, we can see from the bank

6   ledger, you know, the payments that were made to

7   Squirrels LLC.  Were the payments that were kind of

8   withheld by Squirrels LLC as they would've been due to

9   them anyway, were they separately accounted for in any

10  way?

11       A    I don't have intimate knowledge of that

12  accounting.  We have -- again, on behalf of your

13  request, we have requested that and I expect that all of

14  that should -- Squirrels LLC operates a professional

15  business that's professionally accounted.  I expect all

16  those records to be produced.

17       Q    Do you have any continued involvement

18  Squirrels LLC?

19       A    I'm effectively a board member.  I haven't had

20  day to day involvement in the business since 2019.

21       Q    Do you know why this -- you know, this could

22  have to do with the accounting here, but in July 2018,

23  we see a profit of over 8 million because there's a

24  negative entry on costs of goods sold.  Do you know what

25  happened there?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          A      I know only incidentally from reviewing

2    Squirrels Research Labs underlying finances that there

3    was a journal entry made to reflect the second half of

4    the payment to Avnet that was then backed out because it

5    was improperly recorded.

6          Q      So at the end of the year, the first year,

7    this is from June.  It was formed in May 2018, as we

8    discussed earlier, it being Squirrels Research Labs,

9    LLC.  We show a gross profit of negative 1.3 million

10   over the year.  Is that accurate?

11         A      I believe that's accurate.  Yes.

12         Q      And I've scrolled down to the bottom here of

13   the profit and loss statement so we can't see the column

14   heading, so let me kind of go back up.  This is -- I'm

15   looking at the right-hand column, which is the total

16   column, not the month-to-month column and the way the

17   net income was accounted for is negative 3.1 million.

18   Does that sound correct to you?

19         A      Yes.  It looks like that accumulates the

20   exchange gains -- currency change gains or losses in

21   addition to the straight-line P&L loss.

22         Q      Yeah.  I remember that you testified at the

23   341 meeting that there were significant losses for

24   Squirrels Research Labs in the fluctuations of the

25   cryptocurrency market because customer funds were being

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  held in cryptocurrency accounts and then there would be
2  -- you know, the market would fall before they were
3  converted to Fiat currency.  Is that correct?  And I
4  think you said over a million dollars lost.
5       A    Yes.  If you were to scroll down, the total
6  cryptocurrency conversion loss looks like about 1.47
7  million on this report.  Yes, and that was primarily
8  funds.  Most of the cryptocurrency sales -- I referenced
9  that we used channel partners.  Most of the sales paid
10  for in cryptocurrency were paid through for the --
11  through the minority channel partner and that partner
12  had held on to cryptocurrency payments for an extended
13  period of time before remitting them to Squirrels LL --
14  or Squirrels Research Labs, which significantly
15  contributed to the loss.
16       Q    Which partner was that?
17       A    That was minority.io.
18       Q    Did -- they converted it to Fiat currency and
19  transferred it to Squirrels Research Labs, or it was
20  transferred to Squirrels Research Labs as
21  cryptocurrency?
22       A    It was transferred to Squirrels Research Labs
23  as cryptocurrency.
24       Q    Are they -- is there accounting for the
25  cryptocurrency generally?  I mean -- I'm sorry.  This is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  accounting for generally.  What I meant to say is there

2  a specific account ledger for the way those transactions

3  played out?

4      A    So we later had a legal dispute with

5  minority.io about this.  To my recollection, there may

6  have been some records exchanged during that, but

7  Squirrels Research Labs in general, did not have direct

8  access to minority.io's accounting records or internal

9  accounting of cryptocurrency.

10     Q    You just took their word for it that they were

11  paid a certain amount and then the losses were passed to

12  Squirrels Research Labs.

13     A    We received a report on the number of sales

14  that had been transacted, but we didn't have -- to my

15  knowledge, we didn't have, like, audit level access to

16  confirm any of this information.  As I mentioned, again,

17  because we're both effectively looking at this from the

18  same perspective as I'm the representative of the debtor

19  also looking at potential opportunities for recovery. We

20  later had a legal dispute with minority.io.  The use of

21  the cryptocurrency funds and the timing of the crypto

22  currency funds transfers was one of the topics of that

23  dispute.

24     Q    Okay.  Did Squirrels Research Labs do any of

25  its own cryptocurrency investing?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    The general answer is no.  This was not an

2  ordinary course of business activity of Squirrels

3  Research Labs.  I believe I made some statements in the

4  341 meeting that in summer of 2021, there was a period

5  of time in which we placed certain funds in defi

6  mechanisms to allow us to borrow against them without

7  cash filling out the underlying currency, which could be

8  effectively viewed as investment activity for the

9  purpose of stretching cash flow and trying to stave off

10  the bankruptcy.  But it was not historically any part of

11  Squirrels Research Labs ordinary course of business.

12    Q    As we've detailed and several times, Squirrels

13  Research Labs cash passed through Squirrels LLC in a

14  significant amount during this early period.  Did any

15  cryptocurrency pass through Squirrels LLC at any point?

16    A    Squirrels LLC didn't hold any cryptocurrency

17  in its own business and so I would definitively answer

18  no.  It is possible that there were cryptocurrency

19  accounts that might have been registered to Squirrels

20  LLC.  For the purpose of getting the accounts

21  registered, it's notoriously difficult to register

22  accounts to exchange cryptocurrency as a business,

23  especially as a brand-new business.  So I don't know

24  that that was the case or not, but that well could have

25  been the case, but Squirrels LLC, itself never delved in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    110

1    cryptocurrencies.

2         Q    Has anyone from their work for Squirrels LLC,

3    officer, employee -- I'm sorry.  Squirrels Research

4    Labs, LLC now work for Instantiation?

5         A    Yes.  Well, I would say no.  I don't believe

6    they Instantiation itself has any employees, but the

7    stocking horse bidder did hire numerous employees as

8    they listed in the asset, the purchase agreement and

9    support agreement, their intention to.

10        Q    Any officers?

11        A    Yes.  Both myself and Jessica Gritzan are

12   currently employed by Alignment Engine, Inc, which is

13   the parent company of Instantiation.

14        Q    Oh, okay.  Sorry, I didn't realize -- or if I

15   did, I had forgotten.  So Alignment owns Instantiation?

16        A    Yeah.  It's not my business.  I'm not

17   intimately familiar with the internal structure, but

18   that is my understanding as a lay man.

19        Q    What is your salary right now at Alignment?

20             MR. MERKLIN:  I'm going to object.  What does

21        it have to do with the debtor?

22             MR. SISTO:  I mean, we're looking at these

23        relationships and the closeness of these

24        relationships.

25             MR. MERKLIN:  You can ask him anything about


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     the circumstances under which he was hired, when it

2     occurred, any of that, but Instantiation isn't here,

3     their counsel isn't here.  This is a 2004

4     examination of the debtor and its operations and

5     asking about the buyer when they're counsel's not

6     here, that's where I draw the line, Bryan.  It's

7     beyond the scope of the 2004, but you can ask as

8     much background about before he was hired and when

9     he was hired.

10         MR. SISTO:  I accept what you are stating.  As

11     far as a salary, I'll withdraw that question.  That

12     really -- you know, and you can object, but to the

13     extent that the nature of these relationships are

14     important, as the person who is an officer of

15     Squirrels Research Labs, his knowledge of folks who

16     may work for these other businesses, even if that's

17     himself is relevant.

18         MR. MERKLIN:  You can ask about the

19     circumstances, but there are questions that go

20     beyond the scope of the 2004 and I'll object on a

21     question-by- question basis.

22         MR. SISTO:  Thank you.

23 BY MR. SISTO:

24     Q    You don't need to answer the question about

25 your salary, sir.  Thank you.  When did you first become



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   employed by Aligned?

2        A    About a week and a half ago.

3        Q    Do you know when Jessica Gritzan became

4   employed by Aligned?

5        A    Sometime in January, I believe.

6        Q    Did she, at any point, have a dual role at

7   both businesses or was she out of Squirrels Research

8   Labs before she started Instantiation?

9        A    All employees were terminated from Squirrels

10  Research Labs in August.  Well, let me clarify.  They

11  were effectively terminated in August.  For

12  administrative reasons, they couldn't be legally

13  terminated until the 401K items were resolved, including

14  myself and Ms. Gritzan was actually never an employee

15  paid W-2 from Squirrels Research Labs.  So yes, she was

16  not working for Squirrels Research Labs concurrently

17  with her employment at Alignment.

18       Q    And you -- neither you or Ms. Gritzan is an

19  officer Alignment.  You're both regular W-2 employees.

20  Is that right?

21       A    Correct.

22       Q    The next exhibit will be Exhibit 25, as shared

23  prior to the 2004 exam.  This is the profit and loss

24  statement by month for 2019.  Mr. Stanfill is the

25  document that I described -- I'm scrolling through it,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    113

1   kind of trying to do that slowly while letting you see

2   generally what this.  Is this the document which I

3   described as the profit and loss statement for Squirrels

4   Research Labs for 2019 on a month-to-month basis?

5              (EXHIBIT 25 MARKED FOR IDENTIFICATION)

6       A    Yes.  It appears to be Squirrels Research

7   Labs, LLC, P&L for January through December 2019, broken

8   out month by month.

9       Q    Let me -- I'm going to back up briefly.  At

10  what point was Squirrels Research Labs separated from

11  Squirrels LLC?

12             MR. MERKLIN:  Objection.  Go ahead and answer.

13      A    They were always separate entities.  If you

14  want to rephrase the question, I might be able to give

15  you an answer.

16      Q    I mean, I guess I'm asking not as a legal

17  term, but as the term that it's reflected in the press

18  release that was issued by the businesses.  It's still

19  available in the Squirrels LLC website saying, you know,

20  that the businesses were separating.  I believe you left

21  your officer role at Squirrels LLC, you know, personally

22  to become an officer at Squirrels Research Labs and some

23  of the folks -- it was kind of announced that they

24  remained at Squirrels LLC instead of going over to

25  Squirrels Research Labs and discussed, you know, a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                     114

1  divestiture of the -- that's probably the wrong word to

2  use.  You know, a separation of the resource sharing

3  that had been occurring, things like that.  When did

4  that occur?

5      A      Squirrels LLC divested its interest in

6  Squirrels Research Labs and in part and parcel with

7  that, the resource sharing was eliminated, or at least

8  at that moment, significantly reduced.  The decision

9  occurred in February.  I think it might not have been

10  announced until March of 2019.

11      Q      And why was that decision made?

12      A      My business partners in Squirrels LLC were

13  basically unhappy with the fact that all of my time was

14  spent on Squirrels Research Labs, and I still held the

15  CEO role at Squirrels LLC.  You know, basically there

16  was a power struggle and the resolution was I take my

17  toys and go one way and they take their toys and go the

18  other way.

19      Q      Fair enough.  And at that time, Squirrels LLC

20  owed a portion of Squirrels Research Labs, correct?

21      A      Yes.

22      Q      Is that when -- is that the point that

23  Squirrels LLC sold a portion of Squirrels Research Labs?

24      A      Yes.  As part of that executive argument, you

25  know, one of the points of the argument was that the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    other partners of Squirrels LLC had not done anything to

2    support Squirrels Research Labs's efforts.  Meanwhile,

3    Ms. Gritzan, who was not an owner of Squirrels LLC, had

4    devoted tremendous hours, neither as a W-2 employee or

5    owner.  And as part of all of the decisions separating

6    the power and control of the entities, it was determined

7    that Squirrels LLC would seed its stake and give that

8    stake to Jessica Gritzan directly.

9         Q    So Jessica Gritzan took over 100 percent of

10   what Squirrels LLC had previously owned of Squirrels

11   Research Labs?

12        A    Yes.  She was effectively provided that as

13   compensation for all of the efforts she'd put in on

14   Squirrels Research Labs to-date.

15        Q    So she didn't pay anything for it?

16        A    Not directly, no.

17        Q    When you say -- was it done as a good faith?

18   Look, Jessica, we know you've worked very hard and this

19   is a fair deal, or was it tied to any actual measurable

20   number?

21        A    It was done just as compensation for all of

22   her work over the past year and a half on Squirrels

23   Research Labs that wasn't otherwise compensated.  There

24   was not a number attributed to it in terms of value at

25   the time.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    Let's turn to the exhibit that we've been

2   looking up and not talking about here, the 2019 profit

3   and loss statement.  We see here -- I'm looking at the

4   March 2019 column.  I'm sealing that out because in all

5   other months, and I'm looking at the total cost of goods

6   sold row toward the bottom of the screen.  It varies

7   between $100,000 to $800,000.  There's one month that's

8   just under a million dollars in all the other months,

9   but in March 2019, it was 4.6 million, which is a

10  significant difference from all other months.  Do you

11  remember what was happening at that time that there was

12  a change in the way that there was a significant

13  purchase of product that wasn't occurring otherwise?

14    A    Yes.  And this again is reflective of the --

15  whether it's correct accrual accounting or not.  I'm not

16  an accountant, I can't say, but the accrual basis of the

17  way that this is clearly accounted and shown here.  In

18  March of 2019, we had had discussions with Avnet.  In

19  those discussions, they acknowledged that, you know, we

20  had sold and moved a significant amount of inventory

21  from startup to go in the past basically nine months

22  since formation in the electronics production and

23  component distribution industry.  It's not common to

24  create a new -- or to have a new customer.  Right?  Your

25  demand to drive sales, you try to get a few more percent



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   sales from existing businesses.  So Avnet for its part,

2   you know, they're going to lean hard, or they will lean

3   hard into demand creation.  And so there was a next

4   generation chip that became the foundational chip of our

5   forest kitten products that was going to ship later that

6   summer.  The nature of especially new run silicon is you

7   have to order it several months ahead of time.  And so

8   Avnet extended some significant terms to allow us to

9   order a significant quantity of that hardware, basically

10  because they believed that we were going to be able to

11  turn around and sell that hardware for large profit and

12  grow into a very large customer.

13       Q    So the -- that 4 million in March of 2019

14  represents a large purchase of product from Avnet?

15       A    Yes.

16       Q    And those were -- that was product that was

17  yet to be sold to an end customer?

18       A    Correct.

19       Q    And some of your purchases from Avnet were

20  made with an end customer already set up; is that right?

21       A    Yes.  In 2018, we were selling product where

22  Avnet and its upstream suppliers were basically building

23  the whole product and shipping it to us complete.  And

24  so, you know, we were comfortable selling those products

25  on a kind of pass-through basis as the retail to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   wholesale channel or the manufacturer.  The products

2   that we were developing after that and the goal of

3   Squirrels Research Labs were products that we needed to

4   physically assemble, build, test, and verify.  And so we

5   were less likely -- you know, we certainly weren't going

6   to take upfront orders months ahead of time for that

7   product.  We would wait until it was -- they were closer

8   to production completion before we would begin taking

9   pre-orders or making shipments.  So Avnet provided the

10  backing credit facility to allow us to do this.

11        Q    And how would you characterize the financial

12  health of Squirrels Research Labs at the time that that

13  deal was made?

14        A    I'm not an accountant, but I would say it was

15  stable, but not wildly profitable yet.  You know, it was

16  a brand-new business.  Most businesses don't turn a

17  profit for a couple years.

18        Q    Is this the -- I know -- I'm not asking you to

19  characterize the lien.  As I'm sure you're aware,

20  there's some debate about exactly what the lien covered.

21  So when I say -- when I refer the lien, again, if you

22  want to caveat it once to put it on the record, but I'm

23  not -- we don't need to go through the dance of both of

24  us describing what we think the lien covers every time

25  we mention it.  But is this the same time that Avnet was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    granted -- let's just say on a substantial -- at a

2    minimum, a substantial portion of assets of Squirrels

3    Research Labs.

4         A    Yes.  I viewed this as Avnet's effectively

5    investing in Squirrels Research Labs as a business

6    through the mechanisms they had available to them, which

7    was to, you know, take a significant security interest.

8    We'll just call it a significant security interest.  I,

9    for the record, had all the way until your initial

10   filing, had never, ever had a time where I didn't

11   believe it was a blanket lien.  So irrespective of what

12   the legal determination of that is, I had always

13   operated as if it was a blanket lien and had been

14   without disclosing client privilege -- so basically just

15   say I had received professional advice to support that

16   along the way.  So that's all I'm going to say on the

17   lien.  That's on the record.  Yeah.  So they took a

18   substantial security interest, provided a substantial

19   forward credit line to allow us to get product in

20   pipeline.  You know, they basically were stocking our

21   convenience store.

22        Q    And so -- and I should have asked this

23   question earlier to clarify.  You did not actually pay.

24   Or you, meaning Squirrels Research Labs did not actually

25   pay Avnet for that 4 million some dollars of goods that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you purchased?  Or you --

2        A    Not at that time in March 2019.

3        Q    Did you pay a portion of it?

4        A    There was -- without the records in front of

5   me, I can't say definitively, but I am -- I do believe

6   that we paid some portion of it.  It would've been not

7   significant relative to the total amount.

8        Q    Did you owe Avnet -- you, meaning Squirrels

9   Research Labs.  Were you indebted to Avnet prior to this

10  March 29 transaction, the lien and the infusion of stock

11  for yourselves?

12       A    We had -- yeah, we had open accounts payable

13  balances that were within their agreed terms.

14       Q    So we look at the far-right column.  This is

15  the -- I won't scroll back up, but I think you know that

16  we both recognize it's the total column, cost of goods,

17  gross profit for 2019 of negative 4.5 million.  Is that

18  what the document shows?

19       A    Yes.  That looks correct on the accrual basis.

20       Q    As you testified earlier, that's not abnormal

21  for a new company.

22       A    It's not abnormal for a new company.  And I

23  think the accrual basis is masking a lot of the fact

24  that there's long term forward orders baked in there.

25       Q    Please -- you please -- you know, I appreciate

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    121

1   your clarification on that if you'd like to expound on

2   it.

3        A    Sure.  I mean, in some cases you may need to

4   place orders, especially for cutting edge silicon as far

5   as 12 months ahead of time.  So you're going to have a

6   book obligation out there, despite being nowhere close

7   to either taking delivery or, you know, making sales.

8        Q    That method would also consider a payment that

9   hasn't actually been realized?  That's part of the

10  accounting.  Is that right?

11       A    Correct.  Although in general, we didn't

12  extend net payment terms to customers.

13       Q    And the net income for 2019, now we're looking

14  at the very bottom of the document, negative 6.7

15  million.  Is that correct?

16       A    If you would scroll down a little bit more

17  into few, we have a little Zoom meeting bubble.

18       Q    I didn't realize that.  Thank you for

19  correcting.

20       A    No problem.  Yes.  So yeah, negative 6.7

21  million looks like that includes inventory write-downs

22  at about 1.2 million.

23       Q    Describe that to me since you pointed it out.

24       A    That would be -- the significant challenge

25  that Squirrels Research Labs faced in 2018 is that its

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                        122

1  upstream vendor committed delivery of a substantial

2  amount of hardware in August of 2018.  That hardware was

3  not ultimately -- you know, last boxes arriving until

4  December 2018.  That hardware, as is common in the

5  electronics world, the value of that hardware for which

6  we had issued a lot of refunds diminished significantly

7  in that time.  And we ultimately had to sell some of

8  that refunded hardware at a write-down in the beginning

9  of 2019.

10      Q    As we looked at with the 2018 statement and in

11  the bank records, obviously there was a significant

12  amount of debt to Avnet right at the inception of

13  Squirrel -- at the formation of Squirrels Research Labs.

14  Is that accurate?

15      A    Yes, effectively on an accrual basis.

16      Q    Was there ever a point in time until the

17  bankruptcy case was filed that -- including now, given

18  the size of Avnet's claim in the bankruptcy case that

19  there was not debt to Avnet?

20      A    No.  I mean, just as our major vendor, we

21  would've always had some open accounts payable to them

22  at all times in just the ordinary course of business.

23      Q    Can you guys still -- I just got like a blip

24  on my computer.  Can you still hear me?

