# EXHIBIT D

# SQRL
Squirrels Research Labs

PRODUCTS  CONTACT US  PRESS  STORE

## BCU 1525 Delivery Delayed Due to Supply Chain Constraints

**ALL PRESS RELEASES**

NORTH CANTON, Ohio – Aug. 6, 2018 – Xilinx Inc. informed Squirrels Research Labs (SQRL) that delivery of the BCU 1525, a variant of the VCU 1525 designed for use in blockchain applications, is delayed due to supply chain constraints. Previously anticipated August delivery dates have been pushed back and may extend into the fourth quarter.

"Due to constraints in the supply chain of non-Xilinx discrete components, we are looking at a delayed delivery of the BCU 1525," Xilinx vice president of Americas sales Mike Barone said in an email to customers. "We're currently expecting to ship these boards in fourth quarter, CY18."

This delay affects all sales channels and partners including SQRL, Allhitme, Inc. (FPGA.land) and The Mineority Group.

"While the Xilinx components are readily available, several of the discrete supporting components required to build the BCU 1525 are only available in limited quantities, due to extremely high demand in the market," Barone continued. "We're working upstream in our supply chain to source other components and improve the deliveries as much as possible."

SQRL will continue to keep customers updated on delivery dates as it receives status updates from Xilinx.

**BACK TO ALL PRESS RELEASES**



# SQRL

SUPPORT  CONTACT US  PRESS  PRIVACY POLICY  TERMS AND CONDITIONS

SIGN UP FOR UPDATES  STORE

Source: http://squirrelsresearch.com/press/bcu-1525-delivery-delayed/?utm_source=Squirrels+Research+Lab+Xilinx