# EXHIBIT E

**From:** Jessica Gritzan <jessica@airsquirrels.com>
**Sent:** Thursday, August 19, 2021 7:40 PM
**To:** David Stanfill
**Subject:** Fwd: BCU1525 Refund Request

Begin forwarded message:

> **From:** Karl-Leng Forsell <frsl@ftml.net>
> **Date:** March 27, 2019 at 9:43:42 AM EDT
> **Subject: Re: BCU1525 Refund Request**
>
> Hi Jessica,
>
> Were you able to do the audit on your end?
>
> I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.
>
> I look forward to your prompt response.
>
> Best,
>
> Carl
>
> On Fri, 22 Mar 2019 at 02:00, Jessica Gritzan <jessica@airsquirrels.com> wrote:
>
>> Hi Carl,
>>
>> I had reached out last fall. Your inventory remains on our shelf. In my email from the fall I mentioned being able to pay your refund back over time, $50,000/month. We're unable to pay the entire amount due at this time but would like to work something out with you.
>>
>> Additionally, our records are not consistent with what you show outstanding. We will have to do an audit on our end.

1

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

On Fri, Mar 15 at 10:59 AM , Karl-Leng Forsell <frsl@ftml.net> wrote:

Hello,

I have been reconciling my accounts for the past year and am writing to you again, more than half a year later, because I have yet to receive the refund that I am due from you.

The refunds for the following orders are still outstanding:

| Date | Order No. | Amount |
|---|---|---|
| 17/06/2018 | 2860 | $67,000.00 |
| 18/06/2018 | 2865 | $63,650.00 |
| 26/06/2018 | 2981 | $167,500.00 |
| | **Total** | **$298,150.00** |

I note that I have not received a single BCU1525 from Squirrels Research till this date. As such there is no question in my mind that I am owed this amount in full.

Please could you check your records and reply to me within the next week with a clear acknowledgement of the amount of the refund that is owed and how and when you intend to transfer it to me. I shall otherwise be forced to exercise my right to legal recourse.

It has been almost seven months since you agreed to a refund, and I see no reason for further delay.

2

Best regards,

Carl Forsell

> On Wed, 22 Aug 2018 at 02:22, Squirrels Research Hardware <support@squirrelsresearch.com> wrote:
>
>> Hi Carl,
>>
>> We will be issuing refunds soon, I do not have an exact date yet.
>>
>> Could you fill out one of these refund surveys for also?
>>
>> I paid with Crypto Survey
>>
>> I paid with Fiat Survey
>>
>> Best,
>>
>> Aaron R.
>>
>> Squirrels Support
>>
>> @AirParrot | @ReflectorApp | @TryDitto
>>
>>> On Tue, Aug 14 at 12:49 PM , Karl-Leng Forsell <frsl@ftml.net> wrote:
>>>
>>> Dear Jessica,
>>>
>>> Please disregard my previous email, which I sent from an address that is not one of those we've been using hitherto.

3

In light of the BCU1525 delivery delay, and encouraged by your response to this, as announced and reported in the fpga discord, I am requesting a refund for 85 of the 89 BCU1525 (No RAM) boards I have on order with Squirrels Research via the fully paid and confirmed invoices 2981, 2865 and 2860.

Please could you provide me with the a reasonable timeframe as to when I could expect to receive the refund money in my account.

Best,

Carl

--

Sent from Gmail Mobile

4