EXHIBIT F

**From:** Jessica Gritzan <jessica@airsquirrels.com>
**Sent:** Monday, November 26, 2018 6:05 PM
**To:** Carl Forsell
**Cc:** David Stanfill
**Subject:** Re: 1525 Update

Hi Carl,

With the unsold BCU's we don't have any funds available to send to you – since this was for a group buy. We're doing everything we can to resell the inventory.

We definitely understand your position, and want to do everything we can to get this refunded to you. Here is what I can propose right now:

1. We can send you a partial refund of 10% ($60,000) now.

2. We can commit to a minimum of $50k per month until we can fully satisfy the amount.

3. We will cover a cost of money interest rate of 2% per month on the remaining balance until inventory is sold to repay in full.

Best,
Jessica Gritzan
Squirrels LLC | SQRL
1.855.207.0927 x 7003

---

**From:** Carl Forsell <forsell@eml.cc>
**Date:** Tuesday, November 20, 2018 at 4:09 PM
**To:** Jessica Gritzan <jessica@airsquirrels.com>
**Subject:** Re: 1525 Update

Sorry to hear about your illness. I don't understand what you subsequently wrote; would you mind explaining its relevance to me?

On Wed, 21 Nov 2018, 05:04 Jessica Gritzan, <jessica@airsquirrels.com> wrote:

> Carl,
>
>
> Sorry for my delay – I was in the hospital for a bit and still catching up. We still have 1,100 BCU's to be resold. I will see if there's anything we can do in the short term to help.
>
>
> Jessica

**From:** Carl Forsell <forsell@eml.cc>
**Date:** Tuesday, November 20, 2018 at 3:55 PM
**To:** Jessica Gritzan <jessica@airsquirrels.com>
**Subject:** Re: 1525 Update

I've given you plenty of time to get your act together. Now if I don't hear from you soon I will be forced to take action. I'd rather not have to go there

On Wed, 21 Nov 2018, 04:50 Carl Forsell, <forsell@eml.cc> wrote:

> A response to my query would be most appreciated. What is going on?
>
> On Fri, 9 Nov 2018, 14:01 Carl Forsell, <forsell@eml.cc> wrote:
>
>> Hi Jessica,
>>
>> Any updates on this matter?
>>
>> Best,
>>
>> Carl
>>
>> On Wed, 10 Oct 2018 at 9:22 PM, Carl Forsell <forsell@eml.cc> wrote:
>>
>>> Dear Jessica,
>>>
>>> Congratulations on your attainment of this important milestone, but unfortunately the news has come too late for us, as during the interim we have moved on to other projects.
>>>
>>> Your good news has had no effect on our decision for a refund. However, we have been waiting for a long time indeed for this refund to be completed, and would have been far happier to have heard instead that your intention was to process refunds as soon as possible.
>>>
>>> It would be greatly appreciated, however, if you could let us know an estimated time frame for the completion of all refunds due to us.
>>>
>>> Best,
>>>
>>> Carl Forsell

2


On Tue, 9 Oct 2018 at 23:48 Jessica Gritzan <jessica@airsquirrels.com> wrote:

Hi Carl,

We appreciate your patience with our team regarding the BCU-1525. I know you're still waiting on the remainder of the refund and we appreciate your patience. I wanted to let you know that shipping has begun to see if this has any impact on your decision for a refund. I'd like to work with you to get you your boards as soon as possible. Is this something you would be interested in?

If you'd like to further discuss, please give me a call or let me know if there's any information we can provide to assist. Looking forward to hearing from you.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

**Subject:** FW: BCU1525 Refund Request
**Attachments:** karl-leng-forsell.xlsx

---------- Forwarded message ----------
From: Jessica Gritzan <jessica@airsquirrels.com>
Date: Wed, 3 Apr 2019 at 21:07
Subject: Re: BCU1525 Refund Request
To: Karl-Leng Forsell <frsl@ftml.net>

Hi Karl,

Sorry for my delay. I didn't have the record of the 2 smaller transfers on orders for SQRL. This is because the money was actually sent to Allmine. Tom was able to confirm receipt though. There's a slight difference in the two values. You show $774,523.51 and our records indicated $744,373. I've attached the reconciled spreadsheet.

Best,

Jessica Gritzan

Squirrels LLC | SQRL

1.855.207.0927 x 7003

From: Karl-Leng Forsell <frsl@ftml.net>
Date: Wednesday, March 27, 2019 at 9:43 AM
To: Jessica Gritzan <jessica@airsquirrels.com>
Subject: Re: BCU1525 Refund Request

Hi Jessica,

Were you able to do the audit on your end?

