# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **CARL FORSELL** | ) | |
| | ) | |
| | ) | **Case No: 22-cv-01454** |
| | ) | |
| | ) | **Judge: Lioi** |
| Plaintiff, | ) | |
| **vs.** | ) | **Magistrate Judge: Henderson** |
| **SQUIRRELS, LLC, et al.** | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT

NOW COMES Plaintiff, Carl Forsell, by and through undersigned, hereby respectfully requests a brief seven day (7) day extension of time to file a Reply Memorandum in Support of Summary Judgment. Pursuant to the Court's Amended Case Management Conference Order, replies in support of summary judgment were due on or before April 17, 2025. *See Amended Case Management Conference Order,* Sep. 10, 2024, [ECF 49]. In turn, Plaintiff respectfully requests that his Reply Memorandum be accepted as filed on or before April 24, 2025. This is Plaintiff's first request for an extension of time to file his Reply Memorandum, and the request is not sought for the purpose of causing delay and will not be prejudicial to the parties or this court.

Respectfully submitted,

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
The Law Offices of Robert A. Schuerger Co., LPA
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17th day of April 2025, the forgoing Motion was served via ordinary US mail and/or the Court's electronic filing system upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

Christopher P. Finney, Esq.
Ashley Duckworth, Esq.
Finney Law Firm, LLC
4270 Ivy Pointe Blvd., Ste. 225
Cincinnati, OH 45245
*Attorney for Defendant Allmine, Inc.*

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (OBN 0087865)