UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARL FORSELL | )<br>)<br>) Case No: 22-cv-01454<br>)<br>) Judge: Lioi<br>Plaintiff, )<br>vs. ) Magistrate Judge: Henderson<br>SQUIRRELS, LLC, et al. )<br>)<br>Defendants. | |

**PROPOSED ENTRY GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT**

Upon review of Plaintiff Carl Forsell's Motion for Extension of Time to File Reply Memorandum in Support of Summary Judgment, the Court finds the request well taken and GRANTS the same. Plaintiff's Reply Memorandum shall be filed on or before **April 24, 2025**

IT IS SO ORDERED

_____

Judge

SUBMITTED BY:

/s/- Thomas L. Sooy
Thomas L. Sooy, Esq. (0087865)
Robert A. Schuerger II, Esq. (0082020)
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*
COPIES TO ALL PARTIES: