# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CARL FORSELL, | ) CASE NO. 5:22-CV-01454-CEH |
| | ) |
| | ) CARMEN E. HENDERSON |
| Plaintiff, | ) UNITED STATES MAGISTRATE JUDGE |
| | ) |
| v. | ) |
| | ) |
| | ) |
| SQUIRRELS, LLC, ALLMINE, INC., | ) **ORDER** |
| DAVID STANFILL, | ) |
| | ) |
| Defendants, | |

On March 3, 2025, Plaintiff Carl Forsell moved to dismiss Defendant Allmine, Inc. without prejudice. (ECF No. 57). Defendant Allmine has not filed a counterclaim in this action; nor has Allmine filed an opposition to Plaintiff's motion for partial dismissal. Accordingly, Plaintiff's motion for partial dismissal (ECF No. 57) is GRANTED.

All claims against Defendant Allmine, Inc. are DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 27, 2025

*s/Carmen E. Henderson*
Carmen E. Henderson
United States Magistrate Judge