The Court construes Plaintiff's motion to dismiss with prejudice all claims against Defendant Allmine, Inc. as a new motion.

Motion is GRANTED. All claims against Defendant Allmine, Inc. are dismissed WITH prejudice.

*s/Carmen E. Henderson*
US Magistrate Judge
5/30/2025

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** | ) |
| | ) Case No: 22-cv-01454 |
| | ) |
| | ) Judge: Lioi |
| Plaintiff, | ) |
| vs. | ) Magistrate Judge: Henderson |
| **SQUIRRELS, LLC, et al.** | ) |
| | ) |
| Defendants. | |

**AMENDED MOTION FOR PARTIAL DISMISSAL OF DEFENDANT ALLMINE, INC.**

NOW COMES Plaintiff Carl Forsell, by and through undersigned counsel and in accordance with Rule 41 (A) (2) of the Federal Rules of Civil Procedure, hereby respectfully requests this Court dismiss Plaintiff's claims against Defendant Allmine, Inc. **with prejudice**.

For cause, Plaintiff contends that he finalized terms resolving his dispute with Allmine, Inc. in the context of the mediation proceedings conducted in this case. Therefore, Plaintiff does not wish to pursue his claims against Allmine, Inc. in this action, and in turn requests his claims be dismissed with prejudice. Allmine, Inc. did not assert a counterclaim in this case.

Mr. Forsell's claims shall remain pending against Defendant Squirrels, LLC. This request is not sought for the purpose of causing delay and will not be prejudicial to the parties or this Court.

Respectfully submitted,

*/s/- Thomas L. Sooy*

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group