

# SINGAPORE PRISON SERVICE

Date: 16 April 2025

INSTITUTION S2
SELARANG PARK CSC
1821 UPPER CHANGI ROAD NORTH
SINGAPORE 506777

## TO WHOM IT MAY CONCERN

This is to certify that **FORSELL CARL LENG** of NRIC NO: **S7611157Z** was admitted to Cluster B Institution B2 since **08/04/2024.** He was emplaced on Community Based Programme on **17/01/2025**. He will be released from Selarang Park Community Supervision Centre tentatively on **11/10/2025.**

Yours faithfully

**RAHMAT NIZAM BIN SAMAT
OFFENDER ADMINISTRATION OFFICER
*for* SUPERINTENDENT
INSTITUTION S2**



[This is a computer-generated letter. No signature is required.]

**CAPTAINS OF LIVES**
REHAB • RENEW • RESTART



SINGAPORE QUALITY AWARD
2012 WINNER