# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CARL FORSELL | ) |
| | ) |
| | ) Case No: 22-cv-01454 |
| | ) |
| | ) Judge: Lioi |
| Plaintiff, | ) |
| vs. | ) Magistrate Judge: Henderson |
| SQUIRRELS, LLC, et al. | ) |
| | ) |
| Defendants. | |

**ENTRY GRANTING MOTION TO CONTINUE FINAL PRETRIAL AND TRIAL**

Upon review of Plaintiff Carl Forsell's Motion to Continue, the Court finds the request well taken and GRANTS the same. The Final Pretrial and Trial are hereby rescheduled as follows:

Final Pretrial: _____

Trial: _____

**IT IS SO ORDERED**

_____
Judge

SUBMITTED BY:

/s/- *Thomas L. Sooy*

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group
1001 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com
*Attorneys for Plaintiff*

COPIES TO ALL PARTIES: