## APPENDIX B

A Witness List following the format shown below must be prepared and submitted by counsel **seven (7) calendar days** prior to the trial. Specific reference is made here to the terms of the Trial Order that shall be read and applied in conjunction with the format below.

_____          CASE NO.  _____

                    PLAINTIFF(S),

          vs.                                MAGISTRATE JUDGE
                                         CARMEN E. HENDERSON

_____
                    DEFENDANT(S).

| PLAINTIFF/DEFENDANT WITNESSES | |
|---|---|
| **NAME** | **SYNOPSIS OF TESTIMONY** |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |