IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| CARL FORSELL | : | CASE NO.: 5:22-CV-01454 |
| Plaintiff, | : | JUDGE LIOI |
| vs. | : | MAGISTRATE JUDGE HENDERSON |
| SQUIRRELS LLC et al. | : | |
| Defendants. | : | |

**JOINT MOTION TO EXTEND TIME TO FOR PARTIES TO FILE STIPULATIONS AND JURY INSTRUCTIONS ON OR BEFORE NOVEMBER 17, 2025.**

Now comes the Parties, by and through their respective counsel, and respectfully request this Court to extend the time for the parties to file any stipulations and jury instructions to November 17, 2025.  The parties have been engaged in settlement negotiations, and if the matter does not resolve, there is a strong likelihood the case will be dismissed pursuant to Civ.R. 41(A)(ii), subject to refilling.   A Memorandum in Support is attached hereto and incorporated herein.

Respectfully submitted,

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN  (0064461)**
David A. Goldstein Co., L.P.A.
511 S. High Street, Suite 200
Columbus, OH 43215
(614) 222-1889
(614) 222-1899 (Fax)
dgoldstein@dgoldsteinlaw.com
Attorney for Plaintiff

*/s/ Jack B. Cooper*
**JACK B. COOPER (#0069321)**
Milligan Pusateri Co., LPA
P.O. Box 35459
4684 Douglas Circle N.W.
Canton, Ohio 44735
Phone: (234) 209-9793
Fax: (330) 409-0249
jcooper@milliganpusateri.com
Attorney for Defendant Squirrels LLC

**MEMORANDUM IN SUPPORT**

On July 31, 2025, the Court issued a Trial order setting forth a Final Pretrial on November 19, 2025, a Trial on December 5, 2025, deadlines to provide joint stipulations and proposed jury instructions on November 12, 2025, and witness lists and exhibits on November 28, 2025. [Doc#70, Page ID#951].

Within the past two weeks, the parties have engaged in settlement negotiations. Plaintiff resides in Singapore, and communication with him has been difficult. The parties in order to save legal expenses and to facilitate a resolution, seek a brief extension to provide any joint stipulations and proposed jury instructions. The parties are NOT seeking to continue the final pretrial or trial.

Furthermore, if the matter cannot be resolved, there is a strong likelihood the case will be dismissed pursuant to Civ.R. 41(A)(ii), subject to refilling. This would alleviate the need for the parties to incur additional legal expenses and consume the Court's time with these filings.

If the matter does not settle and will not be dismissed, the parties will provide joint stipulations and proposed jury instructions on November 17, 2025. Since the claims in this case only involve a breach of contract claim and an unjust enrichment claim, the jury instructions are not complicated; more likely than not, there will not be any complicated issues regarding the instructions, and submitting these two days before the final pretrial should not create any hardship on the court.

Based upon the above, the parties respectfully request this Court to extend the time for the parties to file any stipulations and jury instructions to November 17, 2025. Furthermore, the parties are NOT seeking to continue the final pretrial or trial dates.

Respectfully submitted,

| | |
|---|---|
| /s/ David A. Goldstein | /s/ Jack B. Cooper |
| **DAVID A. GOLDSTEIN  (0064461)** | **JACK B. COOPER (#0069321)** |
| David A. Goldstein Co., L.P.A. | Milligan Pusateri Co., LPA |
| 511 S. High Street, Suite 200 | P.O. Box 35459 |
| Columbus, OH 43215 | 4684 Douglas Circle N.W. |
| (614) 222-1889 | Canton, Ohio 44735 |
| (614) 222-1899 (Fax) | Phone: (234) 209-9793 |
| dgoldstein@dgoldsteinlaw.com | Fax: (330) 409-0249 |
| Attorney for Plaintiff | jcooper@milliganpusateri.com |
| Carl Forsell | Counsel for Defendant Squirrels LLC |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically this 11th day of November, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN  (0064461)**