IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| CARL FORSELL | : | CASE NO.: 5:22-CV-01454 |
| | : | |
| Plaintiff, | : | JUDGE LIOI |
| | : | |
| vs. | : | MAGISTRATE JUDGE HENDERSON |
| | : | |
| SQUIRRELS LLC et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |

### MOTION TO WITHDRAW FILED BY DAVID A. GOLDSTEIN AND DAVID A. GOLDSTEIN CO., L.P.A.

David A. Goldstein of David A. Goldstein Co., L.P.A., and pursuant to Loc.R. 83.9 respectfully requests this Court's permission to withdraw from representation of Plaintiff Carl Forsell as Plaintiff has terminated the legal relationship with the undersigned counsel. Plaintiff still has counsel representing him, specifically Thomas L. Sooy and James E. P. Sisto. A Memorandum in Support is attached hereto and incorporated herein.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
David A. Goldstein Co., L.P.A.
511 S. High Street, Suite 200
Columbus, OH 43215
(614) 222-1889
(614) 222-1899 (Fax)
dgoldstein@dgoldsteinlaw.com
*Co-Counsel for Plaintiff*

**MEMORANDUM IN SUPPORT**

On or about October 8, 2025, David A. Goldstein, by and through David A. Goldstein Co. L.P.A., entered an appearance as co-counsel for Plaintiff. [Doc#71]. On November 15, 2025, the undersigned counsel received an email from Plaintiff advising that he no longer wanted the undersigned counsel to represent him and had terminated the legal relationship.

Pursuant to Loc.R. 83.9, "[T[he attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for the attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court."

The undersigned counsel seeks leave of court to withdraw from the representation of Plaintiff. The undersigned counsel has provided a copy of this motion to Plaintiff and opposing counsel. Plaintiff is still represented by his original counsel Thomas L. Sooy and James E. P. Sisto.

Furthermore, the undersigned counsel has advised Plaintiff of all important dates, including all deadlines, the final pretrial, and the trial date.

Since Plaintiff has terminated the relationship and no longer wants the undersigned counsel to represent him, David A. Goldstein of David A. Goldstein Co., L.P.A. respectfully requests this Court to permit him to withdraw from representation of Plaintiff.

Respectfully submitted,

*/s/ David A. Goldstein*
**DAVID A. GOLDSTEIN (0064461)**
DAVID A. GOLDSTEIN CO., LPA
511 South High Street, Suite 200
Columbus, Ohio 43215
614-222-1889
614-222-1899 (Fax)
E-mail: dgoldstein@dgoldsteinlaw.com
*Co-Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing was filed electronically this 15th day of November, 2025. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and upon Plaintiff and all counsel via electronic mail.

                              /s/ David A. Goldstein
                              **DAVID A. GOLDSTEIN  (0064461)**