UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **CARL FORSELL** ) | |
| ) | |
| ) | Case No: 22-cv-01454 |
| ) | |
| ) | Judge: Lioi |
| **Plaintiff,** ) | |
| vs. ) | Magistrate Judge: Henderson |
| **SQUIRRELS, LLC, et al.** ) | |
| ) | |
| **Defendants.** | |

### MOTION TO WITHDRAW AS COUNSEL

NOW COME undersigned counsel, James E.P. Sisto, Esq. and Thomas L. Sooy, Esq., pursuant to Loc. R. 89, hereby respectfully move this Court to permit their withdrawal as counsel for Plaintiff Carl Forsell. For cause, undersigned contends their representation has been terminated effective immediately, and they have been instructed to cease working on this matter on behalf of Plaintiff. Plaintiff further advised that he would be proceeding in this matter with different counsel. A Memorandum in Support of this request to withdraw is incorporated herein.

Respectfully submitted,

*/s/- Thomas L. Sooy*

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group
1101 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX: 614-824-1120
tsooy@schuergerlaw.com

*Attorneys for Plaintiff*

## MEMORANDUM IN SUPPORT

On November 15, 2025, undersigned counsel received an email from Plaintiff terminating the representation effective immediately. Plaintiff requested undersigned cease all work on this matter on his behalf. He further advised that he would be proceeding with different counsel.

Loc. R. 83.9 provides that "the attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for the attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court." *Loc. R. 83.9.*

Here, Plaintiff terminated undersigned counsel in writing. He has been advised of all pending dates in this matter, including the final pretrial and trial, and he has been served a copy of this Motion. Counsel for Defendant Squirrels, LLC has also been notified of undersigned's request to withdraw. It follows that since undersigned's relationship with Plaintiff has been terminated effective immediately, counsel respectfully requests this Court permit the withdrawal of Attorneys James E.P. Sisto and Thomas L. Sooy in this matter.

Respectfully submitted,

*/s/- Thomas L. Sooy*

Thomas L. Sooy, Esq. (0087865)
James E. P. Sisto, Esq. (0020089)
Schuerger Law Group
1101 Kingsmill Parkway
Columbus, OH 43229
PH: 614-824-5731
FAX:  614-824-1120
tsooy@schuergerlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of November 2025, the forgoing Motion was served via ordinary US mail and/or electronic mail upon the following:

Jack B. Cooper, Esq
Milligan Pusateri Co., LPA
4684 Douglas Circle NW
Canton, OH 44735
*Attorney for Defendant Squirrels, LLC*

David Goldstein, Esq.
511 S. High Street, Ste. 200
Columbus, OH 43215
*Attorney for Plaintiff*

Carl Forsell
8 St. Martin Dr., # 03-21
Singapore, 258005

*/s/- Thomas L. Sooy*
Thomas L. Sooy, Esq. (0087865)