# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARL FORSELL, | ) CASE NO. 5:22-CV-01454-CEH |
| Plaintiff, | ) |
| | ) JUDGE CARMEN E. HENDERSON |
| v. | ) UNITED STATES MAGISTRATE JUDGE |
| SQUIRRELS, LLC, | ) |
| | ) **ORDER OF DISMISSAL** |
| Defendant, | ) |

The parties have informed the Court that this matter has been settled. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case including dismissing the case with prejudice, which, if approved, shall supplement this order.

**IT IS SO ORDERED.**

Dated: November 21, 2025

                                                                                        s/ *Carmen E. Henderson*
                                                                                        CARMEN E. HENDERSON
                                                                                        U.S. MAGISTRATE JUDGE