25      A    Yep.  Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    123

```
 1        Q    Okay.  The next exhibit will be Exhibit 26.
 2   It's the profit and loss statement by month for the year
 3   of 2020.  Mr. Stanfill, is this -- the document you're
 4   seeing is the document that I previously identified as
 5   the Squirrels Research Labs profit and loss statement by
 6   month for the year of 2020?
 7              (EXHIBIT 26 MARKED FOR IDENTIFICATION)
 8        A    Yes.
 9        Q    This year, 2020, was -- it looks like the
10   first year that Squirrels Research Labs turned a profit.
11   Is that correct?
12        A    Yes, I believe that's correct.
13        Q    Can you describe what was going on?  How the
14   business conditions had changed, or what was going
15   positively for the business at that time?
16        A    Yes.  I'll try to be brief.  I think in
17   general, in the beginning portion of the business, there
18   was a lot of both supply chain and market price finding.
19   There were a lot of conditions early on where we were
20   purchasing underlying costs of goods at some fairly
21   premium prices only to have our upstream vendor lower
22   those prices before we could sell them through to
23   customers.  And then, you know, likewise, finding the
24   price points that were reciprocated or resonated with
25   the customer based in the market.  That was a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                      124

1   significant part of it.  I think by 2020, we had gotten

2   a lot more aggressive with our supply chain on

3   underlying cost of goods sold and had gotten better

4   market positioning with the customer base.

5           In addition, I believe 2020 had some portion

6   of other income bolstered by the crypto mining revenue,

7   which was from hardware that we had in operation that

8   would be -- you know, maybe is later to be sold.  Or we

9   did a couple of deals that looked more like profit

10  sharing partnerships with customers who were purchasing

11  hardware, started making some more unique structuring of

12  sales to give us more access to upside potential on a

13  long tail.  And so those -- the crypto mining revenue

14  that came from those profit shares as well as hardware

15  that was being constructed and held in inventory and

16  operated in inventory bolstered that bottom line and

17  brought up the profitability.

18      Q    Consistent with what you've just said, I

19  think, I mean, I'm just looking at the numbers.  Crypto

20  mining revenue is about a third of the way, a quarter of

21  the way down the page.  Looks like 1.1 million, 1.14

22  million for that year.  And looking at the other income,

23  and -- which, I mean, it's fair to say that that

24  represents the vast majority of -- that's why -- let me

25  characterize it differently, because obviously there



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    were other sources of income.  But the net income for

2    the year is 1.3 million.  So that 1.1 million from the

3    crypto mining was a big reason why you were -- you,

4    being Squirrels Research Labs was most success -- had

5    the most successful year in 2020.

6         A    Yes.  We figured out that by selling product

7    at less markup to partners who were willing to split the

8    profits of operating that product we could get much

9    better margins than we could get up front.

10        Q    Is some of that due at all to the fact that

11   the cryptocurrency market improved significantly that

12   year?

13        A    I mean, this -- since our primary sales were

14   to the cryptocurrency market, that naturally has an

15   effect of improving all of the prospects of the

16   business.

17        Q    And some of the losses that we've discussed in

18   2018 were that was not a good year for the -- I am

19   getting -- correct me.  I'm sure you know more about

20   this than I do, but I read enough headlines to know that

21   2018 was a bad year and 2020 was a good year, generally

22   for the value of these digital currencies.  Certainly,

23   as you just said, that certainly has an impact on your

24   business each way, right?

25        A    Yes.  And as we mentioned in reviewing the



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   2018 P and L, the write-down on hardware, that's

2   significantly influenced by the fact that the market

3   went down, and thus the value of hardware that

4   participates in that market dropped off rather quickly.

5          Q    Folks are willing to spend more money to mine

6   when values are high, right?

7          A    Yes.

8          Q    Did you -- back in 2018 during that initial

9   phase where there was the slow shipment and some folks

10  requested a refund, did you -- and I'm asking a question

11  personally, but I think it's something that the officer

12  of Squirrels Research Labs would clearly you have

13  knowledge of.  Did you, David Stanfill, personally

14  refund anyone from your personal funds?

15         A    I would phrase that specifically.  There were

16  instances where I refunded people by way of purchasing

17  their orders off of them.

18         Q    Explain to me how that works.

19         A    There were -- there's at least one instance

20  that I explicitly recall where, you know, somebody had a

21  sob story and they got themselves in over their head,

22  and the company itself couldn't refund them, or they

23  weren't eligible for a refund.  And I just paid them

24  personally and just took over their order for that

25  hardware.  And I don't think I even ever took delivery

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  of it.  I just left it in the company.

2       Q    Do you have any idea what amounts we're

3  talking about?

4       A    In 2018, refunds that I would've -- so I'll

5  clarify two points.  One, there were refunds where I

6  paid cryptocurrency refunds and then got reimbursed from

7  the company.  Those might have been in the tens of

8  thousands of dollars.  The refund, the situation that

9  I'm talking about would've only been a few thousand

10  dollars.

11      Q    So, okay.  So if it was significant, as in

12  five figures, you would've been refunded by Squirrels

13  Research Labs for having covered that refund once

14  Squirrels Research Labs had the capital to do that?  But

15  if it was a small amount, meaning maybe four -- not

16  small, but you would kind of forgive those yourself?

17          MR. MERKLIN:  Objection.

18      A    Generally, this is true.  There's -- I was

19  regularly willing to try to help out any of our

20  customers that I could personally.

21          MR. SISTO:  I'm having a small tech issue with

22      display.  I was lining up for the next exhibit.  So

23      bear with me for a couple minutes while I get that

24      resolved. How about can we just take a -- we can

25      take a five- minute break if anyone needs to.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    128

1           MR. MERKLIN:  Sure.  Yeah.  Let's take a

2      five-minute bio break here.

3           MR. SISTO:  Okay, great.

4           (OFF THE RECORD)

5           COURT REPORTER:  Okay.  We're back on record.

6      BY MR. SISTO:

7           Q    Mr. Stanfill, I know you described it a little

8      before and I know you talked about it a little bit

9      before our meeting, but I just want to get, again, when

10     you were using your discord as GPU hoarder, was that --

11     you were representing Squirrels Research Labs, or prior

12     to that, Squirrels LLC.  You did business on your

13     discord.  Is that a fair characterization?

14          A    I don't believe I ever represented Squirrels

15     LLC on the discord.  It wouldn't have any customers or

16     business relations there.  I used the GPU hoarder

17     account to participate in numerous discussion boards and

18     chats, both personally and professionally.  I would

19     agree that it was generally known that I could speak on

20     behalf of Squirrels Research Labs in the F-P-G-A

21     oriented discords.

22          Q    Was -- I'm just -- I'm trying to do a couple

23     follow up questions.  I know you talked about how there

24     was an ownership kind of struggle or disagreement with

25     your business partners about the direction of two

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    129

1  Squirrels into being Squirrels LLC and Squirrels

2  Research Labs.  So there was no plan from the beginning

3  to separate the businesses.  Is that right?

4          MR. MERKLIN:   Objection.

5      A    I don't know whether there was a plan.  There

6  was always a plan that Squirrels Research Labs could be

7  separated because it could, you know, need other

8  investors or go in a different direction.  And I would

9  clarify the management dispute had less to do with the

10  directions of the companies and more to do with the

11  personal time involvement or lack of time involvement on

12  my behalf within the Squirrels LLC business.

13      Q    Okay.  So you're -- the business part, your

14  business partners were (Inaudible) you're going to spend

15  so much time on Squirrels Research Labs, why are -- why

16  do you have such a stake in Squirrels LLC?  Kind of.

17      A    Correct.

18      Q    Okay.  I'm going to go back to the exhibit

19  that we had open before.  It's exhibit 14 on the record.

20  This is the reconciliation report of the Squirrels

21  Research Labs checking account.  And we -- I think we

22  went through up to August 2018 prior.  And obviously you

23  testified about why, early on there were a lot of

24  payments being made to Squirrels LLC to pay them back

25  for hardware that they had received, or just to kind of



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  get the accounting straight after, because Squirrels

2  Research Labs didn't have its own checking account until

3  July.

4           I'm going down.  So we're still seeing here in

5  August -- I'm on the August portion of the ledger.  Some

6  pretty significant payments to Squirrels LLC, 384,000,

7  236,000.  Apologies if we looked at this page prior, but

8  is this still for the same type of reason going into

9  August?

10      A    Yeah.  Squirrels LLC was procuring product,

11  components, more specifically at this time for Squirrels

12  Research Labs.  And Squirrels Research Labs is paying

13  them back for components that Squirrels LLC procured for

14  them.

15      Q    We see here occasional your name, you know,

16  David Stanfill, Jessica Gritzan also appears at various

17  points in time.  I assume that these would not have been

18  part of your ordinary compensation.  Or is that what

19  we're seeing when we're seeing you as the payee?

20      A    No, these -- anytime you're seeing anyone

21  individually as a payee, it's some variety of expense

22  reimbursement.

23      Q    And the vast majority of the deposits, or all

24  of the deposits at this point, meaning what we're

25  talking about is August 2018 and after are customer



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    funds being taken in.

2        A    Yes, these would all be orders of some

3    variety.  Or vendor refunds or something like that.

4        Q    Were there -- were all the capital

5    contributions made initially, or were they made over

6    time?

7        A    In terms of true capital contributions, they

8    were all made initially.

9        Q    So we're not -- the deposit statements don't

10   have the payer on them, which is ordinary.  I mean, they

11   wouldn't.  But those are not -- those are -- those

12   wouldn't be reflecting any contribution by any of the

13   owners at that point.  And right now we're looking at

14   September 2018.

15       A    Yeah.  Not in September 2018.  I think there

16   were only two times -- or two parties who are owners who

17   ever made actual -- not capital contributions, but

18   actual transfers into the company after the initial

19   formation.  And those would've been myself or David

20   Jimenez.

21       Q    Can you describe those for me, please?

22       A    Yeah, those would be temporary loans made to

23   the company that occurred, whether it was, you know,

24   some certain bill that was due and didn't line up with

25   the cash flow or ensuring that a salary payroll run

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   could process in time for the first of the month or

2   something like that.  There are not frequent, but there

3   are a couple instances where I would provide capital a

4   few days in advance, just for cash flow reasons.

5        Q     Were you always repaid for that?

6        A     Generally, yes.  I had expense reimbursements,

7   which I returned that as an expense reimbursement or a

8   loan payback on a semi-regular basis throughout the

9   operation of the company.  It wasn't uncommon for me to

10  purchase something and then get it reimbursed or

11  something like that.

12       Q     We're seeing -- now I'm on the August -- or

13  no, sorry, the October 2018 portion of this check

14  register.  And here about the middle of the page, we see

15  there are still payments going out to Squirrels LLC. And

16  this time, it's smaller than they were before, about

17  $120,000 in these for labeled bill pay payment.  Do you

18  know at this point why Squirrels LLC was still

19  collecting these kind of funds from Squirrels Research

20  Labs?

21       A     So that would've been probably the last

22  straggling shipment of long lead time orders that were

23  paid on delivery that started to finally ship in from a

24  vendor -- another vendor?  I know that at least from one

25  of those I'm familiar with was -- I'm pretty confident

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Mouser, who's an electronics components vendor.  We

2   ordered something in September for Squirrels Research

3   Labs from Squirrels LLC.  And it finally shipped in

4   October.

5        Q    Who is Digital Egg Investments?

6        A    That was a customer who had placed an order

7   and then threatened a lawsuit and demanded a refund.

8        Q    And that 291,000 reflects the refund they got?

9        A    Yes.

10       Q    And just for the record, I was still looking

11  at the October 2018 part of the ledger here.  We're now

12  looking at the same document, but at the April 2019

13  portion of the document.  There are -- I'm going to

14  hover my cursor above them.  1, 2, 3, 4, 5 payments made

15  to Squirrels LLC in April 2019 totaling approximately

16  $30,000, maybe actually about $40,000.  Do you see what

17  I'm referring to?

18       A    Yes.

19       Q    Why was Squirrels LLC collecting from

20  Squirrels Research Labs in April of 2019?

21       A    So at that point there was -- and there exists

22  to this day in the bankruptcy Squirrels LLC had

23  outstanding invoices to Squirrels Research Labs of a few

24  hundred thousand dollars that was never paid by

25  Squirrels Research Labs to Squirrels LLC.  After

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  separating the companies, part of the agreement was that

2  Squirrels Research Labs would begin paying those back.

3  In addition, there were a very small number of resources

4  that continued to be shared, which was technical

5  resources, common account hosted software and encode

6  repository services, software services.  There was a

7  couple resources that were more cost effective to be

8  sharing between the two companies than each company

9  having their own.  And it wasn't significant, but we

10  continued to pay for those.

11      Q     Why did Squirrels Research Labs pay for those?

12      A     Squirrels LLC had the primary accounts on

13  those services, the Bitbucket account, the Microsoft

14  Office e-mail hosting services, et cetera.  And so

15  Squirrels Research Labs reimbursed those.  So Squirrels

16  LLC would have, and I presume would be able to produce

17  the invoices corresponding to these transactions.

18      Q     There is a large claim in the bankruptcy case

19  filed by a Michael Maranda.

20      A     Yes.

21      Q     Are you familiar with that?

22      A     Yes.

23      Q     Can you, as the president of the company,

24  explain what happened to Brad to that -- I assume it's

25  an alleged claim at this point.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MR. MERKLIN:  Just so I can clarify, Bryan, are

2    you asking him to explain what he understands the

3    claim to be or what he understands the company's

4    position on the claim is?

5        MR. SISTO:  Sure, I will -- yeah.  Thank you

6    for clarifying, Marc.

7  BY MR. SISTO:

8        Q    We're interested in what the company's

9  position on the claim is, I guess, to the extent that

10  you can provide a specific legal advice on that.  You

11  know, you don't have to share that, but I think you

12  probably have enough background knowledge about the

13  situation in your role as a businessperson to share

14  what's going on with that, to some extent.

15        A    With full reservation of rights on behalf of

16  the company, to not admitting or denying anything