I think that before we can proceed any further it's necessary that we agree on the total amount. If you have doubts about any of the entries in my list I can provide you with official records from my bank.

1

| Increment_Id | status | _Day | sku | qty_ordered | customer_e | base_price | grand_total | method | Previous order | number | | Date | Order No. | Amount | Method | Refunded on | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3302 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1042 | #N/A | Refunded | 8/6/2018 | 1084 | $14,530.64 | PayPal | 10/08/2018 | 1084 |
| 3305 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1076 | #N/A | Refunded | 8/6/2018 | 1087 | $14,530.64 | PayPal | 10/08/2018 | 1087 |
| 3307 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1084 | 14530.64 | Refunded | 8/6/2018 | 1090 | $14,530.64 | PayPal | 10/08/2018 | 1090 |
| 3308 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1087 | 14530.64 | Refunded | 8/6/2018 | 1094 | $14,530.64 | PayPal | 10/08/2018 | 1094 |
| 3309 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1090 | 14530.64 | Refunded | 8/6/2018 | 1097 | $14,530.64 | PayPal | 10/08/2018 | 1097 |
| 3312 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1094 | 14530.64 | Refunded | 8/6/2018 | 1098 | $14,530.64 | PayPal | 10/08/2018 | 1098 |
| 3313 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1097 | 14530.64 | Refunded | 8/6/2018 | 1099 | $14,530.64 | PayPal | 10/08/2018 | 1099 |
| 3314 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1098 | 14530.64 | | | | $101,714.48 | | | |
| 3315 | refunded | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1099 | 14530.64 | | | | | | | |
| | | | | | | | $ 130,775.40 | | | | | | | | | | |
| | | | | | | | | | | | | Date | Order No. | Amount | Method | | |
| 2751 | refund_requ | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1119 | 14530.64 | FPGALNAD | 8/6/2018 | 1119 | $ 14,530.64 | Coinbase | | 1119 |
| 2785 | refund_requ | 6/8/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1121 | 14530.64 | FPGALNAD | 8/6/2018 | 1121 | $ 14,530.64 | Coinbase | | 1121 |
| 2817 | refund_requ | 6/9/2018 | bcu1525-dirr | 10 | frsl@ftml.ne | 3600 | $ 36,224.10 | fpgaland | 1247 | 36224.06 | FPGALNAD | 9/6/2018 | 1174 | $ 14,530.64 | Manual | | 1174 |
| 2896 | refund_requ | 6/13/2018 | bcu1525-dirr | 10 | frsl@ftml.ne | 3600 | $ 36,224.10 | fpgaland | 1395 | 36224.06 | FPGALNAD | 10/6/2018 | 1247 | $ 36,224.06 | Coinbase | | 1247 |
| 2901 | refund_requ | 6/13/2018 | bcu1525-dirr | 52 | frsl@ftml.ne | 3600 | $ 187,973.00 | fpgaland | 1405 | 187973.09 | FPGALNAD | 3/6/2018 | 1395 | $ 36,224.06 | Coinbase | | 1395 |
| 2902 | refund_requ | 6/13/2018 | bcu1525-dirr | 30 | frsl@ftml.ne | 3600 | $ 108,431.00 | fpgaland | 1406 | 108410.8 | FPGALNAD | 13/06/2018 | 1405 | $ 187,973.09 | Bank deposit | | 1405 |
| 2958 | refund_requ | 6/18/2018 | bcu1525-mo | 19 | frsl@ftml.ne | 3350 | $ 63,949.60 | fpgaland | 1505 | 63949.58 | FPGALNAD | 14/06/2018 | 1406 | $ 108,410.80 | Bank deposit | | 1406 |
| 3281 | refund_requ | 6/29/2018 | bcu1525-mo | 50 | frsl@ftml.ne | 3350 | $ 167,500.00 | SQRL | 2981 | 167500 | FPGALNAD | 18/06/2018 | 1505 | $ 63,949.58 | Bank deposit | | 1505 |
| 3688 | refund_requ | 6/7/2018 | bcu1525-dirr | 4 | frsl@ftml.ne | 3600 | $ 14,530.60 | fpgaland | 1174 | 14530.64 | SQRL | 17/06/2018 | 2860 | $ 67,000.00 | SQRL | | #N/A |
| | | | | | | | $ 67,000.00 | | | | SQRL | 18/06/2018 | 2865 | $ 63,650.00 | SQRL | | #N/A |
| | | | | | | | $ 63,500.00 | | | | SQRL | 26/06/2018 | 2981 | $ 167,500.00 | SQRL | | 2981 |
| | | | | | | | $ 774,373.60 | | | | | | | $774,523.51 | | | |