17  regarding the claim, the general position is that it's

18  bogus and a blatant cash grab.

19        Q    And can you provide just -- you don't have to

20  go into detail, but kind of a brief background about

21  what happened with Mr. Maranda.

22        A    Yeah.  So Michael Maranda was introduced to me

23  in March of 2021.  We were attempting to put together a

24  minimum order quantity as part of a deal with Avnet to

25  partially reduce their debt, stemming from conversations

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    that had been had for the FDLD acquisition.  We were

2    attempting to rescue some parts of those negotiations

3    that we had had with Avnet.  We didn't quite have the

4    full minimum order quantity together.  And a colleague

5    of mine introduced me to Michael Maranda and said that

6    he might be interested in purchasing some hardware.  We

7    got on the phone.  I was traveling at the time, so I was

8    out of the country.  We got on the phone and negotiated

9    it, and he agreed to purchase a certain amount of

10   hardware.

11          We executed that transaction with a purchase

12   agreement that had some various terms in it.  I was

13   warned at the time that he was a pretty aggressive

14   negotiator, and that also he had a habit of putting

15   sticky language in contracts and then trying leveraged

16   that language to his advantage later.  So I was a little

17   bit wary of the transaction.  But we got an agreement in

18   place.

19          Shortly thereafter, he made another purchase.

20   He was asking if there was more hardware available, made

21   another purchase.  We followed through on that.  And

22   then he kind of rapid fire began trying to purchase more

23   and more hardware, negotiate better and better deals.

24   Initially through normal processes, where he was, you

25   know, coming to us, "Can we sell more hardware?  What

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    price?  Quote," et cetera.  And then ultimately, I think
2    because he began realizing he could resell this hardware
3    to other people at a markup, that's speculation on my
4    behalf, he started just, you know, having third party
5    customers he was acting as a channel partner for, send
6    money directly to Squirrels Research Labs, and then
7    retroactively telling us how many units it was for, and
8    what the price was, negotiating a price on new orders
9    and trying to apply it to old orders, writing sales
10   orders himself on behalf of the company, which I had
11   acknowledged that he had asked if he could give them a
12   sales order.  I had not acknowledged that he was going
13   to give them a whole bunch of terms, such as rights for
14   us to buy back the hardware from them in the future at
15   fixed price, and all kinds of terms that were not agreed
16   with the company.
17           Just kind of started operating really rapid
18   fire, really quickly, moving significant amounts of
19   order flow to the company, which the company, you know,
20   wasn't looking to not have the order flow.  It would've
21   preferred a more orderly process but was being a little
22   bit accommodating in order to get the order flow here in
23   April, May 2021.  We continued to source suppliers for
24   underlying FPGA chips, placed orders, got things in. And
25   then right around the end of May, early June, some of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   our supply chain came back to us and told us things that

2   they had promised, promised, promised were on the shelf,

3   and we would be delivered in May, they were only going

4   to be able to deliver a fraction of it in June. And the

5   rest of it, they didn't even know when they could

6   deliver, but it wouldn't be until like December, maybe

7   January of 2022.

8        Q    But David, I appreciate your explanation.  And

9   on this particular issue, I'm not going to ask you about

10  your legal strategy, but suffice is to say, best of luck

11  for all everyone on this call, with whatever you need to

12  do on that one.  I appreciate some the background, for

13  sure.

14       A    Yeah.  I'll throw the succinct summary that we

15  believe that we acted in full good faith to fulfill all

16  the orders we were given.  The supply chain stall led to

17  the fact that we could not fulfill all those orders

18  timely.  Ultimately, Mr. Maranda elected to sell all of

19  his orders as they stood to Instantiations for a price

20  higher than he actually even paid for the orders to

21  begin with.  The position is that he got all his money

22  back and more.  And I see no basis for -- whether he has

23  any claim at all, I won't opine on in this 2004, but I

24  do not see any basis for anywhere near the magnitude of

25  claim, if any, that he has.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q     So he sold this Instantiations purchase

2   hardware from Mr. Maranda directly?

3      A     Yes.  And so Mr. Maranda, upon the company

4   starting to go towards a bankruptcy situation and it

5   becoming clear that his orders were not all going to be

6   filled timely, you know, made threats against my life,

7   amongst other things.  I introduced him to Sam Cassatt,

8   and said, "Look, he might buy your hardware off of you."

9   Sam, in fact, did.  I wasn't party to those

10  negotiations, but I guess Sam did in fact buy all his

11  orders into Instantiations, as they sat and resolved his

12  crisis of the moment.

13     Q     The other -- obviously, my client has quite a

14  large claim, but the other huge claim that's been filed

15  is by Fleur de Lis Development.  And again, I don't want

16  the whole, you know, story or anything that would be

17  privileged.  Just briefly, this appears and correct me

18  if my characterization is wrong, but I mean, it is

19  basically a counterclaim.  Both sides are saying this

20  deal went bad and blaming one another for it.  If that's

21  -- I really don't want you to provide a whole time to

22  detail or to take a position in that respect.  Just, I

23  mean, is that a fair characterization that each side

24  thinks they're owed money based on the way that the deal

25  broke down?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A    Yes, as debtor representative, my view of that

2  claim is it is a defensive counterclaim.

3    Q    In other words, filed to generate leverage

4  against the position.  Because I mean, I believe the

5  case has actually been removed into the bankruptcy court

6  now, where Squirrels (Inaudible) --

7    A    That's correct.  That's correct, Bryan.  The

8  lawsuit that was initiated by Squirrels Research Labs

9  against Fleur De Lis has been removed to the bankruptcy

10  court and is pending.

11    Q    I don't have much more.  I didn't completely

12  resolve the tech issue that I discussed earlier, so

13  forgive me for taking a short break.  And I think we'll

14  be done fairly early thereafter.  Thank you.

15            MR. MERKLIN:  How long you want, Bryan?

16              (OFF THE RECORD)

17            COURT REPORTER:  All right.  We're back on

18      record.

19  BY MR. SISTO:

20    Q    I mean, basically what we were produced, you

21  know, we, meaning myself and Carl, and myself as his

22  attorney, this account ending in 6063.  There are some

23  other small accounts, and I'm going to ask you a couple

24  questions about them.  But that was the only account

25  that moved significant funds for Squirrels Research



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Labs.  And by significant, I mean, you know, more than a

2    million dollars.  Is that -- there's nothing missing

3    here, is what I'm asking you?

4        A    Yes.  That's other than transactions that

5    occurred in entirely in the Squirrels LLC account, at

6    the very beginning, in and out to a vendor.  All other

7    substantial transactions of any nature went through the

8    6063 account.  There was at least one account that was

9    created because of the paycheck protection program.  It

10   was created with the bank that provided the paycheck

11   protection loan.  That's the only other account I'm

12   actually even aware of.

13       Q    So there's the -- I do want to -- I'll show

14   this exhibit.  It's exhibit 40, and this is -- the

15   account number is redacted as it should be.  It ends in

16   1770.  This is from November of 2019.  And it looks like

17   there's deposits from Italy, Germany, France.

18            (EXHIBIT 40 MARKED FOR IDENTIFICATION)

19       A    Yes.  I forgot about this account.  It was

20   common operating procedure for us to have a separate

21   bank account that we used for inbound wires, just, you

22   know, to not have the main bank account number

23   circulated.  I'd forgotten about this account.  So the

24   1770 account would have been the account into which

25   inbound wire transfers, particularly international wire


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                            142

1   transfers were transferred into.  And then they would be

2   moved into the 6063 account internally, to conceal that

3   full account number.

4         Q    This account looks like it was only open for

5   two months.  And I mean, there weren't any other of

6   these wire accounts produced.  So was this just

7   something you did for two months in 2019?

8         A    I would've expected that wire account

9   persisted all the way through the filing.  I wasn't

10  handling accounts receivable and the bank accounts

11  directly, so I'd have to check on that.  And obviously

12  those accounts are all closed now, so I can't see them

13  if I log-in.  I would refer to the schedules because if

14  that account was in use, we would've scheduled it.

15        Q    Okay.  And there's transactions like with

16  Coinbase on here.  Why would you be receiving a wire

17  deposit from Coinbase?

18        A    So if anybody paid us in cryptocurrencies and

19  the Coinbase exchange was used to convert that to US

20  dollars, that payout would've transacted into the wire

21  account generally.

22        Q    Okay.  We don't -- as you said, it appears

23  that most of these transactions are going back out to

24  the 6063 account.  There are a handful of transactions

25  that went to you personally, it appears, here at the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    end.  Do you know why this account would've been handled

2    differently, or what's going on with that?

3        A    Those would've been reimbursements.  Why they

4    were done out of that account, my guess, because those

5    look like QuickPay payments.  So probably they just

6    grabbed the wrong account on accident when they were

7    paying it.  QuickPay is like Chase.

8        Q    Sure.

9        A    Person to person, if you're not familiar with

10   it.  And so for small reimbursements, sometimes QuickPay

11   was used to reimburse people.

12       Q    So you're not sure why this account would've

13   been -- I mean --

14       A    Yeah.  I'm not sure why those QuickPays

15   would've originated directly from the wire account.

16       Q    Okay.  This account was open for two, three

17   months, two months, November 2019 to December.  So as

18   you can see, there's a zero balance there at the end.  I

19   should have asked you if what I described initially

20   matched what you were seeing on the screen, as far as

21   the last four digits and that this was a Squirrels

22   Research Labs account?

23       A    I would suggest that you request to ensure

24   that there are not statements for this account in the

25   future, and you were just provided only a partial set of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    144

1   statements, because I don't believe that there was a
2   scenario where the wire account was only used for three
3   months.  I believe it was used for the whole operation.
4       Q    So it was just a coincidence that it was a
5   zero balance at the end of this one?
6       A    Yeah.  Because nothing was ever held in it. As
7   things came in, they were moved to the 6063 account. So
8   it wouldn't be uncommon for it to have zero balances
9   often enough, that it would catch a month end or
10  statement end period.
11      Q    Sorry, I'm jumping around as we're kind of
12  cleaning up here -- things.  So when Avnet, this is when
13  the company started, and you ordered the chips, you
14  being Squirrels Research Labs, the Xilinx chips, and it
15  was done through Avnet.  And then there was the slow
16  shipment initially.  And you refunded some, but not all
17  of the folks who purchased chips.  And I'm only doing
18  the narrative to reorient us, because I jumped around on
19  a topic.  But did Squirrels Research Labs ask Xilinx or
20  Avnet for any refunds of what you had paid them for
21  their delays?
22      A    It did.
23      Q    Did it receive a refund?
24      A    It did not.
25      Q    Squirrels Research Labs was refunded nothing



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                     145

1   from Avnet or Xilinx?

2        A    Correct.

3        Q    Was there a dispute over that?

4        A    Yes.  And without disclosing privileged

5   attorney client information, it wasn't something that we

6   pursued based on the likelihood of success.

7        Q    Okay.  I, and I know that some of this was

8   covered prior, but I, and I'm not going to ask you

9   questions that I think, I think that they're going to

10  stick to the, and you and Marc, can tell me if you think

11  they go outside those lines, but did twirls research

12  labs request a refund from Avnet and/or Xilinx?

13       A    Yes.

14       Q    Do you remember when and which of those two or

15  both, that the refund requests were made?

16       A    I recall explicitly requesting at least a $2

17  million credit from Xilinx directly.  The timeframe was

18  likely October or November.  It could have been anywhere

19  from September to November.  I'd have to check my

20  records, but I believe October was when we made that

21  request.

22       Q    Did you ever make a direct request of Avnet?

23       A    Avnet was -- at the same time we made the

24  request to Xilinx, we would've directed a request to

25  Avnet.  They basically told us need to ask Xilinx.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    You never did business directly with Xilinx

2  though, correct, it was always through Avnet?

3    A    The way the industry works is a little bit

4  strange because basically if you start buying high

5  volumes from a company like Xilinx, you're dealing with

6  their sales reps and their team, but all of the actual

7  paperwork and ordering and everything has to flow

8  through the distributor of Avnet.  So Avnet is not

9  selling you Xilinx chips.  Xilinx is, and they're

10 saying, "Pay my buddy over here."

11   Q    Did you, meaning Squirrels Research Labs, so

12 you were refused a refund, that you requested a refund

13 in the form of credit, is what you said, did you ever

14 receive all of the product that was paid for even if it

15 was late?

16   A    Yes, we did ultimately receive the full

17 shipment, which was non-cancelable non-returnable by

18 nature.

19   Q    And when did you receive the full shipment?

20   A    The last boxes were received in, I believe,

21 December 2018.  It could have been as late as January

22 2019.

23   Q    And what -- well, were some of those chips

24 made it all the way through to what was sold to

25 Instantiations, or were all those eventually sold from

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                      147

1   that batch at the end of 2018?

2       A    To my knowledge Instantiations doesn't own and

3   never purchased any of that type of hardware, that was

4   part of that original sale.

5       Q    Can you -- do you know what happened, were all

6   the chips just resold?

7       A    Yes.  Once the -- for example, when your

8   client refused shipment and ultimately we were left with

9   inventory sitting on the shelf, we ultimately resold

10  that.

11      Q    But my client was not refunded for his

12  purchase after you resold the inventory.  Is that right?

13      A    No.  I think, yeah, that would've gone to pay

14  the remaining open with Avnet.

15      Q    So you were there paid twice, in essence for

16  certain stock?

17      A    They were not paid twice.

18          MR. MERKLIN:  Objection.

19      A    I can't speak to the fungibility of funds, but

20  there were balances owed to Avnet that were paid with

21  the equipment that was sold at loss.

22          MR. SCHWIEG:  Bryan?

23          MR. SISTO:  Yes.

24          MR. SCHWIEG:  I just want to let you know, I

25      have another appointment, so I'm going to be exiting



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the depo at this point, but it sounds like you're

2    getting close to the end.

3         MR. SISTO:  Yeah, we'll be wrapped up here

4    shortly and I appreciate your time and everybody's

5    time.

6         MR. SCHWIEG:  Sure.  Take care.

7         MR. SISTO:  Yeah.

8         MR. SCHWIEG:  Bye-bye.

9    BY MR. SISTO:

10        Q     When -- in 2018, after Xilinx and Avnet, I

11   know you just described the relationship in better

12   details than that, but I'm going to use that as

13   shorthand for that, we're late in shipping this product

14   that you had promised customers, were those customers'

15   funds used to cover operating expenses of Squirrels

16   Research Labs in the intermediate time?

17        A     I can't definitively answer that.  That's the

18   accounting question, I suppose.

19        Q     Well, were they put into an account from which

20   expenses were paid?

21        A     Yes, they were not -- the funds were not

22   segregated in any way.

23        Q     So operating expenses were paid from that

24   account.  We're talking about the 6036, whichever, I

25   might have the digits -- the main checking account,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  correct?

2      A    Yes.

3      Q    And customer funds, including customers who

4  had not yet received their product or a rebate, were

5  (Inaudible)?

6      A    Yes.

7          COURT REPORTER:  Sorry.  Mr. Sisto, I didn't

8      get the end of your last question.

9          MR. SISTO:  I'll just ask it again for the

10     record.

11 BY MR. SISTO:

12     Q    Customer funds -- for customers who had not

13 received either a rebate or had been shipped their

14 product, were also in that general operating account?

15     A    Yes.

16     Q    I just lost my train of thought when I had to

17 restate my question.  Sorry.  That was also this time

18 when Squirrels Research Labs was indebted to Avnet for

19 over $10 million up to $13 million, and had thus far

20 only collected 5 or $6 million in receivables, is that

21 correct?

22     A    Squirrels Research Labs never had an open

23 account balance at the time that it was $10 million or

24 more.  The order wasn't placed until the first 50

25 percent had been paid.  So it could have been a max of



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   around $6.6, $6.7 million that was open on the order.

2       Q    Okay.  Did Squirrels Research Labs have a

3   credit card?

4       A    Yes.

5       Q    Just one card.

6       A    I think it was just one master account.  I

7   don't know if there were sub-cards or cards and other

8   names.

9       Q    What was that account used for?

10      A    General purchases, procurement, bill of

11  material items, tools, incremental operating expenses,

12  things of that nature.

13          MR. SISTO:  Mr. Stanfill, I'm done.  I think I

14      do want to say a couple things on the record, as far

15      as I appreciate that you acknowledged that I was

16      going to be asking about it.  I appreciate that you

17      acknowledged that there are still some documents

18      that we had discussed receiving that have not

19      actually been received, particularly during the time

20      that Squirrels LLC was holding Squirrels Research

21      Labs funding.  And again, and this is for Marc, as

22      much as for you, but we still have not gotten that.

23      And we believe those are completely relevant, as it

24      was Squirrels Research Labs funds that were being

25      held.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    MR. MERKLIN:  Yeah, Bryan, as the witness

2  stated, we've requested those funds, but obviously I

3  don't represent Squirrels LLC.  We don't control

4  Squirrels LLC.  So, you know, obviously if they

5  respond to us and produce documents, we'll produce

6  them.  If they don't, we'll let you know, and they

7  can be the subject of a subpoena.

8    MR. SISTO:  Yes, I understand.  We don't have

9  to argue legal positions on it.  I guess it's hard

10  for me not to view that as anything other than both

11  of the company's records when based on the other

12  positions within the --

13    MR. MERKLIN:  I don't think the --

14    MR. SISTO:  That's fine.

15    MR. MERKLIN:  I don't think the issue is

16  ownership of the records.  The issue is who has

17  current possession and control of them.  If we have

18  possession and control, we've either produced them

19  or we will produce them.  If we don't have

20  possession and control, we'll let you know.  I don't

21  want to create a problem that doesn't currently

22  exist.  I don't think we anticipate they're going to

23  resist giving us the documents.  If they do, we'll

24  let you know.

25    MR. SISTO:  You know what, Marc?  If we could

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    have a brief conversation, maybe I think this

2    conversation will probably happen off the record.

3    And I think we've just had most of it, but it's

4    probably not something we need to discuss.  So I

5    should allow you to ask any questions that you have.

6         MR. MERKLIN:  No, I'm not going to ask any

7    questions of my own representative.

8         MR. SISTO:  Okay.

9         COURT REPORTER:  Okay.  Mr. Sisto, how did you

10   want to order your transcript?

11        MR. SISTO:  Condensed is fine.

12        COURT REPORTER:  Okay.  Mr. Merklin?

13        MR. MERKLIN:  I don't currently want to order a

14   copy.  I'll let you know if I need one.

15        COURT REPORTER:  Okay.  And then Mr. Stanfill,

16   you have the right to read the transcript, or you

17   can waive your signature, but if you read it, you

18   can change -- you can't change your testimony, but

19   like if you said, blue car and I put red car, you

20   could change that discrepancy.  So would you like to

21   read or waive?

22        THE WITNESS:  I --

23        MR. MERKLIN:  I think you probably should look

24   at it.

25        THE WITNESS:  Yeah.  Yeah.  I'll read it.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1        COURT REPORTER:  Okay.  And then, so can I get

2   a good e-mail for you to send it to you?

3        THE WITNESS:  Yeah.  The best e-mail for me is

4   going to be David, D-A-V-I-D@D-A-S-factory,

5   F-A-C-T-O-R-Y.com.

6        COURT REPORTER:  Okay.  Then we will go off

7   record --

8            (DEPOSITION CONCLUDED AT 2:41 P.M.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    CERTIFICATE OF REPORTER

 2                         STATE OF OHIO

 3

 4    I do hereby certify that the witness in the foregoing

 5    transcript was taken on the date, and at the time and

 6    place set out on the Title page hereof, by me after

 7    first being duly sworn to testify the truth, the whole

 8    truth, and nothing but the truth; and that the said

 9    matter was recorded digitally by me and then reduced to

10    typewritten form under my direction, and constitutes a

11    true record of the transcript as taken, all to the best

12    of my skill and ability. I certify that I am not a

13    relative or employee of either counsel and that I am in

14    no way interested financially, directly or indirectly,

15    in this action.

16

17

18

19

20

21    _____

22    TAYLOR VENEMAN,

23    COURT REPORTER/NOTARY

24    MY COMMISSION EXPIRES: 10/20/2025

25    SUBMITTED ON:  05/13/2022
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| $ | | | | |
|---|---|---|---|---|
| **$0** 44:10 | **$6.6** 150:1 | **120-millimeter** 71:19 | **2012** 36:7 | **22** 72:2,3 |
| **$1,000** 30:4 76:12 80:19 81:5 | **$6.7** 150:1 | **1212** 71:14 | **2017** 25:17 | **22,500** 78:3 |
| **$10** 77:22 78:7 149:19,23 | **$7,000** 80:1 | **124** 77:5 | **2018** 22:2,3 25:17 31:13 37:11 41:6 44:7,14,17 45:8 46:1 47:21 48:3,11,22 49:2,6 52:6,13 53:2 54:4,19 99:14 101:13 102:14,24 103:1,12 105:22 106:7 117:21 121:25 122:2,4,10 125:18,21 126:1,8 127:4 129:22 130:25 131:14,15 132:13 133:11 146:21 147:1 148:10 | **236,000** 130:7 |
| **$10,000** 74:7,9 79:17 | **$750,000** 95:16 | **12:15** 56:24 | | **24** 102:13,17 |
| **$100,000** 78:8 82:6 116:7 | **$800,000** 116:7 | **13** 67:4,15 103:3 | | **24-** 72:13 |
| **$11,000** 54:23 | **$834,000** 45:8 | **13,342,000** 103:15 | | **25** 13:23 15:10 22:12 23:2 112:22 113:5 |
| **$120,000** 132:17 | **$9.5** 54:10 | **14** 51:18,19,20 129:19 | | **26** 123:1,7 |
| **$13** 149:19 | **1** | **15** 66:9 72:4,9 | | **27** 54:19 |
| **$15,000** 79:9 | **1** 42:18 99:7 133:14 | **150** 75:2 | | **29** 120:10 |
| **$2** 145:16 | **1,000** 30:4 | **150CP** 67:15 | | **291,000** 133:8 |
| **$20,000** 48:6 78:16 79:16 | **1,325** 79:25 | **1770** 141:16,24 | | **2:41** 153:8 |
| **$200,000** 50:1 54:6 | **1.1** 124:21 125:2 | **1986** 9:3 | **2019** 23:16 36:11 37:14 41:6 105:20 112:24 113:4,7 114:10 116:2,4, 9,18 117:13 120:2,17 121:13 122:9 133:12,15,20 141:16 142:7 143:17 146:22 | **2TPS** 66:6 |
| **$205,000** 54:15,20 | **1.14** 124:21 | **1:00** 17:15 57:8 98:7 | | **3** |
| **$25,000** 30:3 79:16 | **1.2** 121:22 | **1st** 90:10 | | **3** 42:18 133:14 |
| **$250,000** 78:8 | **1.3** 106:9 125:2 | **1X** 71:12 | | **3.1** 106:17 |
| **$3** 78:6 | **1.47** 107:6 | **2** | | **30** 13:24 27:21 47:2 53:13 66:13 67:14 103:19 |
| **$30,000** 133:16 | **1.5-millimeter** 67:3 | **2** 42:18 53:2 102:3,7 133:14 | **2020** 87:15 123:3,6,9 124:1,5 125:5, 21 | **31** 44:7 |
| **$36,000** 54:22 | **10** 70:17 72:3 75:1 | **200** 81:11 | | **310** 43:3 |
| **$4** 78:6 | **100** 40:14 67:8 72:15 75:2 115:9 | **200,000** 76:18 | | **319** 71:22 |
| **$40,000** 133:16 | | **200-volt** 67:22 | **2021** 23:19 82:19 86:3,11 88:7 89:11,12 90:10 91:14 109:4 135:23 137:23 | **32** 66:25 |
| **$400,000** 48:7 54:5 | **101** 65:3 | **20021111** 81:7 | | **341** 16:18 95:9, 22 106:23 109:4 |
| **$440,000** 47:25 48:1 | **101s** 66:11 | **200218220A** 69:15 | | **36** 9:1 |
| **$500** 81:11 | **1099** 26:8,10 27:3 | **2004** 7:15 15:20,21,24 16:13,17 18:21, 25 19:13,21,24 20:1 59:7 99:2 102:3,11 111:3, 7,20 112:23 138:23 | **2022** 138:7 | **3636EUFD** 79:1 |
| **$500,000** 54:14 | **10X** 67:14 | | **215** 66:5,13,22 | **384,000** 130:6 |
| **$6** 149:20 | **11** 6:8 47:19 57:6 61:23,25 65:20 66:10 69:18 90:18,21 | | **215+** 77:3 | **3X** 66:11 |
| **$6,000** 80:18 | **11:00** 56:8 | **2008** 21:5 26:22 89:6,10 | **215s** 66:4 | **4** |
| | **11:05** 56:23 | **2009-10** 27:3 | **219** 80:19 | **4** 117:13 119:25 133:14 |
| | **12** 121:5 | | | **4.5** 120:17 |



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential

156

| | | | | |
|---|---|---|---|---|
| **4.6** 116:9 | | accident 143:6 | 6 116:15,16 120:19,23 122:15 | 146:6 |
| **40** 141:14,18 | **7** | accidentally 8:12 | | adapter 67:2 |
| **40-gallon** 69:22 | **7** 90:18,22 | accommodating 137:22 | accumulates 106:19 | adapters 65:23 |
| **400** 47:25 | **70** 57:7 81:6 | accomplishes 64:21 | accurate 29:6 38:6 40:18,19 | add 19:6 29:1 |
| **401K** 112:13 | **732** 69:23 | accomplishing 64:4 | 49:18 50:18 52:13 64:17 | added 70:8 |
| **440,000** 48:7 | **75** 80:15 | account 33:8 44:5,25 45:3,4, | 68:7 82:10,12 100:11 102:15 | addition 39:7 106:21 124:5 134:3 |
| **45** 17:14 57:1,4 | **8** | 5 51:23 52:7 62:22 96:20 | 103:4,6 106:10, 11 122:14 | additional 85:7 |
| **45-minute** 57:7 | **8** 105:23 | 104:16 108:2 128:17 129:21 | acknowledge 96:15 100:7,14 | additionally 78:10,12 |
| **476** 81:5 | **800** 65:24 | 130:2 134:5,13 140:22,24 | acknowledged 95:14 96:25 | addressed 74:13 |
| **4BCU** 72:2 | **870** 88:9 | 141:5,8,11,15, 19,21,22,23,24 | 116:19 137:11, 12 150:15,17 | adhesive 65:20 |
| **4PV2** 70:19 | **870,000** 88:12 | 142:2,3,4,8,14, 21,24 143:1,4, | acorn 64:24,25 65:2,3,7 66:4,5, | admin 47:17 |
| **5** | **9** | 6,12,15,16,22, 24 144:2,7 | 8,11,13,22 69:24 | administrative 112:12 |
| **5** 44:14 133:14 149:20 | **9.5** 104:15 | 148:19,24,25 149:14,23 | acorns 65:7 | admitting 135:16 |
| **50** 46:25 69:13 | **93** 71:14 | 150:6,9 | acquire 23:7 | advance 57:16 132:4 |
| 98:10 103:21 104:9 149:24 | **9774025151R** 80:3 | accountant 50:6 51:3 | acquisition 136:1 | advantage 136:16 |
| **51** 91:17 | **A** | 116:16 118:14 | acquisitions 89:3 | advice 19:10 |
| **57** 79:21 | **a.m.** 56:8 | accounted 105:9,15 | Acrylic 67:1 | 20:24 89:24,25 91:4 119:15 |
| **5x5** 71:22 | **A4** 77:3 | 106:17 116:17 | act 32:14 | 135:10 |
| **5X64** 66:4 | **A4215a4** 77:7 | accounting 37:8 39:16 47:7 | acted 46:14 138:15 | advisement 85:17 90:4 |
| **6** | abbreviate 66:18 | 50:17,20,21 51:11 101:24 | acting 137:5 | advisory 11:9 |
| **6,000** 80:1 | abnormal 120:20,22 | 105:12,22 107:24 108:1,8, | action 28:7 85:18 91:24 | affect 19:4 |
| **6,782** 78:15 | **Absolutely** 87:15 | 9 116:15 121:10 130:1 | active 65:19 71:15 94:19 | affirm 7:4 |
| **6.7** 103:4,24 121:14,20 | acceleration 24:11,14 25:17 | 148:18 | activity 44:23 88:2 101:16 | afternoon 56:17 |
| **6036** 148:24 | accelerators 28:3 65:18 | accounts 44:19 52:16 62:11 104:2 | 103:14 109:2,8 | aggregate 74:7 76:13,19, |
| **6063** 140:22 141:8 142:2,24 144:7 | accept 111:10 | 107:1 109:19, 20,22 120:12 | acts 28:13 | 22 77:17 |
| **632** 71:1 | access 38:22 108:8,15 | 122:21 134:12 140:23 142:6, | actual 9:5 11:11 16:14 | aggressive 124:2 136:13 |
| **66** 77:5 | 124:12 | 10,12 | 34:9 115:19 131:17,18 | agree 82:3 |
| **69** 80:12 81:1 | accessories 60:12 73:10 | accrual 103:5, | | 95:23 128:19 |
| **6L123067** 71:4 | | | | |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**agreed** 37:5 120:13 136:9 137:15

**agreement** 57:25 59:1,5 61:8,17 68:17 79:21 80:13 81:2,7 110:8,9 134:1 136:12, 17

**ahead** 15:22 41:19 60:3 71:11 73:6,16 78:11 79:1 113:12 117:7 118:6 121:5

**aid** 76:7

**Akron** 6:9

**alerting** 12:19

**Aligned** 112:1, 4

**Alignment** 27:7,8,15 110:12,15,19 112:17,19

**alleged** 134:25

**Allmine** 34:22 46:8,9,16 47:12 55:15 97:8,9

**alluded** 36:22

**alterations** 52:2

**altered** 28:17

**alternative** 90:9

**alternatives** 91:22,23

**Amanda** 50:24,25 51:4

**ambiguity** 65:14

**ambiguously** 71:8

**AMD** 28:1 70:24 94:15,16

**amortize** 25:24 26:2

**amortizing** 29:23

**amount** 24:22 88:11 95:15,24, 25 96:4 103:15 108:11 109:14 116:20 120:7 122:2,12 127:15 136:9

**amounts** 104:19 127:2 137:18

**analyze** 91:15

**and/or** 145:12

**Andrew** 6:19 22:15 23:3 29:17 42:8

**announced** 113:23 114:10

**answering** 12:1 60:3 64:8 68:8

**answers** 17:6 28:25 60:4 64:5

**anticipate** 17:13 56:11 151:22

**anticipating** 73:15

**anticipation** 33:21

**anytime** 130:20

**AON7400A** 81:15

**APA** 75:1

**Apologies** 130:7

**apologize** 12:20 57:16 68:18

**appearance** 6:4

**appears** 48:5 100:16 102:23 103:5 113:6 130:16 139:17 142:22,25

**applicator** 69:15

**applicators** 72:5

**apply** 137:9

**appointment** 147:25

**appropriately** 74:13

**approximately** 66:13 69:23 72:15 103:2 133:15

**April** 35:10 133:12,15,20 137:23

**argue** 94:18 151:9

**argument** 114:24,25

**arriving** 122:3

**Arrow** 77:13 78:14 94:12

**ASDMPLV** 80:9

**ASIC** 28:15

**aspersions** 87:10

**assemble** 118:4

**assembled** 60:7 64:6 69:20

**assembly** 73:13

**asset** 57:24 61:7,16 68:16 79:21 80:12 81:1,6 110:8

**assets** 14:3 58:2,8 84:12 92:12 119:2

**assume** 10:8 13:7 63:14 130:17 134:24

**assumed** 17:24

**assuming** 92:21

**attached** 97:21

**attachment** 101:3

**attempt** 8:15 10:2 35:1

**attempting** 61:5 135:23 136:2

**attend** 21:10

**attending** 6:4, 5

**attorney** 19:11 89:25 140:22 145:5

**attorney-client** 19:9 90:24 93:13

**attorneys** 6:21 90:4

**attract** 88:3

**attracted** 87:23

**attracts** 87:25

**attributed** 87:24 115:24

**audit** 88:10 108:15

**August** 37:11 48:22 49:1,6 52:6,13,21 53:2 54:4,19 55:1 89:6,10,11,12 92:9,17 99:15, 18 100:10,17 112:10,11 122:2 129:22 130:5,9,25 132:12

**authorization** 90:17

**automated** 67:20

**Avnet** 30:22,24 31:4,16 33:1,2, 4,7,9,13 46:23, 25 47:8 52:7,8, 12,25 53:2,6,8, 10,22,23 54:3 58:12 59:3,8, 12,24 60:8,10, 19,22,25 61:1 63:23,24 64:1, 7,10,11,25 65:1,2,3,5,6,7, 8,13,16,19,20, 23,24,25 66:2, 7,8,10,11,13, 16,17,19,24,25 67:1,2,3,4,5,6, 8,9,10,12,13, 15,16,17,18,19, 20,21,22,24 68:7,23,25 69:6,7,14,16, 18,20,24 70:10, 11,13,18,19,22, 23,24,25 71:4, 14,15,16,18,23, 24 72:5,6,17, 18,20 73:14,19 74:22,24 76:3, 9,25 77:8,12 79:6 80:7,11, 17,18,20 81:4, 17 82:2,10 92:20,22 93:2, 17,20 94:9,12, 17,23 95:1 103:15 104:9, 11 106:4 116:18 117:1,8, 14,19,22 118:9, 25 119:25 120:8,9 122:12, 19 135:24 136:3 144:12, 15,20 145:1,12, 22,23,25 146:2, 8 147:14,20 148:10 149:18

**Avnet's** 33:11 53:14 78:13 93:10 94:7

119:4 122:18

**aware** 84:7
85:12,14 91:16
118:19 141:12

**awareness**
19:23

_____

**B**

**Bachelors**
21:7

**back** 11:25
29:9,20 49:17
56:22 57:3,4,14
65:8 67:4 71:13
75:21 89:5,8
95:12 97:3,18
98:18,25 105:1
106:14 113:9
120:15 126:8
128:5 129:18,
24 130:13
134:2 137:14
138:1,22
140:17 142:23

**backed** 106:4

**background**
28:23 83:18
85:13 95:12
111:8 135:12,
20 138:12

**backing** 53:10
118:10

**backplate**
65:10,11

**bad** 66:10,11
125:21 139:20

**baked** 120:24

**balance** 44:9
47:2 52:22,24
103:19 143:18
144:5 149:23

**balances**
120:13 144:8
147:20

**ballistic** 67:6,
10

**ballpark** 54:9

77:20 79:10,14
88:12

**bank** 44:19,25
103:23 104:17
105:5 122:11
141:10,21,22
142:10

**banking** 85:23

**bankruptcy**
7:17 11:8 20:8,
25 21:20 23:12
24:3 58:4 61:8
82:1 84:11,13
85:4 90:6,18
93:6,8 95:18
109:10 122:17,
18 133:22
134:18 139:4
140:5,9

**barbs** 70:23

**base** 32:21
34:9 35:4,5
94:6 124:4

**based** 28:3
40:11 53:9,14
58:19 82:4
90:12 103:11,
21 123:25
139:24 145:6
151:11

**basic** 34:2

**basically**
24:10 30:7 32:6
40:20,24 46:22
52:15 70:6
85:20 89:4
90:19 94:20
95:6 96:8
114:13,15
116:21 117:9,
22 119:14,20
139:19 140:20
145:25 146:4

**basis** 34:12
40:1 77:17
94:12 96:1,10
103:5,6 111:21
113:4 116:16
117:25 120:19,
23 122:15
132:8 138:22,

24

**batch** 147:1

**BCU** 65:6,8,10,
11,18,19,23
67:1 103:13,14

**bear** 127:23

**began** 31:25
47:4 90:8 91:8,
11 136:22
137:2

**begin** 7:9 33:9
34:5 77:9 85:5
118:8 134:2
138:21

**beginning**
20:17 24:2 44:9
77:11 78:25
81:9 89:4 122:8
123:17 129:2
141:6

**begins** 80:8
81:7

**begun** 34:11

**behalf** 50:11
51:9 100:3
105:12 128:20
129:12 135:15
137:4,10

**beings** 17:13

**believed**
93:15,16
117:10

**beneficiary**
15:16

**benefit** 92:17

**bidder** 110:7

**big** 85:15 86:16
92:8 93:20
99:16 125:3

**biggest** 93:23

**bill** 49:25 53:7,
13 73:12 75:13
101:7 131:24
132:17 150:10

**billed** 96:7

**billins** 28:11

**bin** 72:4,9

**bio** 128:2

**bit** 17:21 25:15
32:3,23 36:23
38:8,10 52:3
57:18,23 59:25
60:16 64:15
66:9,18 82:17
94:7,18 95:11
97:3 98:22
103:7,16
121:16 128:8
136:17 137:22
146:3

**Bitbucket**
134:13

**Bitcoin** 11:21

**black** 71:20

**blaming**
139:20

**blank** 28:13

**blanket**
119:11,13

**blanking** 83:15

**blanks** 48:5

**blatant** 135:18

**blip** 122:23

**block** 67:1
100:9

**blocks** 65:24
67:4

**blue** 70:25
72:4,8 74:19,20
77:24 152:19

**BML31** 81:14

**board** 32:13,16
64:6,7 65:23
70:7,9 105:19

**boards** 69:23
70:20 75:7
103:13,15
128:17

**bogus** 135:18

**bolstered**
124:6,16

**book** 121:6

**bookkeeper**
51:1

**bookkeeping**
39:20

**books** 50:13,
22

**born** 9:2

**borrow** 40:22
109:6

**bottom** 50:1
77:25 88:4
106:12 116:6
121:14 124:16

**bought** 23:18
60:11,22

**box** 66:12
71:22 72:8

**boxes** 66:25
67:4,9 70:22
72:11 122:3
146:20

**Brad** 67:22
134:24

**Brady** 67:23

**brand-new**
109:23 118:16

**brass** 70:23

**breadth** 27:19

**break** 17:9,11,
12,14,16 56:11,
21 57:5,8 64:15
97:11,24 98:2,
3,5,15 127:25
128:2 140:13

**breakout**
69:23

**breakouts**
69:19 72:15

**briefly** 7:12
22:10 26:14
41:20 42:13
43:8,9 51:12
70:1 91:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

113:9 139:17

**bring** 19:19
31:22

**broad** 73:22
82:8

**broadly** 10:8
30:16 37:23

**broke** 38:8,9
139:25

**broken** 66:17
113:7

**brought**
124:17

**Brouse** 6:7
20:4,6,10,13,19
91:3,14,23,25

**Bryan** 6:10
7:15 9:22 42:24
56:10 59:10
62:21 98:4
111:6 135:1
140:7,15
147:22 151:1

**bubble** 121:17

**buddy** 146:10

**build** 25:20
29:25 30:6
31:20 32:20
55:10 118:4

**building** 31:25
34:9 117:22

**built** 25:25
28:14,16 33:14
40:4 60:6

**built-to-order**
30:19 32:16
45:17 47:10
48:15 55:7

**bunch** 88:10
137:13

**burn** 68:12,20

**business**
20:21,22 21:18
24:23 25:3,5,
12,14 26:11
27:10 29:11,15,
17 30:21 32:10,

17 33:1,12,23
34:2 37:10
38:21 39:14
42:7 44:21
53:5,6 55:9,19
73:25 74:1,6
84:3,6,8,17
87:5,13,14
89:25 90:7
91:19 92:24
93:15,16 94:22,
25 100:1
101:16 105:15,
20 109:2,11,17,
22,23 110:16
114:12 118:16
119:5 122:22
123:14,15,17
125:16,24
128:12,16,25
129:12,13,14
146:1

**businesses**
9:20 13:9 19:2
20:16 24:19
25:2 26:7
29:16,19 32:25
36:15 37:14
88:5 111:16
112:7 113:18,
20 117:1
118:16 129:3

**businessman**
89:22

**businesspers
on** 34:15
135:13

**buttress** 59:18

**buy** 30:3 32:15
34:18 85:15
92:8 137:14
139:8,10

**buyer** 93:1
111:5

**buyers** 98:24

**buying** 33:1
84:20,21 146:4

**buys** 32:8

**Bye-bye** 148:8

**C**

**C-O-R-Y** 22:17

**C0402** 80:24

**C13** 69:17

**cable** 67:2

**cables** 67:18
69:14,17,19
71:23

**call** 29:2 43:20
47:14 68:4
72:24 93:17
99:4,5 119:8
138:11

**called** 26:16,23
34:22 46:6,9
70:25 100:1

**calls** 83:16

**camo** 66:12

**cancelable**
96:7

**cans** 66:13,23,
24

**Cap** 31:22

**capable** 89:14

**capacity** 7:20
16:6 20:11,22
35:18,24

**capital** 11:19
30:12 32:11
44:23 45:20,22
85:14 127:14
131:4,7,17
132:3

**car** 26:18
152:19

**card** 78:13
150:3,5

**cards** 71:2
150:7

**care** 26:18
148:6

**careful** 58:25

**carefully** 33:6

**Carl** 6:10 7:16
95:10 98:23
101:3,5 140:21

**cart** 70:24

**case** 6:11 7:17
11:8 14:8,11
16:14,17 20:8,
25 24:3 57:19,
25 58:4 61:8
70:9 77:6 78:20
79:22 82:1
84:15 85:4
91:17 97:6,11,
22 99:4 109:24,
25 122:17,18
134:18 140:5

**cases** 47:12
72:4,9 121:3

**cash** 31:17
44:17 49:19
88:11 96:11
104:25 109:7,9,
13 131:25
132:4 135:18

**Cassatt** 83:18,
22 84:20 85:25
86:5,10 139:7

**casting** 87:10

**casual** 89:2

**Cat** 70:19

**catch** 24:13
144:9

**categorizing**
50:7

**caveat** 118:22

**celebrities**
86:16

**celebrity**
86:18,24

**cent** 76:20

**center** 24:11,
14 28:2 84:22

**CEO** 9:8 13:11,
15 41:2 114:15

**cetera** 134:14
137:1

**chain** 26:3 30:8
31:16 42:10
90:12 123:18
124:2 138:1,16

**challenge**
121:24

**change** 45:9
74:17,25
106:20 116:12
152:18,20

**changed** 24:5
85:2 123:14

**channel** 31:24
46:5 104:6
107:9,11 118:1
137:5

**channels**
34:13 46:8

**chapter** 6:8,14
90:18,21,22

**character**
35:22 88:1

**characterizati
on** 28:25 36:2
38:23 95:2
128:13 139:18,
23

**characterize**
73:1,3 86:23
92:6 118:11,19
124:25

**characters**
79:4

**charge** 37:17,
21

**Chase** 143:7

**chats** 128:18

**check** 48:6
54:22 132:13
142:11 145:19

**checking** 44:5
45:3,5 51:23
129:21 130:2
148:25

**checks** 54:21,
24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Chevalier** 23:15

**chip** 27:23 28:7,13,15 65:24 117:4

**chips** 30:2,4 33:2 137:24 144:13,14,17 146:9,23 147:6

**choose** 90:21

**chronological** 42:17

**circle** 11:25 97:18

**circles** 87:1

**circuit** 28:8,9, 13,14,15 64:6,7 70:6,9 75:7

**circulated** 141:23

**circumstance** 93:17

**circumstances** 11:5 77:23 90:20 92:1 111:1,19

**claim** 7:15 95:16 96:2 101:4 122:18 134:18,25 135:3,4,9,17 138:23,25 139:14 140:2

**clarification** 121:1

**clarify** 11:10 16:2 17:23 18:2 29:5 65:9 95:20,21 100:18 112:10 119:23 127:5 129:9 135:1

**clarifying** 135:6

**class** 25:20

**CLE101** 64:24

**CLE215** 65:2,7

**clean** 16:3 52:2 97:2

**cleaner** 37:24

**cleaning** 144:12

**clear** 8:5,7,21 11:4 16:12 17:6 18:4,18 25:16 43:22 51:22,25 69:12 71:6 72:17 81:23 83:3 89:10 104:25 139:5

**clearing** 102:20

**client** 95:10 97:5,7 98:23 101:5 119:14 139:13 145:5 147:8,11

**clients** 25:1

**close** 121:6 148:2

**closed** 142:12

**closeness** 110:23

**closer** 47:25 118:7

**CM3440Z171R** 80:4

**co-administratored** 11:7

**co-manager** 13:12

**code** 28:4,5

**Coinbase** 142:16,17,19

**coincidence** 144:4

**cold** 89:4

**colleague** 136:4

**collect** 46:1

**collected** 46:16 149:20

**collecting** 132:19 133:19

**collectively** 80:1,18

**college** 21:2 26:10,14,15,16 29:10

**column** 106:13,15,16 116:4 120:14, 16

**combination** 64:24 65:3 66:4,5,9,12,14, 22 69:19,25 70:2,6,21 72:16,20

**combined** 51:24 60:24

**combining** 52:3

**comfortable** 60:3 64:14 117:24

**committed** 99:18 122:1

**common** 44:25 69:23 77:13 116:23 122:4 134:5 141:20

**commonly** 80:6

**communicate** 99:22

**communicating** 20:5 99:21

**communication** 90:11

**communications** 84:5 85:20

**companies** 9:18 10:2 11:23 13:7,11 26:21 41:1,3,23 42:10 129:10 134:1,8

**company** 9:6, 15 10:20,22 11:7,20 12:3,4, 9 13:4,8 14:4 20:15,20 21:21 22:19 23:11 25:24 26:16,20, 23,24,25 27:4, 12 29:14 34:22 40:22 46:6 82:18 83:5 85:15,21 86:21 89:7,17 90:18 91:18 92:10,19 110:13 120:21, 22 126:22 127:1,7 131:18, 23 132:9 134:8, 23 135:16 137:10,16,19 139:3 144:13 146:5

**company's** 135:3,8 151:11

**compensate** 39:22

**compensated** 38:19 39:25 115:23

**compensation** 115:13,21 130:18

**compete** 94:11

**competence** 34:14

**competitors** 95:5

**complete** 90:12 117:23

**completely** 37:15 53:13 76:3 140:11 150:23

**completion** 118:8

**component** 60:24 63:25 94:14 116:23

**components**

**30:13 31:18** 33:9,13,14,20 48:15 49:13 53:24 54:1 58:19 59:12 60:22 64:9 70:7,12 75:6 76:16,17 94:21 130:11,13 133:1

**computer** 10:9,17,18 21:7,16 29:2,4, 5 35:15 59:22 60:5,11 68:5 122:24

**conceal** 142:2

**concerned** 55:22

**CONCLUDED** 153:8

**conclusion** 58:17 100:5,6

**conclusions** 59:14 61:14

**concurrently** 112:16

**Condensed** 152:11

**condition** 92:2

**conditions** 44:20 123:14, 19

**conduction** 65:20

**conference** 24:24

**conferences** 87:2

**confident** 132:25

**confidentiality** 62:21 63:5

**confirm** 100:23 108:16

**confusing** 8:6, 10,22 18:2



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

confusion 16:10

Consensus 86:21

consent 93:11

considered 75:5 91:9

Consistent 124:18

constructed 70:20 124:15

consultation 91:24

consulting 76:5

contact 84:20

contacted 101:24

contest 96:1

contested 96:2,11

context 17:21 28:7 42:2 60:5 83:8 91:15 97:17 100:12 103:8

continue 11:4 30:20 90:14

continued 24:2 105:17 134:4,10 137:23

continues 29:18

continuum 28:18

contract 37:6 39:6

contracting 27:4

contracts 136:15

contributed 107:15

contribution 131:12

contributions 30:12 45:20,22 131:5,7,17

control 115:6 151:3,17,18,20

controller 67:19

convene 98:10

convenience 56:14 119:21

conversation 63:9 85:5,6 91:13 92:11,13, 17 152:1,2

conversations 20:1 31:15 84:24 85:12 88:24 89:4 90:17 91:2 92:4,7,24 135:25

conversion 107:6

convert 142:19

converted 107:3,18

convey 64:17

COO 41:22

cooler 70:17 71:12

cooling 65:5 71:2 73:12,13

copper 70:6,9

copy 152:14

correct 7:23 14:15 15:16 20:3 22:3 31:12 33:17 34:8 35:22 38:2 40:9 41:15 44:7,8,14 45:4,6 46:1,2 48:3,4,8 53:20 82:2 83:1 89:12 96:24 99:17 101:17 105:3,4

106:18 107:3 112:21 114:20 116:15 117:18 120:19 121:11, 15 123:11,12 125:19 129:17 139:17 140:7 145:2 146:2 149:1,21

correcting 121:19

correctly 46:7

correspond 46:24

Cory 22:17 23:4,18 24:1,7 42:8

cost 40:3,5,18, 24 75:13 77:21 103:2 116:5 120:16 124:3 134:7

cost-effective 30:9

costs 40:1 105:24 123:20

counsel 6:7 15:17,25 111:3

counsel's 111:5

counterclaim 139:19 140:2

country 136:8

couple 42:1 48:5 78:14,23 118:17 124:9 127:23 128:22 132:3 134:7 140:23 150:14

court 6:2,16, 20,25 7:2,8 12:11,18,22,25 18:2,13 22:18, 22,24 24:12,16 38:7,9,15 42:20,23 43:15, 16 51:15,20 57:14 61:21 62:1,7 75:14,

19,25 94:1 98:8,18 128:5 140:5,10,17 149:7 152:9,12, 15 153:1,6

cover 14:21 148:15

covered 12:21 42:1 58:17 59:1,4 74:6,9 88:23 103:7 118:20 127:13 145:8

covers 118:24

CPUS 27:25

CRCW020124 9RFNED 80:9

create 24:10 25:19 116:24 151:21

created 26:20 34:21 86:19,21 141:9,10

creating 24:23

creation 25:24 73:8 117:3

creative 37:6 39:11

credibility 87:5

credible 45:10

credit 118:10 119:19 145:17 146:13 150:3

creditor 6:11 19:4 93:9 95:17

creditors 90:15

crimp 69:15 72:5

crisis 139:12

criteria 53:15

crypto 26:1 67:22 84:22 108:21 124:6, 13,19 125:3

cryptocurrenc ies 110:1 142:18

cryptocurrenc y 10:9,17,22 12:9 25:23 31:23 32:18 86:25 87:21 93:25 94:19 106:25 107:1,6, 8,10,12,21,23, 25 108:9,21,25 109:15,16,18, 22 125:11,14 127:6

CTO 11:9

cuff 95:23

cultivation 35:3,12

currencies 125:22

currency 26:2 84:22 106:20 107:3,18 108:22 109:7

current 151:17

cursor 44:7 133:14

cursorily 27:25

custom 28:8 33:15

customer 32:21,25 33:4,6 34:9 35:4,5,11 37:7,21 63:4 83:12 84:25 85:7 86:1,3 97:5 106:25 116:24 117:12, 17,20 123:25 124:4 130:25 133:6 149:3,12

customers 34:3,12 38:1,6, 22 39:2,15,24 40:8 48:18 49:4 55:12 62:25 63:2 99:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                 162

121:12 123:23
124:10 127:20
128:15 137:5
148:14 149:3,
12

**customers'**
148:14

**customized**
30:17

**cut** 23:10 76:15

**cutting** 121:4

**cycled** 46:22

---

**D**

**D-A-V-I-D@D-A-S-FACTORY**
153:4

**D2a** 12:2 13:4,
12

**damage** 69:14

**damaged** 69:7

**Dan** 83:15,16,
24

**dance** 118:23

**DAS** 11:19 13:4

**dash** 47:15
104:8

**data** 11:6
20:15,20 21:21
24:11,12,14
28:2 84:22

**date** 21:25
99:15,19
100:10 101:13

**dates** 91:12

**David** 6:19
16:5 23:16
57:16 83:4
126:13 130:16
131:19 138:8
153:4

**day** 27:20
105:20 133:22

**days** 132:4

**DDR** 67:7,11

**de** 73:20,23
80:16 139:15
140:9

**deal** 55:10
115:19 118:13
135:24 139:20,
24

**dealing** 146:5

**deals** 124:9
136:23

**dealt** 83:23,24
84:1

**debate** 118:20

**debits** 52:6,11

**debt** 90:15
122:12,19
135:25

**debtor** 7:21
15:23 100:3
108:18 110:21
111:4 140:1

**debtor's** 19:2

**Debtor-in-possession**
93:7

**debtors** 6:8
11:8

**December**
102:24 113:7
122:4 138:6
143:17 146:21

**decide** 30:5
90:4

**decimals**
13:24

**decision**
114:8,11

**decision-making** 91:5

**decisions**
89:20,22 90:3
115:5

**decking** 43:11

**dedicated**

25:25 28:19

**default** 8:13
32:17

**defensive**
140:2

**defi** 109:5

**definable** 28:8

**define** 76:11

**defined** 81:24

**defining** 73:23

**definitive**
101:22

**definitely**
35:20 56:4
65:21 66:1,15
76:4 82:14
109:17 120:5
148:17

**degree** 21:6,12
34:14 39:12

**degrees** 21:9

**delay** 55:5

**delays** 144:21

**deliver** 138:4,6

**delivered**
55:13 138:3

**deliveries**
47:10 55:23

**delivery** 47:3
52:19,20,22,24
53:18 55:5
121:7 122:1
126:25 132:23

**delved** 109:25

**demand** 26:2
34:15 116:25
117:3

**demanded**
133:7

**denying**
135:16

**dependent**
30:2

**depending**
77:23 78:4

**depo** 148:1

**deposit** 44:13
47:9 131:9
142:17

**deposition**
15:18,21 16:16,
19 62:11 63:12
99:5 153:8

**depositions**
16:20

**deposits** 44:13
45:7,15,19,22
47:18 53:11
130:23,24
141:17

**describe** 36:17
44:3 70:1 94:7
103:9 121:23
123:13 131:21

**describing**
70:5 118:24

**description**
29:6

**design** 26:4
27:17 28:9
37:1,6 39:11

**designation**
101:20 102:12

**designed**
30:17 32:19

**detail** 14:21
15:7 59:7 62:10
74:12 135:20
139:22

**detailed**
109:12

**details** 21:17
97:17 148:12

**determination**
119:12

**determine**
47:5

**determined**
32:5 115:6

**dev** 66:8

**developing**
118:2

**development**
10:15 11:21
27:4,16 37:8
39:6,9,10
139:15

**devoted** 115:4

**DHA2E** 67:20

**dictated** 34:5

**difference**
50:4 116:10

**differently**
57:19 124:25
143:2

**difficult** 17:2
18:6,17 30:5
55:10 59:25
94:24 109:21

**Digikey** 53:25

**digital** 28:10,
11 125:22
133:5

**digits** 80:25
81:9,14 143:21
148:25

**diminished**
122:6

**dims** 67:7,11

**dire** 92:2,10

**direct** 7:10
11:12,24 15:5
55:18 93:11
108:7 145:22

**directed**
145:24

**direction**
128:25 129:8

**directions**
8:20 129:10

**directly** 14:12,
14,16 33:7
34:18 40:4
42:11 46:15
47:12,16 48:17,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


Kentuckiana
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

20 53:7 55:17,
21 56:2 60:13
65:9 84:1 94:19
95:14 115:8,16
137:6 139:2
142:11 143:15
145:17 146:1

**disagreement**
128:24

**disbursement
s** 48:1

**disclose** 63:1

**disclosing**
90:24 91:2
93:13 119:14
145:4

**discord** 83:11
97:13,16 98:25
99:6,21,22,24
128:10,13,15

**discords**
128:21

**discovery**
19:4 59:6

**discrepancy**
95:19 152:20

**discuss** 8:4
10:18 13:5
57:21 152:4

**discussed**
20:17 25:10
27:11 43:2,8
73:19 75:3 97:2
99:13 106:8
113:25 125:17
140:12 150:18

**discussing**
18:24 19:11
29:21 31:25
42:2 58:1 98:22
101:16

**discussion**
32:2 57:17
128:17

**discussions**
32:5 89:2 100:2
116:18,19

**display** 77:4

127:22

**displeased**
96:21

**dispute** 95:23
108:4,20,23
129:9 145:3

**distance** 88:1

**distributing**
53:10

**distribution**
116:23

**distributor**
30:24 94:14
146:8

**divested** 114:5

**divestiture**
114:1

**divulge** 89:23

**docket** 99:4
101:2

**document**
43:10,25 44:2
45:9 50:23 52:5
62:6 77:5 97:20
101:11 102:15,
19 112:25
113:2 120:18
121:14 123:3,4
133:12,13

**documents**
19:15,19 43:3
50:10,11
150:17 151:5,
23

**dollar** 88:11
95:24,25

**dollars** 74:2
78:14 82:7
107:4 116:8
119:25 127:8,
10 133:24
141:2 142:20

**dominant** 35:1

**draw** 100:4
111:6

**drive** 116:25

**dropped** 126:4

**DRV** 26:17

**dry** 56:6 70:17
71:12

**dual** 112:6

**duct** 65:19

**due** 46:23
52:22,24 87:13,
20 100:17
104:22 105:8
125:10 131:24

**dwell** 96:14
97:19

---

E

**e-mail** 134:14
153:2,3

**earlier** 22:10
36:23 44:21
45:14 57:4
97:21 99:13
103:24 104:14
106:8 119:23
120:20 140:12

**early** 22:2
25:17 30:14
34:1 36:11
46:21 86:19
97:25 101:15
109:14 123:19
129:23 137:25
140:14

**easier** 74:21

**easy** 63:10

**EBM** 66:6

**ecosystem**
31:23 37:3

**edge** 121:4

**education**
21:8

**effect** 125:15

**effective** 134:7

**effectively**
28:12 37:13
86:21 103:15

104:7 105:19
108:17 109:8
112:11 115:12
119:4 122:15

**efficiently**
57:23

**efforts** 37:2
115:2,13

**Egg** 133:5

**elected** 138:18

**electrical** 28:9

**electronic**
30:13 48:15
64:9 70:11 75:6

**electronical**
75:7

**electronics**
30:1 53:24 54:1
70:7 76:16
94:12,13
116:22 122:5
133:1

**elegantly**
46:18 102:21

**eligible** 126:23

**eliminated**
114:7

**employed**
26:15,22 51:6,
12 110:12
112:1,4

**employee**
26:11,16,22,25
27:1,6,7,13
51:9 110:3
112:14 115:4

**employees**
110:6,7 112:9,
19

**employment**
26:13,19 27:14
112:17

**enacted** 91:16

**encode** 134:5

**end** 12:13 18:5
23:10 48:18

68:5 72:9
75:19,21 86:3
97:24 106:6
117:17,20
137:25 143:1,
18 144:5,9,10
147:1 148:2
149:8

**ended** 83:16
93:6

**ending** 44:6
140:22

**ends** 79:1
141:15

**engage** 92:20,
23

**engaged** 83:11
91:3,23

**engaging**
34:11 80:23
91:8,14

**Engine** 27:7,8,
15 110:12

**engineering**
36:25

**ensure** 30:7,8
143:23

**ensuring**
131:25

**Enterprises**
12:2

**enthusiasts**
34:12

**entire** 62:11
71:4

**entities** 12:10
113:13 115:6

**entitled** 63:1
96:5,6,11,12

**entity** 14:19

**entrepreneur**
10:1,8 25:13
26:6

**entry** 54:19
105:24 106:3



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                 164

EPA 67:15

epic 70:24

equipment 73:10,11 93:25 101:9 147:21

equity 11:5,10 92:16

ESD 65:24 72:16

essence 147:15

establish 32:9, 17 55:8

established 22:14 33:12 48:21

estate 10:14,20 11:21 12:3 14:3

Esther 69:19

estimate 56:15

estimates 79:10,14

Ethereum 86:22

evaluation 66:6

eventually 15:6 23:17 31:22 33:14 35:4,16 146:25

everybody's 92:16 148:4

exact 13:20 21:17 54:13 89:5

exam 19:13 102:3,11 112:23

examination 7:10 15:21 16:13,17 18:21, 25 19:17,22 20:1 111:4

excess 43:3

excessively

18:15

exchange 106:20 109:22 142:19

exchanged 108:6

exclusively 31:15

excuse 71:20

execute 28:5

executed 91:18 136:11

executive 114:24

exercise 68:2 80:23

exhaustive 11:3

exhibit 36:9 42:13,18 43:14 51:16,18,19 57:22 61:7,23, 25 62:5,13 99:5,7 101:1 102:3,5,7,11, 12,13,17 112:22 113:5 116:1 123:1,7 127:22 129:18, 19 141:14,18

exhibits 62:16, 18

exist 151:22

existed 36:4,6

existing 33:11 117:1

exists 133:21

exited 24:6

exiting 26:16 147:25

expect 105:13, 15

expected 33:24 53:17 142:8

expecting 90:8

expense 50:1, 2 54:16,20 130:21 132:6,7

expenses 148:15,20,23 150:11

experience 16:21 27:20

expert 73:17 74:5 77:18

expertise 12:24

explain 29:23 36:22 95:18 126:18 134:24 135:2

explanation 32:24 138:8

explicitly 126:20 145:16

exploring 91:22

exposure 77:20

expound 121:1

extend 121:12

extended 107:12 117:8

extent 19:23 21:23 58:16,21 62:9 89:24 95:20 111:13 135:9,14

eyeball 52:9

---

**F**

F-a-c-t-o-r-y. com. 153:5

F-P-G-A 128:20

faced 121:25

facilities 11:22

facility 118:10

fact 55:6 60:6 97:21 114:13 120:23 125:10 126:2 138:17 139:9,10

factors 91:1

factory 11:19 65:17

factually 58:19

failed 85:11

fair 36:2 38:23 73:18 75:8 81:21 86:23 89:21 90:1 95:1 96:16 100:22 114:19 115:19 124:23 128:13 139:23

fairly 36:9 77:12 95:14 123:20 140:14

faith 63:15 115:17 138:15

fall 107:2

falling 83:25

familiar 27:25 34:23 36:10 44:2 65:9 82:22 110:17 132:25 134:21 143:9

fan 65:18 70:17 71:13,19

fans 64:25 65:1

far-right 120:14

favorable 30:8

FD 93:24

FDLD 91:17 136:1

February 114:9

feeder 66:17 70:24 72:13,14

feeders 66:18

feel 29:1 60:3 75:21

Feng 54:22

FF12 66:17

FF24FS 72:13

FF24NS 71:18

FGPA 98:24

Fiat 107:3,18

fiberglass 70:6,9

fidelity 45:10 52:3

figured 125:6

figures 127:12

file 90:6,18

filed 14:14 21:19 23:9,12 24:3 61:8,10 95:16 97:10 99:2 122:17 134:19 139:14 140:3

filing 14:8,11 119:10 142:9

filled 31:16 139:6

filling 109:7

filter 67:16

fin/bcu 71:2

final 79:20 80:3,9,13,25 81:3,7,14 89:19

finalize 41:20

finally 132:23 133:3

finances 106:2

financial 89:7 118:11

find 36:8 59:25 82:12

finding 123:18, 23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                 165

fine 8:16,17
11:25 12:25
13:25 42:21
43:20 56:25
62:1,17 63:13
64:13,18,19
68:25 69:1
82:24 91:11
98:3,4,14
100:24 102:6
151:14 152:11

fins 65:6

fire 69:13
136:22 137:18

firm 6:7

firmware 39:9

fit 14:9

five- 127:25

five-minute
128:2

fixed 137:15

FK 67:9 71:15

Fleur 139:15
140:9

flow 11:17
49:19 104:25
109:9 131:25
132:4 137:19,
20,22 146:7

flowed 49:2
104:6

flows 11:11

fluctuations
106:24

fly-by-night
32:7

focus 31:10

focused 37:1
88:4

folks 23:23,25
41:16 42:5
57:12 86:24
96:16,20,21
97:24 111:15
113:23 126:5,9
144:17

follow 13:21
16:11 19:7
36:18 91:18
128:23

forced 32:2

foremost 96:3

forest 117:5

forget 8:12
51:16

forgive 127:16
140:13

forgot 141:19

forgotten
110:15 141:23

form 60:8
61:15 78:21
146:13

formally 36:6
91:25

formation
14:17 21:25
25:6 31:1 33:3,
7 35:5 41:8
82:23 84:18
116:22 122:13
131:19

formed 9:12
22:1,7,11 23:2,
9,12 24:20
25:10 31:11
82:21 84:10,12
106:7

Forsell 6:10
7:13,17 43:17
95:10,24,25
96:4,23 98:23
101:6

Forsell's 101:4

forthcoming
50:14

forward 58:1
91:25 97:14
119:19 120:24

found 83:9,10

foundational
117:4

founded 24:9,
10 28:19 36:5
96:18

founder 83:19

founders
44:24

founding 34:9

foundried
28:20

four-
millimeter
65:4

fourth 77:25

FPG 30:1

FPGA 27:16,
22,23 28:8,12
68:5 93:24
94:16 137:24

FPGA's 98:24

fpga.land 46:9

FPGAS 32:1
33:15

fraction 138:4

fractions
76:20

frame 41:4

France 141:17

frankly 85:13

Fred 6:13

Freedom 12:8
13:5

frequent 132:2

front 47:1
65:15 96:3
120:4 125:9

fulfill 138:15,17

fulfillment
48:25 49:2

full 8:3,15 14:6
83:15 87:16
135:15 136:4
138:15 142:3
146:16,19

fully 53:12
88:19

functionalities
39:14

functions 34:2

fund 30:21

funding 30:10
150:21

funds 46:17,20
47:6 48:9 49:21
104:9,13,20
106:25 107:8
108:21,22
109:5 126:14
131:1 132:19
140:25 147:19
148:15,21
149:3,12
150:24 151:2

fungibility
147:19

furthering
21:16

future 28:17
30:21 32:20
137:14 143:25

— G —

G-O-U-L-D
22:15

gains 106:20

galvanized
66:24

game 89:21
90:1

gates 28:11

gathered 47:6,
7 104:10

gears 95:11

Generac
67:17,19

general 13:11,
22 15:4,8 19:3
36:19 57:9
59:21 64:5
74:11,15,24

75:10 86:15
108:7 109:1
121:11 123:17
135:17 149:14
150:10

general-
purpose 94:21

generally
18:20 45:14
58:16 62:25
65:16 87:9
93:25 95:7
103:9 107:25
108:1 113:2
125:21 127:18
128:19 132:6
142:21

generate
30:20 140:3

generation
117:4

generators
67:17

gentleman
83:11

Germany
141:17

gigabyte 67:6,
11 71:1

give 7:4 11:3
25:15 27:21
31:6 54:9 56:10
57:5 60:1,4
71:21 75:23
91:15 113:14
115:7 124:12
137:11,13

giving 17:6
151:23

GKGG5 71:3

glass 56:7

go-to 46:4

goal 64:5 118:2

goals 64:21

good 10:2 16:1
25:14 57:5,8
63:3,15 73:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                                    166

| | | | | |
|---|---|---|---|---|
| 81:19 98:8 115:17 125:18, 21 138:15 153:2 | 32:8,15 34:17 40:21 42:10 90:16 | 116:11 | hesitate 17:17 18:1 | 87:12 |
| goods 75:13 103:3 105:24 116:5 119:25 120:16 123:20 124:3 | Group's 15:4 | happy 68:20 | Hey 40:21 89:8 92:14,18 | hope 59:19 |
| | groups 32:7 | hard 35:15 56:15,18 73:5 115:18 117:2,3 151:9 | high 34:14 68:5,11 77:22 126:6 146:4 | horse 92:25 93:1 110:7 |
| | grow 117:12 | | | horsepower 69:13 |
| | growth 30:21 | hardware 10:17 24:10,11, 15,21 25:1,6, 11,17,19,21,25 26:2,3,18 27:17 29:2,4,6 30:1 31:19,25 32:9, 18 34:13,24 37:1 39:9 45:17 47:9,13 48:16 59:22 60:5,11 68:5 70:3 72:24 83:14,17 84:21 85:8,19,25 86:2 88:6 92:8 93:23 98:24 101:6 117:9,11 122:2, 4,5,8 124:7,11, 14 126:1,3,25 129:25 136:6, 10,20,23,25 137:2,14 139:2, 8 147:3 | high-end 68:7 | hosted 134:5 |
| Gould 22:15 23:3 29:17 42:8 | GTS 67:20 | | higher 75:9 138:20 | hosting 134:14 |
| GPU 128:10,16 | guaranteed 70:12 | | | hour 17:14 56:23 |
| GPU-AP-B 80:17 | guards 71:20 | | highly 79:6 | hours 115:4 |
| | guess 8:6 19:3 27:24 37:22 47:24 49:8 68:3 83:9 87:3 113:16 135:9 139:10 143:4 151:9 | | Hill 70:25 | hover 133:14 |
| GPU-AP-RA 80:17 | | | Hindsight 87:15 | HP 66:10 |
| GPUS 28:1 | | | hire 39:6 51:7 110:7 | HR 37:8 39:21 51:11 |
| grab 56:7 135:18 | | | hired 50:25 51:9 111:1,8,9 | HTB0750 79:20 |
| grabbed 143:6 | guide 31:7 | | hires 51:7 | huge 139:14 |
| graduate 21:2, 4 | guys 42:20 122:23 | | historically 109:10 | human 17:13 |
| grain 76:18 | | head 126:21 | history 26:13 32:10 | hundred 133:24 |
| grains 76:23 | | heading 106:14 | hit 36:1 55:22 | hundred-foot 72:11 |
| granted 119:1 | | headlines 125:20 | hitting 89:7 | hundreds 74:1 76:7 |
| graphics 28:1 | | health 118:12 | hoarder 128:10,16 | |
| gray 65:5 67:3, 5 | | hear 64:5 83:16 122:24 | hobby 25:18 | I |
| great 57:11 97:23 128:3 | | hearing 57:19 | hold 13:11 35:18 44:16 109:16 | I5-100 67:23 |
| Greene 26:17 | | heat 65:2,6,7, 14,15,17,20 67:9 70:8,10 71:15,16 72:2 | holder 11:5,10 | idea 13:22 29:10 31:18 34:7 127:2 |
| Gritzan 23:16 41:22 110:11 112:3,14,18 115:3,8,9 130:16 | | | holders 92:16 | ideally 46:13 |
| gross 103:3 106:9 120:17 | | heavily 30:2 | holding 14:4 15:4 104:12 150:20 | IDENTIFICATI ON 51:19 61:25 99:7 102:7,17 113:5 123:7 141:18 |
| ground 36:2 40:23 | | held 35:14 41:2,22 104:21 107:1,12 114:14 124:15 144:6 150:25 | holdings 11:12,15 12:3,4 13:14,19 14:1, 2,5,10,25 22:13,20,22 25:4 26:21 42:10 | identified 25:18 60:18 123:4 |
| group 11:12,15 12:4 13:14,19 14:1,2,5,10,25 15:11 22:13,21 26:21 30:13 | | | homework | identifier 62:23 |

## H

habit 136:14

half 17:14 52:11 67:5 82:6 90:10 106:3 112:2 115:22

hand 7:3 16:25 32:2 69:15

handful 142:24

handle 58:7 99:6,11 101:25

handled 143:1

handling 90:19 142:10

Haokai 54:22

happen 152:2

happened 105:25 134:24 135:21 147:5

happening 36:20 51:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential
167

identify 58:12
60:20,23 68:24
69:5 74:21

immediately
46:23 53:18
93:2

impact 125:23

imply 100:6

important
18:3,5 73:25
111:14

impossible
67:12,25

improperly
106:5

improve 25:22

improved
125:11

improving
125:15

inaudible 18:8
75:7 93:25
129:14 140:6
149:5

inbound
141:21,25

inception
122:12

incidentally
106:1

include 60:14
69:20

included 39:8
63:25 64:11

includes 64:6
121:21

including
70:19 112:13
122:17 149:3

income 103:1
106:17 121:13
124:6,22 125:1

incorporated
14:6 30:25
34:22 46:8
53:25 55:20

incorrect
14:24

incremental
150:11

incurred 40:1

indebted 120:9
149:18

indicating
76:8

indirectly
47:12

individual
54:21 76:6,20
77:16

individually
45:21 130:21

individuals
32:7 54:21,24

indulging 52:4

industries
87:19

industry 10:10
26:18 27:5
34:25 35:2
77:19 86:15
87:9,11,16
93:21 94:6,8
116:23 146:3

influence
18:15

influenced
126:2

informal 92:4

information
50:8,9 62:18,
22,23 64:17
89:23 108:16
145:5

infusion
120:10

initial 26:20,23
29:15 30:12
32:13,16,21
33:9,10 45:16
46:21,23 47:9,
15 51:7 68:22
85:19 86:2 88:6

92:13 96:17
97:14,15 99:12
103:22 104:8
119:9 126:8
131:18

initially 32:3
33:16 83:21,24
84:24 91:13
95:17 131:5,8
136:24 143:19
144:16

initiated 140:8

instance
126:19

instances
126:16 132:3

instantiation
58:3 59:23
61:18 81:25
82:18,20,25
83:6,9,20,23
84:2,5 85:4
86:5,7,9 88:7
92:4,11 93:5
110:4,6,13,15
111:2 112:8

instantiations
138:19 139:1,
11 146:25
147:2

instruction
28:3,6

integrations
39:8,10

Intel 28:1 71:13

intelligence
27:19

intended 33:23

intention
110:9

intentional
10:4

interest 23:8,
18 42:4,5,7,9
58:18 82:25
83:5 90:5 92:19
103:11 114:5
119:7,8,18

interested
10:22 62:13,15
76:21 83:17
84:20 135:8
136:6

intermediate
148:16

internal 66:7
108:8 110:17

internally
32:19 142:2

international
141:25

interpreted
28:6

interrupt 12:12
68:2

interrupted
54:18

intimate
105:11

intimately
82:22 84:7
110:17

introduce
42:19

introduced
23:21 63:8,16
83:18 85:12
135:22 136:5
139:7

introduction
83:21

inventory
104:8,11
116:20 121:21
124:15,16
147:9,12

invest 92:15

investing
108:25 119:5

investment
10:14 85:10,17,
21 109:8

investments
89:3 133:5

investor 85:15
93:1

investors
129:8

invoice 101:5,
12

invoices
101:8,10
133:23 134:17

invoicing
101:25

invoke 62:21

involved 10:1,
7,8,12,14,19,25
11:21 24:21
25:5 29:16,18
63:23 84:4 86:9

involvement
10:13 105:17,
20 129:11

IP 24:22,24
39:7

irrespective
119:11

issue 17:22
55:14 59:4,5
78:20 87:9
127:21 138:9
140:12 151:15,
16

issued 113:18
122:6

issues 87:11

Italy 141:17

item 64:15,21
72:6 77:3,4
79:20,23 80:3,
8,9,13,24,25
81:3,7,8,10,13,
14 82:15

items 52:19
60:20 61:9,17
64:9 68:11,15,
16 69:11 71:7,
17,22,23 72:20,
23,24 73:19
74:7,23 75:2,5
76:13,18 77:6,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    168

7,9,11,15,16,21
80:10 81:21
112:13 150:11

_____

**J**

**January** 37:14
91:18 102:24
112:5 113:7
138:7 146:21

**JCC** 70:19

**JCC2N** 72:19

**Jessica** 23:15
41:22 110:11
112:3 115:8,9,
18 130:16

**Jimenez**
131:20

**Jiminez** 23:16

**job** 29:9

**journal** 106:3

**judgment**
93:15

**Juki** 66:17,18
70:23 72:3,8

**July** 44:7,14,17
45:8 46:1,12
47:20 48:2,11
52:8 90:9,10
99:19 100:20
105:22 130:3

**jumped** 144:18

**jumping**
144:11

**June** 35:11
37:11 46:22
96:19 99:14,19
100:19 101:13
103:1,12,14
106:7 137:25
138:4

**Jungle** 31:22
70:19

_____

**K**

**K-E-I-T-H**

22:16

**K-I-N** 26:24

**keeping** 50:12,
21

**Keith** 22:16
23:4 42:8

**Kent** 21:3,14

**Kentucky** 6:12

**keyboard**
12:21

**kind** 7:13 10:13
12:12 15:4 17:5
28:23 29:11,20,
23 36:11 39:21
42:2 45:14
52:17 55:16
57:9 68:22
69:10 74:15
77:20 78:21
83:5 86:14
87:13,20 88:23
92:1,2 94:6
95:10,13 97:2,
23 98:23 99:12,
16 100:8 101:7,
25 105:7
106:14 113:1,
23 117:25
127:16 128:24
129:16,25
132:19 135:20
136:22 137:17
144:11

**kinds** 137:15

**KISS** 67:17

**kits** 66:6

**kitten** 117:5

**knowledge**
21:24 38:3 39:5
45:23 55:18
66:7 76:9 83:19
84:2 94:6
105:11 108:15
111:15 126:13
135:12 147:2

_____

**L**

**L39050put5r**

80:13

**Lab** 9:12 54:25

**labeled** 132:17

**labels** 67:23

**labs** 7:17,22
8:3,15 9:5,7
11:6 14:9,12,
18,22 15:3 16:8
20:7,20 21:20
22:1,6 23:1,8
24:9,20 25:7
27:6 29:21
30:11 31:2,5,11
33:3,8,16,19,
22,25 34:7,10
35:17 36:1,5,
12,21,24 37:9,
18,25 38:18
39:22 40:2,11,
17,21 41:8
42:11 43:12
44:6,12,16,18,
23 45:3,8,25
46:4,20 47:20
48:2,15,19,21,
24 49:3,6,8,10,
12,14,16,20
50:19 51:1,3,5,
9,10,13 52:16
53:4,5 55:17
58:3,13 60:6,7
65:12 82:2,9
83:4,10 84:25
85:3,9 89:1
90:5 94:22
95:4,7 96:1,18,
19 99:17,23
100:3 101:9,17,
25 102:14,25
103:25 104:1,
13,19,23 105:1
106:2,8,24
107:14,19,20,
22 108:7,12,24
109:3,11,13
110:4 111:15
112:8,10,15,16
113:4,7,10,22,
25 114:6,14,20,
23 115:11,14,
23 118:3,12
119:3,5,24
120:9 121:25
122:13 123:5,

10 125:4
126:12 127:13,
14 128:11,20
129:2,6,15,21
130:2,12
132:20 133:3,
20,23,25 134:2,
11,15 137:6
140:8 141:1
143:22 144:14,
19,25 145:12
146:11 148:16
149:18,22
150:2,21,24

**Labs'** 35:5

**Labs's** 115:2

**lack** 129:11

**ladder** 70:16

**laid** 52:14

**language** 8:1
17:7 136:15,16

**large** 54:1
66:15 85:7
117:11,12,14
134:18 139:14

**largely** 30:17

**larger** 23:20
55:9

**largest** 94:10,
13,16

**late** 22:2,3
25:17 35:10
51:2 55:1,23
56:17 146:15,
21 148:13

**launch** 30:15
33:25 35:25
37:4

**launched**
36:23

**lawsuit** 133:7
140:8

**lay** 110:18

**lead** 31:18 35:2
48:22 132:22

**lean** 117:2

**leaning** 75:24

**learn** 82:17

**learned** 82:23
83:8 87:1

**leasing** 10:21

**leave** 40:10

**Lebert** 67:15

**led** 138:16

**ledger** 53:22
105:6 108:2
130:5 133:11

**left** 91:20
113:20 127:1
147:8

**legal** 19:10
20:24 58:17,22
59:13 61:14
89:24 91:8
96:10 100:4,6
108:4,20
113:16 119:12
135:10 138:10
151:9

**legally** 96:5
112:12

**legitimate**
91:20

**lender** 93:7,8

**lesser** 39:12

**letterhead**
101:19

**letting** 38:14
75:16 113:1

**level** 12:23
25:18 32:11
39:21 47:5 87:3
108:15

**leverage** 140:3

**leveraged**
136:15

**Libre** 70:17

**licensing**
24:23 39:7

**lien** 118:19,20,
21,24 119:11,



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

13,17 120:10

life 9:14 139:6

lifetime 53:21

light 70:25
77:24

likelihood
145:6

likewise
123:23

limited 91:21
101:6

lines 145:11

lining 127:22

Lis 139:15
140:9

list 10:3 11:1,4,
22,23 64:20
68:21 73:8,9
75:5 80:5,6

listed 54:16
70:20 95:17
110:8

listen 7:13

lithography
28:16

live 8:23,24

LL 107:13

LLC 8:2,14
11:6,7,9,11,18
12:8 13:18
14:3,7,18,19,
20,24 15:5,13
22:13,23 23:3
24:8,18,21
26:25 27:1 31:3
32:25 33:4,8,
17,18,19 35:13,
25 36:4,6,13,20
37:5,17,20,23,
25 38:17,20
39:1,3,4,5,15,
23,25 40:1,6,7,
10,15 46:11,13
47:8,11,15
48:1,2,8,10,12,
13,14,17 49:10,
15,16,20,22,25

50:12,17,21
51:5,6,8,12
52:12,18 53:6
54:6,11,13 56:1
101:19,20,23
104:5,7,12,16,
18,21 105:2,3,
7,8,14,18 106:9
109:13,15,16,
20,25 110:2,4
113:7,11,19,21,
24 114:5,12,15,
19,23 115:1,3,
7,10 128:12,15
129:1,12,16,24
130:6,10,13
132:15,18
133:3,15,19,22,
25 134:12,16
141:5 150:20
151:3,4

LLC's 33:11
38:4 47:7

loan 132:8
141:11

loans 131:22

location 6:5

log-in 142:13

logic 28:10,11

long 8:7 17:10
36:4 64:17
81:20 120:24
124:13 132:22
140:15

longer 17:14
25:15 31:18
36:16 98:2

looked 47:18
72:25 73:4
79:19 102:5
103:23 122:10
124:9 130:7

losing 87:22

loss 102:13,25
106:13,21
107:6,15
112:23 113:3
116:3 123:2,5
147:21

losses 106:20,
23 108:11
125:17

lost 72:7 107:4
149:16

lot 13:1 17:4
28:22 63:21
75:15 84:21
86:25 87:22
92:15 120:23
122:6 123:18,
19 124:2
129:23

lots 76:13
87:19

Louisville 6:12

lower 123:21

LRC3636 79:3

LT 81:4

LTC360 78:25

LTC3636 79:9

LTC3636EUFT
80:19

LTC4413
81:11

LTC6908CS6
80:25 81:3

LTC7150
78:12,13

LTR 69:18

luck 138:10

lunch 56:11
98:20

_____

M

M-A-G-N-I 12:6

M2 65:22 71:21

M2pcie 67:2

machine 67:18

macro 73:11

mad 47:15
104:8

made 23:19
25:13 30:12
31:17 44:24
47:20 83:21
85:19,23,25
86:3,7 90:3,10
95:22 96:23
97:7,13 99:11
100:7 103:20
105:6 106:3
109:3 114:11
117:20 118:13
129:24 131:5,8,
17,22 133:14
136:19,20
139:6 145:15,
20,23 146:24

Magni 12:4
13:5

magnitude
54:14 138:24

main 24:23
66:9 141:22
148:25

major 94:9
122:20

majority 10:9
50:13 53:23
64:8 70:13
73:13 74:23
75:12 81:22,23,
24 85:3 103:13,
17 124:24
130:23

make 8:11 11:4
17:7 18:8,16
25:16 30:16
34:17 40:7
43:14,22 47:8,
16 51:22,25
56:12 58:14
61:2 63:10
64:13 78:22
88:3 89:19,21
90:1 92:8 97:16
145:22

makes 60:25
94:8

making 33:15
58:24 59:13
64:14 71:5
87:22 118:9

121:7 124:11

man 110:18

managed
52:19

management
129:9

manifolds
67:14

manufacturer
118:1

Maranda
134:19 135:21,
22 136:5
138:18 139:2,3

Marc 6:6 56:16
58:23 62:8 91:7
102:6 135:6
145:10 150:21
151:25

March 41:6
82:19 86:3,11
88:7 114:10
116:4,9,18
117:13 120:2,
10 135:23

margins 125:9

mark 63:11

MARKED
51:19 61:25
99:7 102:7,17
113:5 123:7
141:18

market 25:22
30:15 31:23
32:18 34:1,4
37:4 44:20
45:18 46:4
47:15 77:23
106:25 107:2
123:18,25
124:4 125:11,
14 126:2,4

marketed
37:23 40:16

markup 125:7
137:3

married 23:15



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential

170

masking 120:23

master 150:6

master's 21:12

match 44:11 52:14

matched 143:20

material 73:12 150:11

materials 75:13

mats 72:16

matter 16:20

max 149:25

MAX34406TETG+ 80:14

Mcconnell 50:24,25 51:4

Mcdowell 6:7 20:4,6,10,13,19 91:3,14,23,25

MCP9804 79:19

meaning 25:2, 3 53:5 119:24 120:8 127:15 130:24 140:21 146:11

means 27:22

meant 29:24 89:11 108:1

measurable 115:19

mechanism 64:4

mechanisms 39:7 109:6 119:6

medical 27:5

meet 90:14

meeting 16:18 19:18 24:25 83:10 95:10,22

106:23 109:4 121:17 128:9

megabytes 43:3

member 105:19

memory 23:25 40:14 76:7

mention 7:12 118:25

mentioned 33:24 101:23 108:16 125:25

merged 26:24

Merklin 6:6,24 9:22 19:14 20:2,6 42:15,24 43:19 56:9,20, 25 57:2,10 58:15 59:10 62:15,20 63:3, 13 73:21 82:11 90:23 91:10 93:12 98:3,9,14 102:8,18 110:20,25 111:18 113:12 127:17 128:1 129:4 135:1 140:15 147:18 151:1,13,15 152:6,12,13,23

Merklin's 61:13

message 100:13

method 121:8

mic 12:17,20

Michael 134:19 135:22 136:5

microphones 18:4

microprocessor 28:18

microsd 71:2

Microsoft

134:13

mid-2018 98:25

middle 100:8 132:14

Midwest 11:6 20:14,20 21:20

millimeter 67:5 72:2,3,14

million 52:11 54:10 82:7 103:2,3,4,25 104:15 105:23 106:9,17 107:4, 7 116:8,9 117:13 119:25 120:17 121:15, 21,22 124:21, 22 125:2 141:2 145:17 149:19, 20,23 150:1

millions 28:11

Milo 54:22

mind 18:18 42:15 56:14 76:16 91:6 97:24

mine 55:20 97:6 126:5 136:5

minimis 73:20 80:16

minimum 119:2 135:24 136:4

minimus 73:23

mining 11:21 12:8,9 13:5 25:23 84:22 93:25 124:6,13, 20 125:3

minority 23:20 46:6 47:13 55:15,23 107:11

minority.io 46:7,16 108:5

minority.io's 108:8

minority.io. 107:17 108:20

minus 79:11

minute 127:25

minutes 17:11, 14 57:1,7,12 98:10 127:23

miscellaneous 65:24 66:2,8,15 69:7,14,17 70:21 71:14

missed 38:7

missing 141:2

mode 7:14

model 38:21

Molex 69:15 72:5

moment 11:23 57:22 71:21 94:10 114:8 139:12

money 58:18 87:22 92:16 95:15 104:4 126:5 137:6 138:21 139:24

month 44:6 51:24 53:19 102:14,25 112:24 113:8 116:7 123:2,6 132:1 144:9

month-to-month 106:16 113:4

months 35:8 116:5,8,10,21 117:7 118:6 121:5 142:5,7 143:17 144:3

morning 19:14

Mouser 53:25 133:1

mouth 35:22

56:5

move 32:3 58:11 73:4 74:16 91:25 102:10

moved 12:17 79:19 96:15 116:20 140:25 142:2 144:7

moving 57:25 80:12 81:6 97:14 98:13 137:18

MT25QU 77:10,11

MT25QU512 77:25 79:4,17

MTS 66:25

muffle 38:10 56:6

muffled 12:12

muffling 38:13 75:15

multi-year 55:9

multiple 97:7 100:18

multitude 91:1

Mushroom 70:25

muted 57:20

MX 67:4

**N**

N-A-P- 26:23

name's 83:15

named 54:22 71:8

names 8:4,15 54:23 63:4 68:6 150:8

naming 71:8

Napkin 26:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

narrative
144:18

naturally
125:14

nature 34:4
40:19 52:23
87:13,20
111:13 117:6
141:7 146:18
150:12

necessarily
38:5 68:5 77:19

needed 34:1,2
47:1 63:17
92:22 94:22
97:12 118:3

negative 103:4
105:24 106:9,
17 120:17
121:14,20

neglect 10:3

neglected
102:2

negotiate
136:23

negotiated
136:8

negotiating
137:8

negotiations
136:2 139:10

negotiator
136:14

nest 14:3 65:1
69:24 72:1

nests 66:8

net 47:2,13
53:13 103:19
106:17 121:12,
13 125:1

NF 66:17

nice 80:22

niche 86:24

nomenclature
8:13

non- 68:6 96:6

non-
bankruptcy
92:25

non-
cancelable
55:7 146:17

non-
returnable
55:8 96:7
146:17

noon 17:15
56:21

normal 27:13,
14 136:24

notation 43:14
50:5

notified 55:12

notoriously
109:21

November
141:16 143:17
145:18,19

nozzles 72:4,8

number 10:2
23:20,22,25
30:6 37:15 45:7
51:16 54:13
61:22 70:7 71:3
76:6 102:12
108:13 115:20,
24 134:3
141:15,22
142:3

numbering
42:25

numbers
42:15,20 62:22
70:20 80:6
81:16 103:10
124:19

numerous
110:7 128:17

Nunce 101:6

NVIDIA 28:2

**O**

oath 16:22
18:11

object 58:16,
21 91:12
110:20 111:12,
20

objecting
59:11

objection
42:24 58:20,24
59:13,20 61:13
73:16 82:11
99:2 113:12
127:17 129:4
147:18

obligation
121:6

obligations
90:15

occasional
130:15

occur 114:4

occurred 35:9
46:22 111:2
114:9 131:23
141:5

occurring
114:3 116:13

October 50:24
132:13 133:4,
11 145:18,20

offer 34:24

offered 34:18,
23 62:10

offering 23:19
34:5,16 45:17
85:9

offhand 13:20

office 6:9,11,
14 68:4 134:14

officer 9:4,17,
21 13:6,7,10
20:17 21:19
27:12 41:12,14

42:6 110:3
111:14 112:19
113:21,22
126:11

officers 40:25
41:9,21 110:10

offices 49:9,
14,15

Ohio 6:9,15
8:24 26:17

one-time 30:19

online 34:13

open 18:12
33:8 34:6 85:20
120:12 122:21
129:19 142:4
143:16 147:14
149:22 150:1

opened 44:19

operate 26:6
74:1

operated 46:9
119:13 124:16

operates
105:14

operating
44:21 52:16
88:4 125:8
137:17 141:20
148:15,23
149:14 150:11

operation
32:11 84:23
90:7 124:7
132:9 144:3

operations
19:2 37:15 38:4
48:25 55:19
84:8 90:14
111:4

opine 138:23

oppor 25:14

opportunities
32:1 108:19

opportunity
19:1 25:12,19,
20 26:2 30:16,

18 40:24 87:25

opposed 28:15
90:22

options 91:21

order 30:7
35:25 42:16,17
43:10,15,18,22
46:24 47:1,5,16
54:14 56:12
62:2,4,6,12,14
63:12 84:12
93:17 94:21
96:7 103:11,12,
14,17,18,21
117:7,9 126:24
133:6 135:24
136:4 137:12,
19,20,22
149:24 150:1
152:10,13

ordered 33:18
49:23 72:17,18
133:2 144:13

ordering 146:7

orderly 137:21

orders 30:14
31:17 33:10
47:4 48:23
52:20 118:6
120:24 121:4
126:17 131:2
132:22 137:8,9,
10,24 138:16,
17,19,20 139:5,
11

ordinary 37:20
109:2,11
122:22 130:18
131:10

organization
26:4

oriented
128:21

original 14:17
55:13 61:11
65:11,12 68:10
147:4

originally
31:11 58:13



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                              172

82:1,10

originals
65:18

originated
30:25 143:15

outstanding
133:23

owe 120:8

owed 95:15
114:20 139:24
147:20

owned 14:4,10,
12,14,16,22
15:3,6,10,14
22:12,13,14
24:2 115:10

owner 9:17,21
11:8,18 12:2,3,
8 13:6 14:6
21:19 22:14,15,
16 27:12 115:3,
5

owners 22:5,6,
10,17 23:4
131:13,16

ownership
11:11,12,24
23:7 24:6,8
30:13 40:21
41:21,23,25
42:1,4,5,7,9
82:25 90:16
128:24 151:16

owns 110:15

_____

P

_____

P&I 106:21
113:7

P-E-M 72:14

P.M. 153:8

pads 65:4 67:3,
5

pages 58:4
63:20 69:12
75:1 78:23
80:21

paid 26:8 33:19
35:14 47:1,2,8
48:7,12 49:16,
20 52:25 53:12
88:19 95:25
96:4 107:9,10
108:11 112:15
120:6 126:23
127:6 132:23
133:24 138:20
142:18 144:20
146:14 147:15,
17,20 148:20,
23 149:25

paint 66:12,23,
24

pallet 70:21

pallets 66:15
70:16

panel 67:20

paperwork
146:7

parcel 114:6

Pardon 32:22
89:1

parent 110:13

parentheses
71:19

parenthesis
71:16

Parmsco
67:16

part 14:22
15:10,13 35:16
38:20 48:19
56:5 58:3 59:6
62:6,19 66:16
68:16,22 71:15
75:2 76:6 80:5
81:4,16 94:1
99:2 101:1,15
109:10 114:6,
24 115:5 117:1
121:9 124:1
129:13 130:18
133:11 134:1
135:24 147:4

partial 70:19
143:25

partially 70:20
135:25

participate
128:17

participates
126:4

participating
7:14

participation
93:11

parties 6:3
24:6 34:16
39:13 40:16
51:22 59:6
74:14 86:8
94:20 131:16

partner 29:17
32:12,15 34:24
107:11,16
137:5

partners 29:14
46:5 104:7
107:9 114:12
115:1 125:7
128:25 129:14

partnerships
46:8 124:10

parts 64:25
66:5,6,7,9,12,
14,22 69:20
73:12 78:12
79:5,7 136:22

party 137:4
139:9

pass 109:15

pass-through
30:20 40:1
117:25

passed 108:11
109:13

passive 67:9

passive-used
71:2

passives 65:6

past 13:16,17
52:18 56:16
73:4 115:22

116:21

paste 65:21,25
70:18

pay 40:24
46:15,23 52:6
53:7,18 54:16,
20 115:15
119:23,25
120:3 129:24
132:17 134:10,
11 146:10
147:13

payable
120:12 122:21

payback 132:8

paycheck
141:9,10

payee 48:6
130:19,21

payer 131:10

paying 47:13
48:13 130:12
134:2 143:7

payment 34:3
39:18 46:1,14,
19 49:25 54:5,6
104:9,18 106:4
121:8,12
132:17

payments
39:18,20 46:3,
21 47:11,20
49:22 52:5,8
53:2 54:3,4,5,7
96:18 103:22
105:6,7 107:12
129:24 130:6
132:15 133:14
143:5

payout 142:20

payroll 51:10
131:25

PC 71:1

PCIE 69:8,14,
19

PDF 51:25 52:4

PDU 66:7

PDUS 72:12

PEM 72:14

penalty 18:11

pending
140:10

people 24:2
27:24 86:19,20
87:21 88:3
89:14,15
126:16 137:3
143:11

percent 13:18,
20,24 15:11
22:12 23:2
40:14 46:25
67:8 91:17
103:22 104:9
115:9 116:25
149:25

percentages
24:5

perfectly
64:19

period 42:3
47:15 85:24
105:4 107:13
109:4,14
144:10

perjury 18:11

permanently
28:16

persisted
142:9

person 16:5
75:22 83:22
111:14 143:9

personal 12:9
13:8 16:20
20:11,21 34:12
35:18,24 39:5
62:22,23 93:14
99:25 100:1
126:14 129:11

personally
15:19,25 25:5,
16 35:17 44:2
83:4 86:6,13
101:10 113:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—COURT REPORTERS—

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                           173

126:11,13,24
127:20 128:18
142:25

**perspective**
96:5 108:18

**petition** 14:13
21:25 23:9,12
95:18

**petitioned**
85:16

**phase** 70:22
126:9

**phone** 83:16
136:7,8

**phrase** 90:9
126:15

**physically**
118:4

**pick** 17:3

**piece** 28:19
30:4 54:9 77:23

**pieces** 39:11,
21

**pipeline**
119:20

**place** 30:14
34:4 49:1,12
51:14 58:25
73:9 87:21
99:19 121:4
136:18

**places** 71:9

**placing** 33:10

**plan** 57:9
129:2,5,6

**planned** 32:4
44:22

**planning** 31:20

**plate** 65:19
71:13

**plates** 65:8
67:4

**plausibly**
82:12

**played** 108:3

**player** 93:20

**pleading** 97:21

**plenty** 57:2

**point** 15:3 16:1
45:19 54:8 63:3
71:17 74:21
91:4,5,8 96:3
100:22 109:15
112:6 113:10
114:22 122:16
130:24 131:13
132:18 133:21
134:25 148:1

**pointed** 121:23

**points** 114:25
123:24 127:5
130:17

**policy** 97:14

**port** 67:14

**portal** 46:9

**portion** 59:12
75:9 97:24
104:13 114:20,
23 119:2 120:3,
6 123:17 124:5
130:5 132:13
133:13

**position** 11:9
12:16 20:24
92:22 135:4,9,
17 138:21
139:22 140:4

**positioning**
124:4

**positions**
151:9,12

**positive** 33:11
92:14

**positively**
123:15

**possession**
151:17,18,20

**possibly** 82:6

**post** 26:14

**post-founding**
41:5

**post-
secondary**
21:8,11

**posts** 100:2

**potential** 34:11
85:13,17,21
108:19 124:12

**potentially**
28:10 34:24
35:9 70:8 78:9,
10 83:14 84:21
85:10,14,20
87:25 89:3

**power** 66:9,10
114:16 115:6

**pre-marked**
42:14

**pre-orders**
118:9

**precise** 17:6
52:11

**preferred**
137:21

**preliminary**
31:14,15 92:7

**premium**
123:21

**preparation**
19:16,18

**prepare** 19:7,
10,13

**prepared** 36:9

**prepaying**
53:17

**present** 6:9
9:24 69:16

**president** 9:7
89:17 134:23

**press** 36:10
113:17

**pressed** 44:20

**presume**
134:16

**pretty** 34:14
35:19 130:6
132:25 136:13

**prevalent** 32:2

**prevent** 35:1

**previous**
44:20 72:9 75:2

**previously**
16:13,17 27:11
58:2 101:3
115:10 123:4

**price** 47:1
68:10,14 79:9
123:18,24
137:1,8,15
138:19

**prices** 123:21,
22

**pricing** 30:1

**primarily**
11:18 20:4
36:25 37:11
46:5 83:23
107:7

**primary** 12:10
125:13 134:12

**principal** 9:4
55:20

**principally**
53:25

**principle** 74:6

**printed** 43:4

**printer** 67:23

**prior** 14:8,11
19:15 25:6 31:1
32:2 33:2 34:9
35:5,9 44:22
46:1 49:6 52:20
84:3,5,17 86:10
91:14 94:15
96:19 101:23
102:3,11
112:23 120:9
128:11 129:22
130:7 145:8

**private** 23:19
85:9 91:15

**privative** 78:15

**privilege** 19:9
90:24 91:9
93:13 119:14

**privileged**
139:17 145:4

**PRM** 65:6

**problem** 17:11
63:7,16 78:24
121:20 151:21

**problems** 56:6

**procedure**
141:20

**proceed** 93:5

**proceeding**
56:18

**proceedings**
6:1,8

**process** 59:7
91:5 98:23
132:1 137:21

**processed**
55:3,20,24

**processes**
28:16 136:24

**processing**
24:24 28:1,3
34:3 39:20
51:11 102:1

**processor**
46:14

**procured**
48:14 130:13

**procurement**
39:16 54:11
150:10

**procuring**
130:10

**produce**
134:16 151:5,
19

**produced**
51:23 105:16
140:20 142:6
151:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential
174

| | | | | |
|---|---|---|---|---|
| **product** 30:9, 15,17,19,25 35:16 37:4 45:25 46:1 48:17,20,22,23 49:2,5,11,17 53:3,13 54:8,10 55:7,12 88:16 96:6,9,12,17 116:13 117:14, 16,21,23 118:7 119:19 125:6,8 130:10 146:14 148:13 149:4, 14 | **programmers** 28:4 | **purchase** 30:13 35:17 49:21 57:24 58:18 61:7,16 68:17 70:3 79:21 80:12 81:1,6 82:10 84:12 85:8,19, 25 86:2,7 88:7, 25 92:8,15 94:16 96:24 100:9 101:8 103:17 110:8 116:13 117:14 132:10 136:9, 11,19,21,22 139:1 147:12 | **put** 8:17 10:6 25:3 35:21 43:5 49:1 61:13 69:10 72:21 79:13 84:4 87:18 104:20 115:13 118:22 135:23 148:19 152:19 | **quickly** 36:9 37:3 58:5 60:15 99:13 104:10 126:4 137:18 |
| | **programs** 28:5 | | | **Quickpay** 143:5,7,10 |
| | **project** 31:21, 22 | | | **Quickpays** 143:14 |
| | **promised** 138:2 148:14 | | **putting** 44:6 87:18 136:14 | **Quote** 137:1 |
| | **proof** 101:4 | | | **quotes** 31:17 |
| | **prospects** 125:15 | | **Q** | |
| **production** 26:4 52:1 73:10,11 75:6 116:22 118:8 | **protection** 141:9,11 | | | **R** |
| | **protective** 43:10,18,21 62:2,3,6,12,14 63:12 | **purchased** 33:13,17 54:11 58:12 59:2,8,24 60:13,25 61:1 63:25 67:7,13 76:25 78:5 80:7 88:17 94:15 96:16 101:6 120:1 144:17 147:3 | **QFR** 71:13 | **racking** 70:16 |
| | | | **QSFP** 65:1 | **raise** 7:3 |
| **products** 32:20 33:25 34:5 37:1 48:14 49:21 100:13, 17,19 117:5,24 118:1,3 | **prototypes** 31:21 72:19 | | **QSFT** 67:18 | **ram** 67:6,10 |
| | | | **qualifies** 16:19 | **ramp** 26:3 |
| | **provide** 20:24 56:1 59:19 64:20 68:22 74:24 132:3 135:10,19 139:21 | | **quantity** 67:15 71:14 117:9 135:24 136:4 | **ramped** 37:9 |
| **professional** 91:2 93:14 105:14 119:15 | | **purchases** 44:24 52:18 97:7 117:19 150:10 | **quarter** 124:20 | **range** 27:3 56:21 78:7 82:8,12 |
| | | | **quarterly** 94:12 | **rant** 52:5 |
| **professionally** 105:15 128:18 | **provided** 31:6 37:10,12 38:1,6 39:1,2,12,15,24 40:15,17 54:13 59:7 72:22 73:14 77:8,12, 13 87:4 115:12 118:9 119:18 141:10 143:25 | **purchasing** 33:9 83:14,17 85:7 92:12 123:20 124:10 126:16 136:6 | **question** 16:5, 10 17:20,23,24, 25 23:10 28:25 29:7 36:19 37:24 38:9 39:5 42:12 59:11,25 60:2 64:8 73:16 75:10,20,22 91:7 94:2 111:11,21,24 113:14 119:23 126:10 148:18 149:8,17 | **rapid** 136:22 137:17 |
| **professionals** 91:9 | | | | **rate** 37:20 |
| | | | | **raw** 94:21 |
| | | **pure** 12:3 | | **re-engaged** 92:1 |
| **profit** 40:7,11 102:13,25 103:4 105:23 106:9,13 112:23 113:3 116:2 117:11 118:17 120:17 123:2,5,10 124:9,14 | | **purpose** 19:3 28:20 109:9,20 | | **reached** 34:16 83:12 89:5,8 |
| | **provider** 67:25 | | | **read** 64:15,19 78:25 125:20 152:16,17,21, 25 |
| | **providing** 32:17 37:25 38:18 40:20 100:6 | **purpose-built** 25:21 | **question-by-** 111:21 | |
| **profitability** 124:17 | | **purposes** 12:10 19:24 28:24 30:7 61:12 100:1 | **questions** 17:4,5 19:1 31:7,10 32:23 58:21 62:16 74:12 111:19 128:23 140:24 145:9 152:5,7 | **reading** 17:25 18:7 63:22 64:21 |
| | **provisions** 63:5 100:20 | | | **ready** 65:3 66:5,13 69:24 71:11 |
| **profitable** 118:15 | **public** 33:25 62:5 | | | |
| **profits** 30:20 125:8 | **publicly** 44:21 | **pursue** 90:17 | | **real** 10:14,20 11:20 12:3 14:3 |
| | **pull** 93:2 97:11 | **pursued** 145:6 | **quick** 87:25 | |
| **program** 28:12 141:9 | **pulled** 61:11 | **PUS** 67:22 70:22 | **quicker** 8:1 32:3 | **realize** 110:14 121:18 |
| | **pump** 69:13 | | | |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                 175

realized 92:9
121:9

realizing 137:2

realm 19:3
21:17 25:23

reason 29:5,22
125:3 130:8

reasoning
101:20

reasons 37:16
112:12 132:4

rebate 149:4,
13

recall 23:24
27:2 35:19 46:7
55:19 88:11
97:17 126:20
145:16

recalled 10:4

receivable
142:10

receivables
149:20

receive 46:12,
13,19 144:23
146:14,16,19

received 31:16
43:2 49:5,7,13,
17,21 52:21
53:8 88:16
96:19 103:21
104:18 108:13
119:15 129:25
146:20 149:4,
13 150:19

receiving
46:25 54:21,24
142:16 150:18

recently 94:15

reciprocated
123:24

recognize
43:25 44:3
120:16

recognizing
74:4,5 77:18
82:5

recollection
14:23 23:6
40:4,12 44:11
49:10 55:24
78:6 108:5

recollections
79:10

reconciled
44:25

reconciliation
43:11 51:2,23
129:20

reconciling
50:24

reconfigured
28:14

reconvene
56:7 57:6,8
98:6

reconvening
98:19

record 6:2,18,
21 8:4,17,21
16:3 17:2,6
18:1,7 43:1,7,8,
9,13,19 52:5
54:19 57:13,14
59:13 61:13
63:17 71:6,18
72:21 73:16
75:1 77:3,5,6
79:13 91:7
98:17,18
100:18 101:5
118:22 119:9,
17 128:4,5
129:19 133:10
140:16,18
149:10 150:14
152:2 153:7

record's 69:11

recorded 50:9
106:5

records 15:1
50:14 54:17
69:11 85:23
88:10 105:16
108:6,8 120:4
122:11 145:20
151:11,16

recovery
108:19

red 65:22 69:13
152:19

redacted
141:15

reduce 135:25

reduced 114:8

reduction 29:3

reels 76:17

refer 16:1 24:7
25:11 29:4 43:4
118:21 142:13

reference
44:19

referenced
36:15 98:25
107:8

referencing
100:16

referring 16:4,
6 26:9 29:12
30:23 47:21
54:19 78:1
100:13 133:17

refers 8:13,14
50:23 65:15

reflect 106:3

reflected
53:22 103:18
113:17

reflecting
131:12

reflective
116:14

reflects 133:8

refund 55:2,4,
11 95:13 96:6,
10,12 100:11,
15,20 126:10,
14,22,23 127:8,
13 133:7,8
144:23 145:12,
15 146:12

refunded
122:8 126:16

recovery
127:12 144:16,
25 147:11

refunds 55:14,
15,21,24 56:1
96:8,22 97:14,
15 122:6 127:4,
5,6 131:3
144:20

refused 96:8,
12 146:12
147:8

register
109:21 132:14

registered
109:19,21

regular 39:13
112:19

regularly 39:6,
15 127:19

reimburse
143:11

reimbursed
127:6 132:10
134:15

reimbursemen
t 130:22 132:7

reimbursemen
ts 132:6 143:3,
10

related 10:10
20:23

relations
128:16

relationship
33:12 55:16
94:23 95:1
148:11

relationships
110:23,24
111:13

relative 54:12,
14 120:7

release 36:10
113:18

released 36:11

relevant

111:17 150:23

reliance 91:20

Reliant 91:19

relied 84:2
55:25

remained
105:2 113:24

remaining
147:14

Remedy 27:2

remember 8:9
21:17 61:24
88:8 106:22
116:11 145:14

remind 8:8,19

remitted 48:9
49:22

remitting
107:13

removed
61:10 140:5,9

reorient
144:18

repaid 132:5

repeat 32:23

rephrase
113:14

report 107:7
108:13 129:20

reporter 6:2,
16,20,25 7:2,8
12:11,18,22,25
18:3,7 22:18,
22,24 24:12,16
38:7,9,15
42:20,23 43:16
51:15,20 57:14
61:21 62:1,7
75:14,19,25
94:1 98:8,18
128:5 140:17
149:7 152:9,12,
15 153:1,6

reports 43:11

repository
134:6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential

176

represent 7:16
42:25 43:1
151:3

representative
7:21 15:24 16:7
20:7 39:4 73:5
83:13 108:18
140:1 152:7

represented
15:17,24,25
20:10,13,15,21
75:12 102:16
128:14

representing
20:14 61:6
103:13 128:11

represents
117:14 124:24

reprogramma
ble 27:23

reps 146:6

reputation
55:10

reputational
55:22

request 95:13
100:11 105:13
143:23 145:12,
21,22,24

requested
50:10,11
105:13 126:10
146:12 151:2

requesting
145:16

requests 55:2,
11 99:3 145:15

require 53:11,
12

required 46:19
74:13

requires 58:16

requiring
58:22

rescue 136:2

research 7:17,

22 8:3,14 9:5,7,
12 11:6 14:9,
12,18,22 15:3
16:8 20:7,20
21:20 22:1,6
23:1,8 24:9,20
25:7 27:6 29:21
30:11 31:2,5,11
33:3,8,16,19,
22,25 34:7,10
35:5,17,25
36:5,12,21,24
37:9,18,25
38:18 39:22
40:2,11,17,21
41:8 42:10
43:12 44:6,12,
16,18,23 45:3,
8,25 46:4,20
47:20 48:2,15,
19,21,24 49:3,
6,8,9,12,14,16,
20 50:19 51:1,
3,5,9,10,13
52:16 53:4,5
54:25 55:17
58:2,13 60:6,7
65:12 82:2,9
83:4,10 84:25
85:3,9 89:1
90:5 94:22
95:4,7 96:1,18,
19 99:17,23
100:3 101:9,17,
25 102:14,25
103:25 104:1,
13,18,23 105:1
106:2,8,24
107:14,19,20,
22 108:7,12,24
109:3,11,13
110:3 111:15
112:7,10,15,16
113:4,6,10,22,
25 114:6,14,20,
23 115:2,11,14,
23 118:3,12
119:3,5,24
120:9 121:25
122:13 123:5,
10 125:4
126:12 127:13,
14 128:11,20
129:2,6,15,21
130:2,12
132:19 133:2,

20,23,25 134:2,
11,15 137:6
140:8,25
143:22 144:14,
19,25 145:11
146:11 148:16
149:18,22
150:2,20,24

resell 137:2

reselling 32:8

reservation
135:15

reserve 62:20
104:8,11

residual 37:12

resist 151:23

resold 60:13
147:6,9,12

resolution
114:16

resolve 18:5
140:12

resolved
112:13 127:24
139:11

resonated
123:24

resource
36:19 114:2,7

resources
32:11 36:16,17
37:6,7,8,9,10,
12 134:3,5,7

respect 139:22

respond 151:5

response 99:2

rest 66:19
138:5

restate 149:17

resulting
103:3

retail 117:25

retroactively
137:7

returned 92:2
132:7

returns 19:4

reva4 77:4

revenue 88:2
124:6,13,20

review 14:25
19:15 33:5

reviewed
45:21

reviewing 80:5
82:14 106:1
125:25

rework 67:21

RFM4M 72:19

rich 87:25

right-hand
106:15

rights 102:23
135:15 137:13

risers 72:2

River 6:15

road 63:9,17

Rocky 6:14

Rodriguez
54:22

role 13:11 41:2,
22 86:5 89:17
112:6 113:21
114:15 135:13

rolling 69:21,
22

rolls 69:18

room 24:24

roughly 56:10,
11

round 91:15
99:12 101:9

route 67:9

routed 48:18

row 116:6

rumors 34:17

run 9:20 117:6
131:25

running 29:22
33:22 36:2
52:17

Rustoleum
66:23

_____

S

_____

S-C-U-R-R-Y
11:14

S-E-N-S-E-L
34:21

S-H-O-A-F
22:17

S-I-D-N-E-Y
22:16

safe 15:2 28:23
29:3

salary 110:19
111:11,25
131:25

sale 30:16,19
58:3 75:11
82:16 85:10,11
88:13,15 90:17
97:15 147:4

sales 25:6,11
26:4 31:24
32:12,14 34:3
37:2 45:16,23
46:8 97:16
99:19 107:8,9
108:13 116:25
117:1 121:7
124:12 125:13
137:9,12 146:6

Sam 83:18,22
84:1,20 85:12
139:7,9,10

sample 73:5
78:21 80:22
81:19 82:5

sampling
72:22

sand 76:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                                                    177

sat 16:13,16, 18,19 139:11

savings 45:5

scenario 144:2

schedule 68:17

scheduled 142:14

schedules 68:15 142:13

scheduling 19:24

school 21:10

Schwag 43:20

Schwieg 6:13 7:1 147:22,24 148:6,8

science 21:7, 16

scope 111:7,20

scrap 66:7 67:1

screen 43:5 47:22 69:16 81:8 116:6 143:20

screws 71:20, 21

scroll 80:8 107:5 120:15 121:16

scrolled 80:24 81:13 106:12

scrolling 66:3 112:25

scurry 11:12, 13,14 13:4,16 14:1,2,5,10,25 15:13,14 22:13, 20,22 23:2 25:4 26:21 42:9

Scurry's 15:4

sealing 116:4

secondary 93:18

section 57:17 71:4,22 72:1,4, 14 74:17

sections 69:12

secure 47:9 93:8

security 58:18 59:1,4 119:7,8, 18

seed 115:7

seeking 85:10

segregated 148:22

selective 67:17

sell 32:13 45:25 91:17 117:11 122:7 123:22 136:25 138:18

selling 33:15 34:8 100:19 117:21,24 125:6 146:9

semi-regular 132:8

semiconductor 90:13

send 43:12 48:17 101:10 137:5 153:2

sense 8:11 17:7 18:8 58:14 60:25 61:2 94:8

Sensel 34:19 55:19

sentence 100:8

separate 10:16 11:20 113:13 129:3 141:20

separated 37:15 113:10 129:7

separately 105:9

separating 113:20 115:5 134:1

separation 36:12 114:2

September 37:13 52:15,21 131:14,15 133:2 145:19

serial 70:19 71:3

server 70:24

services 37:18,21,22,24 38:1,5,20,25 39:13,23,24 40:6,7,10,15, 17,20 54:12 134:6,13,14

session 72:9

set 46:12,13 51:11 117:20 143:25

shading 77:25

share 19:8 24:2 135:11,13

shared 42:14 49:9,14 62:18 85:15 112:22 134:4

shareholder 20:16 23:14,16, 17 90:11

shareholders 14:12,14,16,18 15:7 23:7,20

shares 24:3 124:14

sharing 36:16, 20 114:2,7 124:10 134:8

she'd 115:13

shelf 138:2 147:9

Shielded 67:10

shift 88:24

shifting 95:11

shifts 94:11

ship 30:3 53:13 65:3 66:5,14 69:24 99:15,19 100:10 117:5 132:23

shipment 66:16 96:8,12 99:16 100:17 103:20 126:9 132:22 144:16 146:17,19 147:8

shipments 96:22 118:9

shipped 48:20 49:3,11 133:3 149:13

shipping 117:23 148:13

Shoaf 22:17 23:4 24:1,7 42:9

Shoaf's 23:18

short 27:24 31:7 88:1 140:13

shorthand 148:13

shortly 136:19 148:4

show 48:6 57:21,24 106:9 141:13

shown 116:17

shows 12:23 120:18

SI53305-B-GM 79:22

SI53340 79:1,5

SI5340-B 79:17

SI5345A-DGM 80:15

side 50:17 90:13 139:23

sides 50:18 139:19

Sidney 22:15 23:3 42:8

sign 43:21

signature 152:17

signed 43:18

significant 24:22 48:22 52:9 72:22 76:9,11,14,19, 22,23 104:13 106:23 109:14 116:10,12,20 117:8,9 119:7,8 120:7 121:24 122:11 124:1 127:11 130:6 134:9 137:18 140:25 141:1

significantly 107:14 114:8 122:6 125:11 126:2

silicon 90:13 117:6 121:4

silicone 28:16, 19

similar 15:22 24:25 71:8

similarly 98:24

simple 97:20

simply 30:5 59:13 60:18 104:19 105:2

single 51:25 52:3 78:19 81:21

single- 70:21

sink 65:14,15 70:8,10 72:2

sinks 65:6,7,17 67:10



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential
178

sir 21:2 43:6
72:10 111:25

Sisto 6:10,23
7:8,11,16 9:23,
25 12:11,16,19,
23 13:2,3 22:25
24:17 38:12,16
42:12,22 43:6,
17,24 51:15,17,
21 56:13,22
57:1,3,11,15
58:23 59:15,16
61:22,23 62:5,
8,17 63:6,14,18
75:14,16,21
76:1 94:2,3,4
98:6,12,15,19,
21 102:6,9,20,
22 110:22
111:10,22,23
127:21 128:3,6
135:5,7 140:19
147:23 148:3,7,
9 149:7,9,11
150:13 151:8,
14,25 152:8,9,
11

sit 56:19

site 46:9

sits 28:17

sitting 19:16
147:9

situated 98:24

situation 69:10
127:8 135:13
139:4

size 53:1 65:5
76:18 103:21
122:18

skip 66:19

skipped 74:25

slate 28:13

slay 67:22

slightly 77:10

slip 8:18

slips 89:14

slot 69:23

slow 126:9
144:15

slowly 113:1

small 30:6
36:25 53:1
60:12 71:12
127:15,16,21
134:3 140:23
143:10

smaller 54:3,7,
23 55:11
132:16

smoothly
52:17

SMT 71:14

snakes 87:16

so-called 88:5

sob 126:21

software 10:18
24:22 26:17
27:5 37:7 39:8
134:5,6

sold 35:16
38:20 40:6,8,10
55:6 58:3,8
59:22 60:6,8,
12,21 61:17
75:10,13 81:25
82:1 85:3 88:8,
20 94:20 96:8
99:14 100:10
103:3 105:24
114:23 116:6,
20 117:17
124:3,8 139:1
146:24,25
147:21

solder 65:21,
25 67:18

soldered 70:8

solemnly 7:3

solicited 90:15

solution 70:10

someone's
17:25

something's
70:2

sorted 68:10

sound 22:3
25:13 52:13
82:21 106:18

sounds 12:25
68:23 86:1 98:8
148:1

source 30:10
81:17 137:23

sourced 65:22
66:1

sources 125:1

sourcing 76:6

space 10:21
75:23

speak 8:1
12:14 18:4
19:21 128:19
147:19

speaking 18:6
100:2

speaks 87:2

specific 19:9
28:20 29:7 35:7
36:18 62:24
63:1 100:13
108:2 135:10

specifically
16:4 31:14
126:15 130:11

speculation
137:3

speed 96:21

spell 11:13
12:5 34:20

spend 126:5
129:14

spent 114:14

split 41:9 125:7

spools 67:23

spot 92:18

spray 66:12,
23,24

spreadsheet

68:10

spring 22:2
91:14 92:14

SQ 8:13

SQRL 8:6,14
45:17 72:15

SQRL's 73:25

squirrel 9:7
41:6 55:17
84:12 88:25
89:1 122:13

squirrel's
54:25 99:17

squirrels 7:17,
21 8:2,3,5,10,
14,18 9:5,12
11:5,9,11,15,18
13:18 14:3,5,6,
7,9,10,11,18,
19,20,22,24
15:3,5,13 16:7
17:22 20:7,20
21:20 22:1,6,
13,23 23:1,3,8
24:8,9,18,20,21
25:6 26:25
27:1,6 29:21
30:11 31:1,3,5,
11 32:25 33:3,
4,7,8,11,16,17,
18,19,22,25
34:7,10 35:4,
13,16,24,25
36:4,5,6,11,12,
20,21,24 37:5,
9,17,20,23,25
38:3,17,18,20
39:1,3,4,5,15,
22,23,25 40:1,
2,6,7,10,11,15,
17,21 41:8
42:10 43:11
44:5,12,16,18,
23 45:3,8,25
46:4,11,13,20
47:6,8,11,15,20
48:1,2,7,10,12,
13,14,17,18,21,
24 49:3,6,7,9,
10,12,14,15,16,
20,22,25 50:12,
15,17,19,21

51:1,3,4,5,6,8,
9,10,12,13
52:12,15,18
53:4,5,6 54:6,
11,12 56:1
58:2,13 60:6,7
65:11 82:2,9
83:4,10 84:25
85:3,8 90:5
94:22 95:4,6,25
96:17,19 99:23
100:3 101:9,17,
19,20,23,24
102:14,24
103:25 104:1,5,
7,12,13,18,20,
21,22 105:1,2,
3,7,8,14,18
106:2,8,24
107:13,14,19,
20,22 108:7,12,
24 109:2,11,12,
13,15,16,19,25
110:2,3 111:15
112:7,9,15,16
113:3,6,10,11,
19,21,22,24,25
114:5,6,12,14,
15,19,20,23
115:1,2,3,7,10,
14,22 118:3,12
119:2,5,24
120:8 121:25
122:13 123:5,
10 125:4
126:12 127:12,
14 128:11,12,
14,20 129:1,6,
12,15,16,20,24
130:1,6,10,11,
12,13 132:15,
18,19 133:2,3,
15,19,20,22,23,
25 134:2,11,12,
15 137:6 140:6,
8,25 141:5
143:21 144:14,
19,25 146:11
148:15 149:18,
22 150:2,20,24
151:3,4

Squirrels4
104:16

stable 118:15



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                    179

staff 40:23 47:7
49:15 50:20,21
101:24

staffing 12:4

stake 40:22
41:24 115:7,8
129:16

stall 138:16

stalling 90:12

stance 92:25

standard
18:12

standing 94:7

standpoint
90:8

Stanfill 6:17,19
7:2,15 8:22
16:5 22:18
42:14 43:25
52:4 56:5,17
59:21 63:19
75:4 76:2 81:18
83:4 94:5 97:25
98:22 102:15
112:24 123:3
126:13 128:7
130:16 150:13
152:15

Stanfill's 59:3

start 29:11
44:21 146:4

started 29:15
73:7 86:20
112:8 124:11
132:23 137:4,
17 144:13

starting 34:17
38:10 84:22
139:4

startup 29:23
116:21

state 6:3,17
21:3,14 22:10
64:3

stated 45:12
151:2

statement
43:19 59:21
82:3 97:12,16
100:7,14,23
102:14 106:13
112:24 113:3
116:3 122:10
123:2,5 144:10

statements
51:24 95:21
99:9,11 103:24
104:17 109:3
131:9 143:24
144:1

stating 111:10

stations 72:13

stave 109:9

steel 71:20,21

stemming
135:25

stick 17:3
145:10

sticky 136:15

stipulating
6:22

stock 100:10,
15 120:10
147:16

stocking 92:25
93:1 110:7
119:20

stood 48:25
138:19

store 119:21

story 126:21
139:16

straggling
132:22

straight 130:1

straight-line
106:21

straits 92:10

strange 146:1

strategy 27:16
46:4 64:23

138:10

stretching
109:9

strictly 96:10

structure
110:17

structuring
124:11

struggle
114:16 128:24

struggles 89:7

Studio 26:23,
24

study 21:15

stuff 59:8 68:7
93:3

sub- 24:23

sub-cards
150:7

subject 43:10,
15 62:12,13
63:4,12 151:7

submission
43:13

submit 102:4

subpoena
151:7

subsequent
23:17

subsidiaries
11:17,22

subsidiary
14:2,5

substances
18:16

substantial
47:9,16,17
49:11 88:13,14
96:23 119:1,2,
18 122:1 141:7

substantially
48:16 90:14

substantive
19:25

success 125:4
145:6

successful
32:10 94:25
125:5

successfully
36:1

succinct
138:14

suffice 138:10

suggest 56:20
143:23

summary
138:14

summer 22:2
109:4 117:6

supplied 31:2,
3

supplier 30:22
93:24

suppliers 55:6
117:22 137:23

supplies 35:15
66:10 68:4

supply 26:3
30:8 31:16
35:15 81:4
90:12 123:18
124:2 138:1,16

support 26:3
31:18 32:11,19
34:3 37:3,7
38:19 39:13,16,
21 83:12 90:19
110:9 115:2
119:15

supported
24:22

supporting
40:2

suppose 96:2
148:18

surprise 97:23

suspect 50:13

swear 7:4

sworn 18:11

sync 65:2
71:15,16

system 67:19,
20,21 69:18

systems
26:17,18 27:2
51:13 52:17

_____

T

table 93:18

tables 69:8

tail 124:13

takes 11:1

taking 17:13
35:1 47:11
56:11 118:8
121:7 140:13

talk 12:12
41:18 57:7
82:16 83:13

talked 6:21
17:21 25:9
29:22 62:3 74:8
128:8,23

talker 16:25

talking 8:2
16:12,24 29:9
36:11 41:5,7
52:1 73:7 86:4
100:8 116:2
127:3,9 130:25
148:24

Tallmadge
8:24

tank 67:16

tape 69:18

taped 72:15

tax 12:9

team 36:25
37:1 146:6

tech 10:10
12:23 127:21
140:12



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                    180

technical
134:4

technically
15:21

technologies
24:25

technology
39:8

tedious 7:25
57:18,24 60:16
63:22 64:4,16

telephone
99:25

telling 137:7

temporary
131:22

ten 67:9 72:16
98:12

tens 127:7

term 26:19
93:6 113:17
120:24

terminated
112:9,11,13

terms 10:11
30:8 46:25
53:14 115:24
117:8 120:13
121:12 131:7
136:12 137:13,
15

territory 89:20

test 72:12
118:4

testified 95:9
104:14 106:22
120:20 129:23

testifying
16:21 18:12

testimony 7:4
62:10 152:18

text 100:9

that'll 12:15

there'd 54:15

there'll 17:4

thermal 65:4
67:3,5 70:10,18

thing 15:16
95:13

things 10:13
34:4 38:22,25
39:1 50:7 52:22
58:12 60:18
62:22 63:15,23,
24 68:3,24 69:5
73:24 74:22
81:25 82:8,9
98:13 114:3
137:24 138:1
139:7 144:7,12
150:12,14

thinking 41:21

thinks 139:24

third-party
55:16

thought 25:24
79:18 92:23
93:4,10 97:1
104:15 149:16

thousand
127:9 133:24

thousands
74:2 127:8

threatened
133:7

threats 139:6

three-
millimeter
65:5

throw 138:14

thunder 65:23

tied 29:19
115:19

tight 92:18

till 98:12

time 11:2
14:17,20,22
17:9 21:11 23:5
24:3,6 25:22
28:6 29:25

31:13 34:25
36:23 40:25
41:2,4,24 42:3
44:22 45:4
48:11,23 49:23
50:13,19,22
51:11 52:7 53:8
54:25 55:1
56:10 58:1
74:14 81:20
84:11 85:8,18,
24 91:4,8,21,
24,25 94:10,17
101:12 103:10
104:1,5,19
105:4 107:13
109:5 114:13,
19 115:25
116:11 117:7
118:6,12,24,25
119:10 120:2
121:5 122:7,16
123:15 129:11,
15 130:11,17
131:6 132:1,16,
22 136:7,13
139:21 145:23
148:4,5,16
149:17,23
150:19

timeframe
17:15 35:11
41:7 85:22,24
96:23 100:20
145:17

timeline 31:7
33:5 55:13
88:24 89:5,6

timely 138:18
139:6

times 31:18
42:1 109:12
122:22 131:16

timing 35:7
46:18 108:21

tips 31:3

tired 18:15

title 9:6,14

titles 9:9,11

to-date 115:14

toad 65:22

today 7:20
9:22 16:24
18:17,24 19:10,
16,19 20:6
29:19 86:22

told 16:19
138:1 145:25

Tom 34:18
55:19

tongue 89:14

toolkit 67:21

tools 73:10
150:11

top 47:21 50:23

top-level 11:20

topic 75:3
144:19

topics 108:22

total 45:7 47:1
48:1 54:10
103:1,2 104:15
106:15 107:5
116:5 120:7,16

totaling 133:15

totally 42:21
52:10

touch 22:9

toys 114:17

tracking 50:22

train 149:16

transacted
104:15 108:14
142:20

transaction
91:16,19,20
120:10 136:11,
17

transactions
45:24 108:2
134:17 141:4,7
142:15,23,24

transcript
62:12 152:10,
16

transfer 46:15
47:17

transferred
107:19,20,22
142:1

transfers
46:11 47:16
49:24 50:22
108:22 131:18
141:25 142:1

trash 69:21,22

traveling
136:7

trays 65:25
71:15

tremendous
115:4

truck 93:2

true 82:4
127:18 131:7

trustee 6:14

truth 7:5,6
18:17

tube 72:12

tubes 65:21

tubing 70:23

turn 18:6
46:17,20 116:1
117:11 118:16

turned 74:19,
20 123:10

twirls 145:11

two-millimeter
65:4

type 24:19
32:18 34:13,24
45:5 50:8 92:6
101:11 130:8
147:3

types 28:2

———————

U

UCL1C102
81:8



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                                181

| | | | | |
|---|---|---|---|---|
| Uh-huh 17:2 | unregulated 87:21 | 42:12 43:12 | 65:23 67:1,4 | works 57:10 126:18 146:3 |
| Uh-uh 17:2 | Unshielded 67:6 | Ventures 27:2 | ways 81:24 | world 10:13 31:23 74:12 86:24 94:19 122:5 |
| ultimate 31:21 | upbeat 92:14 | verify 118:4 | web 37:6 39:10 | |
| ultimately 31:21 122:3,7 137:1 138:18 146:16 147:8,9 | upfront 7:24 53:11,12 90:2 118:6 | version 27:21, 24 61:9,10,11 65:10,12,13 | website 113:19 | worth 74:1 78:5 82:8 |
| umbrella 15:5, 10 25:4 | upgraded 65:11,13,18 | video 17:1 24:24 | week 112:2 | would've 20:24 35:9,11 48:13 49:7,19 53:3,23 55:2,25 65:12,17 68:10 78:13,14 88:11 89:6 94:24 101:15 104:6, 22 105:8 120:6 122:21 127:4,9, 12 131:19 132:21 137:20 142:8,14,20 143:1,3,12,15 145:24 147:13 |
| | | | weeks 35:9 | |
| unclear 72:18 | ups 19:7 | view 33:11 62:25 140:1 151:10 | whichever 148:24 | |
| uncommon 132:9 144:8 | upside 124:12 | | white 69:21 | |
| underlying 34:2 103:10 106:2 109:7 123:20 124:3 137:24 | upstream 53:15 55:6 117:22 122:1 123:21 | viewed 32:14 109:8 119:4 | wholesale 118:1 | |
| | | viewing 101:11 | wholly 10:16 14:4 77:8 | |
| | USB 71:22 | vinyl 70:22 72:12 | wildly 118:15 | |
| understand 7:18 17:20,23 18:10,20 40:13 41:7 61:3,15 76:25 79:12 151:8 | utilized 46:6 | volume 30:2,7 32:16 34:3 46:24 47:1,5 103:11 | wire 46:11,15 47:17 141:25 142:6,8,16,20 143:15 144:2 | |
| | ——— | | | wrapped 148:3 |
| | **V** | volumes 146:5 | wired 66:2 104:10 | write 28:4 |
| understanding 15:23 18:23,25 52:10 74:15,23, 25 83:25 110:18 | values 126:6 | ——— | wires 141:21 | write-down 122:8 126:1 |
| | variance 53:14 | **W** | withdraw 111:11 | write-downs 121:21 |
| | varies 116:6 | W-2 26:8,10,16, 22,25 27:1,3,6, 7 29:9 112:15, 19 115:4 | withheld 105:8 | writing 39:9 137:9 |
| understands 135:2,3 | variety 39:6 70:18 130:21 131:3 | | wood 66:15 | wrong 114:1 139:18 143:6 |
| understood 16:9 17:25 | vary 53:9 | wait 118:7 | word 11:20 61:5 108:10 114:1 | ——— |
| undertake 88:2 | vast 10:9 53:23 64:8 74:23 75:12 81:22,23 103:17 124:24 130:23 | waive 152:17, 21 | words 35:21 63:24 140:3 | **X** |
| unhappy 114:13 | | wanted 7:12 26:1 32:9 41:18 46:14 83:13 97:2 99:1 | | X2g 69:24 |
| unique 124:11 | | | work 21:12 24:19 48:19 51:4,5 63:15 96:9 110:2,4 111:16 115:22 | Xilinx 30:24 31:3,6 32:5 33:2 34:18 94:14,16,17 144:14,19 145:1,12,17,24, 25 146:1,5,9 148:10 |
| units 28:1 30:6 78:3 88:9 137:7 | vendor 53:10 65:22 66:1 72:19 77:14 94:17 97:4 99:18 122:1,20 123:21 131:3 132:24 133:1 141:6 | warehouse 48:21 49:12 | | |
| University 21:3 | | warehouses 49:3 | worked 26:5,9, 17 29:24 115:18 | |
| unopened 72:12 | | warehousing 48:25 | worker 26:10 | ——— |
| unrefunded 95:24 | vendors 30:18 49:22 53:15,24 54:1 60:10,13 70:3,18 | warned 136:13 | working 25:16 29:11 30:14 64:23 95:1 112:16 | **Y** |
| | | wary 136:17 | | |
| | Veneman | water 56:7 | | year 51:2 |



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of DAVID STANFILL, taken on April 13, 2022
Confidential                                                          182

106:6,10
115:22 123:2,6,
9,10 124:22
125:2,5,12,18,
21

**years** 29:16
36:7 118:17

**yesterday**
43:2 57:19

**Yup** 42:23

_____
**Z**
_____

**Zoom** 121:17

**Zurn** 20:5